IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5: 25 - CV-558

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald

      Plaintiff,

v.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

      Defendant.

NOTICE OF REMOVAL

Defendants, ROCKET MORTGAGE, LLC, ("ROCKET MORTGAGE") and MERSCORP HOLDINGS, INC., ("MERSCORP") (collectively the "Defendants") by and through their undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, hereby give notice of the removal of this action from Wake County Court Superior Court of North Carolina, to the United States District Court for the Eastern District of North Carolina. In support of this notice of removal, Defendants state as follows:

1. Plaintiffs, NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald ("NOBLE") commenced this action by filing a *pro se* Complaint under Simplified Civil Procedure in the Wake County Superior Court of North Carolina, Case Number 25CV026697-910 on or about August 1, 2025. Copies of the Complaint, Summons and all other documents filed in the state court action are attached hereto as Composite Exhibit "A," in according with 28 U.S.C. § 1446(a).

2. Defendant Rocket Mortgage was served with process in this matter on August 8, 2025 and Defendant Merscorp was served with process in this matter on August 11, 2025, less than thirty (30) days from the date of this filing. Accordingly, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446.

3.     The Complaint cites to the Fair Credit Reporting Act, 15 U.S.C. §1681 ("FCRA"). Further, the attachments to the Complaint cite to 15 U.S.C. §1692, the Fair Debt Collections Practices Act ("FDCPA").

4.     This case is properly removable pursuant to 28 U.S.C. § 1441 because federal question jurisdiction is present.  Section 1441 provides, in pertinent part:

> (a)  Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.  For purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded.

> (b)  Any civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.  Any other such action shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

5.     This action is a civil action and is one over which this Court has original subject matter jurisdiction under 28 U.S.C. §1331, and is an action that can be removed to this District Court pursuant to 28 U.S.C. §1441, as a result of Plaintiff alleging a violation of the FCRA and FDCPA.

5.     The Court also has supplemental jurisdiction over Plaintiffs' state law claims, as such claims are related to Plaintiffs' FCRA and FDCPA claims. *See* 28 U.S.C. §1367(a).

6.     Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Defendants' rights to assert any defense or affirmative matter.

7.     Contemporaneously with the filing of this notice of removal, Defendants are filing a copy of same with the Clerk of the Wake County Superior Court of North Carolina. Written notice of this filing of this notice of removal has also been served upon the Plaintiff.

1091200\326023431.v2

WHEREFORE, Defendants, Rocket Mortgage, LLC and Merscorp Holdings, Inc., respectfully requests that this case proceed in this Court as an action properly removed to it.

This 5th day of September, 2025

/s/ Siobhan E. P. Grant
SIOBHAN E. P. GRANT
Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd.
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
sgrant@hinshawlaw.com
State Bar No.: 57139
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I sent a copy of the Notice of Removal to the following parties in the way described below each party's name:

Party Name: Noble Spring TR Enterprise d/b/a Jehorek, Jason-Gerald
How Served: Via Mail
Address: 11937 Fairlie Place
       Raleigh, North Carolina 27613

/s/ Siobhan E. P. Grant
**Siobhan E. P. Grant** (NC Bar No. 57139)
2811 Ponce de Leon Blvd
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone Number: 305-358-7747
sgrant@hinshawlaw.com

3