# EXHIBIT "A.1"

| | | |
|---|---|---|
| **NOBLE SPRING TR ENTERPRISE VS ROCKET MORTGAGE LLC** | § § | Location: **Wake Superior Court** Filed on: **08/01/2025** |

---

## Case Information

| | | |
|---|---|---|
| File Date  08/01/2025 | | Case Type:  General Civil Action |
| **Filed By** NOBLE SPRING TR ENTERPRISE | ROCKET MORTGAGE LLC | Case Status:  **08/01/2025  Pending** |
| | **Filed Against** MERSCORP HOLDING INC | |
| **Cause of Action** | **Description/Remedy** | |
| CV – Money Owed | Action | |

---

## Assignment Information

**Current Case Assignment**
Case Number   25CV026697-910
Court         Wake Superior Court
Date Assigned  08/01/2025

---

## Party Information

**Plaintiff**   **NOBLE SPRING TR ENTERPRISE**
D/B/A JEHOREK, JASON - GERALD
11937 FAIRLIE PLACE
Raleigh, NC 27613

**Defendant**   **MERSCORP HOLDING INC**
A/K/A MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC
1818 LIBRARY STREET, SUITE 300
RESTON, VA 20190

**ROCKET MORTGAGE LLC**
LEGAL DEPARTMENT. 1050 WOODWARD AVENUE
DETROIT, MI 48226

---

## Causes of Action

08/01/2025   **Cause of Action** CV - Money Owed
Filed By   NOBLE SPRING TR ENTERPRISE
Filed Against   ROCKET MORTGAGE LLC; MERSCORP HOLDING INC
Action Type   Action

---

## Case Events

08/28/2025   📄                                                          Index # 14
Supplemental Documentation
*PLAINTIFF'S EXHIBITS*
Created:  08/28/2025 10:09 AM

08/28/2025   📄                                                          Index # 13
Affidavit of Service
*CERT MAIL*

Filed By:   Plaintiff NOBLE SPRING TR ENTERPRISE
Against:   Defendant ROCKET MORTGAGE LLC
Created:   08/28/2025 10:05 AM

| | | |
|---|---|---|
| 08/28/2025 | Affidavit of Service<br>*CERT MAIL*<br>Filed By:   Plaintiff NOBLE SPRING TR ENTERPRISE<br>Against:   Defendant MERSCORP HOLDING INC<br>Created:   08/28/2025 10:00 AM | Index # 12 |
| 08/22/2025 | Supplemental Documentation<br>*PLAINTIFF NON - UCC*<br>Created:   08/22/2025 3:33 PM | Index # 11 |
| 08/07/2025 | Supplemental Documentation<br>*EQUITY SECURED PROMISSORY NOTE*<br>Created:   08/07/2025 2:08 PM | Index # 10 |
| 08/07/2025 | Supplemental Documentation<br>*DECLARATION OF NATIONALITY*<br>Created:   08/07/2025 2:07 PM | Index # 9 |
| 08/07/2025 | Supplemental Documentation<br>*DECLARATION OF NATIONALITY*<br>Created:   08/07/2025 2:05 PM | Index # 8 |
| 08/07/2025 | Supplemental Documentation<br>*HOLD HARMLESS INDEMNITY AGREEMENT*<br>Created:   08/07/2025 2:04 PM | Index # 7 |
| 08/07/2025 | Supplemental Documentation<br>*DECLARATION OF EXPRESS TRUST*<br>Created:   08/07/2025 2:02 PM | Index # 6 |
| 08/07/2025 | Cover Sheet<br>Created:   08/07/2025 2:00 PM | Index # 5 |
| 08/01/2025 | Civil Summons<br>Filed By:   Plaintiff NOBLE SPRING TR ENTERPRISE<br>Against:   Defendant MERSCORP HOLDING INC;<br>            Defendant ROCKET MORTGAGE LLC<br>Created:   08/01/2025 2:22 PM | Index # 2 |
| 08/01/2025 | Cover Sheet<br>*DECLARATION OF EXPRESS TRUST AND RELATED INSTRUMENTS*<br>Created:   08/01/2025 2:23 PM | Index # 4 |
| 08/01/2025 | Complaint<br>Filed By:   Plaintiff NOBLE SPRING TR ENTERPRISE<br>Against:   Defendant MERSCORP HOLDING INC;<br>            Defendant ROCKET MORTGAGE LLC<br>Created:   08/01/2025 2:20 PM | Index # 1 |

---

## Service Events

---

08/26/2025   **Civil Summons**

ROCKET MORTGAGE LLC  served

08/26/2025 **Civil Summons**
MERSCORP HOLDING INC  served

08/01/2025 **Civil Summons** Requested by: NOBLE SPRING TR ENTERPRISE
ROCKET MORTGAGE LLC
Issued
Anticipated Method: Certified Mail
Return Date/Time: 08/28/2025
Serving Method: Certified Mail
MERSCORP HOLDING INC
Issued
Anticipated Method: Certified Mail
Return Date/Time: 08/28/2025
Created:  08/01/2025 2:22 PM

---

## Financial Information

---

**Plaintiff**     NOBLE SPRING TR ENTERPRISE

| | | |
|---|---|---|
| Total Financial Assessment | | 200.00 |
| Total Payments and Credits | | 200.00 |
| **Balance Due as of 09/03/2025** | | **0.00** |
| 08/01/2025  Transaction Assessment | | 200.00 |
| 08/01/2025  Courthouse Payment | Receipt # 910-00380922 | (200.00) |