# EXHIBIT "A.3"

STATE OF NORTH CAROLINA

wake _____ County

**25CV026697-910**

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name And Address Of Plaintiff 1 |
| --- |
| NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald Irrevocable Grantor Trust |
| c/o 8041 Brier Creek Parkway #1110 |
| Raleigh, North Carolina [27617] |

**GENERAL**
**CIVIL ACTION COVER SHEET**

☒ INITIAL FILING  ☐ SUBSEQUENT FILING

| Name And Address Of Plaintiff 2 |
| --- |
| Fairlie Pleasant Home |
| Private Trust Holding authority |
| of the JASON GERALD FAMILY OF JEHOREK ESTATE |
| 11937 Fairlie Place, Raleigh, NC [27613] |

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

**VERSUS**

Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)

| Name And Address Of Defendant 1 |
| --- |
| ROCKET MORTGAGE, LLC |
| 1050 Woodward Avenue, Detroit, MI 48226 |

| Telephone No. | Cellular Telephone No. |
| --- | --- |

**Summons Submitted**
☒ Yes  ☐ No

| NC Attorney Bar No. | Attorney Email Address |
| --- | --- |

| Name And Address Of Defendant 2 |
| --- |
| MERSCORP HOLDINGS, INC. |
| c/o Corporation Service Company (CSC) |
| 251 Little Falls Drive, Wilmington, DE 19808 |

☐ Initial Appearance in Case  ☐ Change of Address

| Name Of Firm | Fax No. |
| --- | --- |

**Summons Submitted**
☒ Yes  ☐ No

Counsel For
☐ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

☐ Jury Demanded In Pleading  ☐ Complex Litigation  ☐ Stipulate to Arbitration

**TYPE OF PLEADING**

(check all that apply)
- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNFJ)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) Assess Court Costs
- ☐ Crossclaim (list on back) (CRSS) Assess Court Costs
- ☐ Dismiss (DISM) Assess Court Costs
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☒ Other (specify and list each separately)
  Verified Complaint for Quiet Title, Declaratory Relief, and Constructive Trust

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

- ☐ Administrative Appeal (ADMA)
- ☐ Appointment Of Receiver (APRC)
- ☐ Attachment/Garnishment (ATTC)
- ☐ Claim And Delivery (CLMD)
- ☐ Collection On Account (ACCT)
- ☐ Condemnation (CNDM)
- ☐ Contract (CNTR)
- ☐ Discovery Scheduling Order (DSCH)
- ☒ Injunction (INJU)

- ☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP)
- ☐ Medical Malpractice (MDML)
- ☐ Minor Settlement (MSTL)
- ☐ Money Owed (MNYO)
- ☐ Negligence - Motor Vehicle (MVNG)
- ☐ Negligence - Other (NEGO)
- ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN)
- ☐ Possession Of Personal Property (POPP)

- ☐ Product Liability (PROD)
- ☒ Real Property (RLPR)
- ☐ Specific Performance (SPPR)
- ☒ Other *(specify and list each separately)* Declaratory Judgment and Constructive Trust

| Date | Signature Of Attorney/Party |
|---|---|
|  |  |

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| No. | ☐ Additional Defendant(s)   ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|
| 1 | Rocket Mortgage, LLC c/o Legal Department 1050 Woodward Avenue Detroit, Michigan [48226] | ☒ Yes ☐ No |
| 2 | MERSCORP HOLDINGS, INC. c/o Corporation Service Company (CSC) 251 Little Falls Drive, Wilmington, DE 1! | ☒ Yes ☐ No |
|  |  | ☐ Yes ☐ No |
|  |  | ☐ Yes ☐ No |
|  |  | ☐ Yes ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts