# EXHIBIT "A.5"

25CV026697-910

August 7, 2025

Wake County Clerk of the Superior Court
Wake County Justice Center
316 Fayetteville Street Mall
Raleigh, North Carolina 27601

FILED
DATE:August 7, 2025
TIME:2:01:30 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: T. Williams

RE: Filing of Declaration of Express Trust and Related Instruments

Case No. 25CV026697-910

To the Clerk of the Court & Comptroller,

Please accept for filing and inclusion in the official record of **Case No. 25CV026697-910** the following private legal instruments and declarations, tendered for record under lawful authority and in accordance with both public and private law:

1. **Declaration of Express Trust** for ROYAL VAULT EXPRESS TRUST
2. **Equity Secured Promissory Note – Ref. No. ▇▇▇▇▇▇▇▇**
3. **Hold Harmless and Indemnity Agreement**
4. **Declaration of Nationality & Citizenship – Public Law 94-241, Article III**
5. **Service Bond Guarantee – No. ▇▇▇▇▇▇▇▇ (Allegheny Casualty Company)**

These documents are submitted for the purpose of preserving the record, establishing lawful standing, and supporting the constructive trust, equitable claims, and fiduciary relationships now pending before the Court.

All filings are executed within the common law jurisdiction of North Carolina, without the United States, and are made **Without Prejudice [UCC 1-308]**, reserving all rights.

Should the Court require further information or certified copies, please contact the undersigned directly.

Thank you for your assistance in receiving and indexing these documents into the proper case file.

Respectfully submitted,

by:_____

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Trust Protector / Grantor
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Recourse to me.

**Mailing Location:**
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

Enclosures: As Listed Above

CC: Private Trust Records