# EXHIBIT "A.6"



25CV026697-910

FILED
DATE: August 7, 2025
TIME: 2:03:15 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: T. Williams

# DECLARATION OF EXPRESS TRUST
## Est, December 31, 2021 at 10:30 AM

THIS INDENTURE ("Agreement") made this 31st day of December, 2021 serves as a Declaration of Express Trust and shall continue for a term of twenty-five (25) years from this day, between JASON GERALD JEHOREK herein known as the Settlor and Trust Protector, (the first party) and ROBERTO CRISTIAN MANSILLA Trustee, herein known as the First Trustee, Sole Trustee or Trustee, (the second party), under the name of **ROYAL VAULT EXPRESS TRUST** d/b/a JASON EDLER, THE GRAF OF SHASTA, NOBLE SPRING TR ENTERPRISE, JASON GERALD FAMILY OF JEHOREK ESTATE, FCN4U TR, JEHOREK FARMS TR. With this contract, the Parties intend to create an Express Trust Organization for the benefit of the Trust Certificate Unit Holders and to identify, accumulate, purchase and hold any assets that become available and to provide for a prudent administration and distribution system administered by legal persons acting in a fiduciary capacity. WITNESSETH: Whereas the Settlor, irrevocably assigns and conveys to the Trustee, in trust, Guaranteed by "Business Service Bond No. **ACC015003078** *Allegheny Casualty Company* as "Surety" and **ROYAL VAULT EXPRESS TRUST** as "Principal"). Specific properties as defined in The Trustee Minutes (1-1968), attached to this document in exchange for one hundred (100) units of Beneficial Interest to each individual property, whether personal, real, tangible or intangible, known hereto as Trust Certificate Units (TCUs) to be held with this Indenture by the Trustees for the Beneficiaries also known as Members of **ROYAL VAULT EXPRESS TRUST** d/b/a JASON EDLER, THE GRAF OF SHASTA, NOBLE SPRING TR ENTERPRISE, JASON GERALD FAMILY OF JEHOREK ESTATE, FCN4U TR, JEHOREK FARMS TR.

**Trust:** "Trust" includes an express trust, private or charitable, with additions thereto, wherever and however created.

**Property:** "Property" means anything that may be the subject of ownership and includes both real and personal property.

**Person:** "Person" means any natural person, individual, corporation, government or governmental subdivision or agency, business trust, estate, trust, partnership, limited liability company, association, or other entity.

**Settlor:** JASON GERALD JEHOREK – (defined) in law a settlor is a person who settles property in trust law for the benefit of beneficiaries. In some legal systems, a settlor is also referred to as a trustor or occasionally, a grantor or donor. A settlor may create a trust manifesting an intention to create it; grantor is the person who creates the trust.

**Trust Protector:** JASON GERALD JEHOREK or other authorized person in the future by settlor, – (defined) appointed under the trust instrument to direct, restrain, remove the trustee(s) or appoint a successor.

**Trustee:** ROBERTO CRISTIAN MANSILLA – (defined) includes an original, additional, or successor trustee, whether or not appointed or confirmed by a court. A person or firm that holds or administers property or assets for the benefit of a third party and can be given the powers to make investment decisions for the Trust, or vote on the distribution of assets to the beneficiaries and/or has the power to hire persons whether an authorized person

Case 5:25-cv-00558-D-BM    Document 1-6    Filed 09/05/25    Page 2 of 9



or not, including accountants, attorneys, auditors, investment advisers, appraisers or other agents even if they are associated or affiliated with the trustee, to advise or assist the trustee in the performance of administrative duties.

**Beneficial Owner:** **Royal Vault Express Trust** herein known as the ***First Beneficiary*** and other beneficiaries to come in future (defined) **beneficial owner** is where specific property rights ("use and title") in equity belong to a person even though legal title of the property belongs to another person. This often relates where the legal title owner has implied trustee duties to the beneficial owner.

WHEREAS, the Trust Organization is authorized to exist and function through its Board of Trustees, comprised of the total active number of trustees who are legal persons holding fee simple title, not differentiating between legal and equitable, not as individuals, but collectively as the Board, according to the inalienable Common Law rights.

WHEREAS, the Trust shall be amendable, as described in the bylaws, and shall be irrevocable by the Settlor or by any other person or entity but said trustee can be fired by the Trust Protector and replace by new trustee appointed by the Trust Protector. It is the intention of the Settlor to make the Beneficiaries, an absolute gift of the Trust Certificate Units (TCUs), in which the Beneficiaries shall not have any vested interest, until the termination of this Trust and final distribution accumulated assets or any early distribution of the assets thereof. There shall be exactly 100 Trust Certificate Units (TCUs) available to the Beneficiaries.

