# EXHIBIT "A.7"

FILED
DATE: August 7, 2025
TIME: 2:04:55 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: T. Williams

25CV026697-910



# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## HOLD HARMLESS INDEMNITY AGREEMENT

**Schedule A:** Trustee Minutes 1-1968

## EXHIBIT A:

**Sole Trustee:** Roberto Cristian Mansilla
**Trust Name:** ROYAL VAULT EXPRESS TRUST
**Established Date & Time:** December 31st 2021 at 9:00am
**Settlor/Grantor/Trust Protector:** Jehorek: Jason-Gerald, a man, sui juris, in his private capacity

W H E R E A S, at the request of the ROYAL VAULT EXPRESS TRUST, does here by call Roberto Cristian Mansilla to serve as the Sole trustee of the Trust and may, therefore, be subjected to claims, suits or proceedings arising as a result of Indemnitee's service; and

W H E R E A S, as an inducement to Indemnitee to continue to serve as a Sole trustee of the Trust and Trust has agreed to hold harmless and indemnify Roberto Cristian Mansilla against any and all judgments, expenses and cost incurred by Roberto Cristian Mansilla in connection with any such claims, suits or proceedings, to the fullest extent that is lawful; and

W H E R E A S, and agreement to indemnify Roberto Cristian Mansilla against any and all judgments, expenses and cost incurred by Roberto Cristian Mansilla and/or the ROYAL VAULT EXPRESS TRUST; Roberto Cristian Mansilla has agreed to indemnify the ROYAL VAULT EXPRESS TRUST in connection with any such claims, suits or proceedings, to the fullest extent that is lawful; and

W H E R E A S, the parties by this Agreement desire to set forth their agreement regarding indemnification.

This HOLD HARMLESS AGREEMENT ("Contract") is made effective on:
December 31st 2021 by and between Jehorek, Jason-Gerald (Settlor/Trust Protector), Roberto Cristian Mansilla (Sole Trustee) "Indemnitee" and/or "Trustee"), domiciled at 405 The Capel Building, Dublin City Centre, D07VK20 (represented by Passport # ▮▮▮▮▮▮▮ Date of Issue 26 OCT/OCT 2023, Date of Expiry 26 OCT/OCT 2033) and ROYAL VAULT EXPRESS TRUST Registered with the Executive Office of Shasta County Assessor/Recorder, in the state of California, Redding, 1450 Court Street, Suite 208, zip code 96001-1670.

Roberto Cristian Mansilla and ROYAL VAULT EXPRESS TRUST are sometime individually referred to as "Party" and collectively referred to as the "Parties".



# DECLARATION OF EXPRESS TRUST

Est. December 31ˢᵗ, in the year of our Lord, 2021 Anno Domini

## HOLD HARMLESS INDEMNITY AGREEMENT (CONTINUED)

W H E R E A S, in exchange for valuable consideration($360 annually), ROYAL VAULT EXPRESS TRUST desires to hold harmless Roberto Cristian Mansilla (Sole Trustee) free from any claims and/or litigation arising out of Roberto Cristian Mansilla (Sole Trustee) performance of the following services within the lands of the Continental United States but not limited to: Land Development, Property Valuation, Property Surveying, Asset Management, Banking Administration, Testate & Intestate Planning, Corporate Owned Life Insurance, Bank Owned Life Insurance, Commodity Trading, Bullion Holding, Shelf Corporation Management, etc, with the RIGHT TO HIRE ANY AGENT, AUTHORIZED PERSON, CO-TRUSTEE(S) TO HAVE PLENIPOTENIARY POWER TO ACT ON BEHALF OF THE SOLE TRUSTEE IN THEIR ABSENCE BY CONTRACT.

W H E R E A S, in exchange for valuable consideration, Roberto Cristian Mansilla (Sole Trustee) desires to hold harmless ROYAL VAULT EXPRESS TRUST free from any claims and/or litigation arising out of ROYAL VAULT EXPRESS TRUST performance in administration of duties as outlined in the trust document and/or amendments.

N O W THEREFORE, in consideration of the mutual covenants and conditions contained herein, Roberto Cristian Mansilla (Sole Trustee) and ROYAL VAULT EXPRESS TRUST hereby agree as follows:

TERMS

*The following terms stated below are in addition to the Powers & Duties of the Trustee as mentioned in schedule B: Trust Minutes 1-2025,* and

1. **Indemnification of Trustee.** Settlor of the ROYAL VAULT EXPRESS TRUST agrees to indemnify Trustee and to hold Trustee harmless from and against any and all Claims and Expenses directly or indirectly arising out of or resulting from any transaction, act, omission, event or circumstance in any way connected with the administration of the ROYAL VAULT EXPRESS TRUST, Settlor shall fully defend, indemnify, and hold harmless Roberto Cristian Mansilla (Sole Trustee) from any and all future and present claims, lawsuits, demands, causes of action, liability, loss, damage and/or injury, of any kind whatsoever (including, without limitation; all claims for monetary loss, property damage, equitable relief, personal injury and/or wrongful death), whether brought by an individual or other entity, or imposed by a court of law or by administrative action of any federal, state, or local governmental body or agency, arising out of, in any way whatsoever, any acts omissions, negligence or willful misconduct on the part of ROYAL VAULT EXPRESS TRUST its officers, owners, personnel, employees, agents, contractors, invitees, or volunteers. This indemnification applies, to and includes, without limitation, the payment of all penalties, fines, judgements, awards, decrees, attorneys' fees, and related costs or expenses, and any reimbursements



# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## HOLD HARMLESS INDEMNITY AGREEMENT (CONTINUED)

to hold harmless Roberto Cristian Mansilla (Sole Trustee) and/or ROYAL VAULT EXPRESS TRUST for all legal fees, expenses, and cost incurred by it. However, that Settlor shall not be obligated; by may choose whether to indemnify Trustee with respect to any claim arising solely from the gross negligence or willful misconduct of Trustee.

2. **Authority to Enter Agreement.**
   a. Each party warrants that the individuals/parties who have signed this Agreement have the actual legal power, right, and authority to make this Agreement and bind each respective Party. Indemnitee shall be held harmless and indemnified by the Trust against all Expenses actually and reasonably incurred by Indemnitee or on Indemnitee's behalf in connection with any Proceeding in which Indemnitee is, or is threatened to be, involved as a party or otherwise by virtue of his or her Status, whether or not such Proceeding is brought by or in right of the trust.
   b. Without limiting any other rights of Indemnitee under this Agreement, if the Indemnitee is, pursuant to the terms of this Agreement, entitled to indemnification as to one or more but less than all claims, matters or issues in Proceeding, the Trust shall indemnify Indemnitee against all Expenses and/or cost incurred by Indemnitee is entitled to indemnification under this Agreement.

3. **Amendment; Modification.** No supplement, modification, or amendment of this Agreement shall be binding unless executed in writing and signed by both parties.

4. **Waiver.** No waiver of any default shall constitute a waiver of any other default or breach, whether of the same or other covenant or condition. No waiver, benefit, privilege, or service voluntarily given or performed by a Party shall give the other Party an contractual right by custom, estoppel, or otherwise.

5. **Attorneys' Fees and Cost.** If any legal action or other proceeding is brought in connection with this Agreement, the successful or prevailing Party, if any, shall be entitled to recover reasonable attorneys' fees and other related costs, in addition to any other relief to which that Party is entitled. In the event that it is the subject of dispute, the court or trier of fact who presides over such legal action or proceeding is empowered to determine which Party, if any, is prevailing Party in accordance with this provision.

6. **Entire Agreement.** This Agreement contains the entire agreement between Parties related to the matters specified herein and supersedes any prior oral or written statements or agreements between the Parties related to such matters.

7. **Enforceability,** Severability, and Reformation. If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed and enforced as so limited. The intent of the Parties is to provide as

Case 5:25-cv-00558-D-BM    Document 1-7    Filed 09/05/25    Page 4 of 5



# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## HOLD HARMLESS INDEMNITY AGREEMENT (CONTINUED)

broad and indemnification as possible under contract/common law. In the event that any aspect of this Agreement is deemed unenforceable, the court is empowered to modify this Agreement to give the broadest possible interpretation permitted under contract/common law.

8. **Applicable Law.** This Agreement shall be governed exclusively by the laws of contract without regard to conflict of law provisions as outlined in Declaration of Express Trust document.

9. **Exclusive Venue and Jurisdiction.** Any lawsuit or legal proceeding arising out of or relating to this Agreement in any way whatsoever shall be exclusively brought and litigated in the federal and/or state courts as outlined in Declaration of Express Trust for the ROYAL VAULT EXPRESS TRUST. The Parties agree that this Agreement shall be interpreted and enforceable within the courts of the State of North Carolina and any relevant U.S. federal court, under the principles of private trust law and applicable common law. The Sole Trustee may issue his seal, mark or signature to the Settlor in a plenipotentiary capacity.

10. **Signatures.** This agreement shall be signed on behalf of Trustee ("Sole Trustee") by Roberto Cristian Mansilla (Sole Trustee) and on behalf ROYAL VAULT EXPRESS TRUST by Authorized Person below, and effective of the date first written above.

We, the undersigned declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, this _____ 31st _____ day of _____ December _____, 2021.

By: _____

Roberto Cristian Mansilla
Sole Trustee – ROYAL VAULT EXPRESS TRUST

By: Jehorek, Jason-Gerald

Jehorek, Jason-Gerald, sui juris
Settlor / Grantor / Trust Protector / Authorized Representative
**For:** ROYAL VAULT EXPRESS TRUST
**For:** NOBLE SPRING TR ENTERPRISE
**For:** FCN4U TR
**For:** JEHOREK FARMS TR
**For:** ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

Seal:

Case 5:25-cv-00558-D-BM    Document 1-7    Filed 09/05/25    Page 5 of 5