# EXHIBIT "A.8"

25CV026697-910



FILED
DATE:August 7, 2025
TIME:2:06:11 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: T. Williams

# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## DECLARATION OF NATIONALITY

Literary Minutes of Meeting of

(An Irrevocable Express Trust Organization)

---

**Schedule A:** Trustee Minutes 4-1968

(Other Property Exchange – Non-Real Estate Assets)

Date: Friday, , December 31 2021, Time 2:10 PM

**To The Governing Bodies of This Express Trust at 2:10 PM**

The Sole Trustee (second party), from the Board of Trustees, of **ROYAL VAULT EXPRESS TRUST©®**, an Irrevocable Express Trust Organization established on **December 31, 2021 at 10:07 AM**, filed and recorded in the Organic Public Record of Clerk of the Circuit Court & Comptroller, County of Wake, State of North Carolina, with the County Clerk of Court (an immigrational officer of a naturalization court [8 U.S.C. § 1101 (7)]) bears witness and holds the Settlor's declaration under oath in trust including the Sole Trustee declaration under oath to be presented to any court established by the Constitution or laws of the United States or any court of record in the Commonwealth in the form as follows:

---

**[Public Law 94-241 (90 Stat. 263)] Article III, Citizenship & Nationality**
https://www.govinfo.gov/content/pkg/STATUTE-90/pdf/STATUTE-90-Pg263.pdf

---

I, **Jehorek, Jason-Gerald** d/b/a **JASON GERALD JEHOREK©®**, hereby and forever, state, claim and declare I am not nor have I ever been a U.S. Citizen or U.S. National, evidenced by my **California Nation Birth Certificate**, and under Legal Disability and the Baby Act, I never agreed to the Social Security Contract.

**I declare that my name is Jehorek, Jason-Gerald d/b/a JASON GERALD JEHOREK©®.** Let it be known by all Immigration Clerks, Homeland Security, Secretaries of State, Supreme Court Judges and Clerks that now and forever I am a Free Inhabitant and Native **Californian National**, pursuant to **1781 Articles of Confederation, Article IV**, but not a citizen of the United States, domiciled in **California republic of the United States of America** — (see 2016 GPO Style Manual – [2016, § 5.20–5.24 (p. 95)] Spelling of Geographic Names) (https://www.govinfo.gov/content/pkg/GPO-STYLEMANUAL-2016/pdf/GPO-STYLEMANUAL-2016-7.pdf)

Case 5:25-cv-00558-D-BM     Document 1-8     Filed 09/05/25     Page 2 of 4



# DECLARATION OF EXPRESS TRUST

Est. December 31ˢᵗ, in the year of our Lord, 2021 Anno Domini

## DECLARATION OF NATIONALITY

Literary Minutes of Meeting of
(An Irrevocable Express Trust Organization)

I have taken an oath and made an affirmation, formal declaration of allegiance to a foreign state and made a formal renunciation of nationality in the United States. Furthermore, I have not been convicted of a federal or state drug offense or convicted of a "sex tourism" crimes statute, and I am not the subject of an outstanding federal, state, or local warrant of arrest for a felony; a criminal court order forbidding my departure from the United States; a subpoena received from the United States in a matter involving federal prosecution for, or grand jury investigation of, a felony, **according to U.S. Passport Application DS-11/DS-82, Acts or Conditions, page 4 of 4.**

TAKE JUDICIAL NOTICE, that I am not a statutory citizen and make no claim of statutory citizenship created by any State or Federal government. I hereby **extinguish, rescind, revoke, cancel, abrogate, annul, nullify, discharge**, and make **void ab initio** all signatures belonging to me, on all previously filed SS-5, all Internal Revenue Service Forms, Superior or District Court of California Forms, County Municipality Forms, all "**North Carolina** of" DMV Forms, 1040 Forms and all State Income Tax Forms (if any), and all powers of attorney, real and/or implied, connected thereto on the grounds that my purported consent was voluntary and freely obtained, but was made through **mistake, duress, fraud, and undue influence** exercised by any or all governments (State or Federal), any agency and/or employers. Pursuant to **Contract Law**: "all previously signed Federal and State forms are, hereby, extinguished by this rescission." I further revoke, rescind and make void ab initio all powers of attorney pertaining to me from any and all governmental, quasi-colorable agencies and/or Departments created under the authority of **Article One, Section Eight, Clause Seventeen**, and/or Articles Four, Section Three, clause Two of the Constitution for the United State of America.

**I, Jehorek, Jason-Gerald**, born in the land of **Californian**, United States of America, territory of **Shasta**, declare (or certify, verify or state) under penalty of perjury under the laws of the United States of America [28 U.S. Code § 1746(1)], that: "I, Jehorek, Jason-Gerald being duly sworn, hereby declare my intention to be a national but not a citizen of the United States"
[Public Law 94-241 –March 24, 1976 – Article III – 90 STAT. 266 – Section 302]

...and the foregoing is true and correct.



# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## DECLARATION OF NATIONALITY

Literary Minutes of Meeting of

(An Irrevocable Express Trust Organization)

**Place of Meeting:**

11927 Fairlie Place, Raleigh North Carolina

There being no further business to come before this meeting, on motion duly made, seconded, and carried, the meeting adjourned at 2:50 PM.

By: _____

Roberto Cristian Mansilla

Sole Trustee – ROYAL VAULT EXPRESS TRUST

By: _Jehorck, Jason -Gerald_

Jehorek, Jason-Gerald, sui juris

Settlor / Grantor / Trust Protector / Authorized Representative

**For:** ROYAL VAULT EXPRESS TRUST

**For:** NOBLE SPRING TR ENTERPRISE

**For:** FCN4U TR

**For:** JEHOREK FARMS TR

**For:** ©JASON GERALD JEHOREK™

All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

Seal:

Case 5:25-cv-00558-D-BM     Document 1-8     Filed 09/05/25     Page 4 of 4