# EXHIBIT "A.9"

FILED
DATE: August 7, 2025
TIME: 2:07:48 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: T. Williams



25CV026697-910

# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## DECLARATION OF NATIONALITY

For Roberto Cristian Mansilla

Literary Minutes of Meeting of

(An Irrevocable Express Trust Organization)

---

**Schedule B:** Trustee Minutes 4-1968

(Other Property Exchange – Non-Real Estate Assets)

Date: Friday, December 31 2021, Time 3:15 PM

# NON-US CITIZEN DECLARATION OF NATIONALITY

**To The Governing Bodies of This Express Trust at 3:15 PM:**

The Sole Trustee (second party), known as **Mansilla Roberto Cristian** from the Board of Trustees, of **ROYAL VAULT EXPRESS TRUST©®**, an Irrevocable Express Trust Organization established on **December 31, 2021 at 10:07 AM**, filed and recorded in the Organic Public Record of Clerk of the Circuit Court & Comptroller, County of Wake, State of North Carolina, with the County Clerk of Court (an immigrational officer of a naturalization court, Title [8 U.S.C. § 1101(7)]) bears witness and holds the Settlor's declaration under oath in trust including the Sole Trustee declaration under oath to be presented to any court established by the Constitution or laws of the United States or any court of record in the Commonwealth in the form as follows:

---

**"[P. Law 99-396 — AUG. 27, 1986, Oath of Allegiance]"**

---

I declare that my name is **Roberto Cristian Mansilla**. Let it be known by all Immigration Clerks, Homeland Security, Secretaries of State, Supreme Court Judges and Clerks that now and forever I am a Free Inhabitant and Native **Argentina National**, pursuant to [**Public Law 99-396 – August 27, 1986, Section 16** but **not a citizen of the United States**], and have entered into a Private Express Trust Contract to manage property known as **Tijeretas 1650. Barrio Las Mojarras. Villa Parque Síquiman. Córdoba. Argentina** in the Continental United States of America for the **ROYAL VAULT EXPRESS TRUST©®**, filed and recorded with the Clerk of Court in the County of Wake and State of North Carolina; and to proceed with day-to-day business transactions as prescribed by B-1 Temporary Business **Visitorship** for business activities in a commercial or professional nature in the United States, including but not limited to:



# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## DECLARATION OF NATIONALITY

For Roberto Cristian Mansilla

Literary Minutes of Meeting of

(An Irrevocable Express Trust Organization)

- Consulting with business associates
- Traveling to a scientific, educational, professional or business convention, or a conference on specific dates
- Settling an estate
- Negotiating a contract
- Participating in short-term training
- Transiting through the United States
- Deadheading

**TAKE EQUITABLE NOTICE,** the trustee(s) of an Express Trust are protected under the Constitution as "citizens" throughout the continental United States. The trustee(s), under a will or declaration of an Express Trust, are natural persons, "citizens" within the meaning of **Article IV, Section 2 of the Constitution**, and are therefore entitled to all the privileges and immunities of the same.

**Paul v. Virginia, [75 U.S. 168 (1868)]**

**TAKE EQUITABLE NOTICE, 1849 California Constitution – Declaration of Rights – Section 17**: Foreigners who are, or who may hereafter become bona fide residents of this State, shall enjoy the same rights in respect to the possession, enjoyment, and inheritance of property, as native-born citizens.

**TAKE EQUITABLE NOTICE**, to all court officials, county officers, city and district representatives: "No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; **pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts**, or grant any Title of Nobility."

U.S.A. Constitution, **Article I, Section 10, Clause 1**



# DECLARATION OF EXPRESS TRUST

Est. December 31st, in the year of our Lord, 2021 Anno Domini

## DECLARATION OF NATIONALITY

For Roberto Cristian Mansilla

Literary Minutes of Meeting of

(An Irrevocable Express Trust Organization)

---

There being no further business to come before this meeting, on motion duly made, seconded, and carried, the meeting adjourned at 3:45 PM.

By: _____

Roberto Cristian Mansilla

Sole Trustee – ROYAL VAULT EXPRESS TRUST

Seal:

By: _____

Jehorek, Jason-Gerald, sui juris

Settlor / Grantor / Trust Protector / Authorized Representative

**For:** ROYAL VAULT EXPRESS TRUST

**For:** NOBLE SPRING TR ENTERPRISE

**For:** FCN4U TR

**For:** JEHOREK FARMS TR

**For:** ©JASON GERALD JEHOREK™

All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

Case 5:25-cv-00558-D-BM    Document 1-9    Filed 09/05/25    Page 4 of 4