# EXHIBIT "A.11"

**Non-UCC Financing Statement**

**Date:** August 21, 2025

**From:**

Jehorek, Jason-Gerald, sui juris

Authorized Representative / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

**To:**

Clerk of Court / Register of Deeds

Wake County Justice Center

300 S. Salisbury St., Suite 1700

Raleigh, North Carolina 27601

FILED

DATE: August 22, 2025

TIME: 3:35:54 PM

WAKE COUNTY

CLERK OF SUPERIOR COURT

BY: D. Askew

---

**RE: Request for Recordation – Non-UCC Financing Statement**

**Case No.:** 25CV026697-910

Dear Clerk,

I am here today to submit, for acceptance and recordation, the enclosed **Non-UCC Financing Statement** to be filed in connection with **Case No. 25CV026697-910**, now pending before the Wake County Superior Court.

The filing relates to the following matter:

- **Secured Party:** Noble Spring TR Enterprise, Authorized Trust Office for **Fairlie Pleasant Home** (Holding Trust).

- **Debtor:** [ALL CAPS NAME / Transmitting Utility].

- **Property Reference:** Deed recorded in Wake County Register of Deeds, Instrument No. 2025007746. BEING all of Lot 251, The Glen at Harrington Grove, Section 1, Tract D-I, Subdivision recorded In Map Book 1989, at Page 1401

I respectfully request that this filing be:

1. **Accepted and recorded** in the official records of Wake County;

2. Properly **indexed** under the names of both the Debtor and Secured Party as set forth in the enclosed document; and

3. A **certified copy** or recording receipt be provided back to me at the time of filing.

## Non-UCC Filing for Recording

Enclosed herewith is the filing fee in the amount of $_____, tendered for processing.

Respectfully submitted,

By: *Jehorek, Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise, Authorized Trust Office
On behalf of: Fairlie Pleasant Home (Holding Trust)

All Rights Reserved. Without Prejudice. Without Recourse.

## NOTARY

State of North Carolina )

County of __WAKE__ ) ss

On this __21st__ day of __August__, 2025, before me personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man who executed this document in good faith, and who acknowledged that he executed the same for the purposes therein stated. This acknowledgment is made for record only and does not confer jurisdiction.

Signature of Notary Public: _____

Printed Name of Notary: __ELVIS DOBRO__

Commission Expiration: __09 / 24 / 2029__

ELVIS DOBRO
Notary Public - North Carolina
Wake County
My Commission Expires Sep 24, 2029

███████████████████████
███████████████████████
███████████████████████
███████████████████████

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)

B. E-MAIL CONTACT AT SUBMITTER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Jehorek, Jason, Auth. Rep.
u/d ROYAL VAULT EXPRESS TRUST 12-31-2021
c/o: 8041 Brier Creek Parkway # 1110
Raleigh NC 27617

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

| Print | Reset |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
| | JASON GERALD JEHOREK | | | | |
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 2175 Rosaline Ave | Reddding | CA | 96001 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
| | ROYAL VAULT EXPRESS TRUST 12-31-2021 | | | | |
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | Lough Eske Road | Donegal Town | Donegal | F94 HX59 | Ireland |

4. COLLATERAL: This financing statement covers the following collateral:

All property, real and personal, whether tangible or intangible and all "inprperty real,"located in the North Carolinan Republic (also known publicly as the State of North Carolina) or any other Republic State received now or in the future, to be held in trust in free simple per the trustee minutes, on the schduled books, titled "Other Property Exchange - Non-Real Estate Assets" or "Real Property Assets."

DECLARATION OF EXPRESS TRUST - Wake County, Clerk of Superior Court, Filed # 25CV026697-910 & Recorded August 7th 2025 Time:2:01:30 PM

Certificate of Title No. 104-68-326079, issued by Shasta County, California, and further recognized by Federal Registration No. 25051551-1

Equity Secured Promissory Note - █████ ██████

Real Property: 11937 Fairlie PL, Raleigh, NC 27613-7842: (Claim Against Real Property) "Deeds as Instrument No. 2025007746. BEING all of Lot 251, The Glen at Harrington Grove, Section 1, Tract D-I, Subdivision recorded In Map Book 1989, at Page 1401, Wake County Registry. Held in private trust at "Fairlie Pleasant Home" Holding Trust

5. Check only if applicable and check only one box: Collateral is ☑ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box: ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box: ☐ Agricultural Lien ☑ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA: