# EXHIBIT "A.12"

# Affidavit of Service of Process

## MERSCORP Holdings, Inc.,

FILED
DATE: August 28, 2025
TIME: 10:02:14 AM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

**NORTH CAROLINA**

**COUNTY OF WAKE**

**IN THE GENERAL COURT OF JUSTICE – SUPERIOR COURT DIVISION**

**Case No.: 25CV026697-910**

**Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust,**
Plaintiff,

v.

**MERSCORP Holdings, Inc.**
Defendants.

---

**AFFIDAVIT OF SERVICE OF PROCESS**

Pursuant to North Carolina Rules of Civil Procedure Rule 4(j), I, **Jehorek, Jason-Gerald, sui juris,** hereby certify and affirm as follows:

1. That I am the Plaintiff/Authorized Representative in this matter, and that I served the Defendant(s) with a copy of the **Civil Summons and Verified Complaint** in this case.

2. Service was made by depositing said documents in the United States Post Office for mailing via **Registered/Certified Mail, Return Receipt Requested**, directed as follows:

   o **MERSCORP Holdings, Inc. c/o Corporation Service Company (CSC)**
      251 Little Falls Drive
      Wilmington, DE 19808

3. That the Complaint and Summons were in fact received by the above-named Defendant(s), as evidenced by the attached genuine USPS return receipts/green cards and electronic delivery confirmations.

---

Executed this 26 day of August, 2025.

By: _Jehorek, Jason-Gerald_

Jehorek, Jason-Gerald, sui juris
Plaintiff / Authorized Representative

☑ Plaintiff
☐ Attorney for Plaintiff

# Affidavit of Service of Process

## MERSCORP Holdings, Inc.,

State: NC          County: Wake
**Sworn to and subscribed before me** this 26th day of August, 2025.

Notary Public: _Grace Borger_

My Commission Expires: 8/27/2029

(Official Seal)

GRACE BORGER
Notary Public - North Carolina
Wake County
My Commission Expires Aug 27, 2029

**Package 9 - MERSCORP Civil Summons Package Sent 8-4-25**

(Cert #: 9589 0710 5270 0072 9359 55- Green Card # 9590 9402 9472 5069 7046 65)

**Package 10 - MERSCORP Letter8-12-25 & Notice of Dishonor & Certificate of Service 8-21-25**

(Cert #: 9589 0710 5270 0072 9352 21– Green Card # 9590 9402 9472 5069 7046 89)

