# EXHIBIT "A.14"

# Attached Exhibits to Amended
## Notice of Trust & Non-UCC Filing

**Case No.: 25CV026697-910**

**Court:** Wake County Superior Court

FILED

DATE: August 28, 2025
TIME: 10:12:35 AM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

### Exhibit A – Trust Documents (Filed August 7, 2025)

- Declaration of Express Trust and supporting instruments.
- Filed into the record of Case No. 25CV026697-910.
- Establishes that all right, title, and beneficial interest in the property located at **11937 Fairlie Place, Raleigh, NC 27613** is held in the **Fairlie Pleasant Home Holding Trust**, administered by **Noble Spring TR Enterprise (Trust Office)**.

### Exhibit B – Non-UCC Filing (Filed August 22, 2025)

- Non-UCC Financing Statement recorded under **Wake County Register of Deeds, Instrument No. 2025007746**.
- Perfected interest in the above property recorded by the Secured Party, outside statutory UCC jurisdiction.

### Exhibit C – Administrative Process (May–August 2025)

- Packages 1–12, including Notices, Invoices, Affidavits of Dishonor, and regulatory filings.
- Delivered to Rocket Mortgage, LLC and MERSCORP Holdings, Inc. by USPS Certified Mail with tracking and green card return receipts (proof attached).
- Establishes that Rocket Mortgage dishonored repeated requests for proof of standing and entered commercial default.

### Exhibit D – Conditional Acceptance (August 22, 2025)

- Conditional Acceptance of Rocket Mortgage "Get Back on Track" Letter, served with Exhibit A (48 questions + invoice).
- Preserves damages escalating from **$362,061.55 (Package 1)** to **$13,415,862.51** due to dishonor.
- Includes Certificate of Service.

**Respectfully Submitted,**

Date: 8-27-2025

By: Jehorek, Jason-Gerald

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Holding Trust)

All Rights Reserved. Without Prejudice. Without Recourse.

Page 2-2

# Notice of Trust & Non-UCC Filing

**Case No.: 25CV026697-910**
**Court: Wake County Superior Court**

Comes now, I, **Jehorek, Jason-Gerald, sui juris**, Authorized Representative and Creditor Beneficiary for **Noble Spring TR Enterprise** (Authorized Trust Office for **Fairlie Pleasant Home** (Holding Trust), and give notice to this Court and Clerk of Record:

1. On **August 7, 2025**, I filed into this case record the **Declaration of Express Trust** with supporting trust instruments, establishing that all right, title, and beneficial interest in the property known as **11937 Fairlie Place, Raleigh, NC 27613** is held in the **Fairlie Pleasant Home** (Holding Trust).

2. On **August 22, 2025**, I filed a **Non-UCC Financing Statement**, recorded under **Wake County Register of Deeds, Instrument No. 2025007746**, giving public notice that the **Secured Party (Noble Spring TR Enterprise)** holds perfected interest in the above-described property, outside statutory UCC jurisdiction.

3. Between **May and August 2025**, I conducted a full **private administrative process** against Rocket Mortgage, LLC and MERSCORP Holdings, Inc. (see **Packages 1–12**, attached by reference, with USPS certified mail tracking and green card confirmations). Said process included **48 lawful questions of standing, chain of title, and consideration**, which remain unanswered. Silence constitutes dishonor and default under **UCC 1-308, 1-103, 3-501, 3-502, and 3-505(b)**.

4. Despite this process, Rocket Mortgage continues to send monthly billing statements and collection notices without providing proof of claim, and has attempted to harass the Secured Party with phone calls to demand payment. Such acts, without proof of standing, constitute **fraudulent misrepresentation, violation of 15 U.S.C. §1601 (TILA), 12 U.S.C. §2605 (RESPA), and commercial dishonor.**

5. Damages and amounts in controversy have been established in the administrative process, escalating from $362,061.55 (Package 1) to $13,415,862.51 (**Conditional Acceptance, August 22, 2025**), and are preserved in the court record by reference.

