IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.  5:25-CV-00558-D

Noble Spring TR Enterprise )
d/b/a Jehorek, Jason-Gerald )
)
Plaintiff(s), )
v. )
Rocket Mortgage, LLC and )
Merscorp Holdings, Inc. )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3, Defendant MERSCORP Holdings, Inc., ("MERS"), a privately held corporation makes the following disclosure:

1.  Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES  ◯          NO  ◉

2.   Does the party/intervenor have any parent corporations?

    YES  ◉          NO  ◯

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    MERSCORP Holdings Inc., a privately held corporation. ICE Mortgage Technology is the parent company of MERSCORP Holdings, Inc. and a wholly owned subsidiary of Intercontinental Exchange, Inc. listed on the New York Stock Exchange ("NYSE")

3.  Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES  ◯          NO  ◉

If yes, identify all such owners:

93260\326219192.v1

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

YES ◯         NO ⦿

5. Is the party/intervenor a trade association?

YES ◯         NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on <u>diversity jurisdiction</u>, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature:  _/s/ Siobhan E.P. Grant_

Date:        September 9, 2025

2

93260\326219192.v1