IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


Case No. 5:25-CV-00558-D


| | |
|---|---|
| Noble Spring TR Enterprise | ) |
| d/b/a Jehorek, Jason-Gerald | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| Rocket Mortgage, LLC and | ) |
| Merscorp Holdings, Inc. | ) |
| | ) |
| Defendant(s). | ) |


**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3, Defendant Rocket Mortgage, LLC who is a Michigan limited liability company makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES ◯          NO ⦿

2. Does the party/intervenor have any parent corporations?

    YES ⦿          NO ◯

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:
    Rocket Mortgage, LLC, a Michigan limited liability company, is wholly owned by Rocket Limited Partnership, a Michigan limited partnership. Rocket Limited Partnership is owned by Rocket GP, LLC, a Michigan limited liability company and Rocket LP, LLC, a Michigan limited liability company. Rocket Companies, Inc., a Delaware corporation, is the sole member of Rocket GP, LLC and of Rocket LP, LLC. Rocket Mortgage, LLC

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES ◯          NO ⦿

If yes, identify all such owners:

93260\326219164.v1

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ◯          NO ⦿

5. Is the party/intervenor a trade association?

   YES ◯          NO ⦿

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on <u>diversity jurisdiction</u>, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

| | |
|---|---|
| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |
| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |
| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |
| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |
| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |
| _____ | _____ |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: ___/s/ Siobhan E.P. Grant___

Date: ___September 9, 2025___

2

93260\326219164.v1