# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | | | |
|---|---|---|---|
| Noble Spring TR Enterprise d/b/a Jehorek Jason Gerald | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 5:25-CV-00558-D |
| Rocket Mortgage, LLC and Merscorp Holdings, LLC | ) | | |
| *Defendant* | ) | | |
| | ) | | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rocket Mortgage, LLC                                                                                      .

Date:      09/10/2025

Siobhan E.P. Grant
*Attorney's signature*

Siobhan E.P. Grant/Bar #57139
*Printed name and bar number*

Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd., 10th FL
Suite 1000
Coral Gables, Florida 33134

*Address*

sgrant@hinshawlaw.com
*E-mail address*

(305) 358-7747
*Telephone number*

(305) 577-1063
*FAX number*