

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:    (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

September 10, 2025

Noble Spring TR Enterprise d/b/a Jehorek, Jason-Gerald
11937 Fairlie Place
Raleigh, North Carolina 27613

> **Re:    Notice to Counsel Regarding Removal of Case to Eastern District of North Carolina-**
> **-Noble Spring TR Enterprise v. Rocket Mortgage, LLC et al, 5:25-cv-558-D**

Dear Noble Spring TR Enterprise v. Rocket Mortgage, LLC et al:

On September 5, 2025, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District North Carolina. Pursuant to this rule, if you are proceeding without an attorney you required to file a notice of self-representation within 14 days after removal.  Additionally, you must file a disclosure statement in accordance with Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3.  The form for the notice of self-representation and the disclosure statement are both available on the court's website, www.nced.uscourts.gov.  You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

If you require additional information, please contact the clerk's office at (919) 645-1700.

Sincerely,

PETER A. MOORE, JR., CLERK

*Nicole Sellers*

By: Nicole Sellers, Deputy Clerk

cc: OPPOSING COUNSEL (via CM/ECF Notice of Electronic Filing)