UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

      Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

      Defendant.          /

Case No. 5:25-CV-00558-D

## NOTICE OF FILING PLAINTIFF'S
## STATE COURT AMENDED COMPLAINT

Defendants, ROCKET MORTGAGE, LLC, ("ROCKET MORTGAGE") and MERSCORP

HOLDINGS, INC., ("MERSCORP") (collectively the "Defendants"), gives Notice that the Plaintiff filed his

Amended Complaint in the State Court Action on September 8, 2005 and a copy is attached hereto as Exhibit

A. Plaintiff filed the Amended Complaint prior to Defendant being able to file the Notice of Removal in

State Court due to the North Carolina State Court efiling portal being down on Friday, September 5, 2025.

This 11th day of September, 2025

Respectfully submitted,

/s/ Siobhan E. P. Grant
**Siobhan E. P. Grant**
HINSHAW & CULBERTSON LLP
2811 Ponce de Leon Blvd., Suite 1000
Coral Gables, FL 33134
Phone: (305) 428-5118
Fax: (305) 577-1063
Email: sgrant@hinshawlaw.com
(NC Bar No. 57139)
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2025, I sent a copy of the Notice of Removal to the following

parties in the way described below each party's name:


Party Name: <u>Noble Spring TR Enterprise d/b/a Jehorek, Jason-Gerald</u>
How Served: <u>Via Mail</u>
Address: 11937 Fairlie Place
　　　　Raleigh, North Carolina 27613


<div style="margin-left:45%;">

<u>/s/ Siobhan E. P. Grant</u>
**Siobhan E. P. Grant** (NC Bar No. 57139)
2811 Ponce de Leon Blvd
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone Number: 305-428-5118
sgrant@hinshawlaw.com

</div>

1091200\326213952.v1