# EXHIBIT "A"

FILED

DATE: September 8, 2025
TIME: 3:31:03 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

**STATE OF NORTH CAROLINA**

**IN THE GENERAL COURT OF JUSTICE**

**SUPERIOR COURT DIVISION**

**COUNTY OF WAKE**

NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald, sui juris
Plaintiff

v. Case No. 25CV026697-910

ROCKET MORTGAGE, LLC;

MERSCORP HOLDINGS, INC.;

FEDERAL NATIONAL MORTGAGE ASSOCIATION (Fannie Mae),

Defendants

---

## AMENDED COMPLAINT

### I. PRELIMINARY STATEMENT

1. Plaintiff brings this action to challenge unlawful mortgage servicing, securitization practices, deceptive collection tactics, and constitutional violations arising from Defendants' conduct.

2. Defendants' actions violate federal consumer protection statutes, antitrust law, and the Thirteenth Amendment prohibition on peonage and involuntary servitude.

3. Plaintiff seeks declaratory relief, statutory damages, treble damages, constructive trust, and quiet title.

---

### II. JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to the laws of North Carolina.

5. Venue is proper in Wake County because the subject property and transactions occurred in this county.

---

### III. PARTIES

6. Plaintiff, NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald, sui juris, is domiciled in Wake County, North Carolina.

Page 105

7. Defendant Rocket Mortgage, LLC, is a Michigan limited liability company engaged in mortgage lending and servicing, conducting business in North Carolina.

8. Defendant MERSCORP Holdings, Inc., is a Delaware corporation operating a private electronic registry that conceals transfers of mortgage interests.

9. Defendant Federal National Mortgage Association ("Fannie Mae") is a government-sponsored enterprise that purchases and securitizes mortgages into federally regulated pools.

## IV. FACTUAL BACKGROUND

10. Loan #1, originated by Quicken Loans, was fully satisfied through refinancing and subsequently securitized into a Fannie Mae trust pool (e.g., Pool No. MA4255A).

11. Loan #2, originated by Rocket Mortgage in December 2020, was also securitized into a Fannie Mae trust. Plaintiff has submitted formal requests for disclosure of the applicable Pool Number, CUSIP identification, and securitization dates. Certificate of service in **Exhibit C**.

12. Plaintiff holds legal title to the subject property pursuant to a **General Warranty Deed recorded with the Wake County Register of Deeds**. A true and correct copy is attached as **Exhibit F**.

13. Plaintiff issued multiple notices and demands (Administrative Packages 1–13), including 48 written questions, which Defendants ignored **Exhibit A**.

14. Plaintiff submitted complaints to the CFPB, OCC, and IRS Whistleblower Office, documenting Defendants' misconduct.

15. Rocket Mortgage sent coercive communications, including an email titled **"Take action to save your home" Exhibit E** , implying foreclosure unless payment was made, despite securitization and payoff disputes.

16. Rocket also threatened derogatory credit reporting in violation of consumer protection laws. **Exhibit E**.

17. MERSCORP Holdings, Inc. maintains false "nominee" records that obscure the true beneficial owner of the loan, **Exhibit D**.

18. Plaintiff published public notices and affidavits documenting Rocket's dishonor and the securitization of the loan. **Exhibit G**

*page 2 of 5*

## V. CAUSES OF ACTION

### Count 1 – Truth in Lending Act (TILA) [15 U.S.C. § 1601 et seq.]

19. Defendants failed to disclose payoff accounting, loan ownership, and securitization details as required under TILA.

### Count 2 – Real Estate Settlement Procedures Act (RESPA) [12 U.S.C. § 2605]

20. Defendants failed to respond to Qualified Written Requests (QWRs) and ignored servicing disputes.

### Count 3 – Fair Debt Collection Practices Act (FDCPA) [15 U.S.C. § 1692e]

21. Defendants made deceptive collection threats, including foreclosure by implication, without lawful standing.

### Count 4 – Fair Credit Reporting Act (FCRA) [15 U.S.C. § 1681s-2]

22. Defendants furnished false and misleading credit information relating to Plaintiff's mortgage account.

### Count 5 – Sherman Antitrust Act [15 U.S.C. §§ 1–2]

23. Rocket Mortgage, MERSCORP, and Fannie Mae engaged in a contract, combination, and conspiracy in restraint of trade by:

> a. Bypassing public recording systems;
>
> b. Concealing ownership through MERS;
>
> c. Coordinating a closed mortgage market that monopolizes securitization and deprives consumers of competition.
>
> 24. This constitutes unlawful monopolization and restraint of trade, causing injury to Plaintiff and the public.

### Count 6 – Peonage and Debt Bondage (Thirteenth Amendment & Peonage Abolition Act, 1867)

25. All contracts of peonage within the United States are null and void.

26. Defendants' attempts to enforce payment on a securitized and discharged loan constitute **debt bondage and involuntary servitude**.

27. Threats of foreclosure and coercion violate the Thirteenth Amendment, the **Peonage Abolition Act of 1867 (14 Stat. 546, ch. 187)**, and the **Trafficking Victims Protection Act [Public Law 106-386, §13, 114 Stat. 1467 (2000)]**.

page 3 - of 5

### Count 7 – Mail & Wire Fraud [18 U.S.C. §§ 1341, 1343] (Supporting Claim)

28. Defendants used U.S. mail and electronic systems to advance false claims of ownership and enforce fraudulent obligations.

