# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
Case No. 5:25-CV-558

**FILED**

SEP 17 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**NOBLE SPRING TR ENTERPRISE**
d/b/a Jehorek, Jason-Gerald
Plaintiff,

v.

**ROCKET MORTGAGE, LLC** and
**MERSCORP HOLDINGS, INC.,**
Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby gives notice that this action is voluntarily dismissed, without prejudice, as to all Defendants.

Respectfully submitted,

/s/ Jehorek, Jason-Gerald
Jehorek, Jason-Gerald, sui juris
Authorized Representative / Settlor
For: NOBLE SPRING TR ENTERPRISE
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

Dated: 9/16/2025