**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**NOBLE SPRING TR ENTERPRISE,**
d/b/a Jehorek, Jason-Gerald,
Plaintiff,

v.

**ROCKET MORTGAGE, LLC,**
Defendant.

Case No. **5:25-cv-00558-D**

———————————————————————— /

### PLAINTIFF'S MOTION TO REOPEN CASE

Plaintiff, Noble Spring TR Enterprise, d/b/a Jehorek, Jason-Gerald, respectfully moves this Court to reopen the above-captioned matter pursuant to **Federal Rule of Civil Procedure 60(b)(6)**.

In support of this Motion, Plaintiff states as follows:

1. This action was previously closed without a determination on the merits.

2. Since closure, Plaintiff has developed and preserved a substantial factual and evidentiary record directly related to the claims asserted in this case, including documented administrative notices, agency complaints, sworn affidavits, tender records, written correspondence, and recorded communications involving Defendant.

3. Plaintiff has acted diligently and in good faith to exhaust administrative and non-judicial remedies prior to seeking further judicial relief.

4. Reopening this matter is necessary to prevent manifest injustice and to allow the Court to consider the complete record now available.

5. Defendant will not be unfairly prejudiced by reopening, and judicial economy favors resolution of the dispute on its merits.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Reopen Case No. **5:25-cv-00558-D;**

B. Restore the case to the active docket; and

C. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted this _16_ day of _O l_____, 2026.

**NOBLE SPRING TR ENTERPRISE**

d/b/a Jeherek, Jason-Gerald

By: _____

Jason-Gerald Jehorek

Authorized Representative

11937 Fairlie Place,

Raleigh, North Carolina, 27613

919-278-8828
