# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**NOBLE SPRING TR ENTERPRISE,**

d/b/a Jehorek, Jason-Gerald,

Plaintiff,

v.

**ROCKET MORTGAGE, LLC,**

Defendant.

Case No. **5:25-cv-00558-D**

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN CASE

THIS MATTER comes before the Court on Plaintiff's Motion to Reopen Case pursuant to Federal Rule of Civil Procedure 60(b)(6). The Court has reviewed the Motion and the record, and for good cause shown, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Reopen Case is **GRANTED**.

2. This case is hereby **REOPENED** and restored to the Court's active docket.

3. Plaintiff's **Amended Complaint**, filed contemporaneously with the Motion to Reopen, is deemed **FILED** as of the date of this Order and shall be the operative pleading in this action.

SO ORDERED, this the ___ day of _____, 2026.


United States District Judge