NOTICE OF CONTEMPORANEOUS FILING OF AMENDED COMPLAINT

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**NOBLE SPRING TR ENTERPRISE,**

d/b/a Jehorek, Jason-Gerald,

    Plaintiff,

v.

**ROCKET MORTGAGE, LLC**

    Defendant.

Case No. **5:25-cv-00558-D**

————————————————————— /

## NOTICE OF CONTEMPORANEOUS FILING OF AMENDED COMPLAINT

Plaintiff, Noble Spring TR Enterprise, d/b/a Jehorek, Jason-Gerald, hereby gives notice that, contemporaneously with the filing of Plaintiff's Motion to Reopen Case, Plaintiff has filed an **Amended Complaint** naming **Rocket Mortgage, LLC** as the sole defendant. Plaintiff submits the Amended Complaint for the Court's convenience and efficiency, to become the operative pleading upon the granting of the Motion to Reopen, and to clarify that Plaintiff does not intend to proceed against any other previously named defendants.