UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

**Jason-Gerald Jehorek,**
Plaintiff,

v.

**ROCKET MORTGAGE, LLC,**
Defendant.

**Case No.: 5:25-CV-00558-D**

---

### PLAINTIFF'S MOTION TO SUBSTITUTE REAL PARTY IN INTEREST AND TO AMEND CAPTION

*(Fed. R. Civ. P. 17(a)(3))*

Plaintiff, Jason-Gerald Jehorek, appearing **pro se**, respectfully moves this Court pursuant to **Federal Rule of Civil Procedure 17(a)(3)** for an Order substituting Jason-Gerald Jehorek as the sole Plaintiff and amending the case caption accordingly.

### 1. Background

1. This action was initiated using the designation 'Noble Spring TR Enterprise' and/or 'd/b/a Jason-Gerald Jehorek' solely as part of the caption and administrative description.

2. Said designation was used solely as a descriptive or administrative reference and not to assert claims on behalf of a separate juridical entity.

3. No trust, enterprise, or business entity is asserting independent claims in this action.

4. This substitution does not alter subject-matter jurisdiction, diversity, or federal question jurisdiction, which remain unchanged.

### 2. Real Party in Interest

4. Jason-Gerald Jehorek is a **natural person**, the **real party in interest**, and the sole individual who suffered the alleged harms giving rise to this action.

5. No trust is appearing as a litigant, and no trust claims are asserted in this action.

6. Plaintiff is the party who:

   o Entered into the subject loan transactions;

   o Served the Qualified Written Requests, Notices of Error, affidavits, and administrative notices;

- o Incurred the alleged damages; and

- o Asserts the claims set forth in the pleadings.

7. Plaintiff appears **pro se in his individual capacity only**, in compliance with federal procedural requirements.

## 3. Legal Standard

7. Federal Rule of Civil Procedure 17(a)(1) requires that an action be prosecuted in the name of the real party in interest.

8. Rule 17(a)(3) provides that where an action is not initially brought in the name of the real party in interest, the Court **must allow** a reasonable time for substitution and **may not dismiss** the action on that basis.

9. Substitution here serves to clarify the record, avoid confusion regarding representation or standing, and ensure full compliance with federal law.

## 4. No Prejudice to Defendant

10. Defendant will suffer **no prejudice** from the requested substitution.

11. The factual allegations, claims, exhibits, and administrative record remain unchanged.

12. This motion seeks only to correct the caption and formally identify the proper Plaintiff.

## 5. Requested Relief

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Substitute **Jason-Gerald Jehorek** as the sole Plaintiff in this action;

B. Amend the case caption to reflect Jason-Gerald Jehorek as Plaintiff;

C. Permit all prior filings, pleadings, and exhibits to remain effective as filed; and

D. Grant such other and further relief as the Court deems just and proper.

DATED: 1-27-26

Jason-Gerald Jehorek
Plaintiff, Pro Se
11937 Fairlie Place
Raleigh, North Carolina 27613
(919) 278-8828
Jason.Jehorek@protonmail.com

Case 5:25-cv-00558-D-BM    Document 10    Filed 01/27/26    Page 2 of 2