**FILED**

JAN 27 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ MM _____ DEP CLK

**Jason-Gerald Jehorek,**
Plaintiff,

v.

**ROCKET MORTGAGE, LLC,**
Defendant.

**Case No.: 5:25-CV-00558-D**

---

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Plaintiff Jason-Gerald Jehorek, appearing **pro se**, respectfully moves this Court for leave to file a **Second Amended Complaint** pursuant to **Federal Rule of Civil Procedure 15(a)(2)**. In support of this Motion, Plaintiff states as follows:

1. This action was previously reopened by the Court, and the Second Amended Complaint is submitted following reopening and is intended to **supersede all prior complaints.**

2. The Second Amended Complaint clarifies and organizes the factual allegations, incorporates developments occurring after the filing of prior pleadings, and more precisely pleads Plaintiff's claims arising from Defendant's servicing, enforcement, and post-satisfaction conduct relating to the subject mortgage loans.

3. The proposed amendment is based on an expanded administrative and evidentiary record created between **May 1, 2025 and the present**, including sworn notices, Qualified Written Requests, Notices of Error, tender documentation, regulatory filings, and recorded instruments, which were not fully available or ripe at the time of earlier pleadings.

4. The Second Amended Complaint does not assert new parties and does not seek to cause undue delay, bad faith, or dilatory motive, but rather is submitted to ensure that the operative pleading accurately reflects the factual record and claims at issue.

5. Granting leave to amend will not unduly prejudice Defendant, as the case remains in its early procedural posture following reopening, and Defendant will have a full and fair opportunity to respond to the amended pleading.

6. Federal Rule of Civil Procedure 15(a)(2) provides that leave to amend should be **freely given when justice so requires,** and courts within this Circuit favor resolution of claims on their merits.

7. **Plaintiff seeks leave to file the Second Amended Complaint filed contemporaneously herewith.**

---

**WHEREFORE, Plaintiff respectfully requests that the Court:**

a. Grant Plaintiff leave to file the **Second Amended Complaint**; and

b. Direct that the Second Amended Complaint be deemed filed as of the date of the Court's Order, or such other date as the Court deems appropriate.

Respectfully submitted this 27 day of January, 2026.

Jason Jehrek, AR
Jason-Gerald Jehorek
Plaintiff, Pro Se
11937 Fairlie Place
Raleigh, North Carolina 27613
(919) 278-8828
Jason.Jehorek@protonmail.com

**Jason-Gerald Jehorek,**
Plaintiff,

v.

**ROCKET MORTGAGE, LLC,**
Defendant.

**Case No.: 5:25-CV-00558-D**

---

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2026, a true and correct copy of the Plaintiff's Motion for Leave to File Second Amended Complaint, the Second Amended Complaint, and the Proposed Order were served upon Defendant Rocket Mortgage, LLC by certified mail, return receipt requested, addressed as follows:

Rocket Mortgage, LLC
c/o CT Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**Certified Mail Tracking No.:** 9589 0710 5270 2613 0203 66
**Return Receipt Requested No.:** 9590 9402 9779 5266 4054 02

Date Sent: January 27, 2026

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th day of January, 2026.

Jason-Gerald Jehorek
Plaintiff, Pro Se