# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**Jason-Gerald Jehorek,**
Plaintiff,

v.

**ROCKET MORTGAGE, LLC,**
Defendant.

**Case No.: 5:25-CV-00558-D**

---

**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

THIS MATTER comes before the Court on **Plaintiff's Motion for Leave to File Second Amended Complaint** pursuant to **Federal Rule of Civil Procedure 15(a)(2)**.

Upon consideration of the Motion and the record in this case, the Court finds that leave to amend should be **freely given when justice so requires**, and that granting leave will not cause undue delay or prejudice.

Accordingly, IT IS ORDERED that:

1. **Plaintiff's Motion for Leave to File Second Amended Complaint is GRANTED.**

2. The **Second Amended Complaint filed contemporaneously with the Motion** is accepted for filing and shall be deemed the **operative pleading** in this action.

3. Defendant shall respond to the Second Amended Complaint within the time permitted by the **Federal Rules of Civil Procedure**.

SO ORDERED.

---

This the ___ day of _____, 2026.

---

**JAMES C. DEVER III**
United States District Judg

Case 5:25-cv-00558-D-BM     Document 11-1     Filed 01/27/26     Page 1 of 1