EXHIBIT - 1

# EXHIBIT 1

### PACKAGE 1 – PRIVATE ADMINISTRATIVE SETTLEMENT CONTRACT

**Recipient:** Rocket Mortgage, LLC
**Date Sent:** May 5, 2025
**Service:** USPS Certified / Priority Mail
**USPS Tracking No.:** 9589 0710 5270 1899 514163

**CLAIM being asserted against Rocket Mortgage**

Rocket Mortgage continued to act as a creditor/servicer and enforce a mortgage account without proving lawful authority, standing, or fiduciary capacity after receiving formal written notice and demand for verification, and then failed to rebut or cure within the stated administrative timeframes, resulting in asserted default, liability, and damages.

**Truth in Lending / Creditor Identification**

**TILA – 15 U.S.C. § 1641(f) & (g)**

- Failure to clearly identify the actual creditor or party with enforcement rights
- Failure to establish lawful ownership or authority to collect

**Documents Included:**

- Notice of Fiduciary Appointment and Responsibility
- Exhibit A - Violations, Liabilities, and Damages
- Exhibit B - Ledger of Damages - **GRAND TOTAL CLAIMED: $31,403,265.25**
- Exhibit C - **Private Administrative Settlement Offer:** $362,061.55 *page 10*
- Exhibit D - Applicable Laws & Cost
- Affidavit of Authority and Notice of Power of Attorney-in-Fact
- Affidavit of Life
- Affidavit of Ownership
- Affidavit of Trademark
- IRS Form 56-F Notice Concerning Fiduciary Relationship
- 0MB Beneficial Ownership Disclosure Notice (FinCEN)
- Copyright Certificate
- North Carolina & Minnesota Assumed Name Certificate
- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed
- Durable Power of Attorney
- Notice of Intent - Fee Schedule
- Certificate of Service (Signed)

EXHIBIT - 1



# Package 1

## Contract and Private Administrative Settlement and received by Rocket Mortgage on May 5th, 2025

**Certified Mail # 9589 0710 5270 1899 514163**



EXHIBIT - 1



# Main Documents:

---

- Master Cover Letter – 2 pages

- Table of Contents – 1 page

- Private Administrative Settlement Offer – 1 page

- Private Settlement Self Executing and Hold Harmless Contract – 7 pages + copy

- Notice of Fiduciary Appointment and Responsibility – 3 pages

EXHIBIT - 1



## Master Cover Letter

# 2 Pages

EXHIBIT - 1



# Master Cover Letter

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Ave
Detroit, MI 48226

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

Date: _May 1st_, 2025

**Re: Mortgage Account Number** ▓▓▓3042

Dear Authorized Officer,

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

This private correspondence is tendered in good faith, with clean hands, and in honor. It constitutes a Private Administrative Settlement Offer regarding outstanding matters associated with the above-referenced mortgage account. I confirm that my account with Rocket Mortgage LLC, Mortgage Account Number ▓▓▓42, is in honor and in good standing as of the date of this letter. However, upon issuance of this new settlement offer, all payments on this account will stop, pending the resolution of this matter as outlined in the enclosed documents.

Enclosed within this Private Administrative Record are the following documents for your immediate attention and action:

**Main Documents:**
- Master Cover Letter – 2 pages
- Table of Contents – 1 page
- Private Administrative Settlement Offer – 1 page
- Private Settlement Self Executing and Hold Harmless Contract – 7 pages + copy
- Notice of Fiduciary Appointment and Responsibility – 3 pages

**Exhibits:**
- Exhibit A – Violations, Liabilities, and Damages – 4 pages
- Exhibit B – Ledger of Damages – 3 pages
- Exhibit C – Private Administrative Fee Schedule – 3 pages
- Exhibit D – Applicable Laws & Cost – 6 pages

**Affidavits and Notices:**
- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages
- Affidavit of Life – 2 pages
- Affidavit of Ownership – 2 pages
- Affidavit of Trademark – 3 pages
- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1 page
- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page

Initial/Date 5-1-25

Page 1 of 2

EXHIBIT - 1



# Master Cover Letter

**Attachments:**
- Copyright Certificate – 1 page
- North Carolina & Minnesota Assumed Name Certificate – 4 pages
- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

**Final Document:**
- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages

This Private Settlement Offer provides an opportunity to resolve all outstanding matters honorably, privately, and administratively. Silence, failure to respond timely, failure to rebut point-for-point, or dishonor will constitute full acceptance and agreement by acquiescence.

You are encouraged to review all enclosed documents carefully and to respond in good faith within ten (10) calendar days from receipt, as confirmed by USPS tracking.

All rights reserved. No rights waived. This communication is a private administrative matter and not intended for public controversy.

Executed without prejudice and with reservation of all rights.

Signed this 29th day of April, 2025, by:

*:Jehorek: Jason -Gerald*
:Jehorek: Jason-Gerald, sui juris
Sole, Rightful, and Equitable Owner of the Legal Name ©JASON GERALD JEHOREK™
Without Prejudice

## NOTARY

County _Nash_

)
) ss

State of North Carolina )

On this 1st day of May, 2025 before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date __5-1-25__

Page 2 of 2

EXHIBIT - 1



## Table of Contents

# 1 Pages

EXHIBIT - 1



# Table of Contents

## Private Administrative Record

### Main Documents:
- Master Cover Letter – 2 pages
- Table of Contents – 1 page
- Private Administrative Settlement Offer – 1 page
- Private Settlement Self Executing and Hold Harmless Contract – 7 pages + copy
- Notice of Fiduciary Appointment and Responsibility – 3 pages

### Exhibits:
- Exhibit A – Violations, Liabilities, and Damages – 4 pages
- Exhibit B – Ledger of Damages – 3 pages
- Exhibit C – Private Administrative Fee Schedule – 3 pages
- Exhibit D – Applicable Laws & Cost – 6 pages

### Affidavits and Notices:
- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages
- Affidavit of Life – 2 pages
- Affidavit of Ownership – 2 pages
- Affidavit of Trademark – 3 pages
- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1 page
- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page

### Attachments:
- Copyright Certificate – 1 page
- North Carolina & Minnesota Assumed Name Certificate – 4 pages
- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

### Final Document:
- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages

_____Initial/Date_____          Page 1 of 1

EXHIBIT - 1



## Private Administrative Settlement Offer

# 1 Pages

EXHIBIT - 1

**Private Administrative Settlement Offer**

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Ave
Detroit, MI 48226

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

**Re:** Settlement Offer Regarding Mortgage Account ▆▆▆▆042

Dear Authorized Representative of Rocket Mortgage LLC,

This legal document constitutes a formal Private Administrative Settlement Offer to resolve all disputes, claims, and controversies arising from the mortgage account referenced above, including but not limited to the alleged unauthorized creation of a promissory note, failure to disclose creditor status, and the subsequent securitization and trading of said note without consent.

*Settlement Offer*

**Summary of Terms:**

- **Payment Amount:** Rocket Mortgage LLC shall pay :Jehorek: Jason-Gerald $362,061.55, including:
    - Refund of Mortgage Payments: $119,399.05 (First Mortgage: $48,717.53; Refinanced Mortgage: $70,681.52).
    - Refund of First Mortgage Loan Amount: $236,800.00.
    - 25% of Promissory Note Profits: $5,862.50.
- **Payment Timeline:** Payment via certified funds within 30 days of acceptance.
- **Termination and Retention:** Upon payment, the contractual relationship terminates; Rocket Mortgage LLC retains the promissory notes for future profits.
- **Release of Claims:** :Jehorek: Jason-Gerald releases all claims against Rocket Mortgage LLC.
- **Confidentiality:** Terms remain confidential except as required by law.

The terms and conditions of this settlement offer are detailed in the attached agreement, which outlines the proposed resolution to achieve a full and final settlement of all claims, in accordance with applicable federal and state laws, including the Truth in Lending Act (15 U.S.C. §§ 1601-1667f), the Real Estate Settlement Procedures Act (12 U.S.C. §§ 2601-2617), and principles of contract law.

Please review the enclosed settlement agreement carefully. Your response to this offer is requested within 14 days of receipt, by May 13, 2025. Failure to respond within the specified timeframe may result in further administrative or legal action to protect the rights and interests of the undersigned, including complaints with local authorities (e.g., Wake County Sheriff, North Carolina DOJ) and federal agencies (e.g., CFPB, FDIC, OCC, FinCEN, FBI), as detailed in the attached agreement.

**Authorization:**
Signed this _May 1st_, 2025, by:

: Jehorek: Jason - Gerald

:Jehorek: Jason-Gerald., sui juris
Without Prejudice

Initial/Date 5-1-25

Page 1 of 1

EXHIBIT - 1



## Private Settlement Self Executing and Hold Harmless Contract

# 7 Pages

EXHIBIT - 1



## Private Settlement Self Exect [ ... ] ct

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Ave
Detroit, MI 48226

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

Date: *May 1*, 2025

Re: Self-Executing Private Settlement Contract and Agreement Regarding Mortgage Account 3390893042 – Resolution of Violations, Liabilities, Damages, Restitution, and Personal Responsibility of Brian Brown, CFO

Dear Rocket Mortgage LLC and Brian Brown, Chief Financial Officer,

This Self-Executing Private Settlement Contract and Agreement ("Agreement") is presented to Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, to resolve all disputes, claims, and controversies arising from the mortgage account referenced above, including but not limited to allegations of fraudulent misrepresentation, deceptive practices, unauthorized use of personal information, and failure to provide a duly executed mortgage contract. The violations, liabilities, and damages are detailed in the enclosed exhibits, with total potential damages estimated at $31,403,265.25 if pursued through legal and regulatory channels (see enclosed List of Damages).

This Agreement is self-executing upon the terms outlined below and includes a Hold Harmless Agreement that Rocket Mortgage LLC and Brian Brown must sign to absolve them of liability. It offers a reasonable and mutually beneficial resolution, avoiding escalation to local and federal authorities, which would result in significant financial and reputational harm to Rocket Mortgage LLC and personal liability for Brian Brown. Upon acceptance and fulfillment of the terms, all claims will be settled, and the contractual relationship between :Jehorek: Jason-Gerald and Rocket Mortgage LLC will terminate. This Agreement also serves as a demand for restitution for the damages caused by the alleged violations. Failure to agree to these terms or reach a reasonable agreement will result in the pursuit of remedies against Rocket Mortgage LLC and Brian Brown personally, as detailed below.

Initial/Date  5-1-25

EXHIBIT - 1



# Private Settlement Self Executing and Hold Harmless Contract

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Ave
Detroit, MI 48226

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

Date: May 1, 2025

Re: Self-Executing Private Settlement Contract and Agreement Regarding Mortgage Account 3390893042 – Resolution of Violations, Liabilities, Damages, Restitution, and Personal Responsibility of Brian Brown, CFO

Dear Rocket Mortgage LLC and Brian Brown, Chief Financial Officer,

This Self-Executing Private Settlement Contract and Agreement ("Agreement") is presented to Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, to resolve all disputes, claims, and controversies arising from the mortgage account referenced above, including but not limited to allegations of fraudulent misrepresentation, deceptive practices, unauthorized use of personal information, and failure to provide a duly executed mortgage contract. The violations, liabilities, and damages are detailed in the enclosed exhibits, with total potential damages estimated at $31,403,265.25 if pursued through legal and regulatory channels (see enclosed List of Damages).

This Agreement is self-executing upon the terms outlined below and includes a Hold Harmless Agreement that Rocket Mortgage LLC and Brian Brown must sign to absolve them of liability. It offers a reasonable and mutually beneficial resolution, avoiding escalation to local and federal authorities, which would result in significant financial and reputational harm to Rocket Mortgage LLC and personal liability for Brian Brown. Upon acceptance and fulfillment of the terms, all claims will be settled, and the contractual relationship between :Jehorek: Jason-Gerald and Rocket Mortgage LLC will terminate. This Agreement also serves as a demand for restitution for the damages caused by the alleged violations. Failure to agree to these terms or reach a reasonable agreement will result in the pursuit of remedies against Rocket Mortgage LLC and Brian Brown personally, as detailed below.

This Agreement is made pursuant to the Uniform Commercial Code (UCC), including but not limited to Articles 3 (Negotiable Instruments), 8 (Investment Securities), and 9 (Secured Transactions), and the parties acknowledge that all commercial liabilities, negotiable instruments, and fiduciary duties are subject to commercial enforcement under said articles.

**Settlement Terms:**

1. Payment Amount and Consideration Provided by Rocket Mortgage LLC: Rocket Mortgage LLC shall pay :Jehorek: Jason-Gerald a total of $362,061.55, which constitutes the consideration for this Agreement and restitution for damages. This amount is calculated as follows:

   o Refund of Mortgage Payments: $119,399.05, representing all payments made on the mortgage accounts from November 2017 to April 2025:

Initial/Date 5-1-25     Page 1 of 7

EXHIBIT - 1



## Private Settlement Self Executing and Hold Harmless Contract

- First Mortgage (November 2017–December 2020): $48,717.53

- Refinanced Mortgage (January 2021–April 2025): $70,681.52

o Refund of First Mortgage Loan Amount: $236,800.00, the principal amount of the original mortgage issued on November 4, 2017.

o 25% of Profits from Promissory Notes: $5,862.50, representing 25% of the estimated profits ($23,450) generated from the securitization and sale of the promissory notes on the stock market, calculated based on a 5% premium on the total principal of $469,000 (first mortgage: $236,800 + refinanced mortgage: $232,200).

2. Steps for Rocket Mortgage LLC and Brian Brown to Accept and Execute Agreement: To accept this Agreement and make it legally binding, Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, must complete the following steps:

o Sign the Agreement: Rocket Mortgage LLC, through an authorized representative, and Brian Brown, Chief Financial Officer, must sign the acceptance section and the attached Hold Harmless Agreement below, acknowledging their agreement to the terms.

o Return the Signed Agreement: Deliver a signed copy of this Agreement and the Hold Harmless Agreement to :Jehorek: Jason-Gerald at the address provided above within fourteen (14) days of receipt, as confirmed by USPS tracking.

o Make Payment: Pay the settlement amount of $362,061.55 in full via certified funds (e.g., cashier's check) to :Jehorek: Jason-Gerald within 30 days of signing this Agreement. Payment must be sent to the address provided above. The payment of $362,061.55 constitutes valid consideration and restitution from Rocket Mortgage LLC, in exchange for the consideration provided by :Jehorek: Jason-Gerald, which includes the release of all claims, termination of the contractual relationship, permission for Rocket Mortgage LLC to retain the promissory notes, and notification to the IRS of the settlement, as detailed below.

3. Self-Executing Mechanism: This Agreement is self-executing. If Rocket Mortgage LLC and Brian Brown fail to sign and return the Agreement and Hold Harmless Agreement within fourteen (14) days of receipt, or fail to make the full payment of $362,061.55 within 30 days of signing, or fail to negotiate a reasonable alternative agreement, this Agreement shall automatically trigger the following:

o :Jehorek: Jason-Gerald is authorized to pursue all legal remedies outlined in the Demand for Response section against Rocket Mortgage LLC and Brian Brown personally without further notice.

o Rocket Mortgage LLC and Brian Brown waive any right to contest the claims or damages outlined in the enclosed exhibits.

o The Hold Harmless Agreement shall be deemed null and void, and Rocket Mortgage LLC and Brian Brown shall remain fully liable for all claims and damages.

4. Personal Responsibility and Liability of Brian Brown, Chief Financial Officer: As Chief Financial Officer, Brian Brown is held personally responsible for overseeing Rocket

Initial/Date 5-1-25

Page 2 of 7

EXHIBIT - 1



## Private Settlement Self Executing and Hold Harmless Contract

Mortgage LLC's compliance with federal and state laws and for ensuring the resolution of this matter. His failure to facilitate acceptance of this Agreement or negotiate a reasonable alternative will result in personal liability for the following violations and potential consequences, pursuant to applicable public laws:

- o **Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq.:** Alleged failure to provide accurate disclosures regarding the mortgage terms and costs, including the securitization of promissory notes. Violations may result in civil penalties of up to $5,000 per violation, statutory damages, and restitution (15 U.S.C. § 1640).

- o **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692 et seq.:** Alleged deceptive practices in the servicing of the mortgage, including misrepresentation of the debt's status. Violations may result in civil penalties of up to $1,000 per violation, actual damages, and attorney's fees (15 U.S.C. § 1692k).

- o **Wire Fraud, 18 U.S.C. § 1343:** Alleged fraudulent misrepresentation in communications related to the mortgage and securitization, conducted via electronic means. Conviction may result in fines up to $1,000,000 and imprisonment for up to 7 years per count, or up to 20 years if affecting a financial institution.

- o **Bank Fraud, 18 U.S.C. § 1344:** Alleged intentional misrepresentation in the handling of mortgage funds and promissory notes to defraud :Jehorek: Jason-Gerald. Conviction may result in fines up to $1,000,000 and imprisonment for up to 30 years.

- o **\*\*Mail Mail Fraud, 18 U.S.C. § 1341:** Alleged use of mail services to perpetrate deceptive practices related to the mortgage. Conviction may result in fines up to $1,000,000 and imprisonment for up to 7 years per count, or up to 20 years if affecting a financial institution.

- o **Civil Liability for Corporate Officers:** Under Michigan law and federal corporate governance principles, Brian Brown may be personally liable for knowingly authorizing or failing to prevent fraudulent or deceptive practices (see, e.g., Michigan Business Corporation Act, MCL § 450.1541a). Personal liability may include compensatory and punitive damages, as well as equitable remedies such as disgorgement of profits.

- o **Consequences of Non-Compliance:** If Rocket Mortgage LLC and Brian Brown fail to accept this Agreement or negotiate a reasonable alternative, :Jehorek: Jason-Gerald will pursue:

  - Civil lawsuits against Brian Brown personally for damages, including but not limited to the $31,403,265.25 outlined in the enclosed exhibits.

  - Criminal complaints with the Federal Bureau of Investigation (FBI), Financial Crimes Enforcement Network (FinCEN), and U.S. Attorney's Office for the Eastern District of Michigan, citing the above statutes.

