EXHIBIT - 2

# EXHIBIT 2

## PACKAGE 2 – Notice of Non-Payment, Invoice, and Securitization Evidence and received by Rocket Mortgage

**Recipient:** Rocket Mortgage, LLC
**Date Sent:** May 23, 2025
**Service:** USPS Certified / Priority Mail
**USPS Tracking No.:** 9589 0710 5270 1899 5142 31

**CLAIM ASSERTED**

- Loan # 3390893042 - Evidence on file, Promissory Note stamping by Ashley Smith (Capture Manager), shows that the note was captured fraudulently.
- Securitization Evidence & Mers Transfer History.

**Documents Included:**

1. FINAL OPPORTUNITY BEFORE LEGAL ENFORCEMENT
   Invoice No.: 1010
   Invoice Date: May 16, 2025
   Total Amount Due: **$965,244.48**

2. **Package 2 Exhibits:**
   - Exhibit A - Affidavit of Status and Ownership for General Warranty Deed
   - Exhibit B - Recorded General Warranty Deed
   - Exhibit C - Securitization Evidence & Mers Transfer History
   - Exhibit D - Affidavit of Post-Discharge Fraud and Declaration of No Further Obligation

EXHIBIT - 2



# Package 2

## Notice of Non-Payment, Invoice, and Securitization Evidence and received by Rocket Mortgage on May 23rd, 2025

### Certified Mail #: 9589 0710 52701899 5142 31



**Tracking Number:**
9589071052701899514231

Copy   Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 6:48 am on May 23, 2025 in DETROIT, MI 48226.

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

**Delivered**
Delivered, Left with Individual
DETROIT, MI 48226
May 23, 2025, 6:48 am

See All Tracking History

What Do USPS Tracking Statuses Mean?

EXHIBIT - 2



# FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

**From:**
Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]
Date: May 19, 2025

**To:**
**Brian Brown,** Chief Financial Officer
**Eric Ferguson** – Vice President
**Ashley Smith** – Capture Manager
**Moe Bazzi** – Servicing Escalation Specialist
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

Dear Brian, Eric, Ashley and Moe,

Thank you for your letter dated May 12, 2025, confirming that Rocket Mortgage LLC received full payment and discharged the referenced loan #████████2 as of December 22, 2020. Your written admission that Rocket Mortgage has no further interest or servicing rights as of that date is now part of the public administrative record.

The discharge of the obligation as of December 22, 2020, constituted satisfaction of the contract, terminated the effectiveness of the Security Instrument, and extinguished the underlying obligation.

## NOTICE OF CLAIM AND RECONVEYANCE DEMAND

Title and interest lawfully reconveyed to the principal creditor, Jehorek, Jason-Gerald, has not been completed. Attached you will find the **NOTICE OF CLAIM, INTEREST, AND DEMAND FOR RECONVEYANCE**

This section incorporates by reference the formal Notice of Claim, Interest, and Demand for Reconveyance dated May 19, 2025. Said notice outlines the lawful demand for immediate reconveyance of legal and equitable title to the property located at 11937 Fairlie Pl., Raleigh, NC 27613. The notice demands that Rocket Mortgage LLC and MERS execute and record a Satisfaction of Deed of Trust and release any and all liens, claims, or interests in the property. It also demands full disclosure of the securitization chain, including the Fannie Mae Pool Number, CUSIP Number, and assignment date. This demand remains active and enforceable under all applicable public laws and commercial rules.

The evidentiary basis for this demand is fully supported by the accompanying exhibits. Exhibit A establishes status and interest in the property. Exhibit B verifies title through the recorded General Warranty Deed. Exhibit C provides documented proof of securitization and transfers involving MERS. Exhibit D affirms post-discharge violations and confirms no further obligation is owed. Attached document, places Rocket Mortgage and MERS on notice of pending Quiet Title action should they fail to cure. Attached, Invoice and Constructive Trust quantifies the damages and identifies the amount required to resolve all outstanding commercial and administrative liabilities. These exhibits collectively demonstrate that the lien must be

EXHIBIT - 2



## FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

released and reconveyance is both necessary and legally required. This demand is reinforced by the formal submissions and attachments in Administrative Settlement Package 2, including Exhibits A through D, incorporated herein by reference.

### ATTACHMENTS & EXHIBITS

Attached Document – Notice Of Claim, Interest, And Demand For Reconveyance
EXHIBIT A – Affidavit of Status and Ownership for General Warranty Deed
EXHIBIT B – Recorded General Warranty Deed (with revenue stamps)
EXHIBIT C – Securitization Evidence & MERS Transfer History
EXHIBIT D – Affidavit of Post-Discharge Fraud and Declaration of No Further Obligation
Attached Document – Notice of Quiet Title Action Pending Final Opportunity to Cure
Attached Documents – Invoice and Constructive Trust to Rocket Mortgage for Damages and Commercial Violations

### REVERSION OF SECURITY INTEREST UNDER LAW

This reversion is supported by the Restatement (Third) of Property: Mortgages § 6.4 (1997), which states: 'When the obligation secured by a mortgage has been fully satisfied or discharged, the mortgage is extinguished, and title reverts to the borrower or the party entitled to the property interest, free of any lien.' **"Which this has not been completed or confirmed in writing"** This aligns with North Carolina General Statutes § 45-36.9, confirming that satisfaction or release of a security instrument extinguishes the secured obligation and mandates release of the lien of record.

Despite this confirmation, Rocket Mortgage fraudulently continued to demand and accept post-discharge payments, unlawfully securitized the promissory note, and knowingly sold the instrument to Fannie Mae without full disclosure, consent, or contractual authority. The signature used to create and monetize this asset was that of the undersigned — unlawfully converted into a financial instrument without a valid agreement.

### EVIDENCE OF PROOF

Evidence on file, including your own records and stamping by Ashley Smith (Capture Manager), shows that the note was captured fraudulently and sold into a mortgage-backed security with Fannie Mae (date ?) without any contractual consideration or lawful assignment. These acts constitute willful fraud, unjust enrichment, and commercial exploitation. Screen show below as proof.



