EXHIBIT - 3

# EXHIBIT 3

**PACKAGE 3 – Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor**

**Recipient:** Rocket Mortgage, LLC
**Date Sent:** June 04, 2025
**Service:** USPS Certified / Priority Mail
**USPS Tracking No.:** 9589 0710 5270 1899 5143 23

## CLAIM ASSERTED

Rocket Mortgage failed to rebut, cure, or respond to Packages 1 and 2 within the stated timeframes, resulting in an administrative default by non-response, dishonor, and escalation of liability, including a doubled monetary claim.

## Documents Included:

1. FINAL OPPORTUNITY BEFORE LEGAL ENFORCEMENT

   Invoice No.: 1011
   Invoice Date: June 04, 2025
   Total Amount Due: **$1,930,488.96**

2. **Package 3 Exhibits:**

   - **Exhibit A:** Affidavit of Certificate of Service documenting timely delivery of Administrative Packages 1, 2 and now 3, including Certified Mail tracking numbers and full index of enclosed contents.
   - **Exhibit B:** Updated Invoice #1011 in the amount of $1,930,488.96 reflecting doubled penalties pursuant to failure to cure or rebut as per the May 1,2025 Contract.
   - **Exhibit C:** Notice Of Non-Response, Contractual Default, And Final Administrative Demand sent to: Copies of Package 1,2 and 3.
     - Vanin Krishna - Chief Executive Officer
     - Jay Bray - President & CEO, Rocket Mortgage
     - Bill Emerson - President, Rocket Companies
     - Jeff Morganroth, Chief Legal Officer
   - **Exhibit D:** Communication with Moe Bazzi for Pool #, CUSIP, Date Sold to Fannie Mae.
   - **Exhibit E:** Constructive Trust Declaration
   - **Exhibit F:** LEGAL SUPPORT: Restatement (Third) of Property: Mortgages § 6.4
   - **Exhibit G:** Verification Request - Signatory Identity of Eric Ferguson and Ashley Smith

EXHIBIT - 3



# Package 3

### Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor and sent on June 5th 2025.

**Certified Mail #: 9589 0710 5270 1899 5143 23 sent June 5th 2025**

EXHIBIT - 3



## FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE

This notice is issued individually to the following parties; each of whom was previously served with private administrative presentments and settlement offers:

**Varun Krishna,** Chief Executive Officer
**Jay Bray,** President & CEO
**Bill Emerson,** President
**Jeff Morganroth,** Chief Legal Officer
**Brian Brown,** Chief Financial Officer
**Eric Ferguson,** Vice President
**Ashley Smith,** Capture Manager
**Moe Bazzi,** Servicing Escalation Specialist

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

**Certified Mail #:** 9589 0710 5270 1899 5143 23
**Date:** June 4th 2025

**From:**
:Jehorek: Jason-Gerald; sui juris
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

Rocket Mortgage No. ▮▮▮▮042
**Claimed Amount: $1,930,488.96**

Notice of Default-by-Non-Rebuttal

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

Dear **Brian Brown, CFO**

## BACKGROUND AND PREVIOUS NOTICES

This Notice is issued in response to Rocket Mortgage LLC's failure to cure or rebut the demands and disclosures outlined in Administrative Package 1 (dated May 5, 2025 – See Exhibit A-1) and Enforcement Package 2 (dated May 23, 2025 – See Exhibit A-2), both of which were delivered and received by your office in due course. These packages included sworn affidavits, lawful invoices, securitization records, statutory demands, and time-bound settlement opportunities. You were given full opportunity to respond, dispute, or cure pursuant to lawful process and principles of good faith commerce.

To date, your only reply has been limited to a copy of the original loan application and promissory note, which confirmed the note was settled in 2020. However, Rocket Mortgage continued to send billing statements. This response neither constitutes a rebuttal nor satisfies your obligations to disclose the Fannie Mae Pool Number, CUSIP, assignment date, or reconvey legal title. These omissions are deemed willful, and constitute a dishonor of offer, commercial default, and tacit acquiescence to all terms previously stated.

Case 5:25-cv-00558-D-BM    Document 11-5    Filed 01/27/26    Page 3 of 41

EXHIBIT - 3



## FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE

Your silence and partial disclosure confirm liability under: Truth in Lending Act [15 U.S.C. § 1601 et seq.], Uniform Commercial Code §§ 1-308, 3-305, 3-501, and the Restatement (Third) of Property: Mortgages § 6.4. You have failed to prove holder-in-due-course status or lawful enforcement authority over the discharged instrument.

You are hereby notified that this constitutes a FINAL AFFIDAVIT OF DISHONOR. Enforcement remedies including lien recording, Quiet Title action, and referral to appropriate criminal and regulatory agencies shall now proceed without further notice.

As a direct consequence of your continued failure to respond or cure the commercial default, the outstanding obligation has now doubled to $1,930,488.96. A copy of this updated invoice will be formally provided and enforced. Your refusal to act in honor, coupled with your non-disclosure of material information and failure to settle per prior notices, triggers this lawful escalation per the terms set forth in the administrative fee schedule included in prior packages.

## NOTICE OF CONSTRUCTIVE TRUST ENFORCEMENT OVER SECURITIZED INSTRUMENT PROCEEDS

It is hereby declared that all current and future investment proceeds, profits, dividends, or benefits derived from the securitized mortgage note sold or assigned to Fannie Mae shall be lawfully assigned and directed to Jehorek Jason-Gerald, the principal creditor and holder of superior interest. As the original source of value and signatory to the promissory note, Jason Jehorek maintains the equitable and beneficial entitlement to any revenue or gain derived from the unauthorized monetization of said instrument. Furthermore, full disclosure is demanded of the Fannie Mae Pool Number, CUSIP Number, and the exact date of sale or assignment. These disclosures are required under the Truth in Lending Act, [15 U.S.C. § 1638(f)], and the Dodd-Frank Wall Street Reform and Consumer Protection Act, [Public Law 111-203, § 1031 and § 1036]. Non-disclosure constitutes constructive fraud and unjust enrichment.