WHEREAS, the Trust shall be administered, managed, governed and regulated in all respects applicable to Common Law jurisdiction of North Carolina, being bound to the Articles of Confederation of 1778, Article IV – "The better to secure and perpetuate mutual friendship and intercourse among **the people** of the different states in this union, **the free inhabitants** of each of these states, paupers, vagabonds and fugitives from Justice excepted, shall be entitled to all privileges and immunities of free citizens in the several states, and the people of each state shall have **free ingress and regress** to and from any other state, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that **such restrictions shall not extend** so far as to prevent the removal of property imported into any state, to any other state of which the Owner is an inhabitant, provided also that **no imposition, duties or restriction shall be laid by any state, on the property of the united states, or either of them**."

WHEREAS, the Trust shall be administered, managed, governed and regulated in all respects applicable to Common Law jurisdiction of North Carolina, the Uniform Prudent Investor Act — (N.C. UTC Article 9 – Prudent Investor Standardsof Chapter 36C of the North Carolina General Statutes) and Treaty of Marrakesh, Treaty of Tripoli, Treaty of Morocco (Peace and Friendship), Treaty Between United States of America and the Sultan Seid SA'ID of Maskat, General Act of Algeciras, the Articles of Confederation, the Constitution of the United States of America and the Uniform Commercial Code (only when and if applicable and/or allowable to remain under the jurisdiction of the Common Law). The **domicile of the Trust**, for limited purposes of administration—only if necessary—shall be recognized within the **General Court of Justice, Superior Court Division**, in the State

Case 5:25-cv-00558-D-BM    Document 1-6    Filed 09/05/25    Page 3 of 9



# DECLARATION OF EXPRESS TRUST
## Est, December 31, 2021 at 10:30 AM

of North Carolina, within the Republic of the united States of America, and **only as a last resort** when all private remedies and contract jurisdictions have been exhausted.

One this day 31st of December, 2021

_Jehorek, Jason-Gerald_

Jehorek: Jason-Gerald  Settlor/Trust Protector

Mansilla: Roberto Cristian, Sole Trustee

Case 5:25-cv-00558-D-BM    Document 1-6    Filed 09/05/25    Page 4 of 9



# DECLARATION OF EXPRESS TRUST
## Est, December 31, 2021 at 10:30 AM

Summary of Trustee Agendas and Minutes
ROYAL VAULT
(An Irrevocable Express Trust Organization)

Time: 10:305 AM

Date: Friday, December 31, 2021

Persons Present: Settlor & Sole Trustee

Business Conducted: Appointment of Trustee, Affirmed Declarations and Accepted Trust Property

At this meeting, the Board of Trustees of the **Royal Vault Express Trust**, held in Raleigh, North Carolina on this day, with the Sole Trustee being present, by unanimous accord, the following was affirmed, declared and accepted, vis:

The Settlor, Jehorek, Jason-Gerald (First party) by gift of the following said Personal Property to the Trustee (second party) is now in Trust for the beneficiaries holding Trust Certificate Units:

1. Schedule A: Trustee Minutes **1-1968** – Appointment of Trustee
   Trustee Acceptance Hold Harmless/Indemnity Agreement – Exhibit A *(ATTACHED)*
   Trustee Account Management
2. Schedule B: Trustee Minutes **1-1968** – Powers & Duties of the Trustee(s)
3. Schedule A: Trustee Minutes2-1968 - Real Property Exchange – Real Estate Assets
   Equity Secured Promissory Note – Exhibit ▮▮▮▮▮▮ [$9,000,000,000.00 + 2.5% interest]
   *(ATTACHED)*
   non-UCC Financing Statement -  Exhibit A
4. Schedule A: Trustee Minutes **3-1968** – Other Property Exchange – Non-Real Estate Assets
   Copyright Notice No. **00095936-1**  as Exhibit A (2 pages)
5. Schedule B: Trustee Minutes **3-1968** – Other Property Exchange – Non-Real Estate Assets
   Affidavit of Schedule of Fees
6. Schedule A: Trustee Minutes **4-1968** – Other Property Exchange – Non-Real Estate Assets
   P. Law 94-241, Article III, Citizenship & Nationality Declaration *(ATTACHED)*
7. Schedule B: Trustee Minutes **4-1968** – Other Property Exchange – Non-Real Estate Assets
   P. Law 99-396, Article III, Non US Citizenship & Nationality Declaration *(ATTACHED)*
8. Schedule B: Trustee Minutes **5-1968** – Other Property Exchange – Non-Real Estate Assets
   Private Contract

Case 5:25-cv-00558-D-BM    Document 1-6    Filed 09/05/25    Page 5 of 9



# DECLARATION OF EXPRESS TRUST
## Est, December 31, 2021 at 10:30 AM

9. Schedule A: Trustee Minutes 6-1968 – Other Property Exchange – Non-Real Estate Assets
    <u>Secretary of State UCC1 Financing Statement No.</u> _____ Date

All personal property, whether Tangible or Intangible located in North Carolina, South Dakota or any other State, received now or in the future is now held in trust.