| | Comapany | Name | Date Sent | Tracking # | Green Card Tracking # | Deliery date | Type of documents | Inocie |
|---|---|---|---|---|---|---|---|---|
| 2 | Rocket Mortgage | Brian Brown - CFO | 5/2/2025 | 9589 0710 5270 1899 5141 63 | 9590 9402 8769 4005 5670 81 | 5/4/2025 | Package 1 - Private Administrative Settlement & Contract date 5-1-25 | $362,061.55 |
| 3 | Rocket Mortgage | Brian Brown - CFO | 5/19/2025 | 9589 0710 5270 1899 5142 31 | 9590 9402 8769 4005 5670 67 | 5/23/2025 | Package 2 Sent to Rocket Mortgage on 5-19-25 | $965,244.48 |
| 4 | Rocket Mortgage | Brian Brown - CFO | 6/5/2025 | 9589 0710 5270 1899 5143 23 | 9590 9402 8769 4005367036 | 6/9/2025 | Package 3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 |
| 5 | Rocket Mortgage | Varun Krishna - CEO | 6/5/2025 | 9589 0710 5270 1899 5143 30 | 9590 9402 8789 4005 5670 67 | 6/9/2025 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 |
| 6 | Rocket Mortgage | Jay Bray, President & CEO | 6/5/2025 | 9589 0710 5270 1899 5142 48 | 9590 9402 8789 4005 5670 50 | 6/9/2025 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 |
| 7 | Rocket Mortgage | Bill Emerson, President | 6/5/2025 | 9589 0710 5270 1899 5142 55 | 9590 9402 8789 4005 5670 43 | 6/9/2025 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 |
| 8 | Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/5/2025 | 9589 0710 5270 1899 5142 62 | 9590 9402 8789 4005 5670 29 | 6/9/2025 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 |
| 9 | Rocket Mortgage | Moe Bazzi (Servicing Escalation Specialist) | 6/11/2025 | 9589 0710 5270 1899 5143 78 | 9590 9402 8789 4005 5669 61 | 6/16/2025 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 |
| 10 | Rocket Mortgage | Varun Krishna - CEO | 6/5/2025 | 9589 0710 5270 1899 5142 93 | 9590 9402 8789 4005 5670 05 | 6/17/2025 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 |
| 11 | Rocket Mortgage | Brian Brown - CFO | 6/9/2025 | 9589 0710 5270 1899 4304 63 | 9590 9402 8789 4005 5668 86 | 6/9/2025 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 |
| 12 | Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/5/2025 | 9589 0710 5270 1899 5142 86 | 9590 9402 8789 4005 5670 12 | 6/17/2025 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 |
| 13 | Rocket Mortgage | Bill Emerson, President | 6/9/2025 | 9589 0710 5270 1899 5143 54 | 9590 9402 8789 4005 5669 85 | 6/9/2025 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 |
| 14 | Rocket Mortgage | Jay Bray, President & CEO | 6/5/2025 | 9589 0710 5270 1899 5143 09 | 9590 9402 8789 4005 5670 92 | 6/20/2025 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 |
| 15 | Rocket Mortgage | IRS - Whistleblower - Form 211 | 6/23/2025 | 9589 0710 5270 1899 5144 08 | 9590 9402 8789 4005 5669 30 | 6/27/2025 | Package 5 - Form 211 - Whistleblower Office - ICE | N/A |
| 16 | Rocket Mortgage | Brian Brown - CFO | 6/25/2025 | 9589 0710 5270 1899 5144 15 | 9590 9402 8789 4005 5669 47 | 7/5/2025 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. |
| 17 | Rocket Mortgage | Bill Emerson, President | 6/25/2025 | 9589 0710 5270 0072 9351 53 | 9590 9402 9472 5069 7045 59 | 7/5/2025 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. |
| 18 | Rocket Mortgage | Varun Krishna - CEO | 6/25/2025 | 9589 0710 5270 1899 5144 22 | 9590 9402 9472 5069 7045 66 | 7/5/2025 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. |
| 19 | Rocket Mortgage | Jay Bray, President & CEO | 6/25/2025 | 9589 0710 5270 1899 4304 87 | 9590 9402 9472 5069 7045 80 | 7/5/2025 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. |
| 20 | Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/25/2025 | 9589 0710 5270 1899 4305 00 | 9590 9402 9472 5069 7045 97 | 7/5/2025 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. |
| 21 | Rocket Mortgage | Moe Bazzi (Servicing Escalation Specialist) | 6/25/2025 | 9589 0710 5270 1899 4304 94 | 9590 9402 9472 5069 7045 73 | 7/5/2025 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17 |
| 22 | Rocket Mortgage | Capture Team - 635 Woodward Ave | 6/26/2025 | RF 414 199 154 US | 9590 9402 9472 5069 7045 11 | 7/8/2025 | Package 7 - AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE | $4,471,954.17 |
| 23 | Rocket Mortgage | Capture Team - 635 Woodward Ave | 7/24/2025 | RF 414 199 168 US | 9590 9402 9472 5069 7046 58 | 8/5/2025 | Package 8 - CFPB 250701 - 21970535 Legal Notice & Invoice Response to Rocket Mortgage Letter on 7-24-25 | $8,943,908.34 |
| 24 | MERSCorp | Civil Summons Aug 1, 25 | 8/4/2025 | 9589 0710 5270 0072 9359 55 | 9590 9402 9472 5069 7046 65 | 11-Aug-25 | Package 9 - MERSCORP Civil Summons Package Sent 8-4-25 | N/A |
| 25 | MERSCorp | Notice of Dishonor / Demand for Identification | 8/21/2025 | 9589 0710 5270 0072 9352 21 | 9590 9402 9472 5069 7046 89 | 8/25/2025 | Package 10 - Merscorp Letter8-12-25 & Notice of Dishonor & Certificate of Service 8-21-25 | N/A |
| 26 | Rocket Mortgage | Civil Summons Aug 1, 25 | 8/4/2025 | 9589 0710 5270 0072 9352 52 | 9590 9402 9472 5069 7046 72 | 8/15/2025 | Package 11 - Rocket Mortgage Civil Summons 8-4-25.pdf | $8,943,908.34 |
| 27 | Rocket Mortgage | Conditional Acceptance - Get back on track letter | 8/22/2025 | 9589 0710 5270 0072 9352 38 | 9590 9402 9472 5069 7046 96 | 8/26/2025 | Package 12 - Conditional Acceptance - Get back on track letter | $13,415,862.51 |