**Respectfully Submitted,**

Date: 8-27-2025

By: Jehorek, Jason-Gerald

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home (Holding Trust)

All Rights Reserved. Without Prejudice. Without Recourse.

| Company | Certified Mail Sent to Names | Sent | Certified Mail # | Green Card Receipts # | Delivered | PKGs | Type of documents | Invoiced | Document Stored on Notice of Record |
|---|---|---|---|---|---|---|---|---|---|
| Rocket Mortgage | Brian Brown - CFO | 5/2/25 | 9589 0710 5270 1899 5141 63 | 9590 9402 8769 4005 5670 81 | 5/4/25 | PK1 | Package 1 - Private Administrative Settlement & Contract date 5-1-25 | $362,061.55 | https://noticeofrecord.org/records/96-20252608011213/ |
| Rocket Mortgage | Brian Brown - CFO | 5/19/25 | 9589 0710 5270 1899 5142 31 | 9590 9402 8769 4005 5670 67 | 5/23/25 | PK2 | Package 2 Sent to Rocket Mortgage on 5-19-25 | $965,244.48 | https://noticeofrecord.org/records/96-20252608011305/ |
| Rocket Mortgage | Brian Brown - CFO | 6/5/25 | 9589 0710 5270 1899 5143 23 | 9590 9402 8769 40053670 36 | 6/9/25 | PK3 | Package 3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 | https://noticeofrecord.org/records/96-20252608011348/ |
| Rocket Mortgage | Varun Krishna - CEO | 6/5/25 | 9589 0710 5270 1899 5143 30 | 9590 9402 8789 4005 5670 67 | 6/9/25 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 | https://noticeofrecord.org/records/96-20252608011348/ |
| Rocket Mortgage | Jay Bray, President & CEO | 6/5/25 | 9589 0710 5270 1899 5142 48 | 9590 9402 8789 4005 5670 50 | 6/9/25 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 | https://noticeofrecord.org/records/96-20252608011348/ |
| Rocket Mortgage | Bill Emerson, President | 6/5/25 | 9589 0710 5270 1899 5142 55 | 9590 9402 8789 4005 5670 43 | 6/9/25 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 | https://noticeofrecord.org/records/96-20252608011348/ |
| Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/5/25 | 9589 0710 5270 1899 5142 62 | 9590 9402 8789 4005 5670 29 | 6/9/25 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | $1,930,488.96 | https://noticeofrecord.org/records/96-20252608011348/ |
| Rocket Mortgage | Moe Bazzi (Servicing Escalation Specialist) | 6/11/25 | 9589 0710 5270 1899 5143 78 | 9590 9402 8789 4005 5669 61 | 6/16/25 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 | https://noticeofrecord.org/records/96-20252608011631/ |
| Rocket Mortgage | Varun Krishna - CEO | 6/5/25 | 9589 0710 5270 1899 5142 93 | 9590 9402 8789 4005 5670 05 | 6/17/25 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 | https://noticeofrecord.org/records/96-20252608011631/ |
| Rocket Mortgage | Brian Brown - CFO | 6/9/25 | 9589 0710 5270 1899 4304 63 | 9590 9402 8789 4005 5668 86 | 6/9/25 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 | https://noticeofrecord.org/records/96-20252608011631/ |
| Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/5/25 | 9589 0710 5270 1899 5142 86 | 9590 9402 8789 4005 5670 12 | 6/17/25 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 | https://noticeofrecord.org/records/96-20252608011631/ |
| Rocket Mortgage | Bill Emerson, President | 6/9/25 | 9589 0710 5270 1899 5143 54 | 9590 9402 8789 4005 5669 85 | 6/9/25 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 | https://noticeofrecord.org/records/96-20252608011631/ |
| Rocket Mortgage | Jay Bray, President & CEO | 6/5/25 | 9589 0710 5270 1899 5143 09 | 9590 9402 8789 4005 5669 92 | 6/20/25 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | $17,500.00 | https://noticeofrecord.org/records/96-20252608011631/ |
| Rocket Mortgage | IRS - Whistleblower - Form 211 | 6/23/25 | 9589 0710 5270 1899 5144 08 | 9590 9402 8789 4005 5669 30 | 6/27/25 | PK5 | Package 5 - Form 211 - Whistleblower Office - ICE | N/A | https://noticeofrecord.org/records/96-20252608021633/ |
| Rocket Mortgage | Brian Brown - CFO | 6/25/25 | 9589 0710 5270 1899 5144 15 | 9590 9402 8789 4005 5669 47 | 7/5/25 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. | https://noticeofrecord.org/records/96-20252608022054/ |