### Count 8 – Constructive Trust / Quiet Title (North Carolina Law)

29. Plaintiff holds title pursuant to the **General Warranty Deed recorded in Wake County** (Exhibit F).

30. Defendants' claims, assignments, and securitization transactions are not reflected in Wake County public records, creating a **cloud on title**.

31. Plaintiff seeks a decree establishing a constructive trust over all securitization proceeds and quieting title in Plaintiff's favor.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Declare Rocket Mortgage and co-defendants in dishonor and lacking standing;

2. Quiet title to the subject property in Plaintiff's favor;

3. Establish a constructive trust for proceeds of securitization;

4. Award statutory damages under TILA, RESPA, FDCPA, and FCRA;

5. Award treble damages under the **Sherman Act**;

6. Declare Defendants' conduct void under the **Peonage Abolition Act** and enjoin further coercion;

7. Award attorney fees, costs, and any relief deemed just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

page 4 of 5

## VIII. SIGNATURE BLOCK

by: _Jehorek - Jason-Gerald_

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse

## IX. EXHIBITS

- **Exhibit A** – List of 48 Unanswered Questions

- **Exhibit B** – Final Invoice & Notice of Default

- **Exhibit C** – Certificate of Service (Proof of mailing with USPS Tracking Updated)

- **Exhibit D** – Public Notice of Securitization and Fannie Mae Pool Assignment

- **Exhibit E** – "Take action to save your home" email (Threatening Communication)

- **Exhibit F** – General Warranty Deed (Wake County Register of Deeds, certified copy)

- **Exhibit G** - Plaintiff published public notices and affidavits documenting Rocket's dishonor and the securitization of the loan

page 5 of 5

# Plaintiff's 48 Questions for Rocket Mortgage
## Exhibit A:

## Questions:

Q1) Where did Rocket Mortgage (formerly Quicken Loans) obtain the funds to originate and refinance the mortgage loans dated April 2017 and December 2020, and what lawful consideration was tendered by the lender at closing?

Q2) Was this money borrowed from another lender, created through a warehouse line, or generated through any investor-backed facility like Fannie Mae or Ginnie Mae?

Q3) Who funded the loan, and where is the proof of value exchanged at the time of closing?

Q4) Please provide documentation of the accounting trail or bank transaction that supports the loan's origination.

Q5) If the loan was sold or securitized into a Fannie Mae investment pool, what capital was truly at risk?

Q6) Where did the capital originate to fund these obligations if the loans were sold into Fannie Mae investment pools, and what accounting trail under [15 U.S.C. § 1635], [12 U.S.C. § 2605], [TILA Regulation Z], and [31 U.S.C. § 5318(b)(2)] exists to prove lawful value exchange and risk retention?

Q7) Under the Truth in Lending Act [15 U.S.C. § 1601 et seq.] and the Real Estate Settlement Procedures Act [12 U.S.C. § 2601 et seq.], Rocket Mortgage must disclose the source of funds and any third-party investor relationships (including warehouse lines or credit creation via MERS or Ginnie Mae/Fannie Mae conduits).

Q8) Whose signature was used to monetize or securitize the original promissory note(s) tied to the property located at Mail Location on Record, North Carolina [ZIP CODE], and on what authority was that signature utilized to create a negotiable instrument?

Q9) Was the private man known as Authorized Representative Jehorek, Jason-Gerald properly informed or lawfully disclosed the identity of the creditor who received or held the consideration at the time the funds were originated?

Q10) Did the signatory named on the promissory note represent the estate, a third-party creditor, or a principal on behalf of another undisclosed trust, REIT, or securities holder? Please identify the estate or legal entity for the record.

Q11) Under what lawful process was the signature separated from the security instrument and rehypothecated or pledged, and where are the disclosures under [12 CFR § 1026.17(b)] proving that the true source and application of funds was disclosed prior to closing?

Q12) Who received the initial deposit or converted proceeds upon the creation of the security instrument, and was this disclosed to the signatory, as required under [12 CFR § 1026.18]?

Case 5:25-cv-00558-D-BM    Document 6-1    Filed 09/11/25    Page 7 of 31

In reference to the endorsement appearing on the promissory note—signed by "Ashley Smith, Capture Manager" and reading:



"Without Recourse Pay to the order of Then Quicken Loans"

The undersigned Estate hereby demands a formal, itemized response to the following questions, supported by sworn affidavits and documentary proof:

Q13) When was the "Without Recourse Pay to the order of Then Quicken Loans" added to the promissory note? Was this at the time of closing or after.

Q14) Where all parties informed that this was added to the promissory Note?

Q15) What is a "Capture Manager"?

Q16) Define the role of "Capture Manager" within Rocket Mortgage or its predecessor Quicken Loans.

Q17) Specify whether this role includes legal authority to endorse negotiable instruments or promissory notes.

Q18) Did Ashley Smith work at Rocket Mortgage or Quicken Loans in an executive or authorized fiduciary capacity?

Q19) Provide a Notarized Affidavit of employment confirming:
- Job title(s), department, and scope of duties;
- Start and end dates of employment;
- Specific legal authority or power of attorney to endorse negotiable instruments.