  - Regulatory complaints with the Consumer Financial Protection Bureau (CFPB), Office of the Comptroller of the Currency (OCC), and Securities and Exchange Commission (SEC) for oversight failures related to mortgage servicing and securitization.

Initial/Date

Page 3 of 7

EXHIBIT - 1



## Private Settlement Self Executing and Hold Harmless Contract

- Personal financial exposure for Brian Brown, including potential asset seizure or wage garnishment to satisfy judgments, as well as reputational damage affecting future professional opportunities.

5. Consideration Provided by :Jehorek: Jason-Gerald, Dba: ©JASON GERALD JEHOREK™: In exchange for the payment of $362,061.55, :Jehorek: Jason-Gerald provides the following consideration:

   o Release of all claims, demands, and liabilities against Rocket Mortgage LLC, Brian Brown, and related entities arising from the mortgage account, as specified in Section 7.

   o Termination of the contractual relationship, relieving Rocket Mortgage LLC of any further obligations under the mortgage agreements, as specified in Section 6.

   o Permission for Rocket Mortgage LLC to retain ownership of the promissory notes and continue profiting from their sale or use on the stock market, as specified in Section 6.

   o Upon signing of this Agreement and receipt of the full settlement amount, :Jehorek: Jason-Gerald will process documentation to notify the Internal Revenue Service (IRS) that an agreement has been reached with Rocket Mortgage LLC, and no further audits related to the mortgage account will be needed.

6. Termination of Contractual Relationship and Retention of Promissory Notes: Upon receipt of the full settlement amount of $362,061.55 by :Jehorek: Jason-Gerald, all contractual relationships, obligations, and liabilities between :Jehorek: Jason-Gerald and Rocket Mortgage LLC related to the mortgage account shall terminate. Rocket Mortgage LLC shall have no further claim to any outstanding loan balance, and :Jehorek: Jason-Gerald shall have no further payment obligations under the mortgage agreements. Rocket Mortgage LLC shall retain ownership of the promissory notes associated with the mortgage account and may continue to profit from their sale or use on the stock market without further obligation to :Jehorek: Jason-Gerald.

7. Release of Claims: Upon receipt of the full settlement amount and signed Hold Harmless Agreement, :Jehorek: Jason-Gerald agrees to release Rocket Mortgage LLC, Brian Brown, and all related entities, officers, agents, and successors from any and all claims, demands, and liabilities arising from the mortgage account, except for any future breaches of this Agreement.

8. Hold Harmless Agreement: Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, must sign the following Hold Harmless Agreement to absolve them of liability:

**Hold Harmless Agreement** Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, agree to indemnify and hold harmless :Jehorek: Jason-Gerald, his heirs, assigns, and representatives from any and all claims, liabilities, damages, or losses arising from the mortgage account referenced above, including but not limited to any actions, omissions, or practices related to the origination, servicing, or securitization of the mortgage. This Hold Harmless Agreement is effective upon signing and contingent upon Rocket Mortgage LLC fulfilling all terms of the Private Settlement Contract and Agreement, including payment of the settlement amount of $362,061.55.

Initial/Date 5-1-25

Page 4 of 7

EXHIBIT - 1



# Private Settlement Self Executing and Hold Harmless Contract

Signed: _____
Name: Brian Brown, Chief Financial Officer
Date: _____

Signed: _____
**Name: Authorized Representative, Rocket Mortgage LLC**
**Date:** _____

9. No Admission of Liability: This Agreement does not constitute an admission of liability by Rocket Mortgage LLC or Brian Brown. Both parties agree to treat this settlement as a compromise of disputed claims to avoid the costs and uncertainties of litigation.

10. Confidentiality: This Agreement is intended to serve as a matter of public record, as necessary to assert lawful remedy and preserve administrative claims, and shall not be considered confidential unless mutually agreed in a separate instrument. Neither party shall disclose the settlement amount, terms, or related communications to third parties, except as necessary for legal or tax purposes.

11. Governing Law: This Agreement shall be governed under the Law Merchant, Lex Mercatoria, and the maxims of equity and trust. Any unresolved dispute shall be settled through private arbitration or administrative process under applicable commercial law, without recourse to statutory courts unless mutually agreed. Any disputes arising from this Agreement shall be resolved in the state or federal courts located in Wayne County, Michigan, to which both parties consent to jurisdiction and venue.

Demand for Response: I demand a written response to the address provided above within fourteen (14) days of receipt of this letter by Brian Brown, Chief Financial Officer, as confirmed by USPS tracking, acknowledging the violations and confirming your intent to sign this Agreement and the Hold Harmless Agreement or proposing a reasonable alternative agreement. Failure to respond within this timeframe will trigger the self-executing mechanism outlined in Section 3, compelling me to pursue all available legal remedies against Rocket Mortgage LLC and Brian Brown personally, including but not limited to:

- Local Actions in Wake County, North Carolina:

    1. FOIA Request: Request whether any income or securities were filed under my Social Security Number related to this transaction.

    2. Wake County Sheriff: File a complaint with the Wake County Sheriff's Office regarding fraudulent banking practices.

    3. Attorney General's Office: File a complaint with the North Carolina Department of Justice for deceptive practices.

    4. Secretary of State: File a complaint with the North Carolina Secretary of State's Office for violations of business practices.

    5. Treasury/IRS: I have already processed Forms 1099-A, 1099-B, and 1099-OID, with copies included in the Attachment section of this document, to report to the IRS and audit Rocket Mortgage LLC for unreported income and securities trading. I will also file additional forms, including:

Initial/Date 3-1-25

Page 5 of 7

EXHIBIT - 1



## Private Settlement Self Executing and Hold Harmless Contract

- • Form 3949-A: To report fraud, tax evasion, unreported income, and abuse of trusts or financial instruments.

- ▪ Form 56: Notifying the IRS of the fiduciary relationship, establishing my authority over Rocket Mortgage LLC as a debtor. I have already filed Form 56-F with the IRS.

- • Form 1041: Reporting income, deductions, and credits for estates and trusts during the fiduciary period.

- ▪ Form 2848: Power of Attorney and Declaration of Representative to represent Rocket Mortgage LLC in IRS dealings.

- ▪ Form 22A: Potentially required upon conversion to Chapter 7 bankruptcy, indicating the trustee's role in managing assets.

- • Federal Actions (if unresolved locally):

  1. Consumer Financial Protection Bureau (CFPB): File a complaint for deceptive mortgage practices.

  2. Federal Deposit Insurance Corporation (FDIC): File a complaint for banking violations.

  3. Office of the Comptroller of the Currency (OCC): File a complaint for federal banking regulation violations.

  4. Financial Crimes Enforcement Network (FinCEN): File a complaint for potential financial crimes related to securitization.

  5. Federal Bureau of Investigation (FBI): File a complaint for investigation into fraudulent banking practices, including personal liability for Brian Brown under 18 U.S.C. §§ 1341, 1343, and 1344.

Acceptance by Rocket Mortgage LLC and Brian Brown: To make this Agreement a valid and binding contract, Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, must:

1. Sign below to acknowledge acceptance of the terms and the Hold Harmless Agreement.

2. Return a signed copy of this Agreement and the Hold Harmless Agreement to :Jehorek: Jason-Gerald at the address provided within fourteen (14) days of receipt, as confirmed by USPS tracking.

3. Pay the settlement amount of $362,061.55 to :Jehorek: Jason-Gerald within 30 days of signing, as specified in Section 2.

We, Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, hereby accept the terms of this Self-Executing Private Settlement Contract and Agreement, agreeing to pay :Jehorek: Jason-Gerald the settlement amount of $362,061.55 as specified in Section 1, in exchange for the release of claims, termination of the contractual relationship, permission to retain the promissory notes, and notification to the IRS of the settlement as outlined in Sections 5, 6, and 7. We further agree to sign and abide by the Hold Harmless Agreement, acknowledging that Brian Brown accepts personal responsibility for facilitating compliance with this Agreement to avoid the civil and criminal consequences outlined in Section 4.

Initial/Date  5-1-25

EXHIBIT - 1



# Private Settlement Self Executing and Hold Harmless Contract

Signed: _____

Name: Brian Brown, Chief Financial Officer

Date: _____

Signed: _____

Name: Authorized Representative, Rocket Mortgage LLC

Date: _____

Attached is a copy of this Agreement, the Hold Harmless Agreement, and copies of processed Forms 1099-A, 1099-B, and 1099-OID for the authorized representative of Rocket Mortgage LLC and Brian Brown, Chief Financial Officer, to sign and return to :Jehorek: Jason-Gerald at the address provided above.

Date: __5-1-25__

By: __:Jehorek: Jason-Gerald__

:Jehorek: Jason-Gerald

**Grantor and Beneficiary of the Fiduciary Appointment**

**Sole, Rightful, and Equitable Owner of the Legal Name ©JASON GERALD JEHOREK™**

**Without Prejudice**

## NOTARY

County __Nash__ )

                  ) ss

State of North Carolina )

On this 1st day of __May__, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: __Brian H. Tomlinson__

(Seal)

> Brian H Tomlinson
> NOTARY PUBLIC
> Nash County, NC
> My Commission Expires September 06, 2028

Initial/Date __5-1-25__

Page 7 of 7

EXHIBIT - 1



## Notice of Fiduciary Appointment and Responsibility

# 3 Pages

EXHIBIT - 1



**Notice of Fiduciary Appointment and Responsibility**
**Private Administrative Record**

**Principal:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

**To:**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit Michigan 48226

## NOTICE OF FIDUCIARY APPOINTMENT AND RESPONSIBILITY

**To:** Rocket Mortgage LLC
1050 Woodward Avenue
Detroit Michigan 48226

This notice is presented in good faith, with reservation of all rights under the Uniform Commercial Code § 1-308 and applicable state and federal laws.

I, :Jehorek: Jason-Gerald., a man, sui juris, not a person, not a corporation, not subject to any foreign jurisdiction is over the age of twenty-one (21) years, competent to contract and act in my own capacity, as trustee of $^{\circ}$JASON GERALD JEHOREK™, duly organized under the laws of North Carolina, with Employer Identification Number 33-2182525 Sole Prop, hereby provide notice and declaration as follows:

1. **Fiduciary Relationship Established:**
   Pursuant to the trust agreement governing $^{\circ}$JASON GERALD JEHOREK™, dated April 28th 2025, and equitable principles under the Uniform Trust Code (§ 801-809), Rocket Mortgage LLC, its officers, agents, successors, and assigns are appointed as fiduciaries with respect to the mortgage account identified as:

   **Mortgage Account Number** ██████3042

   This appointment arises from the trust's beneficial interest in the mortgage note and related instruments, held for the benefit of $^{\circ}$JASON GERALD JEHOREK™.

2. **Scope of Fiduciary Responsibility:**

   As the appointed fiduciary, Rocket Mortgage LLC shall have the following duties and obligations:

   1. Rocket Mortgage LLC is required to act with the utmost duty of loyalty, care, and good faith, in full compliance with the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 et seq.) and applicable state trust law.

   2. Rocket Mortgage LLC shall provide a full disclosure and accounting of all proceeds, securities, derivatives, credits, profits, or interests derived from the

Initial/Date 5-1-25

Page 1 of 3

EXHIBIT - 1



**Notice of Fiduciary Appointment and Responsibility**
**Private Administrative Record**

mortgage account, including any securitization or transfer, within a reasonable time upon receipt of a written request.

3. Rocket Mortgage LLC must safeguard the trust's equitable and beneficial interests in the mortgage account, ensuring no self-dealing, concealment, or misrepresentation occurs in the management of the account.

3. **Obligation to Cure Breach:**
Any breach of fiduciary duty, including nondisclosure, unauthorized transfer, or mismanagement of the mortgage account, shall be disclosed and remedied within thirty (30) days of written notice sent via certified mail to Rocket Mortgage LLC at the above address. The remedies for such breaches shall include, but are not limited to, restitution and equitable relief as provided under applicable state trust law.

4. **Terms and Conditions:**
The fiduciary appointment is conditioned upon:

1. Strict adherence to good faith and fair dealing.

2. Full compliance with disclosure obligations under federal and state law.

3. Resolution of disputes through private negotiation or, if necessary, arbitration per the terms of the mortgage contract or trust agreement.

5. **Enforcement:**
Failure to fulfill the fiduciary duties outlined herein shall result in the pursuit of legal and equitable remedies, which may include, but are not limited to, damages, injunctive relief, or liens, as authorized under the Uniform Trust Code, applicable state property law, and relevant federal regulations. In the event that a satisfactory remedy is not provided, I respectfully reserve the right to initiate claims with local and federal authorities to address and resolve the issues in accordance with the law.

**Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

All notices or responses shall be sent via certified mail to:.

:Jason-Gerald: Jehorek.
11937 Fairlie Pl
Raleigh, NC [27614]

This notice supports my Form 2848, Power of Attorney and Declaration of Representative, filed with the Internal Revenue Service (Reference: LTR 861C, Input Op: 1033292928), to clarify my authority as trustee.

Executed this **1** day of **May**, 2025.

By: *:Jehorek: Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris, Trustee
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
Dba: ⁰JASON GERALD JEHOREK™
All Rights Reserved. UCC 1-308, Without Prejudice.

Initial/Date **5-1-25**

EXHIBIT - 1



## Notice of Fiduciary Appointment and Responsibility
### Private Administrative Record

## NOTARY

County _Nash_ )
) ss
State of North Carolina )

On this _1st_ day of _May_, 20_25_ before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date _5-1-25_

Page 3 of 3

EXHIBIT - 1



# Exhibits:

---

- Exhibit A – Violations, Liabilities, and Damages – 4 pages

- Exhibit B – Ledger of Damages – 3 pages

- Exhibit C – Private Administrative Fee Schedule – 3 pages

- Exhibit D – Applicable Laws & Cost – 6 pages

EXHIBIT - 1



# EXHIBIT A

### Violations, Liabilities and Damages

# 4 Pages

EXHIBIT - 1



## VIOLATION & DAMAGES

# EXHIBIT A

## Violations, Liabilities, and Damages

*(Annexed to Private Settlement Contract and Administrative Notices)*
**All Rights Reserved. UCC 1-308, UCC 1-103.6.**

**Principal Creditor:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

**Mortgage Account Number:** ███████042
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit Michigan 48226

**Respondent:** Rocket Mortgage LLC

## Violation:

Rocket Mortgage LLC engaged in fraudulent misrepresentation and deceptive practices by misrepresenting itself as the creditor while acting as a debtor, extracting payments under false pretenses. Specifically, the company failed to disclose its true role in the transaction, concealed the creation of a promissory note to fund the mortgage account, and neglected to inform the undersigned of the subsequent securitization and trading of said note on the open market without consent. These actions misled the undersigned into believing the mortgage was a standard loan transaction, when in reality, Rocket Mortgage LLC profited from undisclosed securities trading while charging interest on the loan, constituting a pattern of deceit and unfair dealing. Furthermore, the company's actions involved the unauthorized use of the undersigned's personal information and signature, obtained through a Power of Attorney, to create negotiable instruments without proper authorization, exacerbating the deception. Additionally, Rocket Mortgage LLC failed to provide evidence that the mortgage contract was duly executed by an authorized representative of the company. If Rocket Mortgage LLC asserts that the contract was signed, they are required to produce the original "wet ink" document bearing the authentic signature of their authorized representative to substantiate such a claim, as the absence of such proof further undermines the validity and enforceability of the mortgage agreement and supports the allegation of fraudulent misrepresentation.

## Liabilities:

Rocket Mortgage LLC, as the corporate entity responsible for the mortgage transaction, bears primary liability for the fraudulent misrepresentation, deceptive practices, and breaches outlined above. The company's actions violate multiple federal and state laws, including but not limited to the Fair Debt Collection Practices Act (15 U.S.C. §§ 1692–1692p), the Federal Trade Commission Act (15 U.S.C. §§ 41–58), the Truth in Lending Act (15 U.S.C. §§ 1601–1667f), the Consumer Financial Protection Act (12 U.S.C. §§ 5531–5536), the Real Estate Settlement

EXHIBIT - 1



# VIOLATION & DAMAGES

Procedures Act (12 U.S.C. §§ 2601–2617), the Michigan Consumer Protection Act (MCL 445.901 et seq.), and common law principles of fraud and misrepresentation. These violations stem from the company's systemic failure to disclose material facts, misrepresentation of its role, unauthorized use of personal information, and potential enforcement of an invalid contract, all of which caused financial harm to the undersigned.

Brian Brown, as Chief Financial Officer and Treasurer of Rocket Companies (the parent entity of Rocket Mortgage LLC), is personally liable for overseeing the financial operations that enabled these deceptive practices. As CFO, Brian Brown is responsible for the accounting, finance, treasury, and investor relations functions, which include the management of securitization transactions and the financial reporting of profits derived from the undersigned's mortgage account. His failure to ensure transparency in these transactions, particularly the undisclosed securitization and trading of the promissory note, constitutes a breach of fiduciary duty and negligence in his oversight role. Under principles of corporate liability, officers such as Brian Brown may be held personally accountable for fraudulent or deceptive practices when they knowingly participate in or fail to prevent such actions, especially when they directly oversee the financial mechanisms (e.g., securitization profits) that perpetuated the fraud (see, e.g., *In re Enron Corp.*, 2006 WL 2400369 (S.D. Tex. 2006), holding corporate officers liable for financial misconduct).