EXHIBIT - 2



## FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

And per the attached screen shot for "Satisfactions of Security Instrument", below states…
"This contract was satisfaction terminates the effectiveness of the Security Instrument, and extinguishes the underlying obligation secured by the instrument, and reconveys to the persons entitled thereto." Which should have been refunded to the creditor Jehorek, Jason-Gerald on Dec 31, 2020. However, Rocket Mortgage sold the Security Instrument to Fannie Mae see Exhibit C for proof.



The attached screenshots constitute direct documentary evidence of contact and demand, which stand as verified notice under commercial and administrative process. These records are legally admissible under Federal Rules of Evidence Rule 803(6) and Rule 902(11) as business communications. No claim of non-receipt can be maintained in good faith.

## FAILURE TO DISCLOSE SECURITIZATION DETAILS – LIABILITY OF MOE BAZZI AND ROCKET MORTGAGE

I am including in this settlement record, that I have been in ongoing contact with Moe Bazzi via email since May 9, 2025, regarding the specific date the mortgage instrument was sold to

EXHIBIT - 2



## FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

Fannie Mae, requesting the Pool Number, CUSIP number and date sold to Fannie Mae. The attached screenshots now serve as undeniable documentary proof of this communication.



These records confirm that despite clear, repeated, and time-stamped attempts to obtain this critical disclosure, Mr. Bazzi has failed to respond with the required information. This observed delay is now confirmed as either willful misconduct, gross negligence, or both. As such, any continued failure to cure will be interpreted as intent to conceal material facts relating to the unlawful securitization of the promissory note.

### FAILURE TO DISCLOSE SECURITIZATION DETAILS – LIABILITY

The following parties are hereby placed on formal notice and held **jointly and severally liable** for breach of fiduciary duty, fraudulent concealment, unauthorized securitization, and knowing participation in commercial injury:

- **Moe Bazzi** – Servicing Escalation Specialist
- **Brian Brown** – Chief Financial Officer
- **Ashley Smith** – Capture Manager
- **Eric Ferguson** – Vice President

Their collective and individual actions constitute violations of the **Truth in Lending Act** (15 U.S.C. § 1601 et seq.), including §§ 1638(a) and 1639(b); the **Dodd-Frank Wall Street Reform and Consumer Protection Act** (Public Law 111-203, §§ 1031 and 1036); **Gramm-Leach-Bliley Act** – Public Law 106–102 and 18 U.S.C. § 1581 & § 1584 – **Involuntary Servitude / Debt Bondage** and federal statutes governing fraud and conspiracy to commit fraud under **18 U.S.C. § 1001 and § 1349.**

These acts and omissions represent material breaches and are enforceable through civil, commercial, and criminal jurisdiction.

### FINAL OPPORTUNITY BEFORE LEGAL ENFORCEMENT

This is now your **FINAL** opportunity to settle this matter honorably. You failed to cure or respond to the original Private Administrative Settlement dated May 1, 2025. You were

EXHIBIT - 2



## FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

originally offered a private settlement amount of $362,061.55 in Package 1 dated May 1, 2025. That offer was not accepted. As a result, the outstanding claim has now increased to **$965,244.48** as shown on invoice, The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek**, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

### CONSTRUCTIVE TRUST TRIGGERED BY ROCKET MORTGAGE'S UNJUST ENRICHMENT

It is hereby acknowledged that Rocket Mortgage has derived substantial commercial benefit from the securitization and sale of the mortgage instrument originally associated with the property at 11937 Fairlie Pl., Raleigh, NC 27613. These financial gains include, but are not limited to:

- Lump-sum proceeds received upon sale to Fannie Mae;
- Ongoing servicing fees collected from payment streams;
- Gain-on-sale premiums from favorable loan terms;
- Possible participation in structured residuals or retained servicing rights.

These streams of income constitute continued unjust enrichment, obtained through the monetization of the undersigned's private credit, signature, and identity, without informed consent or lawful consideration. As the original source of value and principal creditor, Jehorek, Jason-Gerald asserts an equitable and lawful claim to all current and future proceeds derived from this securitized asset.

Accordingly, a **Constructive Trust** is hereby declared and imposed over all such proceeds, enforceable under:

- Truth in Lending Act (15 U.S.C. § 1601 et seq.)
- Dodd-Frank Act (Public Law 111-203, §§ 1031, 1036)
- Uniform Commercial Code §§ 3-305, 3-306
- Restatement (Third) of Restitution § 55
- Federal fraud statutes (18 U.S.C. §§ 1001, 1349)

Failure to redirect these funds or acknowledge the trust shall constitute commercial bad faith, fiduciary breach, and knowing participation in commercial injury.

### FINAL NOTICE OF SETTLEMENT DEADLINE, ESCALATION, AND ENFORCEMENT ACTIONS

If this amount is not settled within seven (7) calendar days of receipt of this notice, the outstanding balance will double to $1,930,488.96. This escalation reflects your continued refusal to act in honor, cure the default, or respond in good faith to prior administrative notices.

**The outstanding amount of $965,244.48 is now enforceable.** If no settlement or payment is received within seven (7) calendar days of receipt of this notice, the following actions shall occur without further notice:

1. The amount owed will double to $1,930,488.96 per the administrative fee schedule.
2. File an Affidavit of Default

Case 5:25-cv-00558-D-BM    Document 11-4    Filed 01/27/26    Page 7 of 41

EXHIBIT - 2



## FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

3. Create a Notice of Lien / Claim of Interest
4. File UCC-1 against Rocket Mortgage, MERS & Fannie Mae
5. Send Final Notice of Enforcement & Lien Recording
6. Record the lien (County or Secretary of State)
7. A criminal referral will be submitted to the U.S. Attorney's Office citing:
   - 18 U.S.C. § 1341 (Mail Fraud)
   - 18 U.S.C. § 1343 (Wire Fraud)
   - 18 U.S.C. § 1349 (Attempt and Conspiracy)
   - 15 U.S.C. § 1692e (False Representation of Debt)
   - UCC §§ 3-301, 9-203(b) (Unauthorized Enforcement of Instrument)
   - FTC Act – Deceptive Practices in Trade and Finance

As Chief Financial Officer, you are the fiduciary authority responsible for ensuring lawful conduct and regulatory compliance. Knowingly participating in or failing to cure commercial fraud may result in personal liability under 18 U.S.C. § 2 and § 1346, which carry penalties of seven (7) to thirty (30) years imprisonment and substantial fines. In the original settlement package 1, you were notified of cumulative liabilities exceeding $31,000,000.00 for statutory and contractual violations.