This Final Notice incorporates and reaffirms all provisions outlined in Package 3, which includes the Constructive Trust Declaration, Updated Invoice, and Notice of Claim, Interest, and Demand for Reconveyance.

## ENFORCEMENT REMEDIES AND TIMELINE

Failure to remit the updated invoice in the amount of $1,930,488.96 (Exhibit B), or enter into lawful settlement within seven (7) days, shall result in the following without further notice:
1. UCC Financing Statement filing
2. Recording of lien interest
3. Filing of Quiet Title action
4. Referrals to the FBI, U.S. Treasury CID, CFPB, IRS Whistleblower, and OCC
5. Criminal referral to the U.S. Attorney's Office under 18 U.S.C. §§ 1341, 1343, 1349; and 15 U.S.C. § 1692e

EXHIBIT - 3



## FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE

**YOU ARE HEREBY GIVEN SEVEN (7) business days from the date of your receipt of this Notice to cure your fault by:**

1. Issuing a point-by-point rebuttal to each term in the May 19, 2025 Contract;
2. Accepting full settlement and releasing all claims on the property titled under the Jehorek Trust;
3. Remitting payment or discharge in the amount of **$1,930,488.96** doubled from package 2 non-response;
4. Ceasing any further adverse action or correspondence against :Jehorek: Jason-Gerald.
5. Verification Request – Signatory Identity of Eric Ferguson and Ashley Smith see Exhibit G

**Ashley Smith (Verification)**




**Eric Ferguson (Verification)**



Failure to respond will result in the issuance of a **Certificate of Non-Response** and **Final Affidavit of Status and Estoppel by Acquiescence**, irrevocably binding your organization and its agents.

This Notice shall serve as part of the permanent administrative record and may be recorded with the County Clerk and other public offices.

## SUPPORTING EXHIBITS

Attached hereto and incorporated by reference:

- **Exhibit A:** Affidavit of Certificate of Service documenting timely delivery of Administrative Packages 1, 2 and now 3, including Certified Mail tracking numbers and full index of enclosed contents.
- **Exhibit B:** Updated Invoice #1011 in the amount of $1,930,488.96 reflecting doubled penalties pursuant to failure to cure or rebut as per the May 1, 2025 Contract.
- **Exhibit C:** Notice Of Non-Response, Contractual Default, And Final Administrative Demand sent to: Copies of Package 1, 2 and 3.
  - Varun Krishna – Chief Executive Officer
  - Jay Bray – President & CEO, Rocket Mortgage
  - Bill Emerson – President, Rocket Companies
  - Jeff Morganroth, Chief Legal Officer
- **Exhibit D:** Communication with Moe Bazzi for Pool #, CUSIP, Date Sold to Fannie Mae.
- **Exhibit E:** Constructive Trust Declaration
- **Exhibit F:** LEGAL SUPPORT: Restatement (Third) of Property: Mortgages § 6.4
- **Exhibit G:** Verification Request - Signatory Identity of Eric Ferguson and Ashley Smith

This Notice constitutes the lawful enforcement of a binding private administrative contract under the Uniform Commercial Code [UCC §§ 1-103, 1-308, and 3-501], commercial estoppel, and maxims of equity. The claim has been perfected through non-rebuttal, default, and dishonor. All

EXHIBIT - 3



## FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE

enforcement actions follow proper notice and opportunity to cure, as evidenced by Exhibit A.

As Rocket Mortgage has continued to receive benefits from the unauthorized securitization of the undersigned's credit, all such proceeds are now subject to a Constructive Trust in favor of :Jehorek: Jason-Gerald. This includes servicing fees, residuals, securitization profits, or proceeds from the instrument conveyed to Fannie Mae. Any attempt to retain or conceal these funds constitutes conversion and breach of equitable duty.

This document, and all referenced exhibits, may be recorded as part of the lawful record with the Wake County Register of Deeds or Secretary of State as evidence of final non-performance, dishonor, and estoppel.

Respectfully submitted in good faith,

Autograph: _Jehorek Jason-Gerald_
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative /
Grantor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

### CERTIFICATE OF SERVICE

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June, 2025.

Signature: _Brian H. Tomlinson_

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

EXHIBIT - 3

# INVOICE

**DATE:** 6/04/2025
**INVOICE #:** 1011

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account 042"

**Reason for Invoice:**
This invoice reflects the second notice of damages for continued failure to cure or respond, pursuant to the administrative fee schedule. All line items from Invoice #1010 have been lawfully doubled per terms of contract and dishonor procedures.

This invoice references and builds upon Invoice #1010, dated May 16, 2025. As no full cure or lawful rebuttal was received within the prescribed time frame, all fees have been applied again in accordance with your prior notice.

This amount reflects damages due for breach of fiduciary duty, constructive fraud, unjust enrichment, and failure to disclose material facts, enforceable under:
- Truth in Lending Act [15 U.S.C. § 1601 et seq.]
- 18 U.S.C. § 1341 (Mail Fraud)
- 18 U.S.C. § 1349 (Conspiracy to Commit Fraud)
- UCC §§ 1-308, 3-305, 9-203(b)
- Restatement (Third) of Property: Mortgages § 6.4

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 48 | Fraudulent Post-discharge payments made after December 22, 2020 | $1,359.26 | $65,244.48 |
| 1 | Unjust enrichment for unlawful securitization of note | $250,000.00 | $250,000.00 |
| 1 | Emotional distress, duress, and reputational damage | $100,000.00 | $100,000.00 |
| 1 | Administrative processing, private enforcement, affidavit time | $50,000.00 | $50,000.00 |
| 1 | Improper use of signature/estate as financial instrument without contract | $500,000.00 | $500,000.00 |
| | **SUBTOTAL (ORIGINAL INVOICE)** | | **$965,244.48** |
| | **PENALTY FOR NON-CURE (INVOICE #1010 MULTIPLIED X2)** | | **X2** |
| | **TOTAL DUE** | | **$1,930,488.96** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek,** and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

EXHIBIT - 3



# EXHIBITs

> **Exhibit A**: Affidavit of Certificate of Service documenting timely delivery of Administrative Packages 1, 2 and now 3, including Certified Mail tracking numbers and full index of enclosed contents.