The Sole Trustee has authorized the Authorized Representative and or Co-Trustee(s) to warehouse ALL REAL & PERSONAL PROPERTY ASSETS LISTED BELOW wherever the Authorized Representative deems to be the safest and most convenient location to manage the above said property.

- NOBLE SPRING TR ENTERPRISE, EIN # ████████
- JASON GERALD FAMILY OF JEHOREK ESTATE, EIN # ████████
- FCN4U TR, EIN # ████████
- JEHOREK FARMS TR, EIN # ████████
- JASON EDLER, THE GRAF OF SHASTA
- ADVINE - UNINCORPORATED-ASSOCIATION, EIN # ████████
- FCN4U - UNINCORPORATED-ASSOCIATION, EIN # ████████
- FAIRLIE PLEASANT HOME HOLDING TRUST, Private
- FORTE HOLDING TRUST, Private
- ROGUE HOLDING TRUST, Private
- Birth Certificate of Title No. ████████
    - *Secretary of State Sacramento, CA Receipt – Apostille No.* **551659** *Date* **05/03/2025**
    - *United States of America Department of states Certificate of Title No* **25051551-1** *Date* **07/24/2025**
- **Real Property:** *11937 Fairlie PL, Raleigh, NC 27613-7842:* (**Claim Against Real Property**) "Deeds as Instrument No. B2025007746, Book 019863, Pages 00069–00071". BEING all of Lot 251, The Glen at Harrington Grove, Section 1, Tract D-l, Subdivision recorded In Map Book 1989, at Page 1401, Wake County Registry. Held in private trust at "**Fairlie Pleasant Home**" Holding Trust

**Place of Meeting:** 11937 Fairlie PL, Raleigh NC

Case 5:25-cv-00558-D-BM    Document 1-6    Filed 09/05/25    Page 6 of 9



# DECLARATION OF EXPRESS TRUST
## Est, December 31, 2021 at 10:30 AM

**Meeting Adjourned at 7:38 PM on December 31ᵗʰ, 2021**

**Animus Revertendi on August 1st 2025 at 10:30 AM**

By: *Jehorek, Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Settlor / Grantor / Trust Protector / Authorized Representative
**For:** ROYAL VAULT EXPRESS TRUST
**For:** NOBLE SPRING TR ENTERPRISE
**For:** FCN4U TR
**For:** JEHOREK FARMS TR
**For:** ©JASON GERALD JEHOREK™

All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

Seal:

Mansilla: Roberto Cristian, Sole Trustee

## PROOF OF SERVICE

### CERTIFICATE / AFFIDAVIT OF SERVICE
### [By Hand Delivery]

I, the undersigned, hereby certify and affirm that on this _7_ day of _August_, 2025, I personally delivered a true and correct copy of the following document(s):

### DECLARATION OF TRUST & SUMMARY OF TRUSTEE MINUTES 1 through 8

to the Clerk of the Superior Court (also acting as Comptroller of the Court Record), by hand delivery, at the following location:

Clerk of the Circuit Court & Comptroller
Wake County Records Center
316 Fayetteville Street Mall

Case 5:25-cv-00558-D-BM     Document 1-6     Filed 09/05/25     Page 7 of 9



# DECLARATION OF EXPRESS TRUST
## Est, December 31, 2021 at 10:30 AM

Raleigh, North Carolina 27601
County of Wake, State of North Carolina

Said documents were delivered into the custody and possession of the Clerk for inclusion into the official public record and/or case file No. **25CV026697-910**.

Executed this 6th day of August, 2025, within the common law jurisdiction of North Carolina, without the United States.

Without Prejudice [UCC 1-308] – All Rights Reserved.

by: _Jehorek, Jason -Gerald_
Jehorek, Jason-Gerald, sui juris
Authorized Representative / Settlor / Grantor / Affiant
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Recourse to me.

---

### NOTARY

County of ___WAKE___  )
State of North Carolina  ) ss

On this ___7th___ day of ___August___, 2025, before me, the undersigned Notary Public, personally appeared **Jehorek, Jason-Gerald**, known to me or satisfactorily proven to be the man whose name is subscribed to the Affidavit, and acknowledged that he executed the same in his authorized capacity. In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Elvis Dobro_  (Seal)

My Commission Expires: ___09/24/2029___

ELVIS DOBRO
Notary Public - North Carolina
Wake County
My Commission Expires Sep 24, 2029

ELVIS DORRO
Notary Public - North Carolina
Wake County
My Commission Expires Feb 14, 2029