# Package 10

# Merscorp Letter 8-12-25 & Notice of Dishonor & Certificate of Service 8-21-25



# Rejection of Service of Process

**Return to Sender Information:**

Jason-Gerald Jehorek null
Authorized Representative
11937 Fairlie Pl
Raleigh, NC 27613

| | |
|---|---|
| **Date:** | 08/12/2025 |
| **Party Served:** | Merscorp Holdings, Inc. |
| **Jurisdiction Served:** | DE |
| **Method Served:** | Certified Mail |
| **Title of Action:** | Noble Spring TR Enterprise, acting as Authorized Trust Office for the administrative and commercial claims originally styled in the name of Jason Gerald Jehorek vs. Rocket Mortgage, LLC |
| **Case/Reference No:** | 25CV026697-910 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com

Jchock
11937 Fairlie
Raleigh NC 27613

Merscorp Holding, Inc
C/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington Delaware 19808

CERTIFIED MAIL

9589 0710 5270 0072 9352 21
9589 0710 5270 0072 9352 21

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

Sent To Merscorp Holding & CSC
Street and Apt No., or PO Box No. 251 Little Falls Drive
City, State, ZIP+4 Wilmington, Delaware 19808-1674

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merscorp Holding, Inc
C/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, Delaware 19808-1674

9590 9402 9472 5069 7046 89

2. Article Number (Transfer from service label)

9589 0710 5270 0072 9352 21

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

## Notice of Dishonor / Demand for Identification

**Date:** August 21, 2025
**From:** Jehorek, Jason-Gerald, sui juris
Authorized Representative / Settlor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

**To:**

MERSCORP Holdings, Inc. (a/k/a Mortgage Electronic Registration Systems, Inc.)
c/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, Delaware 19808

**Certified Mail No.:** USPS # 9589 0710 5270 0072 9352 21

---

**RE: Refusal of Service of Process – Case No. 25CV026697-910**

To Whom It May Concern,

This letter serves as **formal notice of dishonor** and **demand for disclosure** regarding MERSCORP Holdings, Inc.'s refusal of lawful service of process in Case No. 25CV026697-910, **Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust, v. Rocket Mortgage, LLC, and MERSCORP Holdings, Inc.**

On August 2, 2025, service of process was lawfully tendered upon Corporation Service Company (CSC) as agent for MERSCORP Holdings, Inc. On August 12, 2025, CSC refused acceptance, thereby effecting dishonor. Such refusal does not negate notice, liability, or obligation under **UCC §§ 1-202, 3-501, and 3-502.**

Accordingly, demand is made for MERSCORP Holdings, Inc. or successor to provide, within **10 days of receipt** of this notice:

1. The current **legal entity status** of MERSCORP Holdings, Inc. with Secretary of State records;

2. The **name and address of the current registered agent** for service of process; and

3. **Identification of any successor, assignee, or merged entity** claiming rights once held by MERSCORP Holdings, Inc.

Failure to respond shall be deemed dishonor, waiver, and admission that MERSCORP Holdings, Inc. has no standing, claim, or defense in this matter.

For reference, the perfected deed and security interest are already matters of public record:

## Notice of Dishonor / Demand for Identification

- **Wake County Register of Deeds – Instrument No. 2025007746, (recorded May 7, 2025)**

- **UCC Financing Statement tendered June 10, 2025, in favor of Fairlie Pleasant Home Trust (submitted twice to Secretary of State)**

Enclosed please find an **Affidavit of Dishonor / Demand for Identification** for your records.

Sincerely,

By: _Jehorek, Jason-Gerald_

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise, Authorized Trust Office
On behalf of: Fairlie Pleasant Home Trust (Deed & Security Holder)
All Rights Reserved. Without Prejudice. Without Recourse.