| Rocket Mortgage | Bill Emerson, President | 6/25/25 | 9589 0710 5270 0072 9351 53 | 9590 9402 9472 5069 7045 59 | 7/5/25 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. | https://noticeofrecord.org/records/96-20252608022054/ |
| Rocket Mortgage | Varun Krishna - CEO | 6/25/25 | 9589 0710 5270 1899 5144 22 | 9590 9402 9472 5069 7045 66 | 7/5/25 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. | https://noticeofrecord.org/records/96-20252608022054/ |
| Rocket Mortgage | Jay Bray, President & CEO | 6/25/25 | 9589 0710 5270 1899 4304 87 | 9590 9402 9472 5069 7045 80 | 7/5/25 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. | https://noticeofrecord.org/records/96-20252608022054/ |
| Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/25/25 | 9589 0710 5270 1899 4305 00 | 9590 9402 9472 5069 7045 97 | 7/5/25 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. | https://noticeofrecord.org/records/96-20252608022054/ |
| Rocket Mortgage | Moe Bazzi (Servicing Escalation Specialist) | 6/25/25 | 9589 0710 5270 1899 4304 94 | 9590 9402 9472 5069 7045 73 | 7/5/25 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | $2,651,954.17. | https://noticeofrecord.org/records/96-20252608022054/ |
| Rocket Mortgage | Information Request - Legal Department | 6/26/25 | RF 414 199 154 US | 9590 9402 9472 5069 7045 11 | 7/8/25 | PK7 | Package 7 - AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE | $4,471,954.17 | https://noticeofrecord.org/records/96-20252608022511/ |
| Rocket Mortgage | Capture Team - 635 Woodward Ave | 7/24/25 | RF 414 199 168 US | 9590 9402 9472 5069 7046 58 | 8/5/25 | PK8 | Package 8 - CFPB 250701 - 21970535 Legal Notice & Invoice Response to Rocket Mortgage Letter on 7-24-25 | $8,943,908.34 | https://noticeofrecord.org/records/96-20252608022856/ |
| MERS Corp | Civil Summons Aug 1, 25 | 8/4/25 | 9589 0710 5270 0072 9359 55 | 9590 9402 9472 5069 7046 65 | 8/11/25 | PK9 | Package 9 - MERSCORP Civil Summons Package Sent 8-4-25 | N/A | https://noticeofrecord.org/records/96-20252608023217/ |
| MERS Corp | Notice of Dishonor / Demand for Identification | 8/21/25 | 9589 0710 5270 0072 9352 21 | 9590 9402 9472 5069 7046 89 | 8/25/25 | PK10 | Package 10 - Mers Corp Letter8-12-25 & Notice of Dishonor & Certificate of Service 8-21-25 | N/A | https://noticeofrecord.org/records/96-20252608023846/ |
| Rocket Mortgage | Civil Summons Aug 1, 25 | 8/4/25 | 9589 0710 5270 0072 9352 52 | 9590 9402 9472 5069 7046 72 | 8/15/25 | PK11 | Package 11 - Rocket Mortgage Civil Summons 8-4-25.pdf | $8,943,908.34 | https://noticeofrecord.org/records/96-20252608024324/ |
| Rocket Mortgage | Conditional Acceptance - Get back on track letter | 8/22/25 | 9589 0710 5270 0072 9352 38 | 9590 9402 9472 5069 7046 96 | 8/26/25 | PK12 | Package 12 - Conditional Acceptance - Get back on track letter | $13,415,862.51 | https://noticeofrecord.org/records/96-20252608024952/ |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | CFPB COMPLAINT #250701-21970535 Response 7-23-25 | N/A | https://noticeofrecord.org/records/96-20252608025031/ |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | NCCOB Letter to Rocket Mortgage – July 8, 2025 | N/A | https://noticeofrecord.org/records/96-20252608025105/ |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | Office of the Comptroller of the Currency mail on June 30th 2025 | N/A | https://noticeofrecord.org/records/96-20252608025140/ |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | Response to CFPB Complaint #250701-21970535 7-23-25 | N/A | https://noticeofrecord.org/records/96-20252608025225/ |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | Rocket Mortgage Letter from 5-14-25 | N/A | https://noticeofrecord.org/records/96-20252608025302/ |
| N/A | N/A | N/A | N/A | N/A | N/A | N/A | Rocket Mortgage Loan 3390893042 Application Letter 5-14-25 | N/A | https://noticeofrecord.org/records/96-20252608025335/ |