Q20) Was Ashley Smith authorized to execute endorsements on behalf of Rocket Mortgage or Quicken Loans?

Q21) Produce documentation showing delegation of authority, including:

Page 2 of 5

- Power of Attorney,
- Board Resolution,
- Agency Appointment,
- or Trustee Authorization.

Q22) What is the full legal basis and binding effect of the term "Without Recourse" as used in the endorsement of the promissory note by Rocket Mortgage or Quicken Loans?

Q23) Identify the party or parties who executed the endorsement "Without Recourse" on behalf of Rocket Mortgage or Quicken Loans:

Q24) Provide a copy of the written authorization or corporate resolution granting Ashley Smith power to endorse negotiable instruments under [UCC 3-401(b)].

Q25) Was the endorsement signed by Ashley Smith was she a duly authorized officer or employee of the legal note holder at the time of execution?

Q26) Was the promissory note by Ashley Smith endorsed "Without Recourse" as part of a sale, transfer, or securitization transaction?

- If so, please identify the purchaser, trust, or transferee entity, and provide a chain of title or MERS Milestone Reports showing the lawful negotiation of the note under [UCC 3-201] and [UCC 3-203].

Q27) What legal relationship did Rocket Mortgage retain to the note after endorsing it "Without Recourse"?

Q28) By add "Without Recourse" Did Rocket remain a servicer, agent, custodian, or holder-in-due-course, or was all legal and equitable interest conveyed?

Q29) Did the "Without Recourse" language impact the validity of the borrower's signature on the note, especially if the note was materially altered, bifurcated, or converted to an investment instrument without borrower consent under the UCC and [15 U.S.C. § 1692e]?

Q30) If Rocket Mortgage claims the "Without Recourse" endorsement was compliant with UCC and federal standards, please provide the following:

- A copy of the endorsement page (front and back).
- A copy of the purchase and sale agreement, trust assignment, or security agreement supporting the transfer of interest.
- Identification of the Trust or Pool into which the note was deposited, along with its CUSIP or Pooling and Servicing Agreement.

Q31) If the endorsement was placed without lawful negotiation, physical delivery, or custodial control, how does Rocket Mortgage reconcile that with [UCC 3-203(b)] which prohibits enforcement of a transferred instrument unless delivery has occurred?

# Plaintiff's 48 Questions for Rocket Mortgage
## Exhibit A:

This is a formal demand for clarification regarding the individual identified as Eric Ferguson, Vice President, whose signature appears on the Satisfaction of Security Instrument recorded in Wake County, North Carolina, on December 31, 2020, under Loan No. ███████ and ███████ and processed by First American Mortgage Solutions.



Q32) Provide verifiable proof that Eric Ferguson was an employee, officer, or agent of Rocket Mortgage LLC, Quicken Loans Inc., or any affiliated entity on or before December 31, 2020.

Q33) Specify his official title, department, and authority to act on behalf of Rocket Mortgage in matters of satisfaction or release of liens.

Q34) Identify the delegation of authority that Mr. Ferguson to sign as "Vice President" on a legal Satisfaction of Security Instrument.

Q35) Provide internal authorization documents or corporate resolutions showing such delegation, in accordance with [15 U.S.C. § 1605], [12 U.S.C. § 2605], and [UCC 3-402(b)].

Q36) Validating the Chain of Command for: Was the signature executed using a stamp or electronically generated device? If so, who authorized its use?

Q37) Was Mr. Ferguson employed or operating under Power of Attorney or limited agent status at the time of execution?

Q38) Under [UCC 3-401] and [UCC 3-403], signatures must be authorized by the party or principal. Did Eric Ferguson have authority sign the Satisfaction of Security Instrument, prove that he had authority?

Q39) Was the creditor aware that does have standing to observe or validate the execution of a satisfaction of lien—especially since it concerns the creditors estate interest.

Page 4 of 5

# Plaintiff's 48 Questions for Rocket Mortgage
## Exhibit A:

Q40) In order to have a valid contract there should be two signatures that appear on the Satisfaction of Security Instrument but I only see Mr. Ferguson. Why?

Q41) There's no mention of proper notice to the Creditor Beneficiary. Why?

Q42) Under [California Government Code § 8206], a notary must record each act in a notarial journal, including how they verified identity (personal knowledge or ID). "Please provide a certified copy of the notarial journal entry created by Notary B. Roberson on or about December 31, 2020, involving Eric Ferguson. Include method of identity verification and instrument details pursuant to [CA Gov. Code § 8206]."

Q43) Please provide the chain of title and MERS Milestone history reflecting all transfers of legal and equitable title for the property at Mail Location on Record, North Carolina [ZIP CODE], from origination to present.

Q44) Was title ever conveyed to a REMIC trust, investor pool, or MERS entity without public notice to the signatory, violating due process under [5 U.S.C. § 706(2)(D)] and [UCC 9-203(b)]?

Q45) Please explain whether the original deed and promissory note were bifurcated, and if so, who now holds legal vs. equitable interest per [Carpenter v. Longan, 83 U.S. 271 (1872)] and [UCC Article 9].