## Damages:

**Total Payments Made Under Fraudulent Pretenses:**
- First Mortgage $236,800 (November 2017–December 2020): $48,717.53
- Refinanced Mortgage $232,200 (January 2021–April 2025): $70,681.52
- Total: $119,399.05

**Damages by Applicable Law:**

1. **Fair Debt Collection Practices Act (FDCPA):**
   - Statutory Damages (10 violations): $10,000
   - Actual Damages: Included in total payments below
   - Attorney's Fees: $5,000
   - Subtotal: $15,000 (plus payments)

2. **Federal Trade Commission Act (FTCA):**
   - Civil Penalties (10 violations at $46,517 each): $465,170
   - Restitution: Included in total payments below
   - Subtotal: $465,170 (plus payments)

3. **Uniform Commercial Code (UCC):**
   - Loss of Loan Balance (estimated): $210,000
   - Restitution and Fraud Damages: Included in total payments below
   - Subtotal: $210,000 (plus payments)
   - 

4. **Truth in Lending Act (TILA):**
   - Statutory Damages (10 violations at $4,000 each): $40,000
   - Actual Damages and Rescission: Included in total payments below
   - Attorney's Fees: $5,000
   - Subtotal: $45,000 (plus payments)

EXHIBIT - 1



# VIOLATION & DAMAGES

5. **Consumer Financial Protection Act (CFPA):**
   - o Civil Penalties (30 days of knowing violations at $1,000,000/day): $30,000,000
   - o Restitution: Included in total payments below
   - o Subtotal: $30,000,000 (plus payments)

6. **Real Estate Settlement Procedures Act (RESPA):**
   - o Treble Damages (3 instances of $5,000 fees): $45,000
   - o Civil Penalties (10 violations at $110 each): $1,100
   - o Attorney's Fees: $5,000
   - o Subtotal: $51,100

7. **Statute of Frauds (Michigan Compiled Laws):**
   - o Loss of Loan Balance: Included in UCC damages
   - o Restitution: Included in total payments below
   - o Attorney's Fees: $5,000
   - o Subtotal: $5,000 (plus payments)

8. **Michigan Consumer Protection Act (MCPA):**
   - o Actual Damages (trebled for willful violations): $358,197.15
   - o Attorney's Fees: $5,000
   - o Subtotal: $363,197.15

9. **Common Law Fraud and Misrepresentation:**
   - o Compensatory Damages: Included in total payments below
   - o Punitive Damages (2× compensatory): $238,798.10
   - o Restitution: Included in total payments below
   - o Attorney's Fees: $5,000
   - o Subtotal: $243,798.10 (plus payments)

**Total Damages (Avoiding Double-Counting):**
- Payments Made (highest claim, MCPA treble damages): $358,197.15
- Loss of Loan Balance (from UCC): $210,000
- Statutory/Civil Penalties: $10,000 (FDCPA) + $465,170 (FTCA) + $40,000 (TILA) + $30,000,000 (CFPA) + $46,100 (RESPA) = $30,561,270
- Punitive Damages (highest, Common-Law Fraud): $238,798.10
- Attorney's Fees (cumulative): $35,000
- Grand Total: $31,403,265.25

**Notes:**
- The total damages reflect a conservative estimate based on 10 violations per statute where applicable, with adjustments to avoid double-counting restitution and payments made.
- Actual damages may vary depending on the exact number of violations proven in court or through regulatory action.
- The CFPA penalties represent a high-end estimate to illustrate the risk of escalation to federal authorities.

EXHIBIT - 1



# VIOLATION & DAMAGES

**Authorization:**

Signed this __1__ day of __May__, 2025,

by: *Jehorek: Jason-Gerald*

:Jehorek: Jason-Gerald.
Grantor and Beneficiary of the Fiduciary Appointment
Sole, Rightful, and Equitable Owner of the Legal Name ©JASON GERALD JEHOREK™
Without Prejudice

## NOTARY

County __Nash__

      )
      ) ss

State of North Carolina       )

On this __15__ day of __May__, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek:Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: *Brian H. Tomlinson*

(Seal)

> Brian H Tomlinson,
> NOTARY PUBLIC
> Nash County, NC
> My Commission Expires September 06, 2028

EXHIBIT - 1



# EXHIBIT B

### Ledger of Damages

# 3 Pages

EXHIBIT - 1



**Ledger of Damages**

# EXHIBIT B

## Ledger of Damages
*(Annexed to Private Settlement Contract and Administrative Notices)*
**All Rights Reserved. UCC 1-308, UCC 1-103.6.**

**Principal Creditor:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

**Mortgage Account Number:** ████████042
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit Michigan 48226

**Summary of Violations:**
Rocket Mortgage LLC engaged in fraudulent misrepresentation, deceptive practices, unauthorized use of personal information, and failure to provide a duly executed mortgage contract, violating multiple federal and state laws. The damages below reflect the financial harm caused to the undersigned, :Jehorek, Jason-Gerald based on mortgage payments made from November 2017 to April 2025 and applicable legal penalties.

**Total Payments Made Under Fraudulent Pretenses:**
- First Mortgage (November 2017–December 2020): $48,717.53
- Refinanced Mortgage (January 2021–April 2025): $70,681.52
- Total: $119,399.05

**Ledger of Damages by Applicable Law:**
1. **Fair Debt Collection Practices Act (FDCPA):**
   - Statutory Damages (10 violations): $10,000
   - Actual Damages: Included in total payments below
   - Attorney's Fees: $5,000
   - **Subtotal:** $15,000 (plus payments)

2. **Federal Trade Commission Act (FTCA):**
   - Civil Penalties (10 violations at $46,517 each): $465,170
   - Restitution: Included in total payments below
   - **Subtotal:** $465,170 (plus payments)

3. **Uniform Commercial Code (UCC):**
   - Loss of Loan Balance (estimated): $210,000
   - Restitution and Fraud Damages: Included in total payments below
   - **Subtotal:** $210,000 (plus payments)

EXHIBIT - 1



## Ledger of Damages

4. **Truth in Lending Act (TILA):**
   - Statutory Damages (10 violations at $4,000 each): $40,000
   - Actual Damages and Rescission: Included in total payments below
   - Attorney's Fees: $5,000
   - **Subtotal:** $45,000 (plus payments)

5. **Consumer Financial Protection Act (CFPA):**
   - Civil Penalties (30 days of knowing violations at $1,000,000/day): $30,000,000
   - Restitution: Included in total payments below
   - **Subtotal:** $30,000,000 (plus payments)

6. **Real Estate Settlement Procedures Act (RESPA):**
   - Treble Damages (3 instances of $5,000 fees): $45,000
   - Civil Penalties (10 violations at $110 each): $1,100
   - Attorney's Fees: $5,000
   - **Subtotal:** $51,100

7. **Statute of Frauds (Michigan Compiled Laws):**
   - Loss of Loan Balance: Included in UCC damages
   - Restitution: Included in total payments below
   - Attorney's Fees: $5,000
   - **Subtotal:** $5,000 (plus payments)

8. **Michigan Consumer Protection Act (MCPA):**
   - Actual Damages (trebled for willful violations): $358,197.15
   - Attorney's Fees: $5,000
   - **Subtotal:** $363,197.15

9. **Common Law Fraud and Misrepresentation:**
   - Compensatory Damages: Included in total payments below
   - Punitive Damages (2× compensatory): $238,798.10
   - Restitution: Included in total payments below
   - Attorney's Fees: $5,000
   - **Subtotal:** $243,798.10 (plus payments)

**Total Damages (Avoiding Double-Counting):**
- Payments Made (highest claim, MCPA treble damages): $358,197.15
- Loss of Loan Balance (from UCC): $210,000
- Statutory/Civil Penalties: $10,000 (FDCPA) + $465,170 (FTCA) + $40,000 (TILA) + $30,000,000 (CFPA) + $46,100 (RESPA) = $30,561,270
- Punitive Damages (highest, Common Law Fraud): $238,798.10
- Attorney's Fees (cumulative): $35,000
- **Grand Total:** $31,403,265.25

EXHIBIT - 1



## Ledger of Damages

**Notes:**

- The total damages reflect a conservative estimate based on 10 violations per statute where applicable, with adjustments to avoid double-counting restitution and payments made.

- Actual damages may vary depending on the exact number of violations proven in court or through regulatory action.

- The CFPA penalties represent a high-end estimate to illustrate the risk of escalation to federal authorities.

**Authorization:**

Signed this ___2___ day of __May_____, 2025,

by: :Jehorek; Jason —Gerald
:Jehorek: Jason-Gerald.
Grantor and Beneficiary of the Fiduciary Appointment
Sole, Rightful, and Equitable Owner of the Legal Name ©JASON GERALD JEHOREK™
Without Prejudice

### NOTARY

County __Nash_____                )
                                     ) ss
State of North Carolina              )

On this __15__ day of __May_____, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
**Brian H Tomlinson**
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

EXHIBIT - 1



# EXHIBIT C

## Private Administrative Fee Schedule

# 3 Pages

EXHIBIT - 1



## PRIVATE ADMINISTRATIVE FEE SCHEDULE

# EXHIBIT C

## Private Administrative Fee Schedule

*(Annexed to Private Settlement Contract and Administrative Notices)*
**All Rights Reserved. UCC 1-308, UCC 1-103.6.**

**Principal:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

**Mortgage Account Number:** ▮▮▮▮3042
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit Michigan 48226

### PRIVATE ADMINISTRATIVE FEE SCHEDULE
(Annexed to Private Administrative Settlement Offer and Notices)

### Notice of Fees for Non-Compliance:
Notice is hereby given that the following administrative fees are established and shall apply, effective upon presentment of the accompanying Private Administrative Settlement Offer and notices to Rocket Mortgage LLC, its agents, officers, employees, successors, and assigns. These fees are intended to compensate the undersigned for damages and administrative costs resulting from Rocket Mortgage LLC's failure to respond, cure breaches, or comply with the terms of the settlement offer and fiduciary duties outlined in the accompanying documents. The fees are reasonable estimates of damages and administrative expenses incurred due to non-compliance, pursuant to principles of contract law and applicable statutes, including the Truth in Lending Act (15 U.S.C. §§ 1601–1667f) and the Real Estate Settlement Procedures Act (12 U.S.C. §§ 2601–2617).

Rocket Mortgage LLC is provided 14 days from receipt of this notice, as specified in the accompanying settlement offer, to respond and cure any breaches. Failure to respond or comply within this period shall result in the accrual of the fees outlined below, which may be pursued through legal and equitable remedies, including but not limited to claims with local and federal authorities, as stated in the settlement offer.

### Fee Schedule:

1. **Failure to Respond to Settlement Offer or Administrative Notice:**
   Fee: $500.00 per day for each day beyond the 14-day response period specified in the settlement offer, reflecting the administrative costs and damages incurred due to Rocket Mortgage LLC's non-responsiveness.

Initial/Date 5-1-25                    Page 1 of 3

EXHIBIT - 1



## PRIVATE ADMINISTRATIVE FEE SCHEDULE

2. **Failure to Provide Full and Complete Disclosure of Securitization, Trading, and Profits:**
   Fee: **$5,000.00** per instance of nondisclosure, representing the estimated costs of obtaining such information through alternative means (e.g., legal discovery, expert analysis) and the financial harm caused by the lack of transparency.

3. **Fraudulent Misrepresentation, Deception, or Fraud:**
   Fee: **$10,000.00** per occurrence, reflecting the damages caused by Rocket Mortgage LLC's misrepresentations (e.g., claiming creditor status, enforcing an unsigned contract) and the costs of pursuing remedies for such fraud.

4. **Breach of Fiduciary Duty:**
   Fee: **$25,000.00** per act or omission constituting a breach (e.g., unauthorized use of a Power of Attorney, failure to safeguard the mortgage account), representing the harm to the undersigned's equitable interests and the costs of enforcing fiduciary obligations.

5. **Unauthorized Use of the Legal Name ©JASON GERALD JEHOREK™ :**
   Fee: **$100,000.00** per unauthorized commercial use, transaction, assignment, or conveyance, reflecting the damages caused by the misuse of the undersigned's name and personal information, including through negotiable instruments created without proper authorization.

6. **Administrative Processing and Enforcement Costs:**
   Fee: **$1,500.00** minimum per administrative action initiated to enforce the terms of the settlement offer or fiduciary duties, plus actual damages, legal fees, and costs associated with commercial liens or other remedies, as permitted by law.

7. **Tacit Procuration Fee (Implied Agency Fee)**
   Fee: **$10,000.00** per occurrence where Respondent acts on behalf of the Principal Creditor without explicit written authorization.

**Terms and Conditions:**

These fees are cumulative and may be aggregated without limitation. Any dishonor, breach, or failure to settle privately may result in:

1. These fees are cumulative and may accrue concurrently for multiple violations.
2. Fees become due and payable immediately upon the occurrence of the corresponding event or breach, as determined by the undersigned.
3. Non-compliance with this fee schedule may result in further legal and equitable remedies, including but not limited to commercial lien filings, administrative default proceedings, treasury offset claims, or litigation, as outlined in the settlement offer.

### Notice to agent is notice to principal, and notice to principal is notice to agent.

Initial/Date  5 –1–25

Page 2 of 3

EXHIBIT - 1



# PRIVATE ADMINISTRATIVE FEE SCHEDULE

**Authorization:**
Signed this ___1___ day of __May__ , 2025,

By: _Jehorek: Jason-Gerald_
:Jehorek: Jason-Gerald.
Grantor and Beneficiary of the Fiduciary Appointment
Sole, Rightful, and Equitable Owner of the Legal Name ©JASON GERALD JEHOREK™
Without Prejudice

## NOTARY

County __Nash__                                   )
                                                  ) ss
State of North Carolina                           )

On this __1st__ day of __May__ , 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)     Brian H Tomlinson
           NOTARY PUBLIC
           Nash County, NC
           My Commission Expires September 06, 2028

Initial/Date 5-1-25

Page 3 of 3

EXHIBIT - 1



# EXHIBIT D

## Applicable Laws & Cost

# 6 Pages

EXHIBIT - 1



## Applicable Laws & Cost

# EXHIBIT D

## Applicable Laws & Cost
*(Annexed to Private Settlement Contract and Administrative Notices)*
**All Rights Reserved. UCC 1-308, UCC 1-103.6.**

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit Michigan 48226

Date: **5 - 1** , 2025

This a clear summary of the applicable laws and associated costs related to the claims made by the Administrator against the Rocket Mortgage LLC, as detailed in the Private Settlement Contract and Agreement and Exhibit A – Violations, Liabilities, and Damages.

**Summary of Mortgage History:**

1. **First Mortgage (Quicken Loans, now Rocket Mortgage LLC):** Originated November 4, 2017, for $236,800.00. Monthly payments of $1,316.69 (including escrow) were made from November 2017 to December 2020 (37 months), totaling $48,717.53.

2. **Refinanced Mortgage (Rocket Mortgage LLC):** Refinanced December 22, 2020, for $232,200.00. Monthly payments of $1,359.26 (including escrow) were made from January 2021 to April 2025 (52 months), totaling $70,681.52.

3. **Total Payments Made:** $48,717.53 + $70,681.52 = $119,399.05

# Applicable Laws and Associated Costs:

The penalties reflect federal and state law as of April 28, 2025, with inflation adjustments where applicable. The costs include statutory damages, civil penalties, equitable remedies, and other financial consequences Rocket Mortgage LLC might face for the violations described.

1. **Fair Debt Collection Practices Act (FDCPA, 15 U.S.C. §§ 1692–1692p):**
   The misrepresentation of Rocket Mortgage LLC's role as a creditor while acting as a debtor, along with extracting payments under false pretenses and potentially enforcing an unsigned contract, violates 15 U.S.C. § 1692e, which prohibits false or misleading representations in debt collection.

Initial/Date **5-1-25**

EXHIBIT - 1



## Applicable Laws & Cost

a. **Cost:** Statutory damages up to $1,000 per violation for individual actions (15 U.S.C. § 1692k(a)(2)(A)), plus actual damages (e.g., for payments made under false pretenses) and attorney's fees. If multiple violations are identified (e.g., per instance of misrepresentation or payment extraction), damages could accumulate. For example, 10 instances of misleading statements could result in $10,000 in statutory damages, plus actual damages and fees.

b. **Public Law Reference:** Public Law 95-109, 91 Stat. 874 (1977).

2. **Federal Trade Commission Act (FTCA, 15 U.S.C. §§ 41–58):**
The deceptive practices, including concealment of the company's role, the promissory note, securitization, and failure to provide a signed contract, violate Section 5 of the FTCA (15 U.S.C. § 45).

a. **Cost:** Civil penalties under 16 CFR Part 1, Subpart B, as adjusted for inflation. As of 2025, the maximum penalty is $46,517 per violation (based on the FTC's 2024 adjustment, with a note that it may have slightly increased in 2025). Each deceptive act (e.g., each undisclosed securitization transaction or payment extracted) could be a separate violation, potentially totaling hundreds of thousands of dollars. The FTC may also order restitution (e.g., refunding payments) and injunctive relief.

b. **Public Law Reference:** Public Law 63-203, 38 Stat. 717 (1914); amended by Public Law 75-467, 52 Stat. 111 (1938).

3. **Uniform Commercial Code (UCC § 1-201(b)(20), § 1-103, § 3-401):**
Rocket Mortgage LLC's failure to act in good faith (UCC § 1-201(b)(20)), deceptive conduct (UCC § 1-103), and potential enforcement of an unsigned contract (UCC § 3-401(a)) violate UCC principles.

a. **Cost:** Remedies under the UCC include rescission of the contract, restitution of payments made (e.g., all mortgage payments if the contract is unenforceable), and damages for fraud (e.g., compensatory damages for financial losses). If the mortgage contract is deemed invalid due to lack of a signature, Rocket Mortgage LLC may lose the right to enforce the loan, potentially costing them the outstanding loan balance (e.g., $200,000 on a $300,000 mortgage if payments stop). State law may also allow punitive damages for egregious fraud.

4. **Truth in Lending Act (TILA, 15 U.S.C. §§ 1601–1667f):**
The failure to disclose Rocket Mortgage LLC's role, the promissory note, securitization, and the lack of a signed contract violate TILA's disclosure requirements under 15 U.S.C. § 1638(a), potentially triggering the right of rescission (15 U.S.C. § 1635).

a. **Cost:** Statutory damages up to $4,000 per violation for individual actions (15 U.S.C. § 1640(a)(2)), plus actual damages (e.g., interest payments made due to non-disclosure), costs, and attorney's fees. If rescission is granted, Rocket Mortgage LLC must cancel the security interest (e.g., the mortgage lien) and refund all payments made (e.g., $50,000 in payments over 5 years), though the borrower must return the loan principal. Multiple TILA violations (e.g., per disclosure failure) could increase damages.

Case 5:25-cv-00558-D-BM    Document 11-3    Filed 01/27/26    Page 40 of 100

EXHIBIT - 1



## Applicable Laws & Cost

    b. **Public Law Reference:** Public Law 90-321, 82 Stat. 146 (1968).