If lawful settlement is not made, I will escalate this matter through proper lawful and administrative channels. This includes, but is not limited to, formal complaints and criminal referrals to the following agencies *(Additional agencies can be found in Package 1 - Exhibit A - Violations, Liabilities, and Damages):* (1) the Federal Bureau of Investigation (FBI), (2) the Criminal Investigation Division (CID) of the U.S. Treasury Department, (3) the Consumer Financial Protection Bureau (CFPB), (4) the Office of the Comptroller of the Currency (OCC), and (5) any other state or federal agencies vested with oversight authority over financial crimes and fiduciary breaches. Additionally, I reserve the right to submit this case through the IRS Whistleblower Program pursuant to federal law, which may result in audit, forfeiture, or criminal prosecution for all involved parties.

This is your final opportunity to discharge this matter in honor and equity. Failure to settle will result in enforcement without further notice, in accordance with the fee schedule, administrative default doctrine, and applicable commercial statutes. This includes irrevocable liability, collateral estoppel, and waiver of all defenses, as established under UCC § 1-308 and estoppel by silence under federal equity.

EXHIBIT - 2



# FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT

All rights reserved. No rights waived. Executed with full reservation under UCC 1-308 and all applicable public laws.

By: *:Jehorek: Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice

## NOTARIAL CERTIFICATE

State of North Carolina )

County of _Nash_ ) ss:

On this _19th_ day of _May_ , 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man whose name is subscribed to this document, and acknowledged that he executed the same in his authorized capacity, for the purposes therein stated.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: *Brian H. Tomlinson*

Printed Name of Notary: _Brian H. Tomlinson_

My Commission Expires: _9-6-2028_

[SEAL]



Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Case 5:25-cv-00558-D-BM   Document 11-4   Filed 01/27/26   Page 9 of 41

EXHIBIT - 2



## NOTICE OF CLAIM, INTEREST, AND DEMAND FOR RECONVEYANCE

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]
Date: May 16, 2025

To:
Rocket Mortgage LLC
Attn: **Brian Brown**, Chief Financial Officer
    **Eric Ferguson** – Vice President
    **Ashley Smith** – Capture Manager
    **Moe Bazzi** – Servicing Escalation Specialist
1050 Woodward Avenue
Detroit, Michigan 48226
And:
Mortgage Electronic Registration Systems, Inc. (MERS)

**Re: Property Address – 11937 Fairlie Pl., Raleigh, NC 27613**
**Instrument No.** ▉▉▉▉▉▉▉▉**0069, Book 019863, Page 00069 – 00071.**

I, :Jehorek: Jason-Gerald, sui juris, a competent man in full capacity, hereby give formal notice and lawful demand for immediate reconveyance and release of all liens, claims, encumbrances, and trustee interests claimed by Rocket Mortgage LLC, MERS, or any affiliated party, regarding the above-referenced property.

This notice is issued pursuant to my lawful acceptance and acknowledgment of the recorded General Warranty Deed (Exhibit B) with lawful consideration affixed and perfected in the Wake County public record. This claim is further substantiated by Exhibit C– Securitization Evidence & MERS Transfer History and Exhibit D – Affidavit of post-Discharge Fraud and Declaration of No Further Obligation. This shows failure of consideration and securitization of the promissory note (PN) by Rocket Mortgage LLC.

You are hereby notified that your agency and its affiliates have failed to provide full disclosure of securitization activity, failed to present a verified claim in equity, and have refused to reconvey interest despite post-discharge payment being confirmed in your letter dated May 12, 2025. No valid or lawful contract exists between your agency and the undersigned.

As such, you are now in administrative default. This establishes my perfected superior interest and equitable title under the law. Any claim contrary to mine, not rebutted with point-for-point evidence and full commercial liability within the allotted time, shall be deemed null, void, and extinguished by estoppel.

**DEMAND IS HEREBY MADE** for the following lawful remedies within Seven (7) calendar days of receipt of this notice:

    1. Execution and recording of a formal **Satisfaction of Deed of Trust and full reconveyance** of legal and equitable title to the property located at 11937 Fairlie Pl., Raleigh, NC 27613. This includes recording of a lien release document in the Wake

Case 5:25-cv-00558-D-BM    Document 11-4    Filed 01/27/26    Page 10 of 42

EXHIBIT - 2



## NOTICE OF CLAIM, INTEREST, AND DEMAND FOR RECONVEYANCE

letterhead and signed by Brian Brown, CFO, confirming the extinguishment of all claims and interests related to Mortgage Account No. 3390893042.

2. **Constructive Trust Enforcement and Disclosure Demand** (see attached document for Constructive Trust)

Due to the unauthorized securitization and monetization of the original promissory note without lawful authority, full disclosure, or consideration, a **Constructive Trust** is hereby declared and imposed over all current and future investment proceeds, profits, dividends, servicing fees, residual tranches, or other financial benefits derived from the mortgage instrument sold or assigned to Fannie Mae. These proceeds are to be lawfully redirected to the undersigned, **Jason Jehorek**, the principal creditor and equitable titleholder, as the original source of value and holder of superior beneficial interest in said instrument.

As such, immediate and complete disclosure is demanded of the securitization record, including but not limited to:

- The Fannie Mae Pool Number;
- The CUSIP Number assigned to the mortgage-backed security;
- The exact date and terms of the sale, transfer, or assignment of the promissory note.

These disclosures are mandatory pursuant to the **Truth in Lending Act (15 U.S.C. § 1638(f))** and the **Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203, §§ 1031 and 1036)**, which require full post-origination ownership and assignment transparency.