> **Exhibit B**: Updated Invoice #1011 in the amount of $1,930,488.96 reflecting doubled penalties pursuant to failure to cure or rebut as per the May 1, 2025 Contract.

> **Exhibit C**: Notice Of Non-Response, Contractual Default, And Final Administrative Demand *(Sent to: Copies of Package 1, 2 and 3).*
> - o Varun Krishna – Chief Executive Officer
> - o Jay Bray – President & CEO, Rocket Mortgage
> - o Bill Emerson – President, Rocket Companies
> - o Jeff Morganroth, Chief Legal Officer

EXHIBIT - 3



# EXHIBIT - A

## 5 Pages

EXHIBIT - 3



## AFFIDAVIT CERTIFICATE OF SERVICE

# EXHIBIT A

### *Private Administrative Record*

**Principal Creditor:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]

**To:**
Rocket Mortgage LLC
ATT: **Varun Krishna,** Chief Executive Officer
ATT: **Jay Bray,** President & CEO
ATT: **Bill Emerson,** President
ATT: **Jeff Morganroth,** Chief Legal Officer
ATT: **Brian Brown,** Chief Financial Officer
ATT: **Eric Ferguson,** Vice President
ATT: **Ashley Smith,** Capture Manager
ATT: **Moe Bazzi,** Servicing Escalation Specialist
Mortgage Account Number: 3390893042
1050 Woodward Avenue
Detroit Michigan 48226

I, :Jehorek: Jason-Gerald, sui juris, hereby certify, affirm, and declare under penalty of perjury under the laws of the United States of America (28 U.S.C. § 1746) that on this _____ _____ day of_____, 2025, I served true, correct, and complete copies of the following documents by placing the same into a properly addressed envelope with prepaid Certified Mail postage and depositing said envelope with the United States Postal Service:

**Package 1 – Dated May 1ˢᵗ 2025 sent to Rocket Mortgage:**

**Initial Private Administrative Presentment,** served via **Certified Mail # 9589 0710 5270 1899 514163** and received on May 5ᵗʰ, 2025.

Tracking Number:
9589071052701899514163
Copy   Add to Informed Delivery

Latest Update
Your item was delivered to the front desk, reception area, or mail room at 6:22 am on May 5, 2025 in DETROIT, MI 48220.

☑ Delivered
Delivered, Front Desk/Reception/Mail Room
DETROIT, MI 48226
May 5, 2025, 6:22 am
See All Tracking History

Get More Out of USPS Tracking:
USPS Tracking Plus®

What Do USPS Tracking Statuses Mean?

## Package 1 Document Contained:

**Main Documents:**
- Private Administrative Settlement Offer – 1 page
- Table of Contents – 1 page
- Master Cover Letter – 2 pages
- Private Settlement Contract and Agreement – 3 pages + copy
- Notice of Fiduciary Appointment and Responsibility – 3 pages

Initial/Date 6-5-25

Page 1 of 6

EXHIBIT - 3



## AFFIDAVIT CERTIFICATE OF SERVICE

**Exhibits:**
- Exhibit A – Violations, Liabilities, and Damages – 4 pages
- Exhibit B – Ledger of Damages – 3 pages
- Exhibit C – Private Administrative Fee Schedule – 3 pages
- Exhibit D – Applicable Laws & Cost – 6 pages

**Affidavits and Notices:**
- Affidavit of Authority and Notice of Power of Attorney-in-Fact – 2 pages
- Affidavit of Life – 2 pages
- Affidavit of Ownership – 2 pages
- Affidavit of Trademark – 3 pages
- IRS Form 56-F Notice Concerning Fiduciary Relationship – 1 page
- OMB Beneficial Ownership Disclosure Notice (FinCEN) – 1 page

**Attachments:**
- Copyright Certificate – 1 page
- North Carolina & Minnesota Assumed Name Certificate – 4 pages
- IRS Forms 1099-A, 1099-B and 1099-OID Forms Filed – 1 page

**Final Document:**
- Durable Power of Attorney – 7 pages
- Notice of Intent – Fee Schedule – 12 pages
- Certificate of Service (Signed) – 2 pages



**Package 2 - Certified Mail Tracking Number: 9589 0710 5270 1899 5142 31 sent on May 19th 2025**

**Delivered - Second Private Administrative Settlement and Contract, on May 23rd, 2025 via Certified Mail #: 9589 0710 52701899 5142 31**

Initial/Date 6-5-25

Page 2 of 6

EXHIBIT - 3



## AFFIDAVIT CERTIFICATE OF SERVICE

**Tracking Number:**
**9589071052701899514231**

Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to an individual at the address at 6:48 am on May 23, 2025 in DETROIT, MI 48226.

**Delivered**
Delivered, Left with Individual
DETROIT, MI 48226
May 23, 2025, 8:48 am

See All Tracking History

**Get More Out of USPS Tracking:**
USPS Tracking Plus

What Do USPS Tracking Statuses Mean?

## Package 2 Document Contained:

1) FINAL ENFORCEMENT NOTICE TO CFO – CRIMINAL LIABILITY AND DEMAND FOR SETTLEMENT – 7 Pages
2) NOTICE OF CLAIM, INTEREST, AND DEMAND FOR RECONVEYANCE – 3 pages
3) Invoice for $965,244.40 – 1 page
4) Constructive Trust – 1 page
5) Notice of Quiet Title Action Pending Final Opportunity to Cure – 4 pages
6) Certified Mail Tracking Numbers – 3 pages
7) EXHIBITs
   - EXHIBIT A - AFFIDAVIT OF STATUS AND OWNERSHIP FOR GENERAL WARRANTY DEED – 1 page
   - EXHIBIT B - RECORDED GENERAL WARRANTY DEED (with stamps) – 6 pages
   - EXHIBIT C - SECURITIZATION EVIDENCE & MERS TRANSFER HISTORY – 5 pages
   - EXHIBIT D - AFFIDAVIT OF POST-DISCHARGE FRAUD AND DECLARATION OF NO FURTHER OBLIGATION – 2 pages

Package 3 - Certified Mail #: 9589 0710 5270 1899 5143 23 sent June 5th 2025.