## NOTARY

State of North Carolina        )

County of ___WAICE___ ) ss

On this _21st_ day of _August_, 2025, before me personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man who executed this document in good faith, and who acknowledged that he executed the same for the purposes therein stated. This acknowledgment is made for record only and does not confer jurisdiction.

Signature of Notary Public: _Elvis Dobro_

Printed Name of Notary: _ELVIS DOBRO_

Commission Expiration: _09/24/2029_

ELVIS DOBRO
Notary Public - North Carolina
Wake County
My Commission Expires Sep 24, 2029

Case 5:25-cv-00558-D-BM    Document 1-12    Filed 09/05/25    Page 8 of 22

## Certificate of Service / Mailing

---

**Certificate of Service / Mailing**

**Case No.:** 25CV026697-910
**Parties:** Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust
**v. Rocket Mortgage, LLC, and MERSCORP Holdings, Inc.**

---

I, Jehorek, Jason-Gerald, sui juris, Authorized Representative and Creditor Beneficiary, do hereby certify and declare as follows:

1. On the ___ day of August, 2025, I caused to be served by **Certified Mail, Return Receipt Requested,** the following documents:

   - o   **Cover Letter – Notice of Dishonor / Demand for Identification**

   - o   **Affidavit of Dishonor / Demand for Identification (attached)**

2. Said documents were addressed to:

**MERSCORP Holdings, Inc.**
c/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, Delaware 19808

3. Said mailing was tendered at the **United States Post Office,** located at [Insert Post Office Address], Raleigh, North Carolina.

4. Certified Mail tracking number: 9589 0710 5270 0072 9352 21 & 9590 9402 9472 5069 7046 89

5. A true and correct copy of the USPS **receipt and tracking record** shall be attached hereto once delivered.

---

**Verification**

I, Jehorek, Jason-Gerald, sui juris, declare under penalty of perjury under the laws of the United States of America and the laws of the State of North Carolina that the foregoing is true, correct, and complete.

**Certificate of Service / Mailing**

---

Executed this ⅛ day of August, 2025.

By: _Jehorek, Jason-Gerald_

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Deed & Security Holder)

All Rights Reserved. Without Prejudice. Without Recourse.

**NOTARY**

State of North Carolina     )

County of ___WAKE___ ) ss

On this _21st_ day of _August_, 2025, before me personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man who executed this document in good faith, and who acknowledged that he executed the same for the purposes therein stated. This acknowledgment is made for record only and does not confer jurisdiction.

Signature of Notary Public: _Elvis Dobro_

Printed Name of Notary: _ELVIS DOBRO_

Commission Expiration: _09 / 24 / 2029_

ELVIS DOBRO
Notary Public - North Carolina
Wake County
My Commission Expires Sep 24, 2029



# Package 9

# MERSCORP Civil Summons Package Sent 8-4-25



## Service of Civil Summons and Verified Complaint
## Case No. 25CV026697-910 — Wake County Superior Court

---

### MERSCORP (First-Time Service)

**Jehorek, Jason-Gerald, sui juris**
Authorized Representative / Settlor / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] — All Rights Reserved

**Date:** August 2, 2025

---

**TO:**

**MERSCORP Holdings, Inc.**
c/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, Delaware 19808

---

**RE: SERVICE OF SUMMONS AND VERIFIED COMPLAINT**
**Wake County Superior Court — Case No. 25CV026697-910**
**NOTICE OF INCLUSION AS NECESSARY PARTY FOR TITLE CLARIFICATION AND TRUST CLAIMS**

To Whom It May Concern:

Enclosed please find legal service upon **MERSCORP Holdings, Inc.**, which has been named a necessary party in the above-referenced civil matter filed August 1, 2025, in the **Superior Court of Wake County, North Carolina.**

Enclosed in this package:
1. **Civil Summons** (issued August 1, 2025)
2. **Verified Complaint for Quiet Title, Declaratory Judgment, and Constructive Trust**



MERSCORP Holdings, Inc. is included as a necessary party to determine and clarify:

- The chain of title and beneficiary status of real property located at:
  **11937 Fairlie Place, Raleigh, North Carolina 27613**
- Any assignments, endorsements, transfers, or securitization actions in which MERS acted as nominee or registry holder on behalf of a trust or lender entity