Q46) Under what lawful procedure did Rocket Mortgage convert the private credit of the man known as Authorized Representative into negotiable tender or securities, and who assumed liability under [12 U.S.C. § 24], [Federal Reserve Act § 16], and [UCC 1-201(24)]?

Q47) Was the Creditor Beneficiary (Authorized Representative) given prior notice of any recorded documents or lien satisfactions that affect title, as required under [Restatement (Third) of Trusts § 3] and [UCC 1-202] for good faith commercial conduct?

Q48) If Rocket Mortgage fails to respond to each question herein with full documentary evidence and sworn affidavit under penalty of perjury, this shall constitute tacit agreement, estoppel, and dishonor under [UCC 1-308], [UCC 1-103(b)], and [UCC 3-505(b)].

**NOTE:** All executive officers—Varun Krishna (CEO), Brian Brown, Chief Financial Officer, Jay Bray (Chairman), Bill Emerson (President), Jeff Morganroth (Chief Legal Officer), and Moe Bazzi (Servicing Escalation Specialist)—have been formally noticed.

FILED
DATE: September 8, 2025
TIME: 3:32:04 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill



# INVOICE
## Exhibit B

**DATE:** 8/22/2025
**INVOICE #:** 1026

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
P.O Box 442359
Detroit, Michigan 48244-2359

**Reason for Invoice:**

This invoice constitutes a Final Commercial Enforcement Action due to Rocket Mortgage LLC's continued failure to respond, rebut, cure, or settle after receipt of Administrative Packages 1 through 12. These packages included:
- Verified affidavits of default and dishonor
- Proof of promissory note securitization and concealment
- Formal demands for full disclosure, authority verification, and reconveyance
- Multiple 7-day good-faith opportunities to cure or settle

No lawful response, payment, or rebuttal was received. As a result, and pursuant to the Administrative Fee Schedule terms, the outstanding liability has now doubled per Rocket Mortgage's dishonor, commercial acquiescence, and failure to act in good faith under public and commercial law.

**This action is supported by the following lawful authorities**
- [15 U.S.C. § 1692e] – Prohibition on false or misleading representations in debt collection
- [18 U.S.C. §§ 1341, 1343, 1344] – Mail Fraud, Wire Fraud, and Bank Fraud
- [26 U.S.C. §§ 61, 6045] – Gross income reporting and broker reporting duties
- [UCC § 1-308] – Reservation of rights without prejudice
- [Restatement (Third) of Property: Mortgages § 6.4] – Discharge of lien upon satisfaction of the debt

This enforcement total reflects direct damages, commercial injury, false credit reporting harm, administrative labor, and tort claims arising from Rocket Mortgage's nonperformance and misrepresentation.

Payment is due within **7 calendar days** of receipt.

Failure to remit will confirm further commercial dishonor and render the total amount



# INVOICE
## Exhibit B

**enforceable in law and equity**, with all rights reserved to pursue commercial lien, private administrative enforcement, court action, and criminal referral as needed.

**New Total Due (After Fee Doubling): $8,943,908.34 & will Double again if not cured.**

| DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 2017 | Monetized Original Quicken Loan Promissory Note | $236,800.00 | $236,800.00 |
| 2020 | Monetized Rocket Mortgage Promissory Note | $232,200.00 | $232,200.00 |
| 2017–2025 | Mortgage Payments (verified from amortization schedule) | $134,328.96 | $134,328.96 |
| 2017–2025 | Servicing Premiums and Fees (estimated) | $13,136.25 | $13,136.25 |
| 2025 | Penalties from Package 1,2 and 3 (Administrative Fee Schedule) | $1,930,488.96 | $1,930,488.96 |
| 2025 | Penalties from Package 4 ($17,500 x 6 Officers) | $105,000.00 | $105,000.00 |
| 2025 | Additional Damages from Rocket Mortgage letter (Exhibit H) (commercial, tort, emotional, administrative harm) | $1,820,000.00 | $1,820,000.00 |
| 2025 | Previous Invoice date 6-26-25 | $4,471,954.17 | $4,471,954.17 |
| 2025 | Doubled date 8-22-25 | $4,471,954.17 | $4,471,954.17 |
| | **NEW TOTAL DUE (AFTER FEE DOUBLING)** | | **$13,415,862.51** |
| | **TOTAL DUE** | | **$13,415,862.51** |

The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek,** and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.



**Jehorek, Jason-Gerald**
Authorized Representative / Grantor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
and for: ©JASON GERALD FAMILY OF JEHOREK ESTATE
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

Page 2 of 2

FILED
DATE:September 8, 2025
TIME:3:32:30 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

Certificate of Service (Proof of mailing with USPS Tracking - Updated)