5. **Consumer Financial Protection Act (CFPA, 12 U.S.C. §§ 5531–5536):**
Rocket Mortgage LLC's deceptive, unfair, and abusive practices, including concealment, unauthorized use of a Power of Attorney, and failure to provide a signed contract, violate 12 U.S.C. § 5531.

    a. **Cost:** Civil penalties up to $5,000 per day for violations, $25,000 per day for reckless violations, or $1,000,000 per day for knowing violations (12 U.S.C. § 5565(c)(2)), as adjusted for inflation (2024 amounts; 2025 may be slightly higher). For example, a 30-day period of knowing violations could result in $30,000,000 in penalties. The CFPB may also order restitution (e.g., refunding all payments made) and injunctive relief (e.g., halting collection efforts).

    b. **Public Law Reference:** Public Law 111-203, 124 Stat. 1376 (2010).

6. **Real Estate Settlement Procedures Act (RESPA, 12 U.S.C. §§ 2601–2617):**
The failure to disclose Rocket Mortgage LLC's role, the promissory note, securitization, and the lack of a signed contract violate RESPA's disclosure requirements (12 U.S.C. § 2604; 12 CFR § 1026.19).

    a. **Cost:** Damages up to three times the amount of any improper charge (e.g., unearned fees or hidden costs passed on through securitization) under 12 U.S.C. § 2607(d), plus attorney's fees. For example, if $5,000 in undisclosed fees were charged, damages could be $15,000. The CFPB or HUD may also impose civil penalties, such as $110 per violation (adjusted for inflation under 28 U.S.C. § 2461), potentially accumulating to thousands for multiple disclosure failures.

    b. **Public Law Reference:** Public Law 93-533, 88 Stat. 1724 (1974).

7. **Statute of Frauds (State Law, e.g., Michigan Compiled Laws § 566.132):**
Michigan's Statute of Frauds (MCL 566.132) requires mortgage contracts to be in writing and signed by the party to be charged. If Rocket Mortgage LLC cannot produce a signed contract with a wet ink signature, the agreement may be unenforceable.

    a. **Cost:** If the contract is unenforceable, Rocket Mortgage LLC may lose the right to collect the loan balance (e.g., $300,000 on an outstanding mortgage) and must refund payments made (e.g., $50,000 over 5 years). The undersigned may also recover attorney's fees and costs for defending against an invalid contract. Additionally, this supports a fraud claim, potentially leading to further damages (see below).

8. **State Consumer Protection Laws (e.g., Michigan Consumer Protection Act, MCL 445.901 et seq.):**
Rocket Mortgage LLC's deceptive practices violate the Michigan Consumer Protection Act (MCL 445.903), which prohibits unfair and deceptive methods in trade or commerce.

    a. **Cost:** Damages include actual damages (e.g., mortgage payments made under deception, such as $50,000 over 5 years) or $250 per violation, whichever is greater (MCL 445.911). For example, 10 deceptive acts could result in $2,500 in statutory damages, plus actual damages. The court may also award attorney's fees

Initial/Date 5-1-25

Case 5:25-cv-00558-D-BM  Document 11-3  Filed 01/27/26  Page 41 of 100

EXHIBIT - 1



## Applicable Laws & Cost

and, in cases of willful violations, treble damages (e.g., $150,000 if actual damages are $50,000). Injunctions to stop collection efforts may also be granted.

b. **Public Law Reference:** Michigan Public Act 331 of 1976.

9. **Common Law Fraud and Misrepresentation:**

Rocket Mortgage LLC's actions, including false representations (e.g., claiming creditor status while acting as debtor), concealment (e.g., failure to disclose securitization or produce a wet ink contract), and unauthorized use of personal identifying information (e.g., signatures used via Power of Attorney without informed consent), constitute both actual fraud and constructive fraud.

Constructive fraud, under North Carolina law, arises from a breach of a confidential or fiduciary relationship where one party takes advantage of their position to the detriment of another. Unlike actual fraud, intent to deceive is not required; the law presumes fraud from the nature of the relationship and the resulting harm.

Legal Authority: Barger v. McCoy Hilliard & Parks, 346 N.C. 650, 488 S.E.2d 215 (1997).

This includes failure to disclose material facts, misrepresentation of role or authority, and profiting from undisclosed transactions to the detriment of the undersigned.

a. **Cost:** Compensatory damages for financial losses (e.g., $50,000 in mortgage payments, plus interest or other costs incurred due to deception). Punitive damages may be awarded for willful fraud, often 2–3 times compensatory damages (e.g., $100,000–$150,000). Rescission of the contract and restitution of all payments made may also be ordered. Attorney's fees and costs may be recoverable depending on the jurisdiction.

---

## Summary of Potential Costs to Rocket Mortgage LLC

1. **FDCPA:** $1,000 per violation (e.g., $10,000 for 10 violations), plus actual damages and fees.
2. **FTCA:** $46,517 per violation (e.g., $465,170 for 10 violations), plus restitution and injunctive relief.
3. **UCC:** Loss of the loan balance (e.g., $300,000), restitution of payments (e.g., $50,000), and fraud damages.
4. **TILA:** $4,000 per violation (e.g., $40,000 for 10 violations), plus actual damages, fees, and potential rescission (e.g., refunding $50,000 in payments).
5. **CFPA:** Up to $1,000,000 per day for knowing violations (e.g., $30,000,000 for 30 days), plus restitution and injunctive relief.
6. **RESPA:** Treble damages on improper charges (e.g., $15,000 for $5,000 in fees), plus penalties ($110 per violation) and fees.
7. **Statute of Frauds:** Loss of the loan balance (e.g., $300,000), restitution (e.g., $50,000), and related fraud damages.
8. **Michigan Consumer Protection Act:** $250 per violation or actual damages (e.g., $50,000), potentially trebled to $150,000, plus fees and injunctions.
9. **Common Law Fraud:** Compensatory damages (e.g., $50,000), punitive damages (e.g., $150,000), rescission, and restitution.

Initial/Date __5-1-25__                    Page 4 of 6

EXHIBIT - 1



# Applicable Laws & Cost

**Total Potential Cost:** Depending on the number of violations and the court's rulings, Rocket Mortgage LLC could face penalties ranging from tens of thousands to millions of dollars, plus restitution, loss of the loan balance, and legal fees. For example, a conservative estimate with 10 violations per statute, actual damages of $50,000, and punitive damages could exceed $1,000,000, not including restitution or loan forfeiture.

**Notes on Costs**

1. **Inflation Adjustments:** Penalties like those under the FTCA, CFPA, and RESPA are adjusted annually for inflation. The figures provided are based on 2024 data (e.g., FTCA at $46,517, CFPA at $1,000,000/day), with a note that 2025 amounts may be slightly higher.

2. **Cumulative Violations:** Many laws allow penalties per violation, so the total cost depends on the number of deceptive acts (e.g., each payment extracted or disclosure omitted).

3. **Equitable Remedies:** Rescission (under TILA, UCC, or common law) and restitution could significantly increase costs by requiring Rocket Mortgage LLC to refund all payments and lose the right to collect the loan balance.

4. **Jurisdictional Variations:** Costs under state laws (e.g., Michigan Consumer Protection Act) vary by jurisdiction, but I've used Michigan as an example since Rocket Mortgage LLC is based there.

This updated list provides a thorough breakdown of the legal consequences Rocket Mortgage LLC could face, ensuring all violations are actionable and the costs are clearly defined.

**Authorization:**
Signed this _____1_____ day of _____May_____, 2025,

By: *:Jehorek: Jason-Gerald*
:Jehorek: Jason-Gerald.
Grantor and Beneficiary of the Fiduciary Appointment
Sole, Rightful, and Equitable Owner of the Legal Name ©JASON GERALD JEHOREK™
Without Prejudice

Initial/Date 5-1-25

EXHIBIT - 1



# Applicable Laws & Cost

---

**NOTARY**

County _Nash_　　　　　　　　　　　　　)

　　　　　　　　　　　　　　　　　　　) ss

State of North Carolina　　　　　　　　)

On this 1st day of _May_ , 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date 5-1-25

Page 6 of 6

EXHIBIT - 1



# **Affidavits and Notices:**

---

- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages

- Affidavit of Life – 2 pages

- Affidavit of Ownership – 2 pages

- Affidavit of Trademark – 3 pages

- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1page

- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page

EXHIBIT - 1



## Affidavit of Authority and Notice of Power of Attorney-in-Fact

# 2 Pages

EXHIBIT - 1



# Affidavit of Authority and Notice of Power of Attorney-in-Fact

**Principal:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh North Carolina [27613]

**To:**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit Michigan 48226

### AFFIDAVIT OF AUTHORITY AND NOTICE OF POWER OF ATTORNEY-IN-FACT

I, :Jehorek: Jason-Gerald, sui juris, a man competent to testify, being over the age of twenty-one (21) years, hereby declare, swear, and affirm under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746), the following:

1. I am a man, sui juris, holder of the equitable and beneficial interest in the entity styled as ©JASON GERALD JEHOREK™ (hereinafter "the Estate").

2. I am the sole, lawful, and rightful holder of all rights, title, interest, authority, and standing over the Estate and any and all related commercial, legal, or equitable accounts, trusts, securities, negotiable instruments, or property derived therefrom.

3. I have duly perfected and secured a **Power of Attorney-in-Fact** over the Estate and all associated derivatives, ensuring all actions, decisions, or commercial operations concerning the Estate are under my lawful control.

4. No third party, including but not limited to any mortgage company, financial institution, servicer, trustee, government agency, or other organization, may lawfully or commercially act upon the Estate or its assets absent my express written authorization and consent.

5. The Respondent Rocket Mortgage LLC, Company, and all related agents, officers, successors, and assigns, are hereby noticed and advised that:

   a. The undersigned is the lawful and controlling Authorized Representative and Creditor Beneficiary for all matters related to the Estate.
   b. No presumption of corporate debtor status, statutory person status, surety status, or trustee status shall be presumed against the undersigned.
   c. All acts must be performed in strict fiduciary compliance with private administrative law, common law, trust law, and applicable commercial law principles.

Initial/Date 5-1-25

Page 1 of 2

EXHIBIT - 1



## Affidavit of Authority and Notice of Power of Attorney-in-Fact

6. Failure to recognize, acknowledge, and honor this lawful authority may result in administrative penalties, claims for damages, commercial liens, and such remedies as may be necessary to enforce my rights, interests, and lawful standing.

7. Silence, inaction, or failure to timely rebut this affidavit point-for-point by sworn affidavit within fourteen (14) days of receipt constitutes tacit acceptance, agreement, and commercial acquiescence.

**Notice to agent is notice to principal. Notice to principal is notice to agent.**

Executed this ___01ˢᵗ___ day ___May___ of, 2025

By: ___:Jehorek: Jason-Gerald___

:Jehorek: Jason-Gerald, sui juris, Trustee
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
Dba: °JASON GERALD JEHOREK™
All Rights Reserved. UCC 1-308, Without Prejudice.

## NOTARY

County ___Nash___ )
                        ) ss
**State of North Carolina** )

On this __1ˢᵗ__ day of __May__, 20_25_ before me, the undersigned Notary Public, personally appeared :Jehorek:-Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: ___Brian H. Tomlinson___

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date ___5-1-25___ Page 2 of 2

EXHIBIT - 1



# Affidavit of Life

## 2 Pages

EXHIBIT - 1



# AFFIDAVIT OF LIFE

I, :Jehorek: Jason-Gerald, sui juris, being of sound mind, over the age of twenty-one (21) years, competent to testify, and having personal knowledge of the facts stated herein, do solemnly swear and affirm under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the following is true, correct, complete, and not misleading to the best of my knowledge:

1. I am a man, not a person, not a corporation, not a corporate fiction, not a legal entity, not a statutory "person" not a human being, not subject to any foreign jurisdiction.

2. I residing at 11937 Fairlie Place, Raleigh, Wake County, North Carolina [27614].

3. I am the trustee and authorized representative of ©JASON GERALD JEHOREK™, a legal entity duly organized under the laws of birth state California, with Employer Identification Number ████████525 Sole Prop.

4. I hold all rights and interests in my lawful name, :Jehorek: Jason-Gerald, and any accounts, properties, or securities associated with ©JASON GERALD JEHOREK™, including the trademark ©JASON GERALD JEHOREK™, used in commerce since December 9, 1986, for financial instruments, contracts for Goods or Services.

5. I affirm that I am not deceased, incompetent, or a fictitious entity, and I rebut any such presumptions in government or financial records, including those of the Department of the Treasury c/o Internal Revenue Service.

6. This affidavit is submitted in support of my Form 2848, Power of Attorney and Declaration of Representative, filed with the IRS on 3/14/2025, to clarify my status and authority.

7. I am the original, sole, and rightful holder and owner of my biological existence, my God-given unalienable rights, and my equitable interest in any and all accounts, contracts, properties, securities, and rights associated with my lawful name.

8. I am not subject to any corporate, governmental, or statutory presumption of status without my express written consent.

9. I operate solely by right, not by privilege, and reserve all rights at all times, nunc pro tunc, ab initio.

10. I hereby rebut and refute any and all presumptions to the contrary, whether arising by administrative process, statutory inference, or commercial default.

11. Any party or agent who disputes any fact contained herein must respond by sworn affidavit, point-for-point, within thirty (30) days of receipt, or forever be estopped and barred from bringing any claim, charge, or presumption against me regarding any matter stated herein.



Initial/Date 5-1-25

Page 1 of 2

EXHIBIT - 1



# AFFIDAVIT OF LIFE

Executed this _1st_ day of _May_, 2025.

By: :Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor

All Rights Reserved. UCC 1-308, Without Prejudice.

## NOTARY

County _Nash_

          )
          ) ss

State of North Carolina      )

On this _15th_ day of _May_, 20_25_ before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date 5-1-25

Page 2 of 2

EXHIBIT - 1



# **Affidavit of Ownership**

## 2 Pages

EXHIBIT - 1



# AFFIDAVIT OF OWNERSHIP

I, :Jehorek: Jason-Gerald., sui juris, being of sound mind, over the age of twenty-one (21) years, competent to testify, and having personal knowledge of the facts stated herein, do solemnly swear, declare, and affirm under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that the following is true, correct, complete, and not misleading to the best of my knowledge, belief, and understanding:

1. The legal entity name ©JASON GERALD JEHOREK™ was created without full disclosure to me and without full, knowing, and voluntary consent by me at or near the time of my live birth registration.

2. My given name, Jason Gerald, was bestowed upon me by my birth mother at the time of my birth on December 9, 1968, at 10:36 a.m.

3. My surname, Jehorek, being my family name, was assigned to me by my birth father at the time of my birth on December 9, 1968, at 10:36 a.m.

4. My business name, ©JASON GERALD JEHOREK™, was officially assigned to me following my birth through registration with the local registry in Shasta County, City of Redding, California, on December 20, 1968.

5. I am a man, not a person, not a corporation, not a corporate fiction, not a legal entity, not a statutory "person", not a human being, not subject to any foreign jurisdiction.

6. I accept the legal entity name ©JASON GERALD JEHOREK™ and is recognized as a constructive trust, transmitting utility, or decedent estate under commercial law, that :Jehorek: Jason-Gerald., is the primary Grantor, Settlor, Creditor Beneficiary, Authorized Representative and Executor of said entity.

7. :Jehorek: Jason-Gerald., is the sole, rightful, and equitable owner, holder and has full legal authority as the Master Administrator for the legal name ©JASON GERALD JEHOREK™, as well as any and all derivative or substantially similar variations thereof.

8. The family crest of Jehorek and Dumbar represents the business names associated with King :Jehorek: Jason-Gerald. and Queen Anna Marie Jehorek. The crest embodies honor and symbolizes the strength of family unity, protection, kindness, respect, and a commitment to assisting others. Additionally, it signifies the key to life, promoting well-being and healing, while serving to ward off evil and bestow blessings upon all.

9. I :Jehorek: Jason-Gerald., hold the exclusive right, title, and interest in and to the commercial energy, assets, credits, and equities associated with the entity known as ©JASON GERALD JEHOREK™, its EIN, SSN, CUSIP, or any other financial, legal, or commercial identifiers attached thereto.

10. I assert and affirm that all accounts, trusts, titles, securities, financial instruments, and property rights associated with the entity known as ©JASON GERALD JEHOREK™ lawfully belong to me as the man, holding superior equitable title and standing.

11. Any party or agent who disputes any fact contained herein must respond by sworn affidavit, point-for-point, within thirty (30) days of receipt, or forever be estopped and barred from bringing any claim, charge, or presumption against me regarding any matter stated herein.

Initial/Date 5-1-25

Page 1 of 2



# AFFIDAVIT OF OWNERSHIP

**Birth Certificate**        **Passport**        **Social Security**

  

Executed this __2__ day of __may__ , 2025.

By: _:Jehorek: Jason-Gerald_

:Jehorek: Jason-Gerald., sui juris

Authorized Representative / Grantor / Creditor Beneficiary / Principal Creditor

All Rights Reserved. UCC 1-308, Without Prejudice.

---

## NOTARY

County __Nash__        )

       ) ss

**State of North Carolina**        )

On this __1st__ day of __May__, 20__25__ before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date __5-1-25__

Page 2 of 2

EXHIBIT - 1



# Affidavit of Trademark

## 3 Pages

EXHIBIT - 1



# AFFIDAVIT OF TRADEMARK

## COMMON LAW TRADEMARK AFFIDAVIT

I, :Jehorek: Jason-Gerald, sui juris, a man, not a person, not a corporation, not subject to any foreign jurisdiction, hereby declare, affirm, and attest under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true, correct, and complete to the best of my knowledge and belief:

1. I am the creator and first user in commerce of the name "©JASON GERALD JEHOREK™" ("the Mark"), used as a designation of origin for the goods and/or services I provide.

2. I first used the Mark in commerce on or about 12/09/1986, and have continuously used the Mark in commerce since that time.

3. The Mark is used in connection with Goods or Services — e.g., consulting services, educational courses, literary works, coaching services, financial services etc., in interstate commerce within the united States of America.