Any continued withholding, delay, or concealment of this information, and any continued diversion or retention of proceeds, shall constitute **conversion, unjust enrichment, and constructive fraud,** all enforceable under civil equity doctrines and federal statutes, including but not limited to:

- **18 U.S.C. § 1341** (Mail Fraud)
- **18 U.S.C. § 1349** (Conspiracy to Commit Fraud)
- **18 U.S.C. § 1001** (False Statements)
- **UCC §§ 3-305 and 3-306** (Claims and Defenses to Instrument)
- **Restatement (Third) of Restitution § 55** (Constructive Trust and Equitable Remedy)

3. **Remittance of compensation invoice** (see attached invoice), for post-discharge payments, unauthorized securitization, and administrative violations, as invoiced in the amount of $965,244.48 per the Notice and Invoice dated May 19, 2025 (see attached invoice). Failure to remit will result in escalation and doubling of the claim to $1,930,488.96 under the terms of the pre-established Fee Schedule from Package 1 Notice of Intent - Fee Schedule.

EXHIBIT - 2



## NOTICE OF CLAIM, INTEREST, AND DEMAND FOR RECONVEYANCE

Failure to comply constitutes final administrative default, estoppel by acquiescence, and tacit admission. Enforcement actions include, but are not limited to:

- File an Affidavit of Default
- Create a Notice of Lien / Claim of Interest
- File UCC-1 against Rocket Mortgage, MERS & Fannie Mae
- Send Final Notice of Enforcement & Lien Recording
- Record the lien (County or Secretary of State)
- Quiet Title action;
- Lodgment with the U.S. Marshal's Office;
- Federal Bureau of Investigation (FBI);
- Criminal Investigation Division (CID)
- The U.S. Treasury Department;
- The Consumer Financial Protection Bureau (CFPB);
- The Office of the Comptroller of the Currency (OCC);
- Any other state or federal agencies vested with oversight authority over financial crimes and fiduciary breaches.
- See more *(Package 1 - Exhibit A - Violations, Liabilities, and Damages)*

All rights reserved. No rights waived. This is a private administrative matter executed in honor, with full reservation of rights under UCC 1-308 and applicable public laws.

By: *! Jehorek! Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice

### NOTARY

County of **Nash** )
State of North Carolina ) ss

On this 19th day of **May**, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

Signature of Notary Public: *Brian H. Tomlinson*
(Seal)

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 09, 2028



Page 3 | 3

EXHIBIT - 2



# Invoice
# &
# Constructive Trust

EXHIBIT - 2



# INVOICE
**DATE:** 5/16/2025
**INVOICE #:** 1010

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account # 3042"

**Reason for Invoice:**
This invoice is issued pursuant to the Private Administrative Settlement & Contract dated May 1, 2025, and Rocket Mortgage's non-response and failure to cure fiduciary breaches outlined in subsequent notices. Rocket Mortgage's May 12, 2025 response confirms discharge of the loan but fails to provide evidence rebutting securitization, disclosure failures, or lawful authority over the promissory note. Accordingly, this invoice reflects compensation due per the Notice of Intent Fee Schedule and commercial harm documented in Exhibits A–D.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 48 | Fraudulent Post-discharge payments made after December 22, 2020 | $1,359.26 | $65,244.48 |
| 1 | Unjust enrichment for unlawful securitization of note | $250,000.00 | $250,000.00 |
| 1 | Emotional distress, duress, and reputational damage | $100,000.00 | $100,000.00 |
| 1 | Administrative processing, private enforcement, affidavit time | $50,000.00 | $50,000.00 |
| 1 | Improper use of signature/estate as financial instrument without contract | $500,000.00 | $500,000.00 |
| | | SUBTOTAL | $965,244.48 |
| | | SALES TAX | 00.00 |
| | | TOTAL | $965,244.48 |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek**, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

All Rights Reserved. UCC 1-308. Without Prejudice

EXHIBIT - 2



## CONSTRUCTIVE TRUST AND EQUITABLE INTEREST DECLARATION

I, Jehorek, Jason-Gerald, sui juris, hereby declare and assert a lawful and equitable claim of beneficial interest in any and all current and future investment proceeds, dividends, residuals, servicing income, or monetized assets derived from the securitized promissory note originally executed under account number ⬛⬛⬛⬛3042 and associated with the property located at 11937 Fairlie Pl., Raleigh, NC 27613.

Said instrument, bearing my private signature and social security number as its basis for origination and monetization, was converted into a securitized asset and transferred to Fannie Mae without full disclosure, lawful authority, or proper consideration, constituting a material breach of fiduciary duty, violation of disclosure law, and commercial fraud by omission.

Therefore, I hereby declare that a Constructive Trust is imposed upon all such investment proceeds, under the principles of equity, restitution, and commercial justice, and that all benefits, including but not limited to mortgage servicing spreads, gain-on-sale premiums, interest derivatives, and residual tranches, shall be redirected to the undersigned, as the true party in interest, principal creditor, and source of original value.

This declaration is enforceable under:

- Uniform Commercial Code §§ 3-305, 3-306 (Claims to Instrument and Defenses)
- Restatement (Third) of Restitution and Unjust Enrichment § 55 (Constructive Trusts)
- Truth in Lending Act (15 U.S.C. § 1601 et seq., including §§ 1638(a), 1639(b))
- Dodd-Frank Act (Public Law 111-203, §§ 1031 and 1036)
- General fraud statutes under 18 U.S.C. §§ 1001 and 1349

Any failure to acknowledge or redirect such funds shall constitute continued unjust enrichment, breach of equity, and potential securities or fiduciary fraud, subject to private and public remedy.