## Package 3 Document Contained:

1) FINAL NOTICE OF NON-RESPONSE, DEFAULT, AND AFFIDAVIT OF DISHONORCURE
2) INVOICE for $1,930,488.96
3) EXHIBITS
   - EXHIBIT - A - AFFIDAVIT Certificate of Service (Signed)
   - EXHIBIT - B - INVOICE-TO-ROCKET_FOR DAMAGES
   - EXHIBIT - C - Notice Of Non-Response, Contractual Default, And Final Administrative Demand sent to: Copies of Package 1, 2 and 3.- Bill, Jay, Varun
   - Exhibit D: Communication with Moe Bazzi for Pool #, CUSIP, Date Sold to Fannie Mae.
   - EXHIBIT – E - Constructive Trust Declaration
   - EXHIBIT – F - LEGAL SUPPORT: Restatement (Third) of Property: Mortgages § 6.4

Initial/Date **6-5-25**

EXHIBIT - 3



## AFFIDAVIT CERTIFICATE OF SERVICE



## Sending Package 1, 2 and 3 to the following:

To: Varun Krishna, Chief Executive Officer (Certified Mail #: 9589 0710 5270 1899 5143 30)



To: Jay Bray, President & CEO (Certified Mail #: 9589 0710 5270 1899 5143 48)



Initial/Date 6-5-25

Page 4 of 6

EXHIBIT - 3



## AFFIDAVIT CERTIFICATE OF SERVICE

**To: Bill Emerson,** President (**Certified Mail #:** 9589 0710 5270 1899 5143 55)

**To: Jeff Morganroth,** Chief Legal Officer (**Certified Mail #:** 9589 0710 5270 1899 5142 62)

**To: Moe Bazzi,** Servicing Escalation Specialist
I could not find an address to send to Moe Bazzi so I emailed him the package 1,2 and 3 with PDFs.

**To: Ashley Smith,** Capture Manager
I could not find an or even if there is an Ashley Smith that even worked at Rocket Mortgage?

**To: Eric Ferguson,** Vice President
I could not find any address for Eric or even if Eric ever worked at Rocket Mortgage?

Initial/Date 6-5-25

Page 5 of 6

EXHIBIT - 3



# AFFIDAVIT CERTIFICATE OF SERVICE

Executed in good faith, without prejudice, all rights reserved.

Autograph: *Jehorek Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized
Representative / Grantor / Creditor
Beneficiary
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

## NOTARY

County __Nash__                                    )

                                                   ) ss

State of North Carolina                            )

On this 5th day of __June__, 2025, before me, the undersigned Notary Public, personally appeared :Jehorek: Jason-Gerald., known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: *Brian H. Tomlinson*

(Seal)

Brian H Tomlinson
NOTARY PUBLIC,
Nash County, NC
My Commission Expires September 06, 2028

Initial/Date 6-5-25

EXHIBIT - 3



# EXHIBIT – B

# 1 Pages

EXHIBIT - 3



**EXHIBIT B**

# INVOICE

**DATE:** 6/04/2025
**INVOICE #:** 1011

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account ███████3042"

**Reason for Invoice:**
This invoice reflects the second notice of damages for continued failure to cure or respond, pursuant to the administrative fee schedule. All line items from Invoice #1010 have been lawfully doubled per terms of contract and dishonor procedures.

This invoice references and builds upon Invoice #1010, dated May 16, 2025. As no full cure or lawful rebuttal was received within the prescribed time frame, all fees have been applied again in accordance with your prior notice.

This amount reflects damages due for breach of fiduciary duty, constructive fraud, unjust enrichment, and failure to disclose material facts, enforceable under:
- Truth in Lending Act [15 U.S.C. § 1601 et seq.]
- 18 U.S.C. § 1341 (Mail Fraud)
- 18 U.S.C. § 1349 (Conspiracy to Commit Fraud)
- UCC §§ 1-308, 3-305, 9-203(b)
- Restatement (Third) of Property: Mortgages § 6.4

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 48 | Fraudulent Post-discharge payments made after December 22, 2020 | $1,359.26 | $65,244.48 |
| 1 | Unjust enrichment for unlawful securitization of note | $250,000.00 | $250,000.00 |
| 1 | Emotional distress, duress, and reputational damage | $100,000.00 | $100,000.00 |
| 1 | Administrative processing, private enforcement, affidavit time | $50,000.00 | $50,000.00 |
| 1 | Improper use of signature/estate as financial instrument without contract | $500,000.00 | $500,000.00 |
| | **SUBTOTAL (ORIGINAL INVOICE)** | | **$965,244.48** |
| | **PENALTY FOR NON-CURE (INVOICE #1010 MULTIPLIED X2)** | | **X2** |
| | **TOTAL DUE** | | **$1,930,488.96** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek,** and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

EXHIBIT - 3



# EXHIBIT - C

# 2 Pages

EXHIBIT - 3



**NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND**

# EXHIBIT C:

Notice Of Non-Response, Contractual Default, And Final Administrative Demand sent to:
Copies of Package 1, 2 and 3.

**Varun Krishna**
Chief Executive Officer, Rocket Companies
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226
Certified Mail #: 9589 0710 5270 1899 5143 30

**Jay Bray**
President & CEO, Rocket Mortgage
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226
Certified Mail #: 9589 0710 5270 1899 5143 48

**Bill Emerson**
President, Rocket Companies
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226
Certified Mail #: 9589 0710 5270 1899 5143 55

**Jeff Morganroth,**
Chief Legal Officer
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226
Certified Mail #: 9589 0710 5270 1899 5142 62

**Date:** June 4th 2025

Dear Bill, Jay, Jeff and Varun,

This letter serves as your formal and personal notice that you are now individually and officially bound to the terms, liabilities, and demands outlined in the following documents, enclosed herewith as part of the Final Administrative Enforcement process regarding mortgage account activity involving the property at 11937 Fairlie Pl., Raleigh, NC 27613.