**Optional Disclosure Request (Non-Binding)**

To facilitate early resolution and protect MERS' potential interest in this matter, you are **invited, but not required**, to voluntarily disclose the following:

- The **CUSIP number, loan pool ID, or trust name** associated with securitization or transfer of Loan Nos. ▮▮▮▮▮▮ and ▮▮▮▮▮▮
- The **MERS Milestone transfer history** or audit trail identifying chain of beneficial ownership or servicing rights
- The **date of any recorded transfer, endorsement, or assignment** involving the referenced property or promissory note

This request is made **without prejudice** to your rights or mine, and does **not waive any right to judicial discovery or subpoena** at a later stage of this proceeding.
If no response is received, your rights and obligations will proceed under standard judicial process.

Should you wish to reply or submit documentation, please direct any communications to the undersigned at the mailing address listed below.

| | |
|---|---|
| **Mailing Address**<br>Jason Jehorek<br>c/o 11927 Fairlie PL<br>Raleigh, NC [27613] | Respectfully,<br><br>by: _Jehorek, Jason-Gerald_<br>Jehorek, Jason-Gerald, sui juris<br>Authorized Representative / Settlor / Grantor / Creditor Beneficiary<br>For: ©JASON GERALD JEHOREK™<br>And For: JASON GERALD FAMILY OF JEHOREK ESTATE<br>And For: Noble Spring TR Enterprise<br>All Rights Reserved. Without Prejudice<br>Without Recourse to me. |



Case 5:25-cv-00558-D-BM    Document 1-12    Filed 09/05/25    Page 13 of 22

Certified Mail # 9589 0710 5270 0072 9359 55
Date 8-4-25

# STATE OF NORTH CAROLINA

Wake County

▶ 25CV026697-910

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| Name Of Plaintiff | |
| NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald | |
| Address | |
| c/o 11937 Fairlie Place | |
| City, State, Zip | |
| Raleigh | NC [27613] |

**CIVIL SUMMONS**

☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

**VERSUS**

G.S. 1A-1, Rules 3 and 4

| Name Of Defendant(s) | Date Original Summons Issued |
| Rocket Mortgage, LLC, and MERSCORP Holdings, Inc. (MERS) | |
| | Date(s) Subsequent Summons(es) Issued |

## To Each Of The Defendant(s) Named Below:

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
| Rocket Mortgage, LLC | MERSCORP Holdings, Inc. |
| Legal Department, 1050 Woodward Avenue, | (a/k/a Mortgage Electronic Registration Systems, Inc.) |
| Detroit, Michigan 48226 | 1818 Library Street, Suite 300, Reston, VA 20190 |

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea Inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff) | Date Issued | Time | |
| NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald | 8/1/2025 | 2:13 | ☐ AM ☒ PM |
| c/o 11937 Fairlie Place  Raleigh, North Carolina [27613] | Signature DA | | |
| | ☒ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | |
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | | |

**NOTE TO PARTIES:** *Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|
| | | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|
| | | |

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

Certified Mail # 9589 0710 5270 0072 9859 55
Date 8-4-25

25CV026697-910

FILED
DATE: August 1, 2025
TIME: 2:23:34 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: D. Askew



# IN THE GENERAL COURT OF JUSTICE
## SUPERIOR COURT DIVISION
## WAKE COUNTY, NORTH CAROLINA

**Plaintiff 1:**

**NOBLE SPRING TR ENTERPRISE**, a Private Irrevocable Grantor Trust, acting as Authorized Trust Office for the administrative and commercial claims originally styled in the name of ©JASON GERALD JEHOREK™, for whom this trust lawfully administers creditor, commercial, and enforcement rights.

**Plaintiff 2:**

**Fairlie Pleasant Home**, a private title-holding trust holding equitable and recorded title to the subject property located at 11937 Fairlie PL, Raleigh, NC 27613, and administered as a subordinate real property trust under the authority of the **JASON GERALD FAMILY OF JEHOREK ESTATE**.

**The real party in interest and signatory authority is** Jehorek, Jason-Gerald, making a special appearance as Authorized Representative, Grantor, and Executor for the above trusts and family estate.

Plaintiffs,

v.

**Defendant 1:**
**ROCKET MORTGAGE, LLC**
1050 Woodward Avenue, Detroit, MI 48226
Mortgage Servicer and primary respondent to administrative notices served from May through July 2025.