# Exhibit C

| Company | Certified Mail Sent to Names | Sent | Certified Mail # | Green Card Receipts # | PKGs | Type of documents | Delivered | Invoiced |
|---|---|---|---|---|---|---|---|---|
| Rocket Mortgage | Brian Brown - CFO | 5/2/25 | 9589 0710 5270 1899 5141 63 | 9590 9402 8769 4005 5570 81 | PK1 | Package 1 - Private Administrative Settlement & Contract date 5-1-25 | 5/4/25 | $362,061.55 |
| Rocket Mortgage | Brian Brown - CFO | 5/19/25 | 9589 0710 5270 1899 5142 31 | 9590 9402 8769 4005 5570 67 | PK2 | Package 2 Sent to Rocket Mortgage on 5-19-25 | 5/23/25 | $965,244.48 |
| Rocket Mortgage | Brian Brown - CFO | 6/5/25 | 9589 0710 5270 1899 5143 23 | 9590 9402 8769 40053670 36 | PK3 | Package 3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | 6/9/25 | $1,930,488.96 |
| Rocket Mortgage | Varun Krishna - CEO | 6/5/25 | 9589 0710 5270 1899 5143 30 | 9590 9402 8789 4005 5567 67 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | 6/9/25 | $1,930,488.96 |
| Rocket Mortgage | Jay Bray, President & CEO | 6/5/25 | 9589 0710 5270 1899 5142 48 | 9590 9402 8789 4005 5570 50 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | 6/9/25 | $1,930,488.96 |
| Rocket Mortgage | Bill Emerson, President | 6/5/25 | 9589 0710 5270 1899 5142 55 | 9590 9402 8789 4005 5570 43 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | 6/9/25 | $1,930,488.96 |
| Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/5/25 | 9589 0710 5270 1899 5142 62 | 9590 9402 8789 4005 5570 29 | PK3 | Package 1-2-3 - FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE 6-5-25 | 6/9/25 | $1,930,488.96 |
| Rocket Mortgage | Moe Bazzi (Servicing Escalation Specialist) | 6/11/25 | 9589 0710 5270 1899 5143 78 | 9590 9402 8789 4005 5669 61 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | 6/16/25 | $17,500.00 |
| Rocket Mortgage | Varun Krishna - CEO | 6/5/25 | 9589 0710 5270 1899 5142 93 | 9590 9402 8789 4005 5670 05 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | 6/17/25 | $17,500.00 |
| Rocket Mortgage | Brian Brown - CFO | 6/9/25 | 9589 0710 5270 1899 4304 63 | 9590 9402 8789 4005 5668 86 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | 6/9/25 | $17,500.00 |
| Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/5/25 | 9589 0710 5270 1899 5142 86 | 9590 9402 8789 4005 5670 12 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | 6/17/25 | $17,500.00 |
| Rocket Mortgage | Bill Emerson, President | 6/9/25 | 9589 0710 5270 1899 5143 54 | 9590 9402 8789 4005 5669 85 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | 6/9/25 | $17,500.00 |
| Rocket Mortgage | Jay Bray, President & CEO | 6/5/25 | 9589 0710 5270 1899 5143 09 | 9590 9402 8789 4005 5669 92 | PK4 | Package 4 - Notice of False Credit Reporting and Adm Free Enforcement | 6/20/25 | $17,500.00 |
| Rocket Mortgage | IRS - Whistleblower - Form 211 | 6/23/25 | 9589 0710 5270 1899 5144 08 | 9590 9402 8789 4005 5669 30 | PK5 | Package 5 - Form 211 - Whistleblower Office - ICE | 6/27/25 | N/A |
| Rocket Mortgage | Brian Brown - CFO | 6/25/25 | 9589 0710 5270 1899 5144 15 | 9590 9402 8789 4005 5669 47 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | 7/5/25 | $2,651,954.17. |
| Rocket Mortgage | Bill Emerson, President | 6/25/25 | 9589 0710 5270 0072 9351 53 | 9590 9402 9472 5069 7045 59 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | 7/5/25 | $2,651,954.17. |
| Rocket Mortgage | Varun Krishna - CEO | 6/25/25 | 9589 0710 5270 1899 5144 22 | 9590 9402 9472 5069 7045 66 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | 7/5/25 | $2,651,954.17. |
| Rocket Mortgage | Jay Bray, President & CEO | 6/25/25 | 9589 0710 5270 1899 4304 87 | 9590 9402 9472 5069 7045 80 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | 7/5/25 | $2,651,954.17. |
| Rocket Mortgage | Jeff Morganroth, Chief Legal Officer | 6/25/25 | 9589 0710 5270 1899 4305 00 | 9590 9402 9472 5069 7045 97 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | 7/5/25 | $2,651,954.17. |
| Rocket Mortgage | Moe Bazzi (Servicing Escalation Specialist) | 6/25/25 | 9589 0710 5270 1899 4304 94 | 9590 9402 9472 5069 7045 73 | PK6 | Package 6 - AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25. | 7/5/25 | $2,651,954.17. |
| Rocket Mortgage | Information Request - Legal Department | 6/26/25 | RF 414 199 154 US | 9590 9402 9472 5069 7045 11 | PK7 | Package 7 - AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE | 7/8/25 | $4,471,954.17 |
| Rocket Mortgage | Capture Team - 635 Woodward Ave | 7/24/25 | RF 414 199 168 US | 9590 9402 9472 5069 7046 58 | PK8 | Package 8 - CFPB 250701 - 21970535 Legal Notice & Invoice Response to Rocket Mortgage Letter on 7-24-25 | 8/5/25 | $8,943,908.34 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MERS Corp | Civil Summons Aug 1, 25 | 8/4/25 | 9589 0710 5270 0072 9359 55 | 9590 9402 9472 5069 7046 65 | 8/11/25 | PK9 | Package 9 - MERSCORP Civil Summons Package Sent 8-4-25 | N/A |
| MERS Corp | Notice of Dishonor / Demand for Identification | 8/21/25 | 9589 0710 5270 0072 9352 21 | 9590 9402 9472 5069 7046 89 | 8/25/25 | PK10 | Package 10 - Mers Corp Letter8-12-25 & Notice of Dishonor & Certificate of Service 8-21-25 | N/A |
| Rocket Mortgage | Civil Summons Aug 1, 25 | 8/4/25 | 9589 0710 5270 0072 9352 52 | 9590 9402 9472 5069 7046 72 | 8/15/25 | PK11 | Package 11 - Rocket Mortgage Civil Summons 8-4-25.pdf | $8,943,908.34 |
| Rocket Mortgage | Conditional Acceptance - Get back on track letter | 8/22/25 | 9589 0710 5270 0072 9352 38 | 9590 9402 9472 5069 7046 96 | 8/26/25 | PK12 | Package 12 - Conditional Acceptance - Get back on track letter | $13,415,862.51 |
| MERSCorp | c/o Corporation Trust Cente | 9/3/2025 | 9589 0710 5270 0072 9352 76 | 9590 9402 9472 5069 7046 03 | 9/8/2025 | PK13 | Civil Summons to Mers Corp | |
| MERSCorp | c/o RL&F Service Corp 920 N | 9/3/2025 | 9589 0710 5270 0072 9352 90 | 9590 9402 9472 5069 7046 10 | 9/8/2025 | PK13 | Civil Summons to Mers Corp | |