4. The Mark has acquired distinctiveness through continuous and exclusive use in connection with my goods and/or services, and the public has come to recognize the Mark as identifying me as the source of such goods and services.

5. I claim full ownership of the Common Law trademark rights in the Mark "©JASON GERALD JEHOREK™" pursuant to the Lanham Act (15 U.S.C. §§ 1051 et seq.), specifically 15 U.S.C. § 1125(a), providing for protection of unregistered trademarks.

6. I assert rights under Public Law 79-489 (Lanham Act of 1946) and under Common Law principles governing trademarks and intellectual property.

7. I claim all rights, title, and interest to the Mark "©JASON GERALD JEHOREK™" and any related logos, slogans, or designs associated with my business or financial services.

8. I have not abandoned the use of the Mark, nor do I intend to abandon its use.

9. Unauthorized use of the Mark shall incur a penalty of $50,000 (Fifteen Thousand U.S. Dollars) or gold or silver (refer to Notice of Intent — Fee Schedule) per unauthorized instance of use, as liquidated damages.

Executed this __1__ day of __May__, 20__25__

By: _Jehorek: Jason-Gerald_
By: :Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice.



EXHIBIT - 1



# AFFIDAVIT OF TRADEMARK

## PUBLIC NOTICE OF COMMON LAW COPYRIGHT AND TRADEMARK CLAIM

Notice to All Persons, Public and Private:

Be it known by these presents that I, :Jehorek: Jason-Gerald., sui juris, a man, not a person, not a corporation, not subject to any foreign jurisdiction, hereby give PUBLIC NOTICE that:

1. I am the lawful owner of all right, title, and interest in and to the Common Law Trademark "ᴼJASON GERALD JEHOREK™" and any related marks, logos, slogans, or designs associated therewith.

2. Said Trademark has been used in commerce since 12/09/1986 in connection with e.g., for financial services and general services or products.

3. Pursuant to the Lanham Act (15 U.S.C. §§ 1051-1141n) and specifically 15 U.S.C. § 1125(a), Common Law Trademark rights attach to the first use of the Mark in commerce, and do not require federal registration to exist or be enforced.

4. Additionally, I hereby assert Common Law Copyright protection pursuant to 17 U.S.C. § 102(a) and Public Law 94-553 (Copyright Act of 1976) over any and all original works authored by me under or in association with "ᴼJASON GERALD JEHOREK™."

5. Unauthorized use, reproduction, misappropriation, or infringement of the Mark, my name, my brand, or my original works is expressly prohibited. Each unauthorized use will result in a liquidated damages penalty of $50,000 (Fifteen Thousand U.S. Dollars) or gold or silver (refer to Notice of Intent – Fee Schedule) per occurrence.

6. All rights are reserved, including but not limited to rights of enforcement, remedies at law and in equity, and all rights protected under Common Law, the United States Constitution, and applicable statutes.

7. This Notice is effective immediately and remains in force indefinitely unless revoked by me in writing.

Given and declared this _1_ day of _May_, 20_2.5_

By: _:Jehorek: Jason-Gerald_
By: :Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice.

Initial/Date _5-1-25_

EXHIBIT - 1



# AFFIDAVIT OF TRADEMARK

## NOTARY

County _Nash_ )
) ss
State of North Carolina )

On this 1st day of May, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028



EXHIBIT - 1



## IRS Form 56-F Notice Concerning Fiduciary Relationship

# 1 Pages

EXHIBIT - 1



# IRS Form 56-F Notice Concerning Fiduciary Relationship

| Form **56-F** | **Notice Concerning Fiduciary Relationship** **of Financial Institution** | OMB No. 1545-0013 |
|---|---|---|
| (Rev. December 2022) Department of the Treasury Internal Revenue Service | (Internal Revenue Code sections 6036, 6402, and 6303) Go to www.irs.gov/Form56F for the latest information. | For IRS Use Only |

**Part I    Identification**

| 1 Name of person for whom you are acting (as shown on the tax return) | 2 Employer identification number |
|---|---|
| Rocket Mortgage | |

3 Address of financial institution (number, street, and room or suite no.)
1050 Woodward Avenue

| 4 City, state, and ZIP code | 5 Telephone no. |
|---|---|
| Detroit, MI 48226 | (313) 373-7990 |

6 Check the applicable box for the type of financial institution: ☑ Bank   ☐ Thrift

7 Check here ☐ if the financial institution is insolvent.

8 Enter the ending date of the financial institution's tax year (mo., day, yr.):  12/31/2024

| 9 Fiduciary's name | 10 Contact person |
|---|---|
| JASON GERALD JEHOREK | Jehorek, Jason Gerald |

11 Address of fiduciary (number, street, and room or suite no.)
1050 Woodward Avenue

| 12 City or town, state, and ZIP code | 13 Telephone no. |
|---|---|
| Detroit, MI 48226 | (888) 452-8179 |

14 Check the applicable box if the fiduciary is a:
☐ Receiver   ☑ Conservator

15 Check this box ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below. Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

| 16 Name of person for whom you are acting (as shown on the tax return) | 17 Employer identification number |
|---|---|
| | |

18 Address of the common parent (number, street, and room or suite no.)

19 City, state, and ZIP code

20 Check here ☐ if a copy of this form has been sent to the common parent of the group.

21 Enter the tax year(s) that the financial institution is or was a member of the consolidated group: _____

**Part II    Authority**

22 Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:

a ☑ Appointment of conservator        b ☐ Replacement of conservator
c ☑ Appointment of receiver           d ☐ Order of insolvency        OMB Control Number 1506-0070
e ☑ Other evidence of creation of fiduciary relationship (describe):  _____ 042

**Part III    Tax Notices**

23 All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods, or years involved.

Income Tax Notices, Employment Tax Notices, Excise Tax Notices, Information Return Notices 1099 series, Trust and Estate Tax Notices, Penalties and Interest Notices, Tax Liens or Levies, Audit Notices.

**Part IV    Revocation or Termination of Notice**

**Section A—Total Revocation or Termination**

24 Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):

a ☐ Certified copy of court order revoking fiduciary authority attached.
b ☐ Copy of certificate of dissolution or termination of a business entity attached.
c ☐ Other evidence of termination of fiduciary relationship (describe): _____

Please Sign Here | Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| _(signature)_ | Conservator | 3-10-25 |
|---|---|---|
| Fiduciary's signature | Title, if applicable | Date |

For Paperwork Reduction Act Notice, see back of form.        Cat. No. 12311L        Form **56-F** (Rev. 12-2022)

Notary Public
Brian H. Tomlinson
Brian H. Tomlinson

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 08, 2025

EXHIBIT - 1



## OMB Beneficial Ownership Disclosure Notice (FinCEN)

# 1 Pages

EXHIBIT - 1



# OMB Beneficial Ownership Disclosure Notice (FinCEN)

## CERTIFICATION OF BENEFICIAL OWNER(S)

The Information contained in this Certification is sought pursuant to Section 1020.230 of Title 31 of the United States Code of Federal Regulations (31 CFR 1020.230).

All persons opening an account on behalf of a legal entity must provide the following information:

| 1. Last Name and title of Natural Person Opening Account | 2. First Name | 3. Middle Initial |
|---|---|---|
| Jehorek | Jason | G |

4. Name and type of Legal Entity for Which the Account is Being Opened
(©)JASON GERALD JEHOREK(TM)

| 4a. Legal Entity Address | 4b City | 4c. State | 4d. ZIP/Postal Code |
|---|---|---|---|
| 11937 FAIRLIE PL | RALEIGH | NC | 27613 |

### SECTION I
(To add additional individuals, see page 3)

Please provide the following information for an individual(s), if any, who, directly or indirectly, through any contract arrangement, understanding, relationship, or otherwise owns 25% or more of the equity interests of the legal entity listed above. Check here ☐ if no individual meets this definition and complete Section II.

| 5. Last Name | 6. First Name | 7. M.I. | 8. Date of birth 12/09/1968 nexoomm |
|---|---|---|---|
| Jehorek | Jason | G | |
| **9. Address** | **10. City** | **11. State** | **12. ZIP/Postal Code** |
| c/o 11937 Fairlie PL | Raleigh | NC | R030 |

| 13. Country | 14. SSN (U.S. Persons) | 15. For Non-U.S. persons (SSN, Passport Number or other similar identification number) A55714021 |
|---|---|---|
| America | | |
| | | 15a. Country of issuance: America |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

### SECTION II

Please provide the following information for an individual with a significant responsibility for managing or directing the entity, including, an executive officer or senior manager (e.g., Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, Managing Member, General Partner, President, Vice President, Treasurer); or Any other individual who regularly performs similar functions.

| 16. Last Name | 17. First Name | 18. M.I. | 19. Date of birth 12/00/1068 nexoomm |
|---|---|---|---|
| Jehorek | Jason | G | |
| **20. Address** | **21. City** | **22. State** | **23. ZIP/Postal Code** |
| 11937 Fairlie PL | Raleigh | NC | R030 |

| 24. Country | 25. SSN (U.S. Persons) | 26. For Non-U.S. persons (SSN, Passport Number or other similar identification number) A55714021 |
|---|---|---|
| America | | |
| | | 26a. Country of issuance: America |

Note: In lieu of a passport number, Non-U.S. Persons may also provide a Social Security Number, an alien identification card number, or number and country of issuance of any other government-issued document evidencing nationality or residence and bearing a photograph or similar safeguard.

I, Jehorek Jason-Gerald, (name of person opening account), hereby certify, to the best of my knowledge, that the information provided above is complete and correct.

Signature: *Jehork Jaan-Grll* Date: 4-28-2025

Legal Entity Identifier (Optional): Rocket Mortgage LLC Acct # 3390893042

Rev. 5.7 Sept, 2017

Initial/Date 5-1-25

Page 1 of 1

EXHIBIT - 1



# ATTACHMENTS

---

- Copyright Certificate – 1 page

- North Carolina & Minnesota Assumed Name Certificate – 4 pages

- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

EXHIBIT - 1



## Copyright Certificate

# 1 Pages

EXHIBIT - 1



# Copyright Certificate

First name       Jason

Last name       Jehorek

City       Raleigh

Country       United States of America



Copyright number

## 00094002-1

Received on

2025-03-18 07:43.35

Solo Author

Yes

Category

Other > Confidential creation

Title

Legal documentation for JASON GERALD JEHOREKO™

Description

Legal documentation for JASON GERALD JEHOREKO™. The Secured Party/Authorized User/Authorized Representative Jehorek, Jason Gerald, includes Family Crest, Trademark, UCC1, Notice of Intent Fee Schedule, Power of Attorney-in-Fact, Security Agreement and more...

Manage services    4





5-1-25

EXHIBIT - 1



## North Carolina & Minnesota Assumed Name Certificate

# 4 Pages

EXHIBIT - 1



# North Carolina & Minnesota Assumed Name Certificate



**Work Item 1540358900026**
**Original File Number 1540358900026**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
02/01/2025 11:59 PM

*Steve Simon*

Steve Simon
Secretary of State

---



Steve Simon
Office of Minnesota Secretary of State
**STATE OF MINNESOTA**

2/1/2025

Dear Jason Gerald Jeborek,

Thank you for your business filing with the Office of the Minnesota Secretary of State. Minnesota has a very robust and exciting business community, and our office is grateful to have been able to help you begin your journey.

Now that you have completed your filing, we encourage you to make your next stop Minnesota Department of Employment and Economic Development (DEED). DEED is here to support the start, growth, and expansion of businesses. The agency provides grants, loans, consultation, education, and resources to businesses and support organizations. Learn how they can help your business at joinusmn.com.

Along with your filing and this letter, you will receive three additional items:

- A reminder that business entities in Minnesota need to renew their registration yearly, and for most entity types, that renewal is fast, easy, and free.
- A handout with more information from DEED and joinusmn.com, including contact information for obtaining tax related IDs from the Minnesota Department of Revenue and the IRS.
- A document informing you about new federal beneficial ownership reporting requirements. The handout helps to explain who must report and offers guidance for when and how to report this information to the federal government.

If our office can be of further assistance, please do not hesitate to contact our Business Services helpdesk at business.services@state.mn.us.

Sincerely,

*Steve Simon*
Steve Simon
Secretary of State
State of Minnesota

---

Initial/Date **5-1-25**

Page 1 of 4

EXHIBIT - 1



# North Carolina & Minnesota Assumed Name Certificate




**Office of the Minnesota Secretary of State**
Certificate of Assumed Name
*Minnesota Statute, Chapter 333*

The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

**ASSUMED NAME:** Jason Gerald Jeborek

**PRINCIPAL PLACE OF BUSINESS:** 11937 FAIRLIE PL RALEIGH NC 27613 USA

**APPLICANT(S):**

| Name | Address |
| --- | --- |
| JASON GERALD JEBOREK | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jeborek G Jason | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jeborek Gerald Jason | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jason Jeborek Authorized Corr | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jason Jeborek Authorized Corr | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jeborek Jason | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jason Gerald Jeborek | Care of: 11937 Fairlie PL Raleigh NC 00000 USA |
| Jason Jeborek | Care of: 11937 Fairlie Pl Raleigh NC 00000 USA |
| Jason G Jeborek | Care of: 11937 Fairlie Pl Raleigh NC 00000 USA |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.

**SIGNED BY:** Jason Jeborek

**MAILING ADDRESS:** None Provided

**EMAIL FOR OFFICIAL NOTICES:** jasonjeborek@protonmail.com

---

**Office of the Minnesota Secretary of State**
**Certificate of Existence and Registration**

I, Steve Simon, Secretary of State of Minnesota, do certify that: The entity listed below was filed under the chapter of Minnesota Statutes listed below with the Office of the Secretary of State on the date listed below and that this entity or filing is registered at the time this certificate has been issued.

| | |
| --- | --- |
| Name: | Jason Gerald Jeborek |
| Date Filed: | 02/01/2025 |
| File Number: | 1540358900026 |
| Minnesota Statutes, Chapter: | 333 |
| Home Jurisdiction: | Minnesota |
| This certificate has been issued on: | 02/01/2025 |



Steve Simon
Steve Simon
Secretary of State
State of Minnesota

EXHIBIT - 1



# North Carolina & Minnesota Assumed Name Certificate

JASON GERALD JEHOREK, (including all derivatives of the name) located at: 11937 FAIRLIE PL, RALEIGH, NORTH CAROLINA, 27613-7842, would like to put the attached family crest as part of the assumed name for Jason Jehorek as Authorized User for this logo.

Authorized User:

*Jason Jehut*

2-1-2025



WAKE COUNTY, NC 04
TAMMY L. BRUNNER
REGISTER OF DEEDS
PRESENTED & RECORDED ON
02/03/2025 16:37:05

BOOK:019822 PAGE:02410 - 02411

## ASSUMED BUSINESS NAME CERTIFICATE (NCGS §66-71.5)
*Please print legibly.*

1. The assumed business name is:
JASON GERALD JEHOREK, Jason Jehorek, Jason G Jehorek, Jehorek Jason, Jason Gerlad Jehn Jehocc
(You may include no more than five (5) assumed business names on this form.)

2. The real name of the person or entity engaging in business under the assumed business name is:
FCN4U LLC - 2068354
JEHOREK FARMS RLLLP - 2065999

*(Corporations, LLC's, limited partnerships must provide the exact name registered with the NC Secretary of State's office and the SOSID number assigned at the time of formation. Go to www.sosnc.gov Business Search to look up your information; full URL below.)*

3. The nature/type of the business is: Business Consulting.

4. The street address of the principal place of business is: (PO Boxes are not acceptable)
11037 Fairlie PL, Raleigh North Carolina 00000

5. The mailing address, if different from the street address, is:
11037 Fairlie PL, Raleigh North Carolina 27613-7842

6. The counties where the assumed business name will be used to engage in business are:
☑ All 100 North Carolina counties

This certificate is signed by the owner/legal representative of the person or entity named above,
this 3 day of Feburary 2025

Signature: *Jason Jehut*

Printed/Typed Name: Jason Jehorek

Title: Owner
(See instructions for who must sign for various business entity types.)

Assumed Business Name Certificate                    01.27.25

EXHIBIT - 1



# North Carolina & Minnesota Assumed Name Certificate



**State of North Carolina**
**Department of the Secretary of State**
NC Secretary of State, ELAINE F. MARSHALL
UNIFORM COMMERCIAL CODE FILING ACKNOWLEDGEMENT

Jehorek & Dunbar
11937 Fairlie PL
Raleigh, NC 27613-7842

File Number: 20250018721K   File Date: 2/18/2025   Filing Type: Transmission Utility
Lapse Date:        Pages: 7

Indexed Debtor(s):
Commercial: JASON GERALD JEHOREK, 11937 Fairlie PL, Raleigh, NC, 27613 USA

Secured Party(s)/Assignee(s)
Personal: Jason O Jehorek King, C/O 11937 Fairlie Place, Raleigh, NC, 00000 USA

Review the above information that was indexed in our database. We have indexed the above information exactly as it was presented on your filing. Debtor(s) and Secured Party(s)/Assignee(s) that failed to meet the minimum indexing requirements were not indexed. If you wish to make a change from your original filing, an amendment (UCC-3) with the appropriate fee is required. If there is an indexing error made by the filing office, contact us at the number listed below.

| UCC Filing Fees | |
|---|---|
| 1-2 Pages $38.00 | |
| 3-10 Pages $45.00 | |
| 11 and over $45.00 + $3.00 per page | |
| (Filing fees are non-refundable) | |

P.O. Box 29626
Raleigh, NC 27626-0626
(919) 814-5400
https://www.sosnc.gov

Initial/Date 5-1-25

Page 4 of 4

EXHIBIT - 1



## IRS Forms 1099-A, 1099-B and 1099-OID Filed

# 1 Pages

EXHIBIT - 1



# IRS Forms 1099-A, B & OID Filed

The following forms have been submitted to the IRS. Below are your copies of the forms.

- Securitas for equity on account, Pledged to the US Treasury without recourse.
- Signature subscription exchange for credit – audit account.