### NOTARY

County of Nash )

State of North Carolina ) ss

On this 19th day of May, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

Signature of Notary Public: *Brian H. Tomlinson*

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Page 1 of 1

EXHIBIT - 2



## NOTICE OF QUIET TITLE ACTION PENDING FINAL OPPORTUNITY TO CURE

Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]
Date: May 16, 2025

**To:** Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit, Michigan 48226



RE: Property Address – 11937 Fairlie Pl., Raleigh, NC 27613
Instrument No. BK01986PG00069 – Wake County, NC – Book 019863, Page 00069 - 00071

Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

This is formal notification that, as of May 19, 2025, Rocket Mortgage LLC has failed to cure or rebut the administrative default established through Private Settlement Offer Package 1 dated May 1, 2025, and the Invoice and Demand for Compensation sent under Package 2 dated May 19, 2025.

Rocket Mortgage LLC's own written response dated May 12, 2025 confirms that the subject mortgage was paid in full as of December 22, 2020. Despite this admission, no reconveyance or lawful satisfaction has been recorded. Furthermore, no point-for-point rebuttal has been received regarding unauthorized securitization, fiduciary breaches, or misuse of the undersigned's estate.

You are hereby placed on FINAL NOTICE that if no full reconveyance, cure, or lawful settlement is received within thirty (30) calendar days of your receipt of Package 2, the undersigned will proceed with filing a Verified Complaint for Quiet Title in Wake County Superior Court. Said complaint names Rocket Mortgage LLC, Mortgage Electronic Registration Systems, Inc. (MERS), and all associated parties as defendants.

The complaint is prepared and will be lodged with the Clerk of Court for formal action without further notice. This action seeks full extinguishment of all adverse claims, public record correction, and judicial affirmation of the undersigned's lawful title and interest.

Attached for your convenience is a copy of the Verified Complaint for Quiet Title (Draft) to be filed.

This is your final opportunity to settle and cure this matter honorably, in the private, and without further legal action. Failure to act shall constitute your full acquiescence, commercial default, and waiver of all claims under public law and equity.

By: _i Jeh. arek: Jason-Gerald_
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice

EXHIBIT - 2



**NOTICE OF QUIET TITLE ACTION PENDING FINAL OPPORTUNITY TO CURE**

# "Below is the draft of the Quiet Title action Document"

## IN THE GENERAL COURT OF JUSTICE
## SUPERIOR COURT DIVISION
## WAKE COUNTY, NORTH CAROLINA

Jehorek: Jason-Gerald, sui juris
Plaintiff,

v.

Rocket Mortgage LLC,
Mortgage Electronic Registration Systems, Inc. (MERS),
and all parties claiming interest in the property identified as:
11937 Fairlie Pl., Raleigh, NC 27613,
Instrument No. BK01986PG00069
Wake County, NC
Book 019863,
Page 00069 - 00071
Defendants.

Case No: _____

### VERIFIED COMPLAINT FOR QUIET TITLE

NOW COMES the Plaintiff, :Jehorek: Jason-Gerald, sui juris, a competent man and Authorized Representative, and hereby files this Verified Complaint for Quiet Title against Rocket Mortgage LLC, Mortgage Electronic Registration Systems, Inc. (MERS), and all other parties claiming any interest in the subject property, and alleges as follows:

1. Plaintiff is the lawful owner of the real property located at 11937 Fairlie Pl., Raleigh, North Carolina 27613, as recorded in the Wake County Register of Deeds under Instrument No. BK01986PG00069 – Wake County, NC – Book 019863, Page 00069 - 00071.

2. Plaintiff's title to the property is derived from a General Warranty Deed lawfully accepted, acknowledged, and recorded with affixed U.S. Revenue Stamps, establishing perfected equitable and legal title.

3. Plaintiff recorded an Affidavit of Status and Ownership asserting lawful interest, and provided administrative notice to Rocket Mortgage LLC and MERS, demanding reconveyance based on failure of consideration and unauthorized securitization of the promissory note.

EXHIBIT - 2



## NOTICE OF QUIET TITLE ACTION PENDING FINAL OPPORTUNITY TO CURE

4. On or around May 1, 2025, Plaintiff issued a Private Administrative Settlement & Contract and accompanying notices of fiduciary appointment and interest to Rocket Mortgage LLC. Defendants failed to rebut said notices within the prescribed timeframe.

5. Rocket Mortgage LLC acknowledged the payoff of the mortgage loan on December 22, 2020, yet refused to disclose the loan pool number or CUSIP, and failed to reconvey or satisfy the deed of trust.

6. Plaintiff has reason to believe that the promissory note was unlawfully securitized and separated from the deed of trust, causing the implied trust to collapse and rendering the mortgage contract void due to lack of full disclosure and failure of consideration.

7. Defendants have not presented any verified claim or lawful documentation establishing superior interest in the property.

8. Plaintiff seeks to quiet title against all adverse claims and to establish that no other party holds lawful or enforceable interest in the property.

WHEREFORE, Plaintiff respectfully requests the Court to grant the following relief:

a. Enter judgment declaring that Plaintiff holds lawful, equitable, and superior title to the subject property;
b. Order that any claim of interest by Rocket Mortgage LLC, MERS, or any unknown party is null, void, and without legal effect;
c. Direct the recording of this judgment in the Wake County Register of Deeds;
d. Award $1,930,488.96 such further relief as the Court deems just and proper.

Respectfully submitted,

By: *Jehorek: Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice

### VERIFICATION

I, :Jehorek: Jason-Gerald, sui juris, being duly sworn, depose and say that I have read the foregoing Verified Complaint for Quiet Title and that the facts stated therein are true and correct to the best of my knowledge and belief.

EXHIBIT - 2



## NOTICE OF QUIET TITLE ACTION PENDING FINAL OPPORTUNITY TO CURE

Executed this 19th day of May , 2025.