You are receiving this correspondence in your capacity as a fiduciary officer with executive responsibility and personal liability under federal law, including 18 U.S.C. §§ 2, 1341, 1346, 1349, and under Title 15 U.S.C. §§ 1601 et seq (TILA), as well as Public Law 111-203 (Dodd-Frank Act). You are also liable under commercial principles and equity, including failure to act in honor, gross negligence, fraud by omission, and breach of fiduciary duty.

Enclosed and hereby incorporated by reference:

- Package 1: Contract and Private Administrative Settlement dated May 1, 2025
- Package 2: Notice of Non-Payment, Invoice, and Securitization Evidence (EXHIBIT C)
- Package 3: Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor

EXHIBIT - 3



## NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

The current amount invoiced is $1,930,488.96, enforceable under administrative law, common law, and commercial contract. If not cured within the stated timeframe, further penalties and liens may be recorded against Rocket Mortgage, its agents, and corporate officers named herein.

You are now required to:

- Comply with the Demand for Reconveyance;
- Provide full disclosure of Pool Number, CUSIP Number, and Date of Sale to Fannie Mae, as originally requested in Package 2;
- Redirect all current and future investment proceeds derived from the securitized mortgage note to Jason Jehorek, as the principal creditor, pursuant to the Constructive Trust provisions of Package 2;
- Satisfy the outstanding invoice to avoid escalation and lien filings.

Failure to cure or rebut these notices within the prescribed timeframe will result in:

- Affidavit of Default;
- Recording of Lien and UCC-1 filings;
- Criminal referrals to the FBI, U.S. Treasury CID, CFPB, and OCC.

**You are now on formal and legal notice.**

Respectfully submitted in good faith,

Autograph: *Jehorek Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor
/ Creditor Beneficiary
For: ⁰JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

**CERTIFICATE OF SERVICE**

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June , 2025.

Signature: Brian H. Tomlinson

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

EXHIBIT - 3



# EXHIBITs

- ➤ **Exhibit D:** Communication with Moe Bazzi for Pool #, CUSIP, Date Sold to Fannie Mae.
- ➤ **Exhibit E:** Constructive Trust Declaration
- ➤ **Exhibit F:** LEGAL SUPPORT: Restatement (Third) of Property: Mortgages § 6.4
- ➤ **Exhibit G:** Verification Request - Signatory Identity of Eric Ferguson and Ashley Smith

EXHIBIT - 3



# EXHIBIT - D

## 3 Pages

EXHIBIT - 3



**Communication with Moe Bazzi for Pool #, CUSIP, Date Sold To Fannie Mae**

# EXHIBIT D

May 9th 2025



May 12th 2025



May 13th 2025



EXHIBIT - 3



## Communication with Moe Bazzi for Pool #, CUSIP, Date Sold To Fannie Mae

**May 14th 2025**



**May 16th 2025**



**May 19th 2025**



**May 22nd 2025**



EXHIBIT - 3



## Communication with Moe Bazzi for Pool #, CUSIP, Date Sold To Fannie Mae

**May 23rd 2025**



**May 27th 2025**



**May 29th 2025**



**As of today June 4th no response from Moe Bazzi to my request.**

EXHIBIT - 3



# EXHIBIT - E

# 1 Pages

EXHIBIT - 3



## CONSTRUCTIVE TRUST DECLARATION

# EXHIBIT E

This Constructive Trust Declaration is submitted as Exhibit E in support of the Final Enforcement Notice issued to Rocket Mortgage LLC and Mortgage Electronic Registration Systems, Inc. (MERS), and serves as a legal and equitable claim over proceeds, rights, and interests derived from the unauthorized securitization of the mortgage note originally associated with the property located at 11937 Fairlie Pl., Raleigh, NC 27613.

Due to the fraudulent or negligent monetization of the promissory note without full disclosure, consent, or lawful authority, a Constructive Trust is hereby imposed over all present and future investment proceeds, servicing rights, dividends, profits, or related gains derived from the sale or assignment of said note to Fannie Mae. Rocket Mortgage LLC, MERS, and any transferee or beneficial party are now deemed constructive trustees of these proceeds for the benefit of the principal creditor and equitable owner, Jehorek, Jason-Gerald.

This remedy is supported under general equity principles, constructive trust doctrines recognized under state and federal law, and relevant statutory authority, including but not limited to:

- - Truth in Lending Act [15 U.S.C. § 1601 et seq.]
- - Dodd-Frank Wall Street Reform Act [Public Law 111-203, §§ 1031, 1036]
- - 18 U.S.C. § 1341 (Mail Fraud), § 1349 (Conspiracy), § 1001 (False Statements)
- - Restatement (Third) of Restitution and Unjust Enrichment § 55 (Constructive Trust)

Full disclosure is hereby demanded, including the Fannie Mae Pool Number, CUSIP Number, and the exact date of sale or assignment of the promissory note. All funds and beneficial interests derived from the securitized note must be redirected to Jason Jehorek in his capacity as the principal creditor and settlor.

Autograph: *Jehorek Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative /
Grantor / Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

EXHIBIT - 3



# EXHIBIT - F

# 1 Pages

EXHIBIT - 3



## LEGAL SUPPORT: Restatement (Third) of Property: Mortgages § 6.4

# EXHIBIT F

This Exhibit is submitted to support the claims for reconveyance and extinguishment of lien filed in connection with Administrative Package 1, Enforcement Package 2, and Final Enforcement Package 3, relating to the mortgage note originally executed concerning the property located at 11937 Fairlie Pl., Raleigh, NC 27613.

### Restatement (Third) of Property: Mortgages § 6.4 (1997)
"When the obligation secured by a mortgage has been fully satisfied or discharged, the mortgage is extinguished, and the mortgagee's interest in the property terminates. Legal and equitable title reverts to the mortgagor or person entitled to the property, free of the lien."