**Defendant 2:**
**MERSCORP HOLDINGS, INC.**
c/o Corporation Service Company (CSC)
251 Little Falls Drive, Wilmington, DE 19808
Named in this Verified Complaint as a necessary party for title clarification and constructive trust review.



Defendant 3 (Nominal/Unknown Claimants):

All unknown heirs, successors, assigns, trustees, or other claimants of interest in real property located at c/o 11937 Fairlie Place, Raleigh, North Carolina [27613].

Defendants.

## **VERIFIED COMPLAINT FOR QUIET TITLE, DECLARATORY JUDGMENT, CONSTRUCTIVE TRUST, AND COMMERCIAL ESTOPPEL**

NOW COMES the Plaintiffs, by special appearance and without granting jurisdiction, appearing in propria persona, and complaining of the above-named Defendants, allege and state as follows:

I.   **PARTIES**

    a.   Plaintiff, NOBLE SPRING TR ENTERPRISE, is an irrevocable grantor trust, acting in the capacity of Trust Office for administrative claims and estate interest styled as ©JASON GERALD JEHOREK™ in prior filings. The real property is held in title by Fairlie Pleasant Home Trust, whose authorized office is located at 11937 Fairlie Pl, Raleigh, NC 27613.

    b.   Defendant 1: ROCKET MORTGAGE, LLC, a mortgage servicer who never responded in the private administrative process concluded in July 2025, with executive offices at 1050 Woodward Avenue, Detroit, Michigan 48226.

    c.   Defendant 2: MERSCORP Holdings, Inc. (MERS), named herein for the first time as a necessary party for title clarification and constructive trust inquiry, with service upon its registered agent: Corporation Service Company, 251 Little Falls Drive, Wilmington, Delaware 19808.

    d.   Other unknown defendants may claim an interest in the subject property, but their claims are speculative, unverified, and adverse to Plaintiff's lawful and equitable title.

II.   **STATEMENT OF FACTS & TIMELINE OF EVIDENCE**

    a.   On May 7, 2025, The Plaintiff lawfully acquired the real property known "BEING all of Lot 251, The Glen at Harrington Grove, Section 1, Tract D-I, Subdivision recorded In Map Book 1989, at Page 1401, Wako County Registry. Deed Book: 015185, Page Number: 01980 – 01983, Tax Map No: 0177230"



## Timeline of Private Administrative Record and Constructive Default

**Package 1: Private Administrative Settlement & Contract (May 1, 2025)**

The administrative filing demanded full disclosure of the origin of funds used to originate the loan, including identification of the funding party, verification of lawful consideration, and disclosure of any subsequent securitization, monetization, or use of the promissory note for profit under secondary market mechanisms. These demands were supported by citations to [15 U.S.C. § 1601], [UCC 3-104, 3-305, 3-501], and the [False Claims Act, 31 U.S.C. § 3729].

- **Served to:** Brian Brown, Chief Financial Officer, Rocket Mortgage, LLC.
- **Settlement Offer:** A lawful offer to settle all obligations in the amount of **$362,061.55** was made and supported with contract terms and affidavits.
  Said offer was declined by estoppel and dishonor through non-response.
- **Penalties & Risk Disclosure:**
  Rocket Mortgage, LLC was **placed on legal notice** that its failure to respond or rebut the affidavit of material fact, contract, and commercial claims may expose it to:
    - **Civil liabilities under [31 U.S.C. § 3729] exceeding $31 million,** including treble damages and per-claim penalties;
    - **Criminal exposure** for willful misrepresentation and concealment under [18 U.S.C. §§ 1001, 1341, 1343], each carrying potential prison terms of **7 to 10 years per count** if prosecuted under federal fraud statutes;
    - Commercial estoppel and summary judgment on the administrative record.

**Package 2: Enforcement and Demand for Proof (May 19, 2025)**

- Reasserted demands for: original wet-ink note, proof of funding, chain of title, and CUSIP disclosure.
- Legal Basis: [15 U.S.C. § 1635] (Right of rescission), [G.S. § 25-3-301] (Person entitled to enforce negotiable instrument).
- Reiterated failure to disclose material terms is a TILA violation and grounds for voiding contract.
- Affidavit served upon Rocket Mortgage's Chief Financial Officer; **Brian Brown.**
- An offer to settle all outstanding obligations in the amount of $965,244.48 was presented to Rocket Mortgage, LLC. Said offer was declined by operation of estoppel and commercial silence, as no timely rebuttal or lawful counterclaim was received.