FILED
DATE:September 8, 2025
TIME:3:32:58 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

# Public Notice of Securitization and Fannie Mae Pool Assignment

# Exhibit D

---

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Holding Trust)
11937 Fairlie Place
Raleigh, North Carolina 27613

Date: September 3, 2025

TO:
Clerk of Court – Wake County Superior Court
300 S. Salisbury St.
Raleigh, NC 27601

RE: Case No. 25CV026697-910 – *Noble Spring TR Enterprise v. Rocket Mortgage, LLC and MERSCORP Holdings, Inc.*
Subject: Filing of Notice of Service of Summons & Complaint and Demand for Securitization Records

Dear Clerk,

Enclosed for filing into the record of the above-captioned matter are the following documents:

1.  Notice of Service of Summons & Complaint and Demand for Securitization Records (served on both active Delaware entities for MERSCORP Holdings, Inc., File Nos. 2915165 and 5034916).

2.  Certificate of Service with USPS Certified Mail tracking and green card proofs.

This Notice documents service of process on both registered agents of MERSCORP Holdings, Inc. and includes Plaintiff's Demand for production of Pooling & Servicing Agreements, CUSIP numbers, and securitization transfer records related to the identified loans.

Please record this filing into Case No. 25CV026697-910 and return a stamped copy to the undersigned.

Respectfully Submitted,

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Holding Trust)

Enclosures: As Stated

**NORTH CAROLINA – WAKE COUNTY SUPERIOR COURT**
Case No.: 25CV026697-910

**Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust**
Plaintiff,

v.

**Rocket Mortgage, LLC and MERSCORP Holdings, Inc.**
Defendants.

---

## NOTICE OF SERVICE OF SUMMONS & COMPLAINT ON BOTH ENTITIES

Comes now the Plaintiff, **Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust**, by and through its Authorized Representative, **Jehorek, Jason-Gerald, sui juris**, and gives notice as follows:

1. That upon review of the **Delaware Division of Corporations registry**, it has been confirmed that two separate active corporations exist under the name **MERSCORP Holdings, Inc.**, with different file numbers and registered agents:
   - **Entity One** – File No. **2915165**, incorporated June 30, 1998.
     - Registered Agent: **The Corporation Trust Company**
     - Address: Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801.
   - **Entity Two** – File No. **5034916**, incorporated September 22, 2011.
     - Registered Agent: **RL&F Service Corp.**
     - Address: 920 N King St, Fl 2, Wilmington, DE 19801.
2. That to ensure proper service of process and avoid any claim of misidentification, Plaintiff has served the **Summons and Complaint** in this matter upon **both registered agents** by Certified Mail, Return Receipt Requested (green card tracking numbers attached).

3. That service upon both entities eliminates ambiguity as to which MERSCORP Holdings, Inc. is the proper defendant, and places the burden on Defendants to clarify corporate standing and identity.

---

## DEMAND FOR SECURITIZATION RECORDS

Pursuant to **Rule 26, N.C. Rules of Civil Procedure (Discovery)**, Plaintiff hereby makes demand upon Defendants, **MERSCORP Holdings, Inc.** (both entities listed above), to produce the following within **30 days of service**, specifically related to the following mortgage obligations secured by the property located at **11937 Fairlie Place, Raleigh, NC 27613**:

- **Rocket Mortgage Loan No.** ▓▓▓▓▓ originated in **2020**, currently the subject of **Case No. 25CV026697-910**. This loan is in controversy, as Rocket Mortgage has failed to validate ownership, securitization, or proof of standing, while continuing to send billing statements.