☐ CORRECTED ( If checked )

*1099-B*

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JASON GERALD JEHOREK<br>Sole Prop<br>11937 Fairis PL<br>Raleigh NC 27613–7842<br>US - Phone: 9192788828 | Applicable checkbox on Form 8949<br>X | OMB No. 1545-0715<br>2024<br>Form 1099-B | Proceeds From Broker and Barter Exchange Transactions |
|---|---|---|---|

1a Description of property (Example: 100 sh. XYZ Co.)
Signature Subscr Exch for Credit - audit

| PAYER'S TIN | RECIPIENT'S TIN<br>XX-XXX3955 | | | Copy B For Recipient |
|---|---|---|---|---|

RECIPIENT'S name, address, City or town, state or province, ZIP/ postal code & Country
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit MI 48226
US

Account number (see instructions)
3390833042

CUSIP number | FATCA filing requirement ☐

14 State name | 15 State identification no. | 16 State tax withheld

---

☐ CORRECTED (if checked)

*1099-A*

| LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JASON GERALD JEHOREK<br>Sole Prop<br>11937 Fairis PL<br>Raleigh NC 27613–7842<br>US - Phone: 9192788828 | | OMB No. 1545-0877<br>Form 1099-A<br>(Rev. January 2022)<br>For calendar year 2024 | Acquisition or Abandonment of Secured Property |
|---|---|---|---|

| LENDER'S TIN | BORROWER'S TIN<br>3955 | 1 Date of lender's acquisition or knowledge of abandonment<br>01-01-2025 | 2 Balance of principal outstanding<br>$232200.00 | Copy B For Borrower |

BORROWER'S name, Street address (including apt. no.), City or town, state or province, country, and ZIP or foreign postal code
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit MI 48226
US

4 Fair market value of property
$441400.00

5 If checked, the borrower was personally liable for repayment of the debt ........ ▶ ☑

6 Description of property
Sec. for eqty on acct plg to US Treasury

Account number (see instructions)
3390893042

Form 1099-A (Rev. 1-2022) | www.tax1099.com - IRS Approved e-File Provider | www.irs.gov/Form1099A

---

☐ CORRECTED ( If checked )

*1099-OID*

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>JASON GERALD JEHOREK<br>Sole Prop<br>11937 Fairis PL<br>Raleigh NC 27613–7842<br>US - Phone: 9192788828 | 1 Original issue discount for the year<br>$ 232200.00 | OMB No. 1545-0117<br>Form 1099-OID<br>(Rev. January 2024)<br>For calendar year 2024 | Original Issue Discount |
|---|---|---|---|

2 Other periodic interest
$

| PAYER'S TIN | RECIPIENT'S TIN<br>XX-XXX3955 | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | Copy B For Recipient |

5 Market discount
$ | 6 Acquisition premium
$

RECIPIENT'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit MI 48226
US

7 Description
Sec. for eqty on acct plg to US Treasury

8 Original issue discount on U.S. Treasury obligations
$ | 9 Investment expenses
$

FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $

Account number (see instructions)
3390893042 | 12 State | 13 State identification no. | 14 State tax withheld
$
$

Form 1099-OID (Rev. 1-2024) | www.tax1099.com - IRS Approved e-File Provider | www.irs.gov/Form1099OID

May 1- 2025

Page 1 of 1

EXHIBIT - 1



# Final Documents:

- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages

EXHIBIT - 1



# Durable Power of Attorney

## 7 Pages

EXHIBIT - 1



**Durable Power of Attorney**

Record No. JGJ-12091968-DPA
Date: 2020 to Ad infinitum

Document prepared by :Jehorek: Jason-Gerald.
Dba: °JASON GERALD JEHOREK™
c/o 11937 Fairlie place
Raleigh, North Carolina R030

I, °JASON GERALD JEHOREK™, residing at 11937 FAIRLIE PLACE, RALEIGH, NORTH CAROLINA 27613, hereinafter referred to as the "Principal," hereby appoint :Jehorek: Jason-Gerald., of c/o 11937 Fairlie Place, Raleigh, North Carolina, as my attorney-in-fact, hereinafter referred to as the "Agent," to exercise the powers and discretions described below.

If the Agent is unable to serve for any reason, I appoint Successor Agent, Anna Marie Jehorek of c/o 11937 Fairlie Place, Raleigh, North Carolina R030, as my alternate or Successor Agent, as the case may be to serve with the same powers and discretions.

This Power of Attorney shall not be affected by my subsequent incapacity.

## REVOCATION OF PREVIOUS POWER OF ATTORNEY

I hereby revoke any and all general powers of attorney and special powers of attorney knowingly or unknowingly previously granted to any and every corporation, agency, military, jails, government agencies is no longer authorized to act on behalf of the Principal, concerning this account other than directions/instructions given by the Agent.

## FINANCIAL POWER OF ATTORNEY

It is hereby declared that this Financial Power of Attorney is the only valid master power of attorney over Principal, by the appointed Attorney-in-Fact, Agent, for the purpose of managing and conducting all financial affairs on behalf of Principal. This authority includes, but is not limited to, the power to make decisions regarding banking transactions, mortgage accounts, real estate transactions, investments, tax matters, and any other financial obligations or rights. Specifically, this authority extends to all accounts and transactions with any financial institution, including but not limited to checking accounts, savings accounts, loans, and any other financial products or services offered by such institutions. My Agent shall have full power to open, maintain, modify, or close accounts at any financial institution, make deposits and withdrawals, negotiate or endorse checks or other instruments, obtain statements, and perform any other acts necessary to manage my financial affairs with any financial institution. Additionally, my Agent is expressly authorized to create, issue, sign, and deliver promissory notes, bills of exchange, and other negotiable instruments as the creditor on my behalf, acting in my best interest to establish credit obligations owed to me or to secure my financial interests. This Power of Attorney shall remain in effect until revoked in writing by the Agent, and the Attorney-in-Fact shall act in the best interest of the Principal, in all matters pertaining to this authority.

My Agent shall have full power and authority to act on my behalf. This power and authority shall authorize my Agent to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My Agent's powers shall include, but not be limited to, the power to:

1. Open, maintain, or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with any financial institutions.

   a. To deposit returns, overpayments; draft financial instruments, amend returns, settlement of personal household expenses; create and issue invoices, statements, presentments, etc. in trade name and all variations of trade name for the Principal, lawful drafting and/or using/tendering statements, notes, checks, sight/site drafts, bonds, negotiable instruments, instruments, promissory notes, bills of exchange, international bills of exchange, coupons; all account-related matters, including those with any financial institution. Specifically, my Agent is authorized to create, issue, sign, and deliver promissory notes and bills of exchange as the creditor on my behalf, establishing obligations owed to me, securing my financial interests, and managing such

Initial/Date _____    Page 1 of 7    V:20250425.2

EXHIBIT - 1



any interest in real property whatsoever, on such terms and conditions, and under such covenants, as my Agent shall deem proper; and to maintain, repair, tear down, alter, rebuild, improve, manage, insure, move, rent, lease, sell, convey, subject to liens, mortgages, and security deeds, and in any way or manner deal with all or any part of any interest in real property whatsoever, including specifically, but without limitation, real property lying and being situated in the state of North Carolina and Nebraska, under such terms and conditions, and under such covenants, as my Agent shall deem proper and may for all deferred payments accept purchase money notes payable to me and secured by mortgages or deeds to secure debt, and may from time to time collect and cancel any of said notes, mortgages, security interests, or deeds to secure debt.

c. To organize or continue and conduct any business which term includes, without limitation, any farming, manufacturing, service, mining, retailing or other type of business operation in any form, whether as a proprietorship, joint venture, partnership, corporation, trust or other legal entity; operate, buy, sell, expand, contract, terminate or liquidate any business; direct, control, supervise, manage or participate in the operation of any business and engage, compensate and discharge business managers, employees, agents, attorneys, accountants and consultants; and, in general, exercise all powers with respect to business interests and operations which the principal could if present and under no disability.

d. To make, receive, sign, endorse, execute, acknowledge, deliver and possess checks, drafts, bills of exchange, letters of credit, notes, stock certificates, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of banks, savings and loans, credit unions, or other institutions or associations. To pay all sums of money, at any time or times, that may hereafter be owing by me upon any account, bill of exchange, check, draft, purchase, contract, note, or trade acceptance made, executed, endorsed, accepted, and delivered by me or for me in my name, by my Agent. To borrow from time to time such sums of money as my Agent may deem proper and execute promissory notes, security deeds or agreements, financing statements, or other security instruments in such form as the lender may request and renew said notes and security instruments from time to time in whole or in part. To have free access at any time or times to any safe deposit box or vault to which I might have access.

e. Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

f. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

g. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the united States of America, including U.S. Treasury Securities.

h. Have access to any safe deposit box that I might own, including its contents.

2. Provide for the support and protection of myself, my spouse, or of any minor child I have a duty to support or have established a pattern of prior support, including, without limitation, provision for food, lodging, housing, medical services, recreation and travel.

3. Sell, exchange, buy, invest, or reinvest any assets or property owned by the Principal. Such assets or property may include income producing or non-income producing assets and property.

4. Purchase and/or maintain insurance and annuity contracts, including life insurance upon my life or the life of any other appropriate person.

Initial/Date

EXHIBIT - 1



**Durable Power of Attorney**

Record No. JGJ-12091968-DPA
Date: 2020 to Ad infinitum

5. Take any and all legal steps necessary to collect any amount or debt owed to the Principal, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

6. Enter into binding contracts on the Principal's behalf.

7. Exercise all stock rights on the Principal's behalf as the Principal's proxy, including all rights with respect to stocks, bonds, debentures, commodities, options or other investments.

8. Maintain and/or operate any business that the Principal may own.

9. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

10. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

11. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

    a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

    b. Obtain information or documents from any government or its agencies, and represent the Principal in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

    c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my Agent, to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

12. Make gifts from the Principal's assets to members of the Principal's family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of the Principal's assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support.

13. To transfer any of the Principal's assets to the trustee of any revocable trust created by the Principal, if such trust is in existence at the time of such transfer.

14. Subject to other provisions of this document, my Agent may disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my Agent may not disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my Agent or my Agent's estate. Provided that they are not the same person, my Agent may disclaim assets which pass to my Gift Agent, and my Gift Agent may disclaim assets which pass to my Agent.

Initial/Date 5-1-23   Page 3 of 7   V:20250425.2

EXHIBIT - 1



**Durable Power of Attorney**

Record No. JGJ-12091968-DPA
Date: 2020 to Ad infinitum

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my Agent under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my Agent, (ii) the Principal's assets to be subject to a general power of appointment by my Agent, or (iii) my Agent to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my Agent.

My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. However, my Agent shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

My Agent shall not be entitled to any compensation, during my lifetime or upon my death, for any services provided as my Agent. My Agent shall not be entitled to reimbursement of expenses incurred as a result of carrying out any provision of this Power of Attorney.

My Agent shall provide an accounting for all funds handled and all acts performed as my Agent as required under state law or upon the Principal's request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by the Principal's disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my Agent.

Initial/Date 3-7-23

Page 4 of 7

v:20250425.2

EXHIBIT - 1



**Durable Power of Attorney**

Record No: JGJ-12091968-DPA
Date: 2020 to Ad infinitum

## Notice to Person Executing Power of Attorney:

A Power of Attorney is an important legal document. By signing the Power of Attorney, you are authorizing another person to act for you, the principal. Before you sign this Power of Attorney, you should know these important facts:

1. Your Agent (attorney-in-fact) has no duty to act unless you and your Agent agree otherwise in writing.

2. This document gives your Agent the powers to manage, dispose of, sell and convey your real and personal property, and to use your property as security if your Agent borrows money on your behalf, unless you provide otherwise in this Power of Attorney.

3. Your Agent will have the right to receive reasonable payment for services provided under this Power of Attorney unless you provide otherwise in this Power of Attorney.

4. The powers you give your Agent will continue to exist for your entire lifetime, unless you state that the Power of Attorney will last for a shorter period of time or unless you otherwise terminate the Power of Attorney. The powers you give your Agent in this Power of Attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property, unless you provide otherwise in this Power of Attorney.

5. You can change or correct the terms of this Power of Attorney only by executing a new Power of Attorney, or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this Power of Attorney at any time, so long as you are competent.

6. This Power of Attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. All witnesses must be mentally competent and they must (1) witness the Principal's signing of the Power of Attorney or (2) the principal's signing or acknowledgment of his signature. A Power of Attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

7. You should read this Power of Attorney carefully. When effective, this Power of Attorney will give your Agent the right to deal with property that you now have or might acquire in the future. The Power of Attorney is important to you. If you do not understand the Power of Attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

Initial/Date

Page 5 of 7

V:20250425.2

EXHIBIT - 1



**Durable Power of Attorney**

Record No. JGJ-12091968-DPA
Date: 2020 to Ad infinitum

## Notice to Person Accepting the Appointment as Attorney-in-Fact:

By acting or agreeing to act as the Agent (attorney-in-fact) under this Power of Attorney, you assume the fiduciary and other legal responsibilities of an Agent. These responsibilities include:

1. The legal duty to: act solely in the interest of the principal; act loyally, with care, competence, and diligence; and avoid conflicts of interest.

2. The legal duty to keep a record of all transactions made on behalf of the principal, including the responsibility to produce receipts, ledgers and other records of all deposits, disbursements or other transactions involving the principal's assets or indebtedness.

3. To cooperate with the principal's Agent for health care decisions, should the principal appoint such an Agent, in making decisions in accordance with the principal's desires or in the best interest of the principal if the principal's wishes are not known.

4. The legal duty to preserve the principal's estate plan, if one exists, and the principal's desires for such plan to be preserved.

5. The legal duty to keep the principal's property separate and distinct from any other property owned or controlled by you.

6. The legal duty to terminate actions as Agent (Attorney-in-Fact) under this Power of Attorney upon the occurrence of any of the following:
   a. Principal's death;
   b. Revocation of the Power of Attorney of principal;
   c. The arrival of any date stated in the Power of Attorney, which states the termination of the Power of Attorney, if any; or
   d. No additional action is required under the Power of Attorney.

7. If you are the spouse of the principal, the Power of Attorney terminates upon legal separation or dissolution of the marriage.

8. You may be held responsible and liable for any intentional actions which violate or abuse your authority under this Power of Attorney as provided by the state and federal laws governing this Power of Attorney.

9. You have the right to seek legal advice if you do not understand your duties as Agent or any provisions in the Power of Attorney.

You may not transfer the principal's property to yourself without full and adequate consideration or accept a gift of the principal's property unless this Power of Attorney specifically authorizes you to transfer property to yourself or accept a gift of the principal's property. If you transfer the principal's property to yourself without specific authorization in the Power of Attorney, you may be prosecuted for fraud and/or embezzlement. If the principal is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse. In addition to criminal prosecution, you may be sued in civil court.



Initial/Date

EXHIBIT - 1



**Durable Power of Attorney**

Record No. JGJ-12091968-DPA
Date: 2020 to Ad infinitum

## Acknowledgment

I have read the foregoing notice and I understand the legal and fiduciary duties that I assume by acting or agreeing to act as the Agent (attorney-in-fact) under the terms of this Power of Attorney.

By: *:Jehorek: Jason-Gerald*
:Jehorek: Jason-Gerald., Agent

5-1-25
Date

*Anna Marie Jehorek*
Anna Marie Jehorek, Successor Agent

May 1, 2025
Date

## NOTARY

County _Nash_

State of North Carolina

)
) ss
)

On this 1st day of May, 2025 before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)
Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028



Initial/Date 5-1-25

EXHIBIT - 1



# Notice of Intent – Fee Schedule

## 12 Pages

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

Document prepared by :Jehorek: Jason-Gerald.
Dba: ©JASON GERALD JEHOREK™
c/o 11937 Fairlie place
Raleigh, North Carolina R030

To Whom It May Concern:

: Notice of Private Fee Schedule for Unlawful Presentments and Jurisdictional Overreach

i, :Jehorek: Jason-Gerald., hereby establish the fees applicable to any business dealings with ©JASON GERALD JEHOREK™, ©JASON G JEHOREK™, ©JASON JEHOREK™, or any derivative thereof, in relation to this schedule. Fees are due and must be paid within fifteen (15) days of receipt. If these fees are not paid, the undersigned reserves the right to refuse or void any business interaction and/or transaction. Fees are subject to change at any time without prior notice.

The fees outlined herein are set forth by the Beneficiary Authorized Signatory Executor and Attorney-in-Fact, :Jehorek: Jason-Gerald., on behalf of ©JASON GERALD JEHOREK™, Ens Legis. Without Prejudice, all unalienable rights are fully exercised. The fees specified are applicable per occurrence, per person, and include all third party(s), agency(s) by estoppel, Agent(s), Principal(s), Foundation(s), Association(s), Member(s) and entity(s) that commit, conspire to commit, or fail to act to prevent the commission of one or more PROHIBITED ACTIONS. This includes any and all Territorial United States District and State and County Courts, their agents, officers, clerks, bailiffs, sheriffs, deputies, employees, co-conspirators, and all Municipal Appointees, including their "DISTRICT COURTS," "STATE OF STATE COURTS," and "COUNTY COURTS," along with their "OFFICERS" and "EMPLOYEES" who wish to engage the aforementioned ©JASON GERALD JEHOREK™ or any derivative thereof in non-volitional actions.

The undersigned is solely authorized to modify, void, and/or enforce these fees and may do so at any time. This document is not negotiable and is irrebuttable. The only way to avoid immediate enforcement of this document is to refrain from violating, permitting a violation, or conspiring to violate any part of it.

By: *:Jehorek: Jason-Gerald*
:Jehorek: Jason-Gerald., sui juris
Authorized Representative/Grantor/Settlor/Creditor Beneficiary
Dba ©JASON GERALD JEHOREK™ and ©JASON GERALD JEHOEK™ (Sole Prop)

Initial/Date 5-1-25

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

HJR 192 - Section 9. Whoever willfully violates any provision of this Executive Order or of these regulations or of any rule, regulation or license issued thereunder may be fined not more than $10,000, or, if a natural person, may be imprisoned for not more than ten years, or both; and any officer, director, or agent of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisonment, or both.