By: : Jehorek: Jason-Gerald

:Jehorek: Jason-Gerald, sui juris

### NOTARY

County of Nash )

State of North Carolina ) ss

On this 19th day of May , 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

Signature of Notary Public: Brian H. Tomlinson
(Seal)

Brian H Tomlinsen
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 09, 2028

EXHIBIT - 2



# Certificate of Service

*Private Administrative Record*

**Principal Creditor:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

**To:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
Mortgage Account Number: ███████042
1050 Woodward Avenue
Detroit Michigan 48226

I, :Jehorek: Jason-Gerald, sui juris, hereby certify, affirm, and declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that on this _____ 19ᵗʰ day of ___May___, 2025, I served true, correct, and complete copies of the following documents by placing the same into a properly addressed envelope with prepaid Certified Mail postage and depositing said envelope with the United States Postal Service:

## Package 1 – Dated May 1ˢᵗ 2025

**Main Documents:**
- Private Administrative Settlement Offer – 1 page
- Table of Contents – 1 page
- Master Cover Letter – 2 pages
- Private Settlement Contract and Agreement – 3 pages + copy
- Notice of Fiduciary Appointment and Responsibility – 3 pages

**Exhibits:**
- Exhibit A – Violations, Liabilities, and Damages – 4 pages
- Exhibit B – Ledger of Damages – 3 pages
- Exhibit C – Private Administrative Fee Schedule – 3 pages
- Exhibit D – Applicable Laws & Cost – 6 pages

**Affidavits and Notices:**
- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages
- Affidavit of Life – 2 pages
- Affidavit of Ownership – 2 pages
- Affidavit of Trademark – 3 pages
- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1 page
- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page

**Attachments:**
- Copyright Certificate – 1 page
- North Carolina & Minnesota Assumed Name Certificate – 4 pages

Initial/Date 5 -19-25

EXHIBIT - 2



## Certificate of Service

- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

**Final Document:**
- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages

**Package 1 - Certified Mail Tracking Number: 9589 0710 5270 1899 5141 63**



**Package 2 - Certified Mail Tracking Number: 9589 0710 5270 1899 5142 31**

**May 19th 2025**

- FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT – 7 Pages
- NOTICE OF CLAIM, INTEREST, AND DEMAND FOR RECONVEYANCE – 3 pages
- Invoice for $965,244.40 – 1 page
- Constructive Trust – 1 page
- Notice of Quiet Title Action Pending Final Opportunity to Cure – 4 pages
- Certified Mail Tracking Numbers – 3 pages
- EXHIBIT A - AFFIDAVIT OF STATUS AND OWNERSHIP FOR GENERAL WARRANTY DEED – 1 page
- EXHIBIT B - RECORDED GENERAL WARRANTY DEED (with stamps) – 6 pages
- EXHIBIT C - SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY – 5 pages
- EXHIBIT D - AFFIDAVIT OF POST-DISCHARGE FRAUD AND DECLARATION OF NO FURTHER OBLIGATION – 2 pages

Initial/Date 5-19-25

EXHIBIT - 2



## Certificate of Service

Public officer Brian Tomlisaon will fill out forms with address.



Executed in good faith, without prejudice, all rights reserved.

Respectfully submitted,

by: :Jehorek: Jason-Gerald

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor

All Rights Reserved. UCC 1-308, Without Prejudice.

### NOTARY

County Nash                          )

                                     ) ss

State of North Carolina              )

On this 19th day of May, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: Brian H. Tomlinson

(Seal)

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date 5-19-25

EXHIBIT - 2

Jehonck
11937 Fairlie PL
Raleigh NC 27613



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Rocket Mortgage LLC Att Brian Brown
Street and Apt. No., or PO Box No.  1050 Woodward Avenue
City, State, ZIP+4®  Detroit Michigan 48226

PS Form 3800, January 2023   See Reverse for Instructions

Rocket Mortgage LLC
Att: Brian Brown - CFO
1050 Woodward Avenue
Detroit, Michigan 48226

EXHIBIT - 2



# EXHIBITS

---

- Exhibit A – Affidavit Of Status And Ownership For General Warranty Deed – 1 page

- Exhibit B – Recorded General Warranty Deed – 6 pages

- Exhibit C – Securitization Evidence & Mers Transfer History – 5 pages

- Exhibit D – Affidavit Of Post-Discharge Fraud And Declaration Of No Further Obligation – 2 pages

EXHIBIT - 2



# EXHIBIT A

## Affidavit Of Status And Ownership For General Warranty Deed

# 1 Pages

EXHIBIT - 2



## AFFIDAVIT OF STATUS AND OWNERSHIP FOR GENERAL WARRANTY DEED

# EXHIBIT A

I, :Jehorek: Jason-Gerald, sui juris, a competent man to testify, hereby affirm and declare under penalty of perjury, under the laws of the united states of America, that the following is true, correct, and complete to the best of my knowledge and belief:

1. I am the authorized representative, principal, and beneficial owner of the real property commonly known as 11937 Fairlie Pl., Raleigh, North Carolina 27613, as recorded in the Wake County Registry under Instrument No. B2019863PG0069, Book 019863, Page 00069 - 00071. **Attached Exhibit B:** RECORDED GENERAL WARRANTY DEED (with stamps).

2. I lawfully accepted and acknowledged the General Warranty Deed associated with said property, affixed lawful consideration in the form of U.S. revenue stamps totaling twenty-two dollars ($22.00) on the deed and one dollar ($1.00) on the attached property map, and caused the instrument to be recorded into the public record on May 7, 2025.

3. I am not a tenant, debtor, resident, or commercial transmitting utility, nor do I knowingly or willingly grant jurisdiction to any party not lawfully contracted with full disclosure and mutual consideration.

4. The mortgage contract originally associated with this property is now void and/or unenforceable by operation of law, due to failure of consideration, securitization of the note, and the resulting collapse of the implied trust relationship. I have not received full disclosure, and no lawful party has presented a verified claim in the chain of title superior to mine.

5. I reserve all rights to control, assign, transfer, or otherwise administer the above-described property, and this affidavit shall serve as lawful notice of my claim and status to all public and private parties, administrative agencies, and courts of competent jurisdiction.

Executed this **19** day of **May**, 2025.

By: _:Jehorek: Jason - Gerald_

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
All Rights Reserved. UCC 1-308, Without Prejudice.