### Application to Present Matter
This authority supports the legal and equitable demand that, following discharge of the original promissory obligation—whether by direct payment, setoff, securitization, or other settlement—the security interest held by Rocket Mortgage LLC and/or Mortgage Electronic Registration Systems, Inc. (MERS) is extinguished.

As no lawful obligation remains to be secured, any continued recordation of a lien or refusal to reconvey title is deemed unlawful, unjust, and in violation of recognized legal doctrines.

Respectfully submitted in good faith,

Autograph: *Jehorek Jason - Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative
/ Grantor / Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

Page 1 of 1

EXHIBIT - 3



# Verification Request
### Signatory Identity of Eric Ferguson and Ashley Smith

# EXHIBIT G

**To: Rocket Mortgage LLC**
**Attn: Office of Corporate Compliance and Legal Affairs**
**1050 Woodward Avenue**
**Detroit, Michigan 48226**

**Date: June 5ᵗʰ 2025**

**From:**
**:Jehorek: Jason-Gerald, sui juris**
**11937 Fairlie Pl.**
**Raleigh, NC 27613**

**Subject: Formal Demand for Verification of Corporate Officers Listed on Mortgage Instrument**

Pursuant to the contractual record and mortgage instrument related to the property located at 11937 Fairlie Pl., Raleigh, NC 27613, the undersigned hereby issues this formal and lawful demand for full verification and identification of the individuals who executed or affixed their signatures to said mortgage document.

Specifically, you are hereby required to produce verifiable evidence that:

1. **Eric Ferguson**, listed as **Vice President**, was a duly authorized and lawful officer of Rocket Mortgage LLC on or around the date of mortgage execution;

2. **Ashley Smith**, listed as **Capture Manager**, was a duly authorized and lawful officer or employee of Rocket Mortgage LLC or affiliated entity at the time of the document's execution.

This demand is made under lawful right to validate the authenticity of all contract parties and signatures presented on record, as mandated by:

- **Truth in Lending Act [15 U.S.C. § 1601 et seq.];**
- **Fair Debt Collection Practices Act [15 U.S.C. § 1692e];**
- **18 U.S.C. § 1001 – False Statements and Entries;**
- **18 U.S.C. § 1341 and § 1349 – Mail and Conspiracy Fraud;**
- **UCC § 3-401 – Signature Requirement for Valid Instruments;**
- **General common law authority requiring mutual consent and capacity to contract.**

Failure to verify the identities and positions of these individuals constitutes prima facie evidence of fraud, misrepresentation, and potential forgery. You are given **Seven (7) calendar days** from receipt of this notice to provide certified documentation or sworn affidavit from Rocket Mortgage LLC verifying the employment status, authority, and identity of the above-named individuals.

Page 1 of 2

EXHIBIT - 3



# Verification Request
### Signatory Identity of Eric Ferguson and Ashley Smith

This request is made in good faith and is required to determine the legal integrity of the recorded mortgage transaction. If you fail to respond or refuse to provide the requested verification, this matter will be escalated and included in forthcoming legal proceedings.

Respectfully submitted,

by: *Jehorek Jason – Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized
Representative / Grantor / Creditor
Beneficiary
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

EXHIBIT - 3



# NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

**Moe Bazzi**
Servicing Escalation Specialist
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**Certified Mail #:** N/A (Emailed to Moe via Gmail)
**Date:** June 4th 2025

Dear Moe,

This letter serves as your formal and personal notice that you are now individually and officially bound to the terms, liabilities, and demands outlined in the following documents, enclosed herewith as part of the Final Administrative Enforcement process regarding mortgage account activity involving the property at 11937 Fairlie Pl., Raleigh, NC 27613.

You are receiving this correspondence in your capacity as a fiduciary officer with executive responsibility and personal liability under federal law, including 18 U.S.C. §§ 2, 1341, 1346, 1349, and under Title 15 U.S.C. §§ 1601 et seq (TILA), as well as Public Law 111-203 (Dodd-Frank Act). You are also liable under commercial principles and equity, including failure to act in honor, gross negligence, fraud by omission, and breach of fiduciary duty.

Enclosed and hereby incorporated by reference:

- Package 1: Contract and Private Administrative Settlement and received by Rocket Mortgage on May 5th, 2025
- Package 2: Notice of Non-Payment, Invoice, and Securitization Evidence (EXHIBIT C) and received by Rocket Mortgage on May 23rd, 2025
- Package 3: Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor and sent on June 4th 2025.

You are further notified that all three enforcement packages (Package 1, 2, and 3) were previously addressed and delivered to Brian Brown, Chief Financial Officer of Rocket Mortgage LLC, and remain unanswered. His failure to respond or cure constitutes commercial dishonor and tacit acquiescence to all terms and conditions stated therein.

The current amount invoiced is $1,930,488.96, enforceable under administrative law, common law, and commercial contract. If not cured within the stated timeframe, further penalties and liens may be recorded against Rocket Mortgage, its agents, and corporate officers named herein.

Case 5:25-cv-00558-D-BM    Document 11-5    Filed 01/27/26    Page 32 of 41

EXHIBIT - 3



# NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

You are now required to:

- Comply with the Demand for Reconveyance;
- Provide full disclosure of Pool Number, CUSIP Number, and Date of Sale to Fannie Mae, as originally requested in Package 2;
- Redirect all current and future investment proceeds derived from the securitized mortgage note to Jason Jehorek, as the principal creditor, pursuant to the Constructive Trust provisions of Package 2;
- Satisfy the outstanding invoice to avoid escalation and lien filings.

Failure to cure or rebut these notices within the prescribed timeframe will result in:

- Affidavit of Default;
- Recording of Lien and UCC-1 filings;
- Criminal referrals to the FBI, U.S. Treasury CID, CFPB, and OCC.

**You are now on formal and legal notice.**

Respectfully submitted in good faith,

Autograph: *Jehorek Jason - Gerald*

:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor
/ Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

## CERTIFICATE OF SERVICE

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June, 2025.