**Package 3: Final Notice of Non-Response, Dishonor & Commercial Default (June 5, 2025)**

- Rocket Mortgage failed to rebut material facts, triggering default.
- Declaration of Constructive Trust and Notice of Dishonor issued.

Case 5:25-cv-00558-D-BM    Document 1-12    Filed 09/05/25    Page 18 of 22



- Legal Basis: [UCC 3-505(b)] (Dishonor by silence), [Restatement (Third) of Property: Mortgages § 6.4], [UCC 1-308] (Reservation of rights).
- Affidavit served upon Rocket Mortgage's Chief Financial Officer; **Brian Brown**.

**Package 4: Notice of False Credit Reporting and Fee Enforcement (June 9, 2025)**

- Served notice of continued false reporting to credit bureaus.
- Legal Basis: [15 U.S.C. § 1681s-2] (FCRA), [15 U.S.C. § 1692e] (FDCPA), [UCC 1-305] (Right to enforcement and damages).
- Fee schedule affirmed and doubled under administrative estoppel.
- Affidavit served upon Rocket Mortgage's Chief Financial Officer; **Brian Brown**.
  - o **Packages 1, 2, 3 and 4** sent to, **Varun Krishna**, Chief Executive Officer; **Jay Bray**, President & CEO; **Bill Emerson**, President; **Jeff Morganroth**, Chief Legal Officer; **Moe Bazzi**, Servicing Escalation Specialist.

**Package 5: OCC Referral and Constructive Default Public Notice (June 20–25, 2025)**

- Submitted complaint and full record to Office of the Comptroller of the Currency.
- Legal Basis: [12 U.S.C. § 1 et seq.] (OCC supervisory authority), [UCC 9-203(b)] (Attachment and enforceability of security interest).
- Affidavit served upon Rocket Mortgage's executive Officers.
- An offer to settle all outstanding obligations in the amount of $2,651,954.17 was presented to Rocket Mortgage, LLC. Said offer was declined by operation of estoppel and commercial silence, as no timely rebuttal or lawful counterclaim was received.

**Package 6: IRS Whistleblower Report (Form 211) (June 23, 2025)**

- Disclosed Rocket Mortgage's nondisclosure of bond securitization profits and fraudulent servicing practices.
- Legal Basis: [26 U.S.C. § 7623] (IRS Whistleblower provisions), [31 U.S.C. § 3729] (False Claims Act), [UCC 8-102(a)(15)] (Security).
- Final Notice and Unanswered Legal Inquiries (July 21–23, 2025)
- Affidavit served upon Rocket Mortgage's executive Officers.

**Package 7 :** Plaintiff issued legal notice to Rocket Mortgage referencing two contract numbers █████████ and █████████ and (Consumer Financial Protection Bureau - CFPB Complaint Ref: #250701-21970535 submitted on 07/01/2025) and (CFPB Complaint Ref: 250724-22601517 submitted on 07/24/2025). (July 21 and 23, 2025)

In response to Rocket Mortgage's CFPB notices July 21, 2025 letter expressing confusion regarding the prior administrative filings, a consolidated list of **48 legal and evidentiary questions** was submitted under **CFPB Complaint #250701-21970535** and sent via USPS



Certified Mail with return receipt, providing a clear summary of the issues already presented and requiring specific answers.

- o Full **proof of loan funding** and lawful consideration disclosure.
- o **CUSIP and securitization tracing** for both 2017 and 2020 transactions.
- o **Chain of title documentation** and proper accounting reconciliation.
- o Verification of endorsements by Ashley Smith and Eric Ferguson, including proof of authority and employment records.
- o Demand for disclosure of **purchase/sale agreements, pooling & servicing agreements**, and **MERS Milestone Reports**.