- **Quicken Loan No.** ▓▓▓▓▓, originated in **2017**, which Rocket Mortgage has admitted in writing was fully paid and closed. Rocket Mortgage also identified this loan under **Pool Number #** ▓▓▓▓ Plaintiff demands full identification of whether this loan was securitized, the trust or pool into which it was transferred, and whether a **CUSIP number** or **Pooling & Servicing Agreement (PSA)** remains active.

Defendants are hereby required to produce:

1. The **Pooling and Servicing Agreement (PSA)** for the above-referenced loans.
2. The **CUSIP number(s)** assigned to any trust or pool containing the above loans.
3. The **date(s) of securitization and transfer** into any trust, REMIC, or pool.
4. Identification of the **current holder in due course** and the **investor of record** for each loan.

Failure to provide these documents shall be deemed a **dishonor**, and Plaintiff reserves all rights to seek **sanctions, default judgment, or other equitable remedies.**

---

## PUBLIC LAW FOUNDATION

This demand is grounded in Public Law, including but not limited to:

- **28 U.S.C. § 1739** – requiring full faith and credit of nonjudicial records, including deeds and assignments, in all courts.
- **1 U.S. Code § 112** – confirming Statutes at Large as legal evidence of law in all courts of the United States.
- **42 U.S. Code § 1983** – creating liability for deprivation of rights under color of law.
- **18 U.S. Code § 1001** – prohibiting false statements or concealment of material facts in matters under U.S. jurisdiction.

Page 2 of 4

- **18 U.S. Code §§ 1341, 1346** – defining and prohibiting schemes to defraud, including mail fraud.
- **UCC 3-501(b)(2)** – dishonor occurs when presentment is refused or not answered.
- **UCC 1-308** – preserving all rights without prejudice or waiver when compelled to contract or perform.

These authorities obligate Defendants to disclose the Pooling & Servicing Agreement, CUSIP numbers, and securitization dates relevant to the loans in question, and prohibit evasion, concealment, or false representation.

WHEREFORE, Plaintiff respectfully gives notice that service of process upon MERSCORP Holdings, Inc. has been completed by Certified Mail to both Delaware entities, and further demands production of securitization records as specified herein.

Respectfully Submitted,

By: _Jehorek - Jason-berald_

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Holding Trust)

All Rights Reserved. Without Prejudice. Without Recourse.

Date: _9-3 -25_

### 📝 Certificate of Service

I, Jehorek, Jason-Gerald, sui juris, hereby certify that a true and correct copy of the **Summons, Complaint, this Notice of Service, and Demand for Securitization Records** was served on:

1. **MERSCORP Holdings, Inc. (File No. 2915165)**
   c/o **The Corporation Trust Company**
   Corporation Trust Center
   1209 Orange St
   Wilmington, DE 19801

2. **MERSCORP Holdings, Inc. (File No. 5034916)**
   c/o **RL&F Service Corp.**

## Notice of Service of Summons & Complaint and Demand for Securitization Records

920 N King St, Fl 2
Wilmington, DE 19801

by **Certified Mail, Return Receipt Requested** on the date entered below.

By: *Jehorek Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary

Date of Mailing: <u>9-03-2025</u>

Tracking Numbers:

9589 0710 5270 0072 9352 76     9590 9402 9472 5069 7046 03



9589 0710 5270 0072 9352 90     9590 9402 9472 5069 7046 10



Page 4 of 4



# Rejection of Service of Process

**Return to Sender Information:**

Jason-Gerald Jehorek null
Authorized Representative
11937 Fairlie Place
Raleigh, NC 27613

| | |
|---|---|
| **Date:** | 08/26/2025 |
| **Party Served:** | Merscorp Holdings, Inc. (a/k/a Mortgage Electronic Registration Systems, Inc.) |
| **Jurisdiction Served:** | DE |
| **Method Served:** | Certified Mail |
| **Title of Action:** | Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust vs. Rocket Mortgage, LLC |
| **Case/Reference No:** | 25CV026697-910 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com

Case 5:25-cv-00558-D-BM     Document 6-1     Filed 09/11/25     Page 24 of 31

**Delaware Division of Corporations website** and use their **Entity Search** tool

https://icis.corp.delaware.gov/ecorp/entitysearch/namesearch.aspx?utm_source=chatgpt.com



**Entity Details**

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 2915165 | Incorporation Date / Formation Date: | 6/30/1998 (mm/dd/yyyy) |
| Entity Name: | MERSCORP HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON | County: New Castle |
| State: | DE | Postal Code: 19801 |
| Phone: | 302-658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[New Entity Search]



**Entity Details**

THIS IS NOT A STATEMENT OF GOOD STANDING

| File Number: | 5034916 | Incorporation Date / Formation Date: | 9/22/2011 (mm/dd/yyyy) |
| Entity Name: | MERSCORP HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

REGISTERED AGENT INFORMATION

| Name: | RL&F SERVICE CORP. |
| Address: | 920 N KING ST FL 2 |
| City: | WILMINGTON | County: New Castle |
| State: | DE | Postal Code: 19801 |
| Phone: | 302-651-7700 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]



Department of State: Division of Corporations

HOME

**Frequently Asked Questions**

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

To order a Certificate of Status, or a Certified Copy or Plain copy of a filed document, contact a Delaware online agent or submit a request using the Document Filing and Certificate Request Service

For more information please read the Frequently Asked Questions page

General Information Name Search

✳ Required Field
✳ Entity Name                           ✳ File Number
MERSCORP Holdings, Inc.          or
[This field is not case sensitive.]
[For exact searches use quotation marks.]