**My Fee Schedule of HARM for my being placed into Forced Commercial Criminal Hiring for Your usury Profit: after I have given My Non-Consent Notice to you:**
-Minute Fees: $3,800 U.S.A Dollars Federal Reserve Notes or 2 oz of gold**
-Hourly Fees: $228,000 U.S.A Dollars Federal Reserve Notes or 80 oz of gold
-Daily Fees: $5,472,000 U.S.A Dollars Federal Reserve Notes or 1,825 oz of gold
-Yearly Fees: $1,997,280,000 U.S.A Dollars Federal Reserve Notes or 665,760 oz of gold

Public Easements Schedule (Penalty for Private Use)    $250,000 or 85 oz of gold
Private Easements Schedule (Penalty for Private Use)    $250,000 or 85 oz of gold

Deliberate communication after request of no further Communication, ie, Harassment (Refuse for Cause) (real, personal, intellectual, biological or negotiable) (via: Postal Mail, E-mail, Telephone. Any and/or all as instructed)    $250,000 or 83 oz of gold

### Penalties for Government Officers

Using their Public Servant role to disrupt the peace "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." --- In re McCowan (1917), 177 C. 93, 170

**Public Law § 97-280** acknowledges the Holy Bible as the Word of God. Silence is acquiescence/Agreement. This is a Self-Executing Contract.

| I. | In General; Fines for Individuals | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | **Breach Penalty Authority Violation of Oath of Office:** *5 U.S. Code § 3331 - Oath of office* | $250,000 | 85 |
| 2 | **Extortion (ticketing):** *18 USC 872 - Extortion by officers or employees of the United States* | $8,000 | 3 |
| 3 | **Denied Proper Warrant(S):** *18a U.S. Code Court Rule 9 - Arrest Warrant or Summons on an Indictment or Information & 18 USC 3571* | $250,000 | 85 |
| 4 | **Denied Right of Reasonable Defense Arguments Defense Evidence:** *8 U.S. Code § 1503 - Denial of rights and privileges as national* | $550,000 | 185 |
| 5 | **Slavery (Forced Compliance to contracts not held starts at):** *18 U.S. Code Chapter 77 Part I - PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS* | $550,000 | 185 |
| 6 | **Kidnapping (arrest): imprisonment for any term of years or for life** *18 U.S. Code § 1201 - Kidnapping* | 1,997,280,000 | 665,760 |
| 7 | **Grand Theft each (un-authorized towing of automobile):** *18 U.S. Code § 2112 - Personal property of United States* | $250,000 | 85 |
| 8 | **Conspiracy (with jails, courts, other public servants):** *18 U.S. Code § 241 - Conspiracy against rights* | $25,000 | 10 |
| 9 | **Mail Threats (any court summons):** *18 U.S. Code § 876 - Mailing threatening communications* | $5,000 | 2 |
| 10 | **Fraud (ID theft and misuse under threat & coercion):** *18 U.S. Code § 1001 - Statements or entries generally* | $25,000 | 10 |
| 11 | **Falsification of Documents:** *18 USC 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy* | $25,000 | 10 |
| 12 | **Perjury and/or Subornation of Perjury:** *18 U.S. Code § 1621 - Perjury generally & 18 U.S. Code § 1622 - Subornation of perjury* | $6,000 | 2 |
| 13 | **Genocide (starts at):** *18 USC 1091 - Genocide* | $100,000,000 | 33,335 |

Initial/Date 5-1-25    Page 2 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091958-5193-NOIFS
Date: 2020 to Ad infinitum

| 14 | Racketeering (Criminal), Wages Taken (lost):<br>*18 USC 1963 Sustained Damages x 3 treble damages - 18 USC 1964(c) - Civil remedies* | $1,000,000 | 335 |
|----|---|---|---|
| 15 | Racketeering (Civil), Wages Taken (lost):<br>*18 USC 1963 Sustained Damages x 3 treble damages - 18 USC 1964(c) - Civil remedies* | $500,000 | 170 |
| 16 | Involve violent acts or acts dangerous to human life:<br>*18 U.S. Code Chapter 113B Part I – TERRORISM* | $500 | 1 |
| 17 | Knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval:<br>*31 U.S. Code § 3729 - False claims* | $20,000 | 10 |
| 18 | Every contact, trust, conspiracy, in restraint of trade or commerce to monopolize, or combine or conspire with other person or persons (Corporation)<br>*The Sherman Antitrust Act (1890)* | $10,000,000 | 3,335 |
| 19 | Every contact, trust, conspiracy, in restraint of trade or commerce to monopolize, or combine or conspire with other person or persons (Corporation)<br>*The Sherman Antitrust Act (1890)* | $350,000 | 120 |
| 20 | U.S. Treasury c/o Internal Revenue Service fail to follow the Agent/Beneficiary/Attorney-in-Fact instructions/administrative outlined in form 56.<br>*31 CFR 357 – Code of Federal Regulations* | $500,000 | 170 |
| 21 | Defense Denied Evidence<br>*18 USC 3571* | $ 250,000 | 85 |
| 22 | Denied Right to Truth In Evidence<br>*18 USC 3571* | $ 250,000 | 85 |
| 23 | Denied Provisions in the Constitution<br>*18 U.S. CODE 3571* | $ 250,000 | 85 |
| 24 | Treason (combined above actions)<br>*18 U.S. CODE 3571* | $ 250,000 | 85 |
| 25 | Misprision of Felony<br>*18 U.S. CODE 4* | $ 250,000 | 85 |

| II. | Any claim of "immunity" is Fraud | Fines/Dollar | Fines/Gold oz |
|----|---|---|---|
| 1 | Any claim of "immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other State Constitutions. Precedents of Law established by court cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble of the Articles of Confederation; to establish justice, ensure domestic tranquility, and secure the blessings of liberty. | $500,000 | 170 |

| III. | Medical and/or Hospitals - If at Any-time Anyone Forces or Takes Without my Consent | Fines/Dollar | Fines/Gold oz |
|----|---|---|---|
| 1 | If at Any-Time any Doctor, Nurse, physician, Specialist, Pharmaceutical Companies or Drug Pharmacy proscribes drugs for their financial benefit and not for the well-being of the man. | $1,000,000 | 335 |
| 2 | Force signed paper work | $500,000 | 170 |
| 3 | Perform surgery without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 4 | Force or give any drugs/shots without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 5 | Force or give any injections/Vaccines without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 6 | Forcing psychiatric evaluations | $5,000,000 per incident | 1670 oz per incident |

Initial/Date **5-1-25**

Page 3 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| 7 | Given medical treatment without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
|---|---|---|---|
| 8 | Practicing medicine without a license causing potential harm or actual injury | $5,000,000 per incident | 1670 oz per incident |
| 9 | DNA | $5,000,000 | 1670 |
| 10 | Mouth/Nose swab | $5,000,000 | 1670 |
| 11 | Blood samples | $5,000,000 | 1670 |
| 12 | Spit/Saliva Samples | $5,000,000 | 1670 |
| 13 | Urine/stool samples | $5,000,000 | 1670 |
| 14 | Breathalyzer testing | $5,000,000 | 1670 |
| 15 | Hair samples | $5,000,000 | 1670 |
| 16 | Skin samples | $5,000,000 | 1670 |
| 17 | Clothing samples | $5,000,000 | 1670 |
| 18 | Forced giving of fluids/samples | $5,000,000 | 1670 |
| 19 | Ear Wax | $5,000,000 | 1670 |
| 20 | Sweat or Tears | $5,000,000 | 1670 |
| 21 | Fingernails / Toenails | $5,000,000 | 1670 |

| IV. | Schools & Teachers | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If at Any-Time any Public or Private Schools, Colleges, Universities or Teachers of any-kind knowingly teaches false or misleading, controlling information that impacts a student learning, career or wellbeing or try to convert them to something they are not with drugs, mind-control | $500,000 | 170 |

| V. | Symbols to Miss-lead, traffic people (Men, Women or Kids) | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If at Any-Time, Organizations, Religious Groups, Schools, Colleges, Universities or Government Agency use of Symbols to control, miss-lead for Personal Power or Financial Gain to traffic people of any age | $500,000 | 170 |

| VI. | Intellectual Property | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Claiming rights over the territory jurisdiction over property | $1,000,000 | 335 |
| 2 | State claiming property tax on lands | $1,000,000 | 335 |
| 3 | County claiming property tax over the lands | $1,000,000 | 335 |
| 4 | Cities claiming property tax over the lands | $1,000,000 | 335 |
| 5 | Claiming rights over the equipment (trucks, tractors etc.) | $500,000 | 170 |
| 6 | Patents protect inventions | $500,000 | 170 |
| 7 | Under the 2nd Amendment "The right to bear arms | $1,000,000 | 335 |
| 8 | The taking or seizing of any weapons, guns or ammo | $1,000,000 | 335 |
| 9 | Trademarks protect symbols, names, and slogans used to identify goods or services and distinguish them from others in the marketplace | $1,000,000 | 335 |
| 10 | Copyrights protect original works of authorship, such as literature, music, art, and Books, songs, films, and software code | $1,000,000 | 335 |
| 11 | Trade secrets protect confidential business information that provides a competitive edge, such as formulas, practices, processes, or designs | $500,000 | 170 |
| 12 | Changing the name of natural born child on birth certificate without consent or approval of the birth mother. | $6,000,000 | 2000 |

| VII. | Private/Public Easements, Trespassing or Data Privacy Concerns and Collection Methods | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Any trespassing or data gathering by digital/analog or by paper data collection agency or surveillance agency or government surveillance agency or 3rd party agency collects data on the living man by survey, video, drones, planes, website, phone or email or public records without consent for any type of scoring or environmental scoring, misrepresentation or to spread dis-information by social media, video, podcasts, radio, TV or Newspapers activity or any other means. | $1,000,000 | 335 |
| 2 | Surveillance | $1,000,000 | 335 |

Initial/Date 5-1-25

Page 4 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| 3 | Forced Indecent Exposure | $1,000,000 | 335 |
|---|---|---|---|
| 4 | Trespassing/Invasion | $1,000,000 | 335 |
| 5 | Financial privacy violations | $1,000,000 | 335 |
| 6 | Medical privacy violations | $1,000,000 | 335 |
| 7 | Minor child under 18-year-old | $1,000,000 | 335 |
| 8 | Misuse of personal information | $1,000,000 | 335 |
| 9 | Doxxing | $1,000,000 | 335 |
| 10 | Cyber stocking, phishing | $1,000,000 | 335 |
| 11 | Data breaching of personal information online/offline | $1,000,000 | 335 |
| 12 | Intrusion | $1,000,000 | 335 |

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders, summons orders.

| VIII. | If at Any-time Anyone Uses or Produce Trade Name Materials: | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Use of Name ⒶJASON GERALD JEHOREK™ | $50,000 | 20 |
| 2 | Use of Driver's License Number | $50,000 | 20 |
| 3 | Use of Social Security Number | $100,000 | 35 |
| 4 | Use of Passport Number | $50,000 | 20 |
| 5 | Retinal Scans | $5,000,000 | 1670 |
| 6 | Fingerprinting | $200,000 | 70 |
| 7 | Photographing | $200,000 | 70 |
| 8 | Video taping | $200,000 | 70 |
| 9 | Surveillance | $500,000 | 170 |

| IX. | Issue Traffic Citations and Tickets of any Traffic Nature | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Any Citations | $60,000 | 25 |
| 2 | Warning issued on Paper Ticket | $50,000 | 20 |
| 3 | Stopping someone with a passport | $100,000 | 35 |

| X. | Appearance in court because of traffic citations | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Time in court | $75,000/ hr. with 1 hour min. | 25 oz/ hr. with 1 hour min. |
| 2 | If Fine is imposed | $500,000 | 170 |

| XI. | Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Seizure of electronic devices | 5x item value + $25,000 per item per day | 5x item value + 10 oz per item per day |
| 2 | Agency by Estoppel | $50,000 | 20 |
| 3 | Color of Law | $150,000 | 50 |
| 4 | Implied Color of Law | $150,000 | 50 |
| 5 | Criminal Coercion | $500,000 | 170 |
| 6 | Criminal Contempt of court | $500,000 | 170 |
| 7 | Estoppel by Election | $350,000 | 120 |
| 8 | Estoppel by Laches | $350,000 | 120 |
| 9 | Equitable Estoppel | $500,000 | 170 |
| 10 | Fraud | $1,000,000 | 335 |
| 11 | Fraud upon the court | $2,000,000 | 670 |
| 12 | Larceny | $250,000 | 85 |
| 13 | Grand Larceny | $250,000 | 85 |
| 14 | Larceny by Extortion | $1,000,000 | 335 |
| 15 | Larceny by Trick | $1,000,000 | 335 |
| 16 | Obstruction of Justice | $100,000 | 35 |

Initial/Date 5-1-25

Page 5 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| | | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 17 | Obtaining Property by False Pretenses | $1,000,000 | 335 |
| 18 | Simulating Legal Process | $1,000,000 | 335 |
| 19 | Vexatious Litigation | $5,000,000 | 1670 |
| 20 | Trespass upon Motor Conveyance | $100,000 | 35 |
| 21 | Unauthorized Relocation of Motor Conveyance | $100,000 | 35 |
| 22 | Seizure of Motor Conveyance | $100,000 | 35 |
| 23 | Theft of License Plate | $10,000 | 5 |
| 24 | Unlawful Lien on Motor Conveyance | $50,000 | 20 |
| 25 | Trespass Armed | $500,000 | 170 |
| 26 | Trespass un-armed | $250,000 | 85 |
| 27 | Transporting goods/money/securities that were acquired under false or fraudulent pretenses, representations, or promises | $200,000 | 70 |
| 28 | Damage to personal property (real, personal, intellectual, biological, or negotiable) | 5x items value + $30,000 per item per day | 5x items value + 10oz per item per day |
| 29 | Take possession to personal property (real, personal, intellectual, biological, or negotiable) | 5x items value + $30,000 per item per day | 5x items value + 10oz per item per day |
| 30 | Death as a result of or during detainment | $150,000,000 payable to each of the surviving immediate family members, offspring, biological property | 50,000 oz payable to each of the surviving immediate family members, offspring, biological property |

| XII. | Use of trade name protected material under threat, duress, and/or coercion | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Name written by the informant | $250,000 | 85 |
| 2 | Drivers License written by informant | $150,000 | 50 |
| 3 | Passport written by informant | $500,000 | 170 |
| 4 | Social Security Number written by informant | $150,000 | 50 |
| 5 | Miscellaneous Material written by informant | $500,000 | 170 |

| XIII. | Produce any personal information/property for any kind of business interaction | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Financial Information | $100,000 | 35 |
| 2 | Property inside of motor vehicle | $150,000 | 50 |
| 3 | Property in the trunk or box of motor vehicle | $150,000 | 50 |

| XIV. | Time Usage for traffic stops: | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | 30 minutes | $5,000 | 2 |
| 2 | 60 minutes | $10,000 | 4 |
| 3 | 90 minutes | $15,000 | 5 |
| 4 | 2 hours | $50,000 | 20 |
| 5 | 4 hours | $100,000 | 35 |

# Court Appearance Schedule

These fees MUST / ARE REQUIRED to be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5,000 for breach of contract.

Demand for Appearance in court:

Initial/Date 5-1-25

Page 6 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| XV. | My appearance | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Under protest and duress | $75,000 | 25 |
| 2 | Voluntarily | $10,000 | 4 |
| | **Name** | Fines/Dollar | Fines/Gold oz |
| 3 | Under protest and duress | $25,000 | 10 |
| 4 | Voluntarily | $10,000 | 4 |
| | **Drivers License** | Fines/Dollar | Fines/Gold oz |
| 5 | Under protest and duress | $25,000 | 10 |
| 6 | Voluntarily | $10,000 | 4 |
| | **Social Security Number** | Fines/Dollar | Fines/Gold oz |
| 7 | Under protest and duress | $25,000 | 10 |
| 8 | Voluntarily | $10,000 | 4 |
| 9 | Miscellaneous Material | $25,000 | 10 |
| | **Passport Number** | Fines/Dollar | Fines/Gold oz |
| 10 | Under protest and duress | $50,000 | 20 |
| 11 | Voluntarily | $10,000 | 4 |
| 12 | Miscellaneous Material | $50,000 | 20 |
| | **Produce any personal information for any kind of business interaction** | Fines/Dollar | Fines/Gold oz |
| 13 | Financial Information | $10,000 | 4 |
| 14 | Drivers License | $10,000 | 4 |
| 15 | Social Security Number | $250,000 | 85 |
| 16 | Passport Number | $500,000 | 170 |
| 17 | Any documents produced by me | $10,000 per document | 4 oz per document |

**Time usage for court appearances:**

| XVI. | 30 minutes | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Under Protest and Duress | $33,000 | 15 |
| 2 | Voluntarily | $10,000 | 4 |
| | **60 minutes** | Fines/Dollar | Fines/Gold oz |
| 3 | Under Protest and Duress | $75,000 | 25 |
| 4 | Voluntarily | $20,000 | 10 |
| | **90 minutes or more** | Fines/Dollar | Fines/Gold oz |
| 5 | Under Protest and Duress | $100,000 | 35 |
| 6 | Voluntarily | $30,000 | 10 |

# Transgressions-Fee Schedule

| XVII. | Transgressions by public official(s), police officer(s), judge(s), attorney(s), government officials (s) and all other who desire to contract: | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Failure to honor God Given Rights | $200,000 | 70 |
| 2 | Failure to honor Oath of Office | $500,000 | 170 |
| 3 | Failure to honor Constitutional Oath | $500,000 | 170 |
| 4 | Failure to honor Written and/or Oral Word | $20,000 | 10 |
| 5 | Silence/Dishonor/Default | $10,000 | 4 |
| 6 | Failure to honor /No Bond | $50,000 | 20 |
| | **Phone call to telephone number used by Secured** | Fines/Dollar | Fines/Gold oz |
| 7 | Party including from alleged debt collectors | $5,000 each | 2 oz each |
| | **Telephone message left on Secured Party phone** | Fines/Dollar | Fines/Gold oz |
| 8 | Service or equipment | $5,000 | 2 |
| 9 | Use of Street Address/Mailing location of Secured Party | $5,000 | 2 |
| 10 | Time Waiting for Scheduled Service | $2,000 Minimum or per minute | 1 oz Minimum or per minute |
| 11 | Detention from Free Movement and/or cuffed | $75,000 Minimum or per hour | 25 oz Minimum or per hour |