---

### NOTARY

County **Nash** )
) ss
State of North Carolina )

On this **19th** day of **May**, 20**25** before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Brian H. Tomlinson_

> Brian H Tomlinson
> NOTARY PUBLIC
> Nash County, NC
> My Commission Expires September 06, 2028

Page 1 of 1



EXHIBIT - 2



# EXHIBIT B

## Recorded General Warranty Deed

# 1 Pages

EXHIBIT - 2



# RECORDED GENERAL WARRANTY DEED

# EXHIBIT B

### RECORDED GENERAL WARRANTY DEED (with stamps)

*(Annexed to Private Settlement Contract and Administrative Notices)*
**All Rights Reserved. UCC 1-308, UCC 1-103.6.**

**Register of Deeds**
Tammy L. Brunner
Wake County, NC
05/07/2025 02:51:22 PM
B: 019900 P: 00145  Pages: 6
SEE — SEE INSTRUMENT
Fee: $26.00
DOCUMENT #2025007746



**AFFIDAVIT OF ACKNOWLEDMENT**

**AND**

**ACCEPTANCE**

**JEHOREK, JASON-GERALD**

EXHIBIT - 2



# RECORDED GENERAL WARRANTY DEED



This affidavit is made to rebut any presumption that I do not hold full claim or interest in said property, and to establish my status as a lawful private grantor under contract, trust, and property law.

## 4. Declaration of Status

I reserve all rights to convey, assign, grant, or otherwise transfer lawful interest in the above-described property without third-party interference, regulation, or statutory encumbrance not expressly agreed to.

I affirm that this acknowledgment is made for the purpose of asserting, securing, and recording my lawful title and status prior to acting as Grantor in any conveyance of said property.

## 5. Notice

This affidavit is made under penalty of perjury, in accordance with 28 U.S.C. § 1746, and may be relied upon as evidence in any judicial, administrative, or public forum.

Executed this 6th day of May, 2025.

By: *Jehorek; Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal
All Rights Reserved. UCC 1-308, Without Prejudice.

**NOTARY ACKNOWLEDGMENT**

County Nash

State of North Carolina

) ss
)

On this 6 day of May, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: *Brian H. Tomlinson*

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 09, 2028

Initial/Date 5-6-25

Page 2 of 2

EXHIBIT - 2



# RECORDED GENERAL WARRANTY DEED

BK019863PG00070

## General Warranty Deed

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

Subject to Ad valorem taxes for the current year;
Easements, Rights of Way and Restrictions which may appear of record;
General Utility Easements of record;
Restrictive and Protective Covenants of record and any Amendments thereto.

IN WITNESS WHEREOF, the Grantor has hereunto set their hand and seal the day and year first above written.

Grantor(s):

Signature: _____   Signature _____
Print Name: Jason Jehorek            Print Name: Anna Maire Jehorek
Title: Owner, Grantor, Authorized User   Title: Owner, Grantor, Authorized User

STATE OF NORTH CAROLINA
COUNTY OF Wake

I, the undersigned Notary Public, do hereby certify that Jason Jehorek and Anna Marie Jehorek, personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this 27th day of March, 2025.

Notary Public Signature: _____

Notary Public Name: _Nathaniel Lentz_

My Commission Expires: _8/6/29_

Acknowledge and
Accepted by:
_Jeh...Jason..._
5-6-

NATHANIEL LENTZ
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 8-6-2029

EXHIBIT - 2



# RECORDED GENERAL WARRANTY DEED

BK019863PG00069

*Prepared by* Jason Jehorek         *Attachments*

## General Warranty Deed

THIS DEED is made this 27ᵗʰ day of March, 2025, by and between:

*Return to:* Grantor: JASON JEHOREK and his wife, ANNA MARIE JEHOREK
Address: 11937 Fairlie PL
City, State, Zip: Raleigh North Carolina 27613

AND

Grantee: Fairlie Pleasant Home
Address: 11937 Fairlie PL
City, State, Zip: Raleigh North Carolina 27613

WAKE COUNTY, NC  27
TAMMY L. BRUNNER
REGISTER OF DEEDS
PRESENTED & RECORDED ON
03/27/2025 13:52:53

BOOK:019863 PAGE:00069 - 00071

TO HAVE AND TO HOLD the said premises, with all the rights, members, and appurtenances thereunto belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of the Grantee, their heirs and assigns forever.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land and more particularly described as follows:

BEING all of Lot 251, The Glen at Harrington Grove, Section 1, Tract D-1, Subdivision recorded in Map Book 1989, at Page 1401, Wake County Registry.

Deed Book: 015185
Page Number: 01980 – 01983
Tax Map No: 0177230
Excise Tax 0
All or a portion of the property hereinabove described was acquired by Grantor by Instrument recorded in Book 11242. Page 2505 . Wake County Registry.

A map showing the above-described property is recorded in Plat Book 1989 , Page 1401 , and referenced within this instrument.

The above-described property  X  does  ___  does not include the primary residence of the Grantor.

**Acknowledge and Accepted by:**
Page 1 of 2





EXHIBIT - 2



# RECORDED GENERAL WARRANTY DEED



EXHIBIT - 2



# EXHIBIT C

## Securitization Evidence & Mers Transfer History

# 5 Pages

EXHIBIT - 2



## SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY

# EXHIBIT C

This exhibit is reserved for evidence that the mortgage note associated with the property located at 11937 Fairlie Pl., Raleigh, North Carolina 27613 was securitized, transferred, pooled, or otherwise separated from the corresponding Deed of Trust. Such evidence may include records from the Mortgage Electronic Registration Systems (MERS), SEC filings of REMIC trusts, or assignment timelines showing changes in servicer or beneficiary.

**Property Context**

- Location: The Glen at Harrington Grove, Wake County, North Carolina.
- Legal Description: Lot 251, Section 1, Tract D-1, recorded in Map Book 1989, Page 1401, Wake County Registry.
- Public Records: Mortgage-related documents (deeds of trust, assignments, satisfactions) for this property are maintained by the Wake County Register of Deeds.