Signature: *Brian H. Tomlinson*

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

EXHIBIT - 3



## NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

**Jeff Morganroth**
Chief Legal Officer
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**Certified Mail #:** 9589 0710 5270 1899 5142 62
**Date:** June 4th 2025

Dear Jeff,

This letter serves as your formal and personal notice that you are now individually and officially bound to the terms, liabilities, and demands outlined in the following documents, enclosed herewith as part of the Final Administrative Enforcement process regarding mortgage account activity involving the property at 11937 Fairlie Pl., Raleigh, NC 27613.

You are receiving this correspondence in your capacity as a fiduciary officer with executive responsibility and personal liability under federal law, including 18 U.S.C. §§ 2, 1341, 1346, 1349, and under Title 15 U.S.C. §§ 1601 et seq (TILA), as well as Public Law 111-203 (Dodd-Frank Act). You are also liable under commercial principles and equity, including failure to act in honor, gross negligence, fraud by omission, and breach of fiduciary duty.

Enclosed and hereby incorporated by reference:

- Package 1: Contract and Private Administrative Settlement and received by Rocket Mortgage on May 5th, 2025
- Package 2: Notice of Non-Payment, Invoice, and Securitization Evidence (EXHIBIT C) and received by Rocket Mortgage on May 23rd, 2025
- Package 3: Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor and sent on June 4th 2025.

You are further notified that all three enforcement packages (Package 1, 2, and 3) were previously addressed and delivered to Brian Brown, Chief Financial Officer of Rocket Mortgage LLC, and remain unanswered. His failure to respond or cure constitutes commercial dishonor and tacit acquiescence to all terms and conditions stated therein.

The current amount invoiced is $1,930,488.96, enforceable under administrative law, common law, and commercial contract. If not cured within the stated timeframe, further penalties and liens may be recorded against Rocket Mortgage, its agents, and corporate officers named herein.

EXHIBIT - 3



## NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

You are now required to:

- Comply with the Demand for Reconveyance;
- Provide full disclosure of Pool Number, CUSIP Number, and Date of Sale to Fannie Mae, as originally requested in Package 2;
- Redirect all current and future investment proceeds derived from the securitized mortgage note to Jason Jehorek, as the principal creditor, pursuant to the Constructive Trust provisions of Package 2;
- Satisfy the outstanding invoice to avoid escalation and lien filings.

Failure to cure or rebut these notices within the prescribed timeframe will result in:

- Affidavit of Default;
- Recording of Lien and UCC-1 filings;
- Criminal referrals to the FBI, U.S. Treasury CID, CFPB, and OCC.

**You are now on formal and legal notice.**

Respectfully submitted in good faith,

Autograph: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor
/ Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

## CERTIFICATE OF SERVICE

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June , 2025.

Signature: *Brian H. Tomlinson*

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

EXHIBIT - 3



# NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

Varun Krishna
Chief Executive Officer, Rocket Companies
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226

Certified Mail #: 9589 0710 5270 1899 5143 30
Date: June 4th 2025

Dear Varun,

This letter serves as your formal and personal notice that you are now individually and officially bound to the terms, liabilities, and demands outlined in the following documents, enclosed herewith as part of the Final Administrative Enforcement process regarding mortgage account activity involving the property at 11937 Fairlie Pl., Raleigh, NC 27613.

You are receiving this correspondence in your capacity as a fiduciary officer with executive responsibility and personal liability under federal law, including 18 U.S.C. §§ 2, 1341, 1346, 1349, and under Title 15 U.S.C. §§ 1601 et seq (TILA), as well as Public Law 111-203 (Dodd-Frank Act). You are also liable under commercial principles and equity, including failure to act in honor, gross negligence, fraud by omission, and breach of fiduciary duty.

Enclosed and hereby incorporated by reference:

- Package 1: Contract and Private Administrative Settlement and received by Rocket Mortgage on May 5th, 2025
- Package 2: Notice of Non-Payment, Invoice, and Securitization Evidence (EXHIBIT C) and received by Rocket Mortgage on May 23rd, 2025
- Package 3: Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor and sent on June 4th 2025.

You are further notified that all three enforcement packages (Package 1, 2, and 3) were previously addressed and delivered to Brian Brown, Chief Financial Officer of Rocket Mortgage LLC, and remain unanswered. His failure to respond or cure constitutes commercial dishonor and tacit acquiescence to all terms and conditions stated therein.

The current amount invoiced is $1,930,488.96, enforceable under administrative law, common law, and commercial contract. If not cured within the stated timeframe, further penalties and liens may be recorded against Rocket Mortgage, its agents, and corporate officers named herein.

Page 1 of 2

EXHIBIT - 3



## NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

You are now required to:

- Comply with the Demand for Reconveyance;
- Provide full disclosure of Pool Number, CUSIP Number, and Date of Sale to Fannie Mae, as originally requested in Package 2;
- Redirect all current and future investment proceeds derived from the securitized mortgage note to Jason Jehorek, as the principal creditor, pursuant to the Constructive Trust provisions of Package 2;
- Satisfy the outstanding invoice to avoid escalation and lien filings.

Failure to cure or rebut these notices within the prescribed timeframe will result in:

- Affidavit of Default;
- Recording of Lien and UCC-1 filings;
- Criminal referrals to the FBI, U.S. Treasury CID, CFPB, and OCC.

**You are now on formal and legal notice.**

Respectfully submitted in good faith,

Autograph: *Jehorek Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor
/ Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

## CERTIFICATE OF SERVICE

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June, 2025.

Signature: *Brian H. Tomlinson*

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

EXHIBIT - 3



# NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

Jay Bray
President & CEO, Rocket Mortgage
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226

Certified Mail #: 9589 0710 5270 1899 5143 48
Date: June 4th 2025

Dear Jay,

This letter serves as your formal and personal notice that you are now individually and officially bound to the terms, liabilities, and demands outlined in the following documents, enclosed herewith as part of the Final Administrative Enforcement process regarding mortgage account activity involving the property at 11937 Fairlie Pl., Raleigh, NC 27613.