- Rocket Mortgage failed to rebut any of the questions with sworn affidavits or supporting documentation, constituting **dishonor, constructive fraud**, and **violation of disclosure duties** under:
  - o [15 U.S.C. § 1601] – Truth in Lending Act (TILA)
  - o [12 U.S.C. § 2605] – RESPA
  - o [UCC §§ 3-203, 3-401, 9-203]
  - o [18 U.S.C. §§ 1341, 1343, 1344] – Mail/Wire/Bank Fraud

- Based on Rocket Mortgage's failure to cure, the **commercial invoice originally issued for $4,471,954.17** was lawfully doubled to **$8,943,908.34**, with notice that it will **double again upon judicial enforcement.**

- Package 1 and the final invoice outlined **potential civil and criminal liabilities exceeding $31,000,000** and up to **7–10 years in federal prison** for fraud, concealment, and unlawful securitization under [31 U.S.C. § 3729] (False Claims Act), [18 U.S.C. § 1344] (Bank Fraud), and related provisions.

- Notice was issued to all relevant **executive officers**, and the matter was formally placed in **public record**, published on https://noticeofrecord.org/jason-gerald-family-of-jehorek-estate-99/, and supported by **Affidavits of Service** and **Certified Mail Receipts.**

## III.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff, through its authorized fiduciary trust office, respectfully prays that this Honorable Court enter judgment as follows:

1. **Quiet Title:** That title to the real property located at c/o 11937 Fairlie Place, Raleigh, North Carolina [27613] be quieted in favor of Plaintiff and NOBLE SPRING TR ENTERPRISE, d/b/a ©JASON GERALD JEHOREK™, free and clear of any adverse claims by the named Defendants;

Case 5:25-cv-00558-D-BM    Document 1-12    Filed 09/05/25    Page 20 of 22



2. **Declaratory Judgment:** That the Court declare that ROCKET MORTGAGE, LLC and MERSCORP Holdings, Inc. (MERS) possess no legal, equitable, or beneficial interest in the subject property, nor any enforceable claim upon the same;

3. **Constructive Trust:** That a constructive trust be imposed upon all securitization proceeds or derivative instruments arising from the original promissory note or related mortgage contract(s), in favor of the Plaintiff estate;

4. **Commercial Estoppel:** That the Court recognize commercial estoppel against any further collection activity, foreclosure, or credit reporting by Defendants, based on their dishonor, non-response, and failure to cure under applicable commercial and contract law and the Administrative Procedures Act;

5. **Admission by Silence:** That the Court take judicial notice and enter findings that Defendants failed to respond to 48 enumerated legal questions submitted under CFPB Complaint Ref. #250724-22601517, constituting tacit acquiescence and administrative default;

6. **Damages and Costs:** That Plaintiff be awarded all costs of this action, and that the Court grant further relief as may be deemed just and proper, including but not limited to lawful recognition of Plaintiff's final invoice totaling **$8,943,908.34**, as unrebutted and perfected under commercial law.

## VERIFICATION

i, Jehorek, Jason-Gerald, declare under penalty of perjury under the laws of the United States of America and the laws of the State of North Carolina that the foregoing is true and correct, and that this Verified Complaint is made in good faith.

Date: __1__ day of __August__, 2025.

by: ___Jehorek, Jason-Gerald___

Jehorek, Jason-Gerald,
Authorized Representative / Grantor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
And For: NOBLE SPRING TR ENTERPRISE
And For: JASON GERALD FAMILY OF JEHOREK ESTATE
And For: Fairlie Pleasant Home
All Rights Reserved. Without Prejudice Without Recourse to me.



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

| Certified Mail Fee | |
| --- | --- |
| $ | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ | |
| Total Postage and Fees | |
| $ | |

Sent To MERSCORP Holding Inc (CSC)
Street and Apt. No., or PO Box No. 251 Little Falls Drive
City, State, ZIP+4 Wilmington, Delaware 19808

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

9589 0710 5270 0072 9359 55

MERSCORP Holdings, Inc
C/o Corporation Service Company (SC)
251 Little Falls Drive
Wilmington, Delaware 19808

### SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MERSCORP Holding Inc.
C/o Corporation Service Company(SC)
251 Little Falls Drive
Wilmington, Delaware 19808

9590 9402 9472 5069 7046 65

2. Article Number (Transfer from service label)

9589 0710 5270 0072 9359 55

### COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Jehovah
1937 Fairake PL
Raleigh NC [27613]