[Search]

| FILE NUMBER | ENTITY NAME |
| 2915165 | MERSCORP HOLDINGS, INC. |
| 5034916 | MERSCORP HOLDINGS, INC. |

The intent of this tool is to provide general entity details. The Division of Corporations strictly prohibits mining data. Excessive and repeated searches that may have a negative impact on our systems and customer experience are also prohibited. Use of automated tools in any form

FILED
DATE:September 8, 2025
TIME:3:33:26 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

25CV026697-910

Take Action To Save Your Home Emails

(Threatening Communication)

# Exhibit E

 

**It's urgent that we act to protect your home.**
1 message

Rocket Mortgage <RocketMortgage@t.rocketmortgage.com>                    Tue, Jul 8, 2025 at 1:18 PM
Reply-To: Rocket Mortgage <reply-fec417707263037e-18_HTML-10494442-100028400-166@e.rocketmortgage.com>
To: jason.jehorek@gmail.com

We're here to help you find a solution.                                    View Online

ⓐ 11937 Fairlie Pl                                                         **Closed Mortgage**

# ⭕ Rocket Mortgage

Hi Jason,

It's important for you to take action today because many clients in this position will face foreclosure. We want to help you find a better solution.

Rocket Mortgage® has created an automated online experience to help you find solutions easily. No need to hesitate. Sign in now to apply.

**Apply Now**                                        **Make A Payment**

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit https://www.consumerfinance.gov/.

**Did you find this email useful?**

✓          ✕

This is an automated email, and responses are not monitored. Contact us if you have further questions.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-1906

 
## Action required: We need to discuss your financial future.
1 message

**Rocket Mortgage** <RocketMortgage@t.rocketmortgage.com>          Mon, Jun 30, 2025 at 1:18 PM
Reply-To: Rocket Mortgage <reply-fec0177072630275-18_HTML-10494442-100028400-224@e.rocketmortgage.com>
To: jason.jehorek@gmail.com

Let's talk about how we can help you proceed from here.          View Online

® 11937 Fairlie Pl          **Closed Mortgage**

# ∩Rocket Mortgage

# Take action to save your home.

Hi Jason,

Stop the cycle of falling further behind. **Sign in to Rocket Mortgage**® and take the first step in saving your home. Fill out an application to see what options may be available to you.

**Make A Payment**                    **Apply Now**

## Did you find this email useful?

✓          ✕

This is an automated email, and responses are not monitored. Contact us if you have further questions.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-1906

FILED
DATE: September 8, 2025
TIME: 3:33:43 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

25CV026697-910

# General Warranty Deed

## Exhibit F

FILED
DATE: September 8, 2025
TIME: 3:34:22 PM
WAKE COUNTY
CLERK OF SUPERIOR COURT
BY: J. Hill

25CV026697-910

Published Public Notices And Affidavits
Documenting Rocket's Dishonor And The
Securitization Of The Loan

# Exhibit G

North State Journal
USPS 20451
ISSN 2471-1365



**NORTH STATE MEDIA** LLC

211 Worth Street
Asheboro, NC 27203
(704) 269-8461

## AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and State, duly commissioned, qualified, and authorized by law to administer oaths, personally appeared **DAVID GUY**, who being first duly sworn, deposes and says that he is an employee of North State Media LLC, which is engaged in the publication of a newspaper known as **North State Journal**, which has a general circulation in and has been admitted to the United States mails in the Periodicals class in **WAKE COUNTY, NORTH CAROLINA**; that he is authorized to make this affidavit and sworn statement; and that the notice or other legal advertisement, a true copy of which is attached hereto, was published in **North State Journal** on the following dates:

7/31/2025, 8/7/2025 and 8/14/2025

That said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina.

This 14th day of August 2025.

David Guy III

CUMBERLAND COUNTY
NORTH CAROLINA

Sworn to and subscribed before me, this 14th day of August 2025.

_____, Notary Public

My Commission expires: _____ September 29, 2027 _____

> **LAUREN G LANGDON**
> Notary Public
> Cumberland Co., North Carolina
> My Commission Expires Sept. 29, 2027

### NOTICE TO THE PUBLIC

The undersigned hereby gives public notice of a completed six-part administrative process directed to Rocket Mortgage, LLC, concerning matters of contract performance, securitization disclosure, and related violations under federal and commercial law. Between May and June 2025, Rocket Mortgage received documented notices including a private settlement offer, enforcement demand, declaration of default, notice of false credit reporting and fee enforcement, an OCC referral (Case No. CS0385586) with referrals to NCCOB (File No. 2025-0546) and the Consumer Financial Protection Bureau (CFPB Case Nos. 250701-21970535 and 250724-22601517), and an IRS Form 211 whistleblower filing reporting non-disclosure and securitization fraud. Rocket Mortgage failed to rebut the affidavits or respond in substance.
Contact for Record:
NOBLE SPRING TR ENTERPRISE
c/o 8041 Brier Creek Parkway #1110
Raleigh, North Carolina [27617]
Phone: (910) 537-0259⊐