Initial/Date 5-1-25

Page 7 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| 12 | Incarceration | $75,000 Minimum or per hour | 25 oz Minimum or per hour |
|----|----|----|----|
| | **Failure to State a Claim upon which** | Fines/Dollar | Fines/Gold oz |
| 13 | Relief Can Be Granted | $250,000 | 85 |
| 14 | Failure to Present a Living Injured Party | $100,000 | 35 |
| 15 | Failure to Provide Contract Signed by the Parties | $100,000 | 35 |
| | **U.S Treasury and Internal Revenue failures** | Fines/Dollar | Fines/Gold oz |
| 16 | Failure to perform fiduciary duties | 5% amount involved + $100,0000 | 5% amount involved + 35 oz |
| 17 | Civil Penalties | 5% amount involved + $100,0000 | 5% amount involved + 35 oz |
| 18 | Personal Liability for breaches of duty | Loss of job + $100,000 | Loss of job + 35 oz |
| 19 | Fraud | $1,000,000 | 335 |
| 20 | Racketeering Criminal/Civil) | $1,000,000 | 335 |
| 21 | Dishonor in Commerce | $1,000,000 | 335 |
| 22 | Time waiting on the phone | $1,000 Per hour | 1 oz Per hour |
| 23 | Theft of Public Funds | $1,000,000 | 335 |
| 24 | Counterfeiting Money | $1,000,000 | 335 |
| 25 | Erroneous paper work | $1,000 Per hour + $25,0000 | 1 oz Per hour + 10 oz |
| 26 | Failure to provide contract signed by the parties | $100,000 | 35 |
| 27 | Use of street address/mailing location | $5,000 | 2 |
| | **Failure to pay Counterclaim in full within (30) Thirty Days** | Fines/Dollar | Fines/Gold oz |
| 28 | Calendar Days of Default as set forth herein | $100,000 | 35 |
| 29 | Perverting of Justice Judgment | $100,000 | 35 |
| | **Use of Common-law Trade-name/Trade-mark** | Fines/Dollar | Fines/Gold oz |
| 30 | After One Warning (per each occurrence) | $50,000 each | 20 oz each |
| 31 | Forcing psychiatric evaluations | $50,000 per day | 20 oz per day |
| | **While Incarcerated** | Fines/Dollar | Fines/Gold oz |
| 32 | Refusal to provide adequate and proper nutrition | $50,000 per day | 20 oz per day |
| 33 | Refusal to provide proper exercise | $50,000 per day | 20 oz per day |
| 34 | Refusal to provide proper dental care | $50,000 Per incident | 20 oz Per incident |
| 35 | Forced giving of bodily fluids | $50,000 Per incident | 20 oz Per incident |
| 36 | Forced injections/inoculations, vaccines | $500,000 Per incident | 170 oz Per incident |
| 37 | Forced separation from marriage contract | $200,000 Per day | 70 oz Per day |
| 38 | Confiscation/kidnapping of a body (not a US Citizen) | $1,000,000 Per day | 335 oz Per day |

| XVIII. | **Banks, Credit Cards, Mortgages and Credit Bureaus** | Fines/Dollar | Fines/Gold oz |
|----|----|----|----|
| 1 | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $1,600,000 | 535 |
| 2 | Buying or selling the mortgage Instrument/Security/Note without signed authorization from me, the creditor. | $500,000 | 170 |

Initial/Date 5-1-25

Page 8 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| # | Description | | |
|---|---|---|---|
| 3 | All Credit Bureaus must comply with the Fair Credit Reporting Act (FCRA), which mandates the accurate reporting and timely updating of my credit information within 30 to 45 days. | $30,000 per month for each offence | 30 oz per month for each offence |
| 4 | Failure to provide clear and accurate information about how the Power of Attorney would be utilized in connection with the terms and costs associated with the funds. **Truth in Lending Act:** Deceptive practices, false creditor claims - TILA, 15 U.S.C. §§ 1601-1667f - Failure to Disclose Credit Terms & FDCPA, 15 U.S.C. §§ 1692-1692p Public Law 90-321, Statute: 82 Stat. 146. | $250,000 | 85 |
| 5 | Failure to disclose material lending terms - Trading with the Enemy Act (TILA), 50 U.S.C. § 4301 et seq. | $250,000 | 85 |
| 6 | Securities Exchange Act of 1934 (Section 10b and Rule 10b-5): Penalties for Securities Fraud - Unauthorized monetization of private credit - unauthorized use of my name to create fraudulent documents and trade them without my knowledge or consent. Securities Exchange Act of 1934, 15 U.S.C. §§ 78a-78qq - Public Law 73-291, Statute: 48 Stat. 881. It is found in 15 U.S.C. §§ 78a-78qq. Section 10(b) and Rule 10b-5 | $500,000 | 170 |
| 7 | Creating negotiable instruments and bonds derived from my identity, any financial company has engaged in unauthorized commercial activity, enriching itself at the expense of my family name. **Trading with the Enemy Act (50 U.S.C. § 4301 et seq.):** Penalties for UCC Negotiable Instruments Abuse - Unauthorized use of negotiable instruments - UCC Article 3, N.C. Gen. Stat. § 25-3-101 et seq. | $500,000 | 170 |
| 8 | Engaging in deceptive and abusive practices by misleading the creditor into believing that they are the debtor, while in fact, they are the true debtors themselves. **Fair Debt Collection Practices Act (FDCPA):** Penalties for Consumer Financial Protection Bureau (CFPA) - UDAAP unfair and deceptive practices - CFPA, 12 U.S.C. § 5481 et seq. Public Law 95-109 and is found in 15 U.S.C. §§ 1692-1692p | $250,000 | 85 |
| 9 | Engaging in misleading or deceptive practices in its business dealings of my credit. **Federal Trade Commission Act:** Public Law 63-203. Identity Misuse and Property Exploitation Damages - Use of ©JASON GERALD JEHOREK™ without authorization | $250,000 | 85 |
| 10 | Engaging in activities beyond the scope of permissible powers as defined by the Federal Credit Union Act by using a Power of Attorney to create negotiable instruments with my SSN and signature without my consent. Exceeding Authorized Powers as Federal Credit Union - **Federal Credit Union Act, 12 U.S.C. § 1751 et seq.** | $500,000 | 170 |
| 11 | Failure to disclose important information, unauthorized use of personal information, breach of fiduciary duty and violations of the **National Bank Act.** (identified as Act of June 3, 1864, ch. 106, 13 Stat. 99). | $500,000 | 170 |
| 12 | Lack of transparency and failure to obtain informed consent for financial transactions. Profiteering from bonds and instruments tied to, ©JASON GERALD JEHOREK™ **Consumer Financial Protection Act (12 U.S.C. § 5481 et seq.)** | $250,000 | 85 |
| 13 | Unauthorized issuance of instruments under my name, bypassing my rights as creditor. (e.g., promissory bonds, loans, or securities) without my authorization. **Uniform Commercial Code (UCC) Article 3 – Negotiable Instruments (N.C. Gen. Stat. § 25-3-101 et seq.)** | $250,000 | 85 |
| 14 | Unauthorized creation of debt instruments without my consent. **House Joint Resolution 192 (June 5, 1933), Public Law 73-10,** codified at 31 U.S.C. § 5118: | $500,000 | 170 |
| 15 | **Consumer Financial Protection Act (CFPA) Violations (12 U.S.C. §§ 5531-5536)** The CFPA, part of the Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203, 124 Stat. 1376), prohibits unfair, deceptive, or abusive acts or practices (UDAAP) in consumer financial products and services, including mortgages. The bank's actions could violate the CFPA: | $250,000 | 85 |
| 15.1 | **Penalty Structure - Tier 1:** $5,000/day (standard violations) | $5,000 per day | 2 |

Initial/Date 5-1-25

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIFS
Date: 2020 to Ad infinitum

| 15.2 | Penalty Structure -Tier 2: $25,000/day (reckless violations) | $25,000 per day | 10 oz per day |
|---|---|---|---|
| 15.3 | Penalty Structure -Tier $1,000,000/day (knowing violations) | $1,000,000 Per day | 335 oz per day |
| 16 | Failure to Provide Loan Estimate and Closing Disclosure (12 U.S.C. § 2604; 12 CFR § 1026.19): RESPA requires lenders to provide a Loan Estimate within three days of a mortgage application and a Closing Disclosure at least three days before closing. These documents must detail the loan terms, costs, and the creditor's identity. If the bank does not disclose that they are the creditor or that they are using a promissory note to fund the mortgage (and charging interest on it), they fail to provide accurate disclosures, violating RESPA and its implementing regulation (Regulation X). | $250,000 | 85 |
| 17 | Administrative Notice of Tender Opportunity Processing Fee | $500 Per hour | 1 oz Per hour |
| 18 | Tender of Instrument Preparation and Mailing Fee | $750 Per hour | 1.2 oz Per hour |
| 19 | Notice of Fault and Opportunity to Cure Fee | $500 Per hour | 1 oz Per hour |
| 20 | Final Default and Administrative Estoppel Processing Fee | $750 Per hour | 1.2 oz Per hour |
| 21 | Administrative Record Management and Enforcement Fee | $1,500 Per hour | 1.5 oz Per hour |
| 22 | Research Time to build a case | $500 Per hour | 1 oz Per hour |
| 23 | Miscellaneous Administrative Costs General office expenses, supplies including, computer, scanners, printers, paper, ink, folders, phone calls, faxes, or online legal research | $3,800 | 2 |
| 24 | Filing Fees and Postage and Courier Fees | $150 per trip | .5 oz per trip |

| XIX. | Live Birth or Birth Certificate | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Extortion of funds from birth certificate account, social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation | $6,000,000 per count or charge | 2000 oz per count or charge |
| 2 | Extortion of signature | $6,000,000 per count or charge | 2000 oz per count or charge |
| 3 | Forgery of signature | $6,000,000 per count or charge | 2000 oz per count or charge |

| XX. | Kidnapping/Identity/Coercion | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping | $5,000,000 per count | 1670 oz per count |
| 2 | Harming or kidnapping or any violation of liberty Armed of foreign or internationally protected. | $5,000,000 | 1670 |
| 3 | Kidnapping conspiracy of internationally protected | $5,000,000 | 1670 |
| 4 | Identity Theft | $5,000,000 | 1670 |
| 5 | Improper venue warrant | $5,000,000 | 1670 |
| 6 | Improper venue arrest / jail time | $5,000,000 | 1670 |
| 7 | Improper venue extradition | $5,000,000 | 1670 |
| 8 | Improper venue court proceedings | $5,000,000 | 1670 |
| 9 | Improper venue pretrial diversion | $5,000,000 | 1670 |
| 10 | Improper venue litigation | $5,000,000 | 1670 |
| 11 | House Arrest with Electronic Monitoring (EHA) | $5,000,000 | 1670 |

| XXI. | Government employees (county recorders, judges, etc.) against foreign officials, official guests, or internationally protected persons | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|

Initial/Date 5-1-25          Page 10 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGI-12091968-5193-NOIFS
Date: 2020 to Ad Infinitum

| 1 | Benefiting financially from peonage, slavery, and trafficking in persons | $5,000,000 | 1670 |
|---|---|---|---|
| 2 | If the county recorder says it's recorded but then doesn't do it or vice versa | $2,000,000 | 670 |
| 3 | Perjury/violation of oath - 18 USC 3571 | $ 250,000 | 85 |
| 4 | PEONAGE (debt slavery) | $500,000 | 170 |
| 5 | Getting someone else to commit perjury/violation of oath | $100,000 | 35 |
| 6 | Government officer lying KNOWING AND WILLFULLY | $100,000 | 35 |
| 7 | Lying when administering oath and/or certifying acknowledgments | $50,000 | 20 |
| 8 | District court clerk refuses to make forward any document or report, etc. | $25,000 | 10 |
| 9 | Destroying, moving, etc., reports or documents in the court, recorder's office etc. | $100,000 | 35 |
| 10 | Abuse or threatened abuse of law or legal process | $500,000 | 170 |
| 11 | Attempt, even if not successful, Abuse or threatened abuse of law or legal process | $500,000 | 170 |
| 12 | INVOLUNTARY SERVITUDE | $500,000 | 170 |

| XXII. | Services to others and/or Corporation(s) Government(s) | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Studying | $500 per hr. | 1 oz per hr. |
| 2 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 3 | Analyzing | $500 per hr. | 1 oz per hr. |
| 4 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 5 | Research | $500 per hr. | 1 oz per hr. |
| 6 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 7 | Preparing Documents | $500 per hr. | 1 oz per hr. |
| 8 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 9 | Answering Questions | $500 per hr. | 1 oz per hr. |
| 10 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 11 | Providing Information | $500 per hr. | 1 oz per hr. |
| 12 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |

### Per Occurrence and Includes any Third-Party Defendant

All claims are expressed in United States Dollars and the prevailing gold price** at the time of this document's creation. For the purposes of this agreement, a United States Dollar shall be defined as equivalent to one ounce of pure gold or its legally established par value, as determined by the exchange rate set by the U.S. Mint, whichever amount is greater as of the first day of default as specified herein. In the event that claims are to be settled in US Treasury Dollar, such notes will be assessed solely at the par value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

Fees will be mandated upon the informant listed on the traffic creation ticket(s), arrest warrant(s) detention order(s), seizure order(s), traffic stop order(s), as well as any and all orders. Fees are subject to change at any time without prior notice. The undersigned is the only authorized personnel to alter, void, and/or enforce said fees and may do so at any time.

If invoiced, payment is due 15 days after receipt date.

Initial/Date 5-1-25

Page 11 of 12

EXHIBIT - 1



## Notice of Intent - Fee Schedule

Record No: JGJ-12091968-5193-NOIF5
Date: 2020 to Ad infinitum

All payment to be to:
°JASON GERALD JEHOREK™

**Send to:**

:Jehorek: Jason-Gerald.
Dba °JASON GERALD JEHOREK™
c/o 11937 Fairlie Pl
Raleigh, North Carolina R030

**Any fees/penalties listed on this entire document are to be paid based on the spot price of gold at the time of the violation or the listed fiat value; whichever is greater.

i, :Jehorek: Jason-Gerald., do hereby avow under the penalty of perjury that his "Notice of Intent - Fee Schedule" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend.

BY: : Jehorek : Jason - Gerald

:Jehorek: Jason-Gerald., sui juris
Grantor/Settlor/Authorized Representative
Without recourse. Without prejudice. All rights reserved.

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C § 1746(1), in accord with Fed. R Evid. 902(1)(B)]

## NOTARY

County _Nash_

State of North Carolina

) 
) ss
)

On this 1st day of May, 2025 before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

(Seal)

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date S-1r 25

Page 12 of 12

EXHIBIT - 1



## Certificate of Service (Signed)

## 2 Pages

EXHIBIT - 1



# Certificate of Service

*Private Administrative Record*

**Principal Creditor:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
Mortgage Account Number: 3390893042
1050 Woodward Avenue
Detroit Michigan 48226

---

I, :Jehorek: Jason-Gerald, sui juris, hereby certify, affirm, and declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that on this _____ 1st day of *May*, 2025, I served true, correct, and complete copies of the following documents by placing the same into a properly addressed envelope with prepaid Certified Mail postage and depositing said envelope with the United States Postal Service:

**Main Documents:**
- Master Cover Letter – 2 pages
- Table of Contents – 1 page
- Private Administrative Settlement Offer – 1 page
- Private Settlement Self Executing and Hold Harmless Contract – 7 pages + copy
- Notice of Fiduciary Appointment and Responsibility – 3 pages

**Exhibits:**
- Exhibit A – Violations, Liabilities, and Damages – 4 pages
- Exhibit B – Ledger of Damages – 3 pages
- Exhibit C – Private Administrative Fee Schedule – 3 pages
- Exhibit D – Applicable Laws & Cost – 6 pages

**Affidavits and Notices:**
- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages
- Affidavit of Life – 2 pages
- Affidavit of Ownership – 2 pages
- Affidavit of Trademark – 3 pages
- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1 page
- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page

**Attachments:**
- Copyright Certificate – 1 page
- North Carolina & Minnesota Assumed Name Certificate – 4 pages
- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

Initial/Date 5-1-25

Page 1 of 2

EXHIBIT - 1



## Certificate of Service

**Final Document:**
- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages

**Certified Mail Tracking Number: 9589 0710 5270 1899 5141 63**



Executed in good faith, without prejudice, all rights reserved.

Respectfully submitted,

by: :Jehorek: Jason-Gerald

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice.

### NOTARY

County __Nash__

State of North Carolina

)
) ss
)

On this 15 day of __May__, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: Brian H. Tomlinson

> Brian H Tomlinson
> NOTARY PUBLIC
> Nash County, NC
> My Commission Expires September 06, 2026

(Seal)

Initial/Date

Page 2 of 2

EXHIBIT - 1



# Main Documents:

- Master Cover Letter – 2 pages
- Table of Contents – 1 page
- Private Administrative Settlement Offer – 1 page
- Private Settlement Self Executing and Hold Harmless Contract – 7 pages + copy
- Notice of Fiduciary Appointment and Responsibility – 3 pages



# Exhibits:

- Exhibit A – Violations, Liabilities, and Damages – 4 pages
- Exhibit B – Ledger of Damages – 3 pages
- Exhibit C – Private Administrative Fee Schedule – 3 pages
- Exhibit D – Applicable Laws & Cost – 6 pages

EXHIBIT - 1



# Affidavits and Notices:

- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages
- Affidavit of Life – 2 pages
- Affidavit of Ownership – 2 pages
- Affidavit of Trademark – 3 pages
- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1 page
- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page



# ATTACHMENTS

- Copyright Certificate – 1 page
- North Carolina & Minnesota Assumed Name Certificate – 4 pages
- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

EXHIBIT - 1



# Final Documents:

- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

Sent To: Brian Brown Rocket Mortgage LLC
1050 Woodward Avenue
Detroit MI 48226

PS Form 3811, July 2020 PSN 7530-02-000-9053