**Mortgage Loan Details Recap**

1. **First Mortgage:**
   - **Company:** SWBC Mortgage Corporation
   - **Date Created:** March 15, 2013
   - **Original Loan Amount:** $205,000
   - **Loan Number:** ████████087214
2. **First Refinanced Mortgage:**
   - **Company:** Quicken Loans
   - **Date Created:** November 4, 2017
   - **Original Loan Amount:** $236,800
   - **Loan Number:** ██████222
3. **Second Refinanced Mortgage:**
   - **Company:** Rocket Mortgage
   - **Date Created:** December 22, 2020
   - **Original Loan Amount:** $232,200
   - **Loan Number:** ██████042



**MERS Lookup Results:**

Case 5:25-cv-00558-D-BM     Document 11-4     Filed 01/27/26     Page 34 of 41

EXHIBIT - 2



# SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY



EXHIBIT - 2



# SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY

## MERS' ServicerID

### Investor

Select borrower type and enter borrower information to see Investor for MIN 1000390-3390893042-7.

◉ Investor for Individual Borrower

Your entries may be either upper or lower case.

Fields marked * are required.

| Last Name* | SSN* | |
|---|---|---|
| Jehorek | | |

☐ By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS' System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer. *

[ Submit ]

○ Investor for Corporation/Non-Person Entity Borrower

**Servicer: Rocket Mortgage, LLC**
      **Detroit, MI**

**Phone: (800) 508-0944**

**Investor: Fannie Mae**

[ Close Window ]

EXHIBIT - 2



# SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY



**Fannie Mae Lookup Tool:**



Case 5:25-cv-00558-D-BM    Document 11-4    Filed 01/27/26    Page 37 of 41

EXHIBIT - 2



# SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY

SEC Trust Filings (Insert Screenshot or Text Below):
**"Documents to follow"**

[Insert REMIC trust name, CIK number, prospectus link or screen capture]
**"Documents to follow"**

## Assignment Timeline:

- **Original Lender:** _ SWBC Mortgage Corporation
  *(SWBC was the originator of the first mortgage on March 15, 2013.)*
- **First Transfer to:** Quicken Loans Inc.
  *(The loan was refinanced by Quicken Loans on November 4, 2017.)*
- **Subsequent Assignment(s):** Rocket Mortgage LLC
  *(Rocket Mortgage acquired Quicken Loans' servicing rights after brand transition.)*
- **Current Claimed Servicer:** Rocket Mortgage LLC
  *(The loan was refinanced by Rocket Mortgage on December 22, 2020.)*

**Note:** "Unknown third-party assignees, possibly via MERS or REMIC trust structure. No public disclosure or lawful consideration provided by successor holders."

### Legal Relevance:
Pursuant to UCC §9-203(b) and §3-301, a party may not enforce a mortgage instrument unless they are a holder in due course and have provided value. When a note is securitized or assigned without proper disclosure, the security instrument (Deed of Trust) may become unenforceable, severed from the note, or void due to failure of consideration and trust collapse. Any party claiming enforcement rights must show a complete and unbroken chain of title with proof of lawful consideration.

EXHIBIT - 2



# EXHIBIT D

## Affidavit Of Post-Discharge Fraud And Declaration Of No Further Obligation

# 2 Pages

EXHIBIT - 2



## AFFIDAVIT OF POST-DISCHARGE FRAUD AND DECLARATION OF NO FURTHER OBLIGATION

# EXHIBIT D

Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]
Date: May 16, 2025

I, :Jehorek: Jason-Gerald, sui juris, a competent man and Authorized Representative, do solemnly affirm under the laws of the united states of America that the following statements are true, correct, and complete to the best of my knowledge and belief:

1. I am the equitable titleholder and lawful owner of the real property located at 11937 Fairlie Pl., Raleigh, NC 27613, as recorded in the Wake County Register of Deeds under Instrument No. BK019863PG00069, Book 019863, Page 00069 - 00071.

2. On May 12, 2025, I received written correspondence from Rocket Mortgage LLC, wherein they expressly stated that my loan account (No. 3390893042) was paid in full on December 22, 2020, and that Rocket Mortgage is no longer the servicer and no longer holds any vested interest in the property.

3. Despite this written admission of payoff and non-interest, Rocket Mortgage has accepted or demanded further payments after the date of discharge, without providing full disclosure or reconveyance of the security instrument.

4. These actions constitute post-discharge collection activity, deception, and unauthorized commercial use of private property, violating the Fair Debt Collection Practices Act (15 U.S.C. § 1692e), Truth in Lending Act (15 U.S.C. § 1601 et seq.), Uniform Commercial Code § 3-301 and § 9-203(b), 18 U.S.C. § 1581 & § 1584 – Involuntary Servitude / Debt Bondage, Gramm-Leach-Bliley Act – Public Law 106–102 and other applicable laws.

5. Rocket Mortgage failed to respond point-for-point to my Private Administrative Settlement & Contract dated May 1, 2025, and refused to provide disclosure of securitization data including the loan pool number and CUSIP, establishing administrative default and estoppel.

6. Based on their admission of discharge and failure to rebut lawful notice, I declare there is no further obligation owed to Rocket Mortgage LLC or its affiliates, and I hereby reject any attempt to enforce, collect, or reassert a lien under the voided mortgage instrument.

7. A copy of Rocket Mortgage's May 12, 2025 response letter is annexed hereto as Exhibit C for reference and evidentiary support.

I affirm that this affidavit is submitted in good faith, in honor, and in truth, reserving all rights and remedies under public and commercial law.

EXHIBIT - 2



# AFFIDAVIT OF POST-DISCHARGE FRAUD AND DECLARATION OF NO FURTHER OBLIGATION

By: *:Jchorek: Jason -Gerald*

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor

All Rights Reserved. UCC 1-308, Without Prejudice

## NOTARY

County of *Nash* )

State of North Carolina ) ss

On this 19th day of *May*, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

Signature of Notary Public: *Brian H. Tomlinson*

> Brian H Tomlinson
> NOTARY PUBLIC
> Nash County, NC
> My Commission Expires September 06, 2028

Rocket Mortgage Letter date May 12, 2025.

---

## ⌂Rocket Mortgage

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

Re:    Loan no. 3390893042

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws. In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

Page 1 of 1

---