You are receiving this correspondence in your capacity as a fiduciary officer with executive responsibility and personal liability under federal law, including 18 U.S.C. §§ 2, 1341, 1346, 1349, and under Title 15 U.S.C. §§ 1601 et seq (TILA), as well as Public Law 111-203 (Dodd-Frank Act). You are also liable under commercial principles and equity, including failure to act in honor, gross negligence, fraud by omission, and breach of fiduciary duty.

Enclosed and hereby incorporated by reference:

- Package 1: Contract and Private Administrative Settlement and received by Rocket Mortgage on May 5th, 2025
- Package 2: Notice of Non-Payment, Invoice, and Securitization Evidence (EXHIBIT C) and received by Rocket Mortgage on May 23rd, 2025
- Package 3: Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor and sent on June 4th 2025.

You are further notified that all three enforcement packages (Package 1, 2, and 3) were previously addressed and delivered to Brian Brown, Chief Financial Officer of Rocket Mortgage LLC, and remain unanswered. His failure to respond or cure constitutes commercial dishonor and tacit acquiescence to all terms and conditions stated therein.

The current amount invoiced is $1,930,488.96, enforceable under administrative law, common law, and commercial contract. If not cured within the stated timeframe, further penalties and liens may be recorded against Rocket Mortgage, its agents, and corporate officers named herein.

Page 1 of 2

EXHIBIT - 3



## NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

You are now required to:

- Comply with the Demand for Reconveyance;
- Provide full disclosure of Pool Number, CUSIP Number, and Date of Sale to Fannie Mae, as originally requested in Package 2;
- Redirect all current and future investment proceeds derived from the securitized mortgage note to Jason Jehorek, as the principal creditor, pursuant to the Constructive Trust provisions of Package 2;
- Satisfy the outstanding invoice to avoid escalation and lien filings.

Failure to cure or rebut these notices within the prescribed timeframe will result in:

- Affidavit of Default;
- Recording of Lien and UCC-1 filings;
- Criminal referrals to the FBI, U.S. Treasury CID, CFPB, and OCC.

**You are now on formal and legal notice.**

Respectfully submitted in good faith,

Autograph: _Jehorek   Jason-Gerald_
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative /
Grantor / Creditor Beneficiary
For: ℗JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

## CERTIFICATE OF SERVICE

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June , 2025.

Signature: _Brian H. Tomlinson_


Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028

Page 2 of 2

EXHIBIT - 3



# NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

Bill Emerson
President, Rocket Companies
Rocket Mortgage LLC / Rocket Companies, Inc.
1050 Woodward Avenue
Detroit, MI 48226

Certified Mail #: 9589 0710 5270 1899 5143 55
Date: June 4th 2025

Dear Bill,

This letter serves as your formal and personal notice that you are now individually and officially bound to the terms, liabilities, and demands outlined in the following documents, enclosed herewith as part of the Final Administrative Enforcement process regarding mortgage account activity involving the property at 11937 Fairlie Pl., Raleigh, NC 27613.

You are receiving this correspondence in your capacity as a fiduciary officer with executive responsibility and personal liability under federal law, including 18 U.S.C. §§ 2, 1341, 1346, 1349, and under Title 15 U.S.C. §§ 1601 et seq (TILA), as well as Public Law 111-203 (Dodd-Frank Act). You are also liable under commercial principles and equity, including failure to act in honor, gross negligence, fraud by omission, and breach of fiduciary duty.

Enclosed and hereby incorporated by reference:

- Package 1: Contract and Private Administrative Settlement and received by Rocket Mortgage on May 5th, 2025
- Package 2: Notice of Non-Payment, Invoice, and Securitization Evidence (EXHIBIT C) and received by Rocket Mortgage on May 23rd, 2025
- Package 3: Final Enforcement Notice, Constructive Trust Declaration, and Affidavit of Dishonor and sent on June 4th 2025.

You are further notified that all three enforcement packages (Package 1, 2, and 3) were previously addressed and delivered to Brian Brown, Chief Financial Officer of Rocket Mortgage LLC, and remain unanswered. His failure to respond or cure constitutes commercial dishonor and tacit acquiescence to all terms and conditions stated therein.

The current amount invoiced is $1,930,488.96, enforceable under administrative law, common law, and commercial contract. If not cured within the stated timeframe, further penalties and liens may be recorded against Rocket Mortgage, its agents, and corporate officers named herein.

Page 1 of 2

EXHIBIT - 3



## NOTICE OF NON-RESPONSE, CONTRACTUAL DEFAULT, AND FINAL ADMINISTRATIVE DEMAND

You are now required to:

- Comply with the Demand for Reconveyance;
- Provide full disclosure of Pool Number, CUSIP Number, and Date of Sale to Fannie Mae, as originally requested in Package 2;
- Redirect all current and future investment proceeds derived from the securitized mortgage note to Jason Jehorek, as the principal creditor, pursuant to the Constructive Trust provisions of Package 2;
- Satisfy the outstanding invoice to avoid escalation and lien filings.

Failure to cure or rebut these notices within the prescribed timeframe will result in:

- Affidavit of Default;
- Recording of Lien and UCC-1 filings;
- Criminal referrals to the FBI, U.S. Treasury CID, CFPB, and OCC.

**You are now on formal and legal notice.**

Respectfully submitted in good faith,

Autograph: *Jehorch Jason—Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative /
Grantor / Creditor Beneficiary
For: ⊕JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.


## CERTIFICATE OF SERVICE

I, :Jehorek: Jason-Gerald, sui juris, do hereby certify that a copy of this FINAL NOTICE OF FAULT AND OPPORTUNITY TO CURE was placed in a sealed envelope and deposited via Certified Mail with the United States Postal Service, postage prepaid, addressed individually to the above-named parties at the following common address:

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, Michigan 48226

on this 5th day of June , 2025.

Signature: *Brian H. Tomlinson*

Brian H Tomlinson
NOTARY PUBLIC
Nash County, NC
My Commission Expires September 06, 2028