EXHIBIT - 4



# Package 4

## Notice of False Credit Reporting and Adm Free Enforcement

| Name | Date Sent | Certified Mail | Date Received | Items |
|------|-----------|----------------|---------------|-------|
| Moe Bazzi | 11-Jun-25 | 9589 0710 5270 1899 5143 78 | 16-Jun-25 | Package 1, 2, 3, 4 |
| Varun Krishna | 5-Jun-25 | 9589 0710 5270 1899 5143 30 | 9-Jun-25 | Package 1, 2, 3, 4 |
| Brian Brown | 5-Jun-25 | 9589 0710 5270 1899 5143 23 | 9-Jun-25 | Package 4 |
| Jeff Morganroth | 5-Jun-25 | 9589 0710 5270 1899 5142 62 | 9-Jun-25 | Package 1, 2, 3, 4 |
| Bill Emerson | 5-Jun-25 | 9589 0710 5270 1899 5142 55 | 9-Jun-25 | Package 1, 2, 3, 4 |
| Jay Bray | 5-Jun-25 | 9589 0710 5270 1899 5142 48 | 9-Jun-25 | Package 1, 2, 3, 4 |

They all received Package 1, 2, 3 and 4 as of May 9th 2025





## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Date:** May 9th 2025

**To:** Jeff Morganroth
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**From:**
Jehorek Jason-Gerald
11937 Fairlie Pl.
Raleigh, NC [27613]

*Certified Mail # 9589 0710 5270 1899 5142 86*

**Subject:** Personal and Commercial Liability Arising from False Credit Reporting and Administrative Burden

This formal notice is issued in response to Rocket Mortgage LLC's latest communications threatening to report false derogatory information to credit reporting agencies. (see **EXIBIT H-1**) This action is unlawful, unethical, and inconsistent with the documented fact that the underlying mortgage obligation was satisfied and discharged as of December 22, 2020 — as acknowledged in Rocket Mortgage's own letter dated May 12, 2025 (see **EXHIBIT H-2**).

You are hereby placed on NOTICE that:

1) **Relevant Laws Being Violated by Rocket Mortgage Now:**
   a. Fair Debt Collection Practices Act (FDCPA)
      i. [15 U.S.C. § 1692e(2)(A)] – False representation of amount, character, or legal status of a debt
      ii. [§ 1692e(8)] – Threatening or reporting false credit information
      iii. [§ 1692f] – Unfair collection practices
   b. Truth in Lending Act (TILA)
      i. [§ 1638(f)] – Requires full ownership disclosure (Pool #, CUSIP, Assignment Date)
      ii. Failure to provide this and continue collecting = **violations and strict liability**
   c. Uniform Commercial Code
      i. [UCC § 3-301] – You must be a holder in due course to enforce a note. Rocket no longer holds the note.
      ii. [UCC § 9-203(b)] – A security interest only attaches if value is given **and** there is a valid obligation.
   d. Restatement (Third) of Property: Mortgages § 6.4
      i. Once the mortgage debt is paid, the lien is extinguished and **title reverts** to the borrower.

Page 1 of 3

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

2) **This letter and invoice represent a separate and enforceable administrative claim** outside of the prior Notices and settlement demands presented in Package 1 (May 5, 2025), Package 2 (May 23, 2025), and Package 3 sent June 6th 2025.

3) **Direct Personal Liability: It places individual notice and potential liability** on each officer under:

   a. [15 U.S.C. § 1681s-2] (FCRA)
   b. [15 U.S.C. § 1692e] (FDCPA)
   c. [18 U.S.C. § 1341, 1349] (Fraud statutes)

4) The attached invoice **(EXHIBIT H-3)** in the amount of **$17,500.00** reflects:

   a. Administrative time addressing false reporting,
   b. Emotional and reputational damages,
   c. Commercial enforcement actions.

5) Failure to remit payment within **seven (7) calendar days** will result in the invoiced amount doubling per the lawful and published Administrative Fee Schedule.

6) This matter shall also be referred to the following agencies for further investigation and enforcement:

   o Consumer Financial Protection Bureau (CFPB)
   o U.S. Treasury Criminal Investigations Division
   o Federal Trade Commission (FTC)
   o Office of the Comptroller of the Currency (OCC)
   o U.S. Department of Justice (DOJ) for mail/wire fraud (18 U.S.C. §§ 1341, 1343, 1349).

The following individuals are now held jointly and severally liable for these additional damages due to breach of fiduciary duty and continued misconduct:

- **Varun Krishna,** Chief Executive Officer
- **Jay Bray,** President & CEO
- **Bill Emerson,** President
- **Jeff Morganroth,** Chief Legal Officer
- **Brian Brown,** Chief Financial Officer

Page 2 of 3

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

- **Eric Ferguson,** Vice President
- **Ashley Smith,** Capture Manager
- **Moe Bazzi,** Servicing Escalation Specialist

This letter and invoice are to be read in full harmony with the demands and evidence in Packages 1, 2, and 3. Continued inaction will trigger lien enforcement, commercial judgment, and additional legal filings.

Respectfully submitted in good faith,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor /
Creditor Beneficiary
For: ℗JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

# EXHIBT H-1

Rocket Mortgage admitted the following in their **May 12, 2025 letter:** , (see EXHIBIT H-2)

"Your loan is paid in full... Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property."

That admission legally **estops** Rocket Mortgage from:
- Billing Jason Jehorek,
- Threatening my credit,
- Acting as if they are still the creditor or servicer.

**Relevant Laws Being Violated by Rocket Mortgage Now:**
1. Fair Debt Collection Practices Act (FDCPA)
2. Truth in Lending Act (TILA)
3. Uniform Commercial Code
4. Restatement (Third) of Property: Mortgages § 6.4

**Rocket Mortgage has no lawful claim,** yet you are using deceptive automated messages to imply an obligation.

( Examples below)

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Dated: May 30th 2025**

---

**⌂ Rocket Mortgage**

# Make your payment to stay on track

**Visit my Rocket Account.**

Hi there,

Rocket Mortgage understands finances can be challenging and we're committed to helping you protect your credit.

As a reminder, you must submit your mortgage payment by the last business day of the month to avoid any impact on your credit score. All payments made by 11:30 pm ET are applied same day.

**Make a payment**

### Loan Information

| | |
|---|---|
| Loan number ending in | 2222 |
| Payment amount | $1,568.00 |

If you're facing difficulties making this month's payment, you can explore your Rocket Account to find personalized assistance that meets your unique needs.

**Explore solutions today**

If you're unable to make your payment, we may schedule a property inspection to ensure it's both occupied and maintained. You may be charged a fee for this inspection.

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit ConsumerFinance.gov.

This is an automated email, and responses are not monitored. Contact us if you have further questions.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-1906

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

Dated: June 6th 2025 (Threating to report to credit agency)



Case 5:25-cv-00558-D-BM     Document 11-6     Filed 01/27/26     Page 7 of 48

EXHIBIT - 4



# EXHIBT H-2

## ᗝ Rocket Mortgage

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

Re: Loan n⬛⬛⬛3042

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws. In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

Page 1 of 1

EXHIBIT - 4

# INVOICE



# EXHIBIT H-3

**DATE:** 6/09/2025
**INVOICE #:** 1012

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

---

**TO:**
Rocket Mortgage LLC
Attn: Jeff Morganroth, Chief Legal Officer
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account # 3042"

**Reason for Invoice:**
This invoice is issued in response to Rocket Mortgage LLC's continued and unlawful attempts to collect or imply a balance on a mortgage note that was discharged as of December 22, 2020, per your own written acknowledgment dated May 12, 2025. Subsequent communications, including a June 6, 2025 email and other automated billing demands, constitute false representation, attempted debt collection, and credit harm in violation of [15 U.S.C. § 1692e], [15 U.S.C. § 1681s-2(a)], and [UCC § 3-301].

As a result, administrative time, reputational harm, and lawful enforcement costs have accrued, now invoiced below. Failure to remit payment within the cure period will result in escalation, lien filing, and criminal referrals.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|-------------|------------|------------|
| 1 | Administrative processing related to false credit reporting | $2,500.00 | $2,500.00 |
| 1 | Emotional and reputational damage | $5,000.00 | $5,000.00 |
| 1 | Contractual enforcement under commercial lien process | $10,000.00 | $10,000.00 |
| | | **SUBTOTAL** | **$17,500.00** |
| | | **TOTAL DUE** | **$17,500.00** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment will result in doubling of the total amount due and may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, payable to Jason Jehorek, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

Case 5:25-cv-00558-D-BM Document 11-6 Filed 01/27/26 Page 9 of 48





## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Date:** May 9th 2025

Certified Mail: 9589 0710 5270 1899 5142 93

**To: Varun Krishna**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**From:**
Jehorek Jason-Gerald
11937 Fairlie Pl.
Raleigh, NC [27613]

**Subject:** Personal and Commercial Liability Arising from False Credit Reporting and Administrative Burden

This formal notice is issued in response to Rocket Mortgage LLC's latest communications threatening to report false derogatory information to credit reporting agencies. (see **EXIBIT H-1**) This action is unlawful, unethical, and inconsistent with the documented fact that the underlying mortgage obligation was satisfied and discharged as of December 22, 2020 — as acknowledged in Rocket Mortgage's own letter dated May 12, 2025 (see **EXHIBIT H-2**).

You are hereby placed on NOTICE that:

1) **Relevant Laws Being Violated by Rocket Mortgage Now:**
   a. Fair Debt Collection Practices Act (FDCPA)
      i. **[15 U.S.C. § 1692e(2)(A)]** – False representation of amount, character, or legal status of a debt
      ii. **[§ 1692e(8)]** – Threatening or reporting false credit information
      iii. **[§ 1692f** – Unfair collection practices
   b. Truth in Lending Act (TILA)
      i. **[§ 1638(f)]** – Requires full ownership disclosure (Pool #, CUSIP, Assignment Date)
      ii. Failure to provide this and continue collecting = **violations and strict liability**
   c. Uniform Commercial Code
      i. **[UCC § 3-301]** – You must be a holder in due course to enforce a note. Rocket no longer holds the note.
      ii. **[UCC § 9-203(b)]** – A security interest only attaches if value is given **and** there is a valid obligation.
   d. Restatement (Third) of Property: Mortgages § 6.4
      i. Once the mortgage debt is paid, the lien is extinguished and **title reverts to** the borrower.

Page 1 of 3

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

2) **This letter and invoice represent a separate and enforceable administrative claim** outside of the prior Notices and settlement demands presented in Package 1 (May 5, 2025), Package 2 (May 23, 2025), and Package 3 sent June 6th 2025.

3) **Direct Personal Liability:** It places **individual notice and potential liability** on each officer under:

    a. [15 U.S.C. § 1681s-2] (FCRA)
    b. [15 U.S.C. § 1692e] (FDCPA)
    c. [18 U.S.C. § 1341, 1349] (Fraud statutes)

4) The attached invoice (**EXHIBIT H-3**) in the amount of **$17,500.00** reflects:

    a. Administrative time addressing false reporting,
    b. Emotional and reputational damages,
    c. Commercial enforcement actions.

5) **Failure to remit payment within seven (7) calendar days** will result in the invoiced amount doubling per the lawful and published Administrative Fee Schedule.

6) This matter shall also be referred to the following agencies for further investigation and enforcement:

    o Consumer Financial Protection Bureau (CFPB)
    o U.S. Treasury Criminal Investigations Division
    o Federal Trade Commission (FTC)
    o Office of the Comptroller of the Currency (OCC)
    o U.S. Department of Justice (DOJ) for mail/wire fraud (18 U.S.C. §§ 1341, 1343, 1349).

The following individuals are now held **jointly and severally liable** for these additional damages due to breach of fiduciary duty and continued misconduct:

- **Varun Krishna,** Chief Executive Officer
- **Jay Bray,** President & CEO
- **Bill Emerson,** President
- **Jeff Morganroth,** Chief Legal Officer
- **Brian Brown,** Chief Financial Officer

**Page 2 of 3**

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

- **Eric Ferguson,** Vice President
- **Ashley Smith,** Capture Manager
- **Moe Bazzi,** Servicing Escalation Specialist

This letter and invoice are to be read in full harmony with the demands and evidence in Packages 1, 2, and 3. Continued inaction will trigger lien enforcement, commercial judgment, and additional legal filings.

Respectfully submitted in good faith,

by: *Jehorek Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor /
Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 12 of 48

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

# EXHIBT H-1

Rocket Mortgage admitted the following in their May 12, 2025 letter: , (see EXHIBIT H-2)

"Your loan is paid in full... Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property."

That admission legally **estops** Rocket Mortgage from:
- Billing Jason Jehorek,
- Threatening my credit,
- Acting as if they are still the creditor or servicer.

**Relevant Laws Being Violated by Rocket Mortgage Now:**
1. Fair Debt Collection Practices Act (FDCPA)
2. Truth in Lending Act (TILA)
3. Uniform Commercial Code
4. Restatement (Third) of Property: Mortgages § 6.4

**Rocket Mortgage has no lawful claim,** yet you are using deceptive automated messages to imply an obligation.

( Examples below)

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Dated: May 30th 2025**

---

Rocket Mortgage

# Make your payment to stay on track

**Visit my Rocket Account.**

Hi Jason,

Rocket Mortgage understands finances can be challenging, and we're committed to helping you protect your credit.

As a reminder, you must submit your mortgage payment by the last business day of the month to avoid any impact on your credit score. All payments made by 11:59 pm ET are applied same day.

**Make a payment**

### Loan Information

| | |
|---|---|
| Loan number ending in | 2222 |
| Payment amount | $1,568.00 |

If you're facing difficulties making this month's payment, you can explore your Rocket Account to find personalized assistance that meets your unique needs.

**Explore solutions today**

If you're unable to make your payment, we may schedule a property inspection to ensure it's both occupied and maintained. You may be charged a fee for this inspection.

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit ConsumerFinance.gov

This is an automated email, and responses are not monitored. Contact us if you have further questions.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-1906

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Dated: June 6th 2025 (Threating to report to credit agency)**



EXHIBIT - 4

# INVOICE



# EXHIBIT H-3

**DATE:** 6/09/2025
**INVOICE #:** 1013

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

---

**TO:**
Rocket Mortgage LLC
Attn: Varun Krishna, Chief Executive Officer
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account #▇▇▇▇8042"

**Reason for Invoice:**
This invoice is issued in response to Rocket Mortgage LLC's continued and unlawful attempts to collect or imply a balance on a mortgage note that was discharged as of December 22, 2020, per your own written acknowledgment dated May 12, 2025. Subsequent communications, including a June 6, 2025 email and other automated billing demands, constitute false representation, attempted debt collection, and credit harm in violation of [15 U.S.C. § 1692e], [15 U.S.C. § 1681s-2(a)], and [UCC § 3-301].

As a result, administrative time, reputational harm, and lawful enforcement costs have accrued, now invoiced below. Failure to remit payment within the cure period will result in escalation, lien filing, and criminal referrals.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Administrative processing related to false credit reporting | $2,500.00 | $2,500.00 |
| 1 | Emotional and reputational damage | $5,000.00 | $5,000.00 |
| 1 | Contractual enforcement under commercial lien process | $10,000.00 | $10,000.00 |
| | | **SUBTOTAL** | **$17,500.00** |
| | | **TOTAL DUE** | **$17,500.00** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment will result in doubling of the total amount due and may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, payable to Jason Jehorek, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 16 of 48



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

Date: May 9th 2025

Certified Mail 9589 0710 5270 1899 5143 09

**To: Jay Bray**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**From:**
Jehorek Jason-Gerald
11937 Fairlie Pl.
Raleigh, NC [27613]

**Subject:** Personal and Commercial Liability Arising from False Credit Reporting and Administrative Burden

This formal notice is issued in response to Rocket Mortgage LLC's latest communications threatening to report false derogatory information to credit reporting agencies. (see **EXIBIT H-1**) This action is unlawful, unethical, and inconsistent with the documented fact that the underlying mortgage obligation was satisfied and discharged as of December 22, 2020 — as acknowledged in Rocket Mortgage's own letter dated May 12, 2025 (see **EXHIBIT H-2**).

You are hereby placed on NOTICE that:

1) **Relevant Laws Being Violated by Rocket Mortgage Now:**
   a. Fair Debt Collection Practices Act (FDCPA)
      i. **[15 U.S.C. § 1692e(2)(A)]** – False representation of amount, character, or legal status of a debt
      ii. **[§ 1692e(8)]** – Threatening or reporting false credit information
      iii. **[§ 1692f** – Unfair collection practices
   b. Truth in Lending Act (TILA)
      i. **[§ 1638(f)]** – Requires full ownership disclosure (Pool #, CUSIP, Assignment Date)
      ii. Failure to provide this and continue collecting = **violations and strict liability**
   c. Uniform Commercial Code
      i. **[UCC § 3-301]** – You must be a holder in due course to enforce a note. Rocket no longer holds the note.
      ii. **[UCC § 9-203(b)]** – A security interest only attaches if value is given **and** there is a valid obligation.
   d. Restatement (Third) of Property: Mortgages § 6.4
      i. Once the mortgage debt is paid, the lien is extinguished and **title reverts** to the borrower.



EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

2) **This letter and invoice represent a separate and enforceable administrative claim outside of the prior Notices and settlement demands presented in Package 1 (May 5, 2025), Package 2 (May 23, 2025), and Package 3 sent June 6th 2025.**

3) **Direct Personal Liability:** It places individual notice and potential liability on each officer under:

    a. [15 U.S.C. § 1681s-2] (FCRA)
    b. [15 U.S.C. § 1692e] (FDCPA)
    c. [18 U.S.C. § 1341, 1349] (Fraud statutes)

4) The attached invoice (**EXHIBIT H-3**) in the amount of **$17,500.00** reflects:

    a. Administrative time addressing false reporting,
    b. Emotional and reputational damages,
    c. Commercial enforcement actions.

5) Failure to remit payment within seven **(7)** calendar days will result in the invoiced amount doubling per the lawful and published Administrative Fee Schedule.

6) This matter shall also be referred to the following agencies for further investigation and enforcement:

    o Consumer Financial Protection Bureau (CFPB)
    o U.S. Treasury Criminal Investigations Division
    o Federal Trade Commission (FTC)
    o Office of the Comptroller of the Currency (OCC)
    o U.S. Department of Justice (DOJ) for mail/wire fraud (18 U.S.C. §§ 1341, 1343, 1349).

The following individuals are now held **jointly and severally liable** for these additional damages due to breach of fiduciary duty and continued misconduct:

- **Varun Krishna,** Chief Executive Officer
- **Jay Bray,** President & CEO
- **Bill Emerson,** President
- **Jeff Morganroth,** Chief Legal Officer
- **Brian Brown,** Chief Financial Officer

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 18 of 48

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

- **Eric Ferguson,** Vice President
- **Ashley Smith,** Capture Manager
- **Moe Bazzi,** Servicing Escalation Specialist

This letter and invoice are to be read in full harmony with the demands and evidence in Packages 1, 2, and 3. Continued inaction will trigger lien enforcement, commercial judgment, and additional legal filings.

Respectfully submitted in good faith,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

# EXHIBT H-1

Rocket Mortgage admitted the following in their May 12, 2025 letter: , (see EXHIBIT H-2)

"Your loan is paid in full... Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property."

That admission legally **estops** Rocket Mortgage from:
- Billing Jason Jehorek,
- Threatening my credit,
- Acting as if they are still the creditor or servicer.

**Relevant Laws Being Violated by Rocket Mortgage Now:**
1. Fair Debt Collection Practices Act (FDCPA)
2. Truth in Lending Act (TILA)
3. Uniform Commercial Code
4. Restatement (Third) of Property: Mortgages § 6.4

**Rocket Mortgage has no lawful claim,** yet you are using deceptive automated messages to imply an obligation.

( Examples below)

Page 1 of 3

EXHIBIT - 4



# NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Dated: May 30th 2025**

---

○ Rocket Mortgage

# Make your payment to stay on track

**Visit my Rocket Account.**

Hi John,

Rocket Mortgage understands finances can be challenging, and we're committed to helping you protect your credit.

As a reminder, you must submit your mortgage payment by the last business day of the month to avoid any impact on your credit score. All payments made by 11:59 pm ET are applied same day.

[ Make a payment ]

## Loan Information

| | |
|---|---|
| Loan number ending in | 2222 |
| Payment amount | $1,568.00 |

If you're facing difficulties making this month's payment, you can explore your Rocket Account to find personalized assistance that meets your unique needs.

[ Explore solutions today ]

If you're unable to make your payment, we may schedule a property inspection to ensure it's both occupied and maintained. You may be charged a fee for this inspection.

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit ConsumerFinance.gov

This is an automated email and responses are not monitored. Contact us if you have further questions.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-1906

---

EXHIBIT - 4



# NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

Dated: June 6th 2025 (Threating to report to credit agency)



**Page 3 of 3**

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

# EXHIBT H-2

### ⋒Rocket Mortgage

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

Re:   Loan no ███████ 042

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws. In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

Page 1 of 1

EXHIBIT - 4

# INVOICE



# EXHIBIT H-3

**DATE:** 6/09/2025
**INVOICE #:** 1014

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

---

**TO:**
Rocket Mortgage LLC
Attn: Jay Bray, President & CEO
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account # ████3042"

**Reason for Invoice:**
This invoice is issued in response to Rocket Mortgage LLC's continued and unlawful attempts to collect or imply a balance on a mortgage note that was discharged as of December 22, 2020, per your own written acknowledgment dated May 12, 2025. Subsequent communications, including a June 6, 2025 email and other automated billing demands, constitute false representation, attempted debt collection, and credit harm in violation of [15 U.S.C. § 1692e], [15 U.S.C. § 1681s-2(a)], and [UCC § 3-301].

As a result, administrative time, reputational harm, and lawful enforcement costs have accrued, now invoiced below. Failure to remit payment within the cure period will result in escalation, lien filing, and criminal referrals.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 1 | Administrative processing related to false credit reporting | $2,500.00 | $2,500.00 |
| 1 | Emotional and reputational damage | $5,000.00 | $5,000.00 |
| 1 | Contractual enforcement under commercial lien process | $10,000.00 | $10,000.00 |
| | | **SUBTOTAL** | **$17,500.00** |
| | | **TOTAL DUE** | **$17,500.00** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment will result in doubling of the total amount due and may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, payable to **Jason Jehorek**, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.





## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Date:** May 9th 2025

**To: Bill Emerson**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**From:**
Jehorek Jason-Gerald
11937 Fairlie Pl.
Raleigh, NC [27613]

**Subject: Personal and Commercial Liability Arising from False Credit Reporting and Administrative Burden**

This formal notice is issued in response to Rocket Mortgage LLC's latest communications threatening to report false derogatory information to credit reporting agencies. (see **EXIBIT H-1**) This action is unlawful, unethical, and inconsistent with the documented fact that the underlying mortgage obligation was satisfied and discharged as of December 22, 2020 — as acknowledged in Rocket Mortgage's own letter dated May 12, 2025 (see **EXHIBIT H-2**).

You are hereby placed on NOTICE that:

1) **Relevant Laws Being Violated by Rocket Mortgage Now:**
   a. Fair Debt Collection Practices Act (FDCPA)
      i. **[15 U.S.C. § 1692e(2)(A)]** – False representation of amount, character, or legal status of a debt
      ii. **[§ 1692e(8)]** – Threatening or reporting false credit information
      iii. **[§ 1692f** – Unfair collection practices
   b. Truth in Lending Act (TILA)
      i. **[§ 1638(f)]** – Requires full ownership disclosure (Pool #, CUSIP, Assignment Date)
      ii. Failure to provide this and continue collecting = **violations and strict liability**
   c. Uniform Commercial Code
      i. **[UCC § 3-301]** – You must be a holder in due course to enforce a note. Rocket no longer holds the note.
      ii. **[UCC § 9-203(b)]** – A security interest only attaches if value is given **and** there is a valid obligation.
   d. Restatement (Third) of Property: Mortgages § 6.4
      i. Once the mortgage debt is paid, the lien is extinguished and **title reverts to** the borrower.

Page 1 of 3

*page 26 - 49*



**NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT**

2) This letter and invoice represent a separate and enforceable administrative claim outside of the prior Notices and settlement demands presented in Package 1 (May 5, 2025), Package 2 (May 23, 2025), and Package 3 sent June 6th 2025.

3) **Direct Personal Liability:** It places individual notice and potential liability on each officer under:

    a. [15 U.S.C. § 1681s-2] (FCRA)
    b. [15 U.S.C. § 1692e] (FDCPA)
    c. [18 U.S.C. § 1341, 1349] (Fraud statutes)

4) The attached invoice **(EXHIBIT H-3)** in the amount of **$17,500.00** reflects:

    a. Administrative time addressing false reporting,
    b. Emotional and reputational damages,
    c. Commercial enforcement actions.

5) Failure to remit payment within **seven (7) calendar days** will result in the invoiced amount doubling per the lawful and published Administrative Fee Schedule.

6) This matter shall also be referred to the following agencies for further investigation and enforcement:

    o Consumer Financial Protection Bureau (CFPB)
    o U.S. Treasury Criminal Investigations Division
    o Federal Trade Commission (FTC)
    o Office of the Comptroller of the Currency (OCC)
    o U.S. Department of Justice (DOJ) for mail/wire fraud (18 U.S.C. §§ 1341, 1343, 1349).

The following individuals are now held jointly and severally liable for these additional damages due to breach of fiduciary duty and continued misconduct:

- **Varun Krishna,** Chief Executive Officer
- **Jay Bray,** President & CEO
- **Bill Emerson,** President
- **Jeff Morganroth,** Chief Legal Officer
- **Brian Brown,** Chief Financial Officer

Page 2 of 3

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 26 of 48



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

- **Eric Ferguson**, Vice President
- **Ashley Smith**, Capture Manager
- **Moe Bazzi**, Servicing Escalation Specialist

This letter and invoice are to be read in full harmony with the demands and evidence in Packages 1, 2, and 3. Continued inaction will trigger lien enforcement, commercial judgment, and additional legal filings.

Respectfully submitted in good faith,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor /
Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.



Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 27 of 48



# EXHIBT H-1

Rocket Mortgage admitted the following in their May 12, 2025 letter: , (see EXHIBIT H-2)

"Your loan is paid in full... Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property."

That admission legally estops Rocket Mortgage from:
- Billing Jason Jehorek,
- Threatening my credit,
- Acting as if they are still the creditor or servicer.

Relevant Laws Being Violated by Rocket Mortgage Now:
1. Fair Debt Collection Practices Act (FDCPA)
2. Truth in Lending Act (TILA)
3. Uniform Commercial Code
4. Restatement (Third) of Property: Mortgages § 6.4

Rocket Mortgage has no lawful claim, yet you are using deceptive automated messages to imply an obligation.

( Examples below)

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 28 of 48

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

### Dated: May 30th 2025

**Rocket Mortgage**

# Make your payment to stay on track

**Visit my Rocket Account.**

Hi Jason,

Rocket Mortgage understands finances can be challenging, and we're committed to helping you protect your credit.

As a reminder, you must submit your mortgage payment by the last business day of the month to avoid any impact on your credit score. All payments made by 11:59 pm ET are applied same day.

**Make a payment**

### Loan Information

Loan number ending in          2222

Payment amount                 $1,568.00

If you're facing difficulties making this month's payment, you can explore your Rocket Account to find personalized assistance that meets your unique needs.

**Explore solutions today**

If you're unable to make your payment, we may schedule a property inspection to ensure it's both occupied and maintained. You may be charged a fee for this inspection.

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit ConsumerFinance.gov

This is an automated email, and responses are not monitored. Contact us if you have further questions.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-1906

**Page 2 of 3**



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

Dated: June 6th 2025 (Threating to report to credit agency)



Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 30 of 48

# EXHIBT H-2



**⋔Rocket Mortgage**

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

Re:    Loan ▓▓▓▓▓▓

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws. In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full, Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

Case 5:25-cv-00558-D-BM     Document 11-6     Filed 01/27/26     Page 31 of 48

# INVOICE



## EXHIBIT H-3

**DATE:** 6/09/2025
**INVOICE #:** 1015

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Bill Emerson, President
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account #

**Reason for Invoice:**
This invoice is issued in response to Rocket Mortgage LLC's continued and unlawful attempts to collect or imply a balance on a mortgage note that was discharged as of December 22, 2020, per your own written acknowledgment dated May 12, 2025. Subsequent communications, including a June 6, 2025 email and other automated billing demands, constitute false representation, attempted debt collection, and credit harm in violation of [15 U.S.C. § 1692e], [15 U.S.C. § 1681s-2(a)], and [UCC § 3-301].

As a result, administrative time, reputational harm, and lawful enforcement costs have accrued, now invoiced below. Failure to remit payment within the cure period will result in escalation, lien filing, and criminal referrals.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|-------------|------------|------------|
| 1 | Administrative processing related to false credit reporting | $2,500.00 | $2,500.00 |
| 1 | Emotional and reputational damage | $5,000.00 | $5,000.00 |
| 1 | Contractual enforcement under commercial lien process | $10,000.00 | $10,000.00 |
| | | **SUBTOTAL** | **$17,500.00** |
| | | **TOTAL DUE** | **$17,500.00** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment will result in doubling of the total amount due and may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, payable to Jason Jehorek, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 32 of 48



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Date:** May 9th 2025        Certified Mail  9589 0710 5270 1899 4304 63

**To: Brian Brown**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**From:**
Jehorek Jason-Gerald
11937 Fairlie Pl.
Raleigh, NC [27613]

**Subject:** Personal and Commercial Liability Arising from False Credit Reporting and Administrative Burden

This formal notice is issued in response to Rocket Mortgage LLC's latest communications threatening to report false derogatory information to credit reporting agencies. (see **EXIBIT H-1**) This action is unlawful, unethical, and inconsistent with the documented fact that the underlying mortgage obligation was satisfied and discharged as of December 22, 2020 — as acknowledged in Rocket Mortgage's own letter dated May 12, 2025 (see **EXHIBIT H-2**).

You are hereby placed on NOTICE that:

1) **Relevant Laws Being Violated by Rocket Mortgage Now:**
   a. Fair Debt Collection Practices Act (FDCPA)
      i. **[15 U.S.C. § 1692e(2)(A)]** – False representation of amount, character, or legal status of a debt
      ii. **[§ 1692e(8)]** – Threatening or reporting false credit information
      iii. **[§ 1692f** – Unfair collection practices
   b. Truth in Lending Act (TILA)
      i. **[§ 1638(f)]** – Requires full ownership disclosure (Pool #, CUSIP, Assignmen Date)
      ii. Failure to provide this and continue collecting = **violations and strict liability**
   c. Uniform Commercial Code
      i. **[UCC § 3-301]** – You must be a holder in due course to enforce a note. Rocket no longer holds the note.
      ii. **[UCC § 9-203(b)]** – A security interest only attaches if value is given and there is a valid obligation.
   d. Restatement (Third) of Property: Mortgages § 6.4
      i. Once the mortgage debt is paid, the lien is extinguished and **title reverts to** the borrower.

Page 1 of 3



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

2) This letter and invoice represent a separate and enforceable administrative claim outside of the prior Notices and settlement demands presented in Package 1 (May 5, 2025), Package 2 (May 23, 2025), and Package 3 sent June 6th 2025.

3) Direct Personal Liability: It places individual notice and potential liability on each officer under:

   a. [15 U.S.C. § 1681s-2] (FCRA)
   b. [15 U.S.C. § 1692e] (FDCPA)
   c. [18 U.S.C. § 1341, 1349] (Fraud statutes)

4) The attached invoice (EXHIBIT H-3) in the amount of $17,500.00 reflects:

   a. Administrative time addressing false reporting,
   b. Emotional and reputational damages,
   c. Commercial enforcement actions.

5) Failure to remit payment within seven (7) calendar days will result in the invoiced amount doubling per the lawful and published Administrative Fee Schedule.

6) This matter shall also be referred to the following agencies for further investigation and enforcement:

   o Consumer Financial Protection Bureau (CFPB)
   o U.S. Treasury Criminal Investigations Division
   o Federal Trade Commission (FTC)
   o Office of the Comptroller of the Currency (OCC)
   o U.S. Department of Justice (DOJ) for mail/wire fraud (18 U.S.C. §§ 1341, 1343, 1349).

The following individuals are now held jointly and severally liable for these additional damages due to breach of fiduciary duty and continued misconduct:

- **Varun Krishna,** Chief Executive Officer
- **Jay Bray,** President & CEO
- **Bill Emerson,** President
- **Jeff Morganroth,** Chief Legal Officer
- **Brian Brown,** Chief Financial Officer

Page 2 of 3



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

- **Eric Ferguson,** Vice President
- **Ashley Smith,** Capture Manager
- **Moe Bazzi,** Servicing Escalation Specialist

This letter and invoice are to be read in full harmony with the demands and evidence in Packages 1, 2, and 3. Continued inaction will trigger lien enforcement, commercial judgment, and additional legal filings.

Respectfully submitted in good faith,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor /
Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.



page 37 - 48

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 35 of 48



**NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT**

# EXHIBT H-1

Rocket Mortgage admitted the following in their May 12, 2025 letter: , (see EXHIBIT H-2)

"Your loan is paid in full... Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property."

That admission legally **estops** Rocket Mortgage from:
- Billing Jason Jehorek,
- Threatening my credit,
- Acting as if they are still the creditor or servicer.

**Relevant Laws Being Violated by Rocket Mortgage Now:**
1. Fair Debt Collection Practices Act (FDCPA)
2. Truth in Lending Act (TILA)
3. Uniform Commercial Code
4. Restatement (Third) of Property: Mortgages § 6.4

**Rocket Mortgage has no lawful claim,** yet you are using deceptive automated messages to imply an obligation.

( Examples below)

Case 5:25-cv-00558-D-BM     Document 11-6     Filed 01/27/26     Page 36 of 48





## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

Dated: May 30th 2025

ⓇRocket Mortgage

### Make your payment to stay on track

**Visit my Rocket Account.**

Hi Jason,

Rocket Mortgage® understands finances can be challenging, and we're committed to helping you protect your credit

As a reminder, you must submit your mortgage payment by the last business day of the month to avoid any impact on your credit score. All payments made by 11:59 pm ET are posted same day.

Make a payment

**Loan Information**

Loan number ending in        2222

Payment amount               $1,568.00

If you're facing difficulties making this month's payment, you can explore your Rocket Account to find personalized options that meets your unique needs.

Explore solutions today

If you're unable to make your payment, we may schedule a property inspection to ensure it's both occupied and maintained. You may be charged a fee for this inspection.

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit ConsumerFinance.gov

This is an automated email and responses are not monitored. Contact us if you have further questions.

If you have an active bankruptcy case or you received a bankruptcy discharge, we are sending this for informational purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-1906

Case 5:25-cv-00558-D-BM    Document 11-6    Filed 01/27/26    Page 37 of 48



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

Dated: June 6th 2025 (Threating to report to credit agency)



Page 3 of 3



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

# EXHIBT H-2

**∩Rocket Mortgage**

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Fairile Pl
Raleigh, NC 27613

Re:  Loan n        042

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws. In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations



**DATE:** 6/09/2025
**INVOICE #:** 1016

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Brian Brown, Chief Financial Officer
1050 Woodward Avenue
Detroit, Michigan 48226

*Certified Mail 9589 0710 5270 1898 4304 63*

"RE: Mortgage Account # ▌▌▌▌▌▌

**Reason for Invoice:**
This invoice is issued in response to Rocket Mortgage LLC's continued and unlawful attempts to collect or imply a balance on a mortgage note that was discharged as of December 22, 2020, per your own written acknowledgment dated May 12, 2025. Subsequent communications, including a June 6, 2025 email and other automated billing demands, constitute false representation, attempted debt collection, and credit harm in violation of [15 U.S.C. § 1692e], [15 U.S.C. § 1681s-2(a)], and [UCC § 3-301].

As a result, administrative time, reputational harm, and lawful enforcement costs have accrued, now invoiced below. Failure to remit payment within the cure period will result in escalation, lien filing, and criminal referrals.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|-------------|-----------|-----------|
| 1 | Administrative processing related to false credit reporting | $2,500.00 | $2,500.00 |
| 1 | Emotional and reputational damage | $5,000.00 | $5,000.00 |
| 1 | Contractual enforcement under commercial lien process | $10,000.00 | $10,000.00 |
| | | **SUBTOTAL** | **$17,500.00** |
| | | **TOTAL DUE** | **$17,500.00** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment will result in doubling of the total amount due and may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, payable to Jason Jehorek, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Date:** May 9th 2025

*Email Tracking*

**To: Moe Bazzi**
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226

**From:**
Jehorek Jason-Gerald
11937 Fairlie Pl.
Raleigh, NC [27613]

**Subject:** Personal and Commercial Liability Arising from False Credit Reporting and Administrative Burden

This formal notice is issued in response to Rocket Mortgage LLC's latest communications threatening to report false derogatory information to credit reporting agencies. (see **EXIBIT H-1**) This action is unlawful, unethical, and inconsistent with the documented fact that the underlying mortgage obligation was satisfied and discharged as of December 22, 2020 — as acknowledged in Rocket Mortgage's own letter dated May 12, 2025 (see **EXHIBIT H-2**).

You are hereby placed on NOTICE that:

1) **Relevant Laws Being Violated by Rocket Mortgage Now:**
   a. Fair Debt Collection Practices Act (FDCPA)
      i. **[15 U.S.C. § 1692e(2)(A)]** – False representation of amount, character, or legal status of a debt
      ii. **[§ 1692e(8)]** – Threatening or reporting false credit information
      iii. **[§ 1692f** – Unfair collection practices
   b. Truth in Lending Act (TILA)
      i. **[§ 1638(f)]** – Requires full ownership disclosure (Pool #, CUSIP, Assignment Date)
      ii. Failure to provide this and continue collecting = **violations and strict liability**
   c. Uniform Commercial Code
      i. **[UCC § 3-301]** – You must be a holder in due course to enforce a note. Rocket no longer holds the note.
      ii. **[UCC § 9-203(b)]** – A security interest only attaches if value is given **and** there is a valid obligation.
   d. Restatement (Third) of Property: Mortgages § 6.4
      i. Once the mortgage debt is paid, the lien is extinguished and **title reverts** to the borrower.

Page 1 of 3

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

2) **This letter and invoice represent a separate and enforceable administrative claim** outside of the prior Notices and settlement demands presented in Package 1 (May 5, 2025), Package 2 (May 23, 2025), and Package 3 sent June 6th 2025.

3) **Direct Personal Liability:** It places **individual notice and potential liability** on each officer under:

    a. [15 U.S.C. § 1681s-2] (FCRA)
    b. [15 U.S.C. § 1692e] (FDCPA)
    c. [18 U.S.C. § 1341, 1349] (Fraud statutes)

4) The attached invoice **(EXHIBIT H-3)** in the amount of **$17,500.00** reflects:

    a. Administrative time addressing false reporting,
    b. Emotional and reputational damages,
    c. Commercial enforcement actions.

5) **Failure to remit payment within seven (7) calendar days** will result in the invoiced amount doubling per the lawful and published Administrative Fee Schedule.

6) This matter shall also be referred to the following agencies for further investigation and enforcement:

    o Consumer Financial Protection Bureau (CFPB)
    o U.S. Treasury Criminal Investigations Division
    o Federal Trade Commission (FTC)
    o Office of the Comptroller of the Currency (OCC)
    o U.S. Department of Justice (DOJ) for mail/wire fraud (18 U.S.C. §§ 1341, 1343, 1349).

The following individuals are now held **jointly and severally liable** for these additional damages due to breach of fiduciary duty and continued misconduct:

- **Varun Krishna,** Chief Executive Officer
- **Jay Bray,** President & CEO
- **Bill Emerson,** President
- **Jeff Morganroth,** Chief Legal Officer
- **Brian Brown,** Chief Financial Officer

Case 5:25-cv-00558-D-BM     Document 11-6     Filed 01/27/26     Page 42 of 48



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

- Eric Ferguson, Vice President
- Ashley Smith, Capture Manager
- Moe Bazzi, Servicing Escalation Specialist

This letter and invoice are to be read in full harmony with the demands and evidence in Packages 1, 2, and 3. Continued inaction will trigger lien enforcement, commercial judgment, and additional legal filings.

Respectfully submitted in good faith,

by: *Jehorek Jason-Gerald*
:Jehorek: Jason-Gerald, sui juris
Primary Trustee / Authorized Representative / Grantor /
Creditor Beneficiary
For: °JASON GERALD JEHOREK™
All Rights Reserved. Without Prejudice
Without Recourse to me.



# EXHIBT H-1

Rocket Mortgage admitted the following in their **May 12, 2025 letter:**, (see EXHIBIT H-2)

"Your loan is paid in full... Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property."

That admission legally estops Rocket Mortgage from:
- Billing Jason Jehorek,
- Threatening my credit,
- Acting as if they are still the creditor or servicer.

**Relevant Laws Being Violated by Rocket Mortgage Now:**
1. Fair Debt Collection Practices Act (FDCPA)
2. Truth in Lending Act (TILA)
3. Uniform Commercial Code
4. Restatement (Third) of Property: Mortgages § 6.4

**Rocket Mortgage has no lawful claim**, yet you are using deceptive automated messages to imply an obligation.

( Examples below)



Page 1 of 3

EXHIBIT - 4



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Dated: May 30ᵗʰ 2025**

⌂ Rocket Mortgage

# Make your payment to stay on track

**Visit my Rocket Account.**

Hi John,

Rocket Mortgage understands finances can be challenging, and we're committed to helping you protect your credit.

As a reminder, you must submit your mortgage payment by the last business day of the month to avoid any impact on your credit score. All payments made by 11:59 p.m. ET are credited same day.

**Make a payment**

### Loan Information

| | |
|---|---|
| Loan number ending in | 2222 |
| Payment amount | $1,568.00 |

If you're facing difficulties making this month's payment, you can explore your Rocket Account to find personalized assistance that meets your unique needs.

**Explore solutions today**

If you're unable to make your payment, we may schedule a property inspection to ensure it's both occupied and maintained. You may be charged a fee for this inspection.

If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit ConsumerFinance.gov.

This is an automated email, and responses are not monitored. Contact us if you have further questions.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-1906



## NOTICE OF FALSE CREDIT REPORTING & ADMINISTRATIVE FEE ENFORCEMENT

**Dated: June 6th 2025 (Threating to report to credit agency)**



Case 5:25-cv-00558-D-BM   Document 11-6   Filed 01/27/26   Page 46 of 48



# EXHIBT H-2

**ⓝRocket Mortgage**

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Faidle Pl
Raleigh, NC 27613

Re:    Loan n███████

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws. In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

EXHIBIT - 4

# INVOICE



# EXHIBIT H-3

**DATE:** 6/09/2025
**INVOICE #:** 1017

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Moe Bazzi, Servicing Escalation Specialist
1050 Woodward Avenue
Detroit, Michigan 48226

"RE: Mortgage Account # ███████42"

**Reason for Invoice:**
This invoice is issued in response to Rocket Mortgage LLC's continued and unlawful attempts to collect or imply a balance on a mortgage note that was discharged as of December 22, 2020, per your own written acknowledgment dated May 12, 2025. Subsequent communications, including a June 6, 2025 email and other automated billing demands, constitute false representation, attempted debt collection, and credit harm in violation of [15 U.S.C. § 1692e], [15 U.S.C. § 1681s-2(a)], and [UCC § 3-301].

As a result, administrative time, reputational harm, and lawful enforcement costs have accrued, now invoiced below. Failure to remit payment within the cure period will result in escalation, lien filing, and criminal referrals.

| QTY | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|-----|-------------|-----------:|-----------:|
| 1 | Administrative processing related to false credit reporting | $2,500.00 | $2,500.00 |
| 1 | Emotional and reputational damage | $5,000.00 | $5,000.00 |
| 1 | Contractual enforcement under commercial lien process | $10,000.00 | $10,000.00 |
| | | **SUBTOTAL** | **$17,500.00** |
| | | **TOTAL DUE** | **$17,500.00** |

Payment is due within seven (7) days of receipt of this invoice. Failure to remit payment will result in doubling of the total amount due and may result in further administrative liens, notices of claim, or lawful collection remedies in equity and commerce.

The settlement may be made via certified funds, cashier's check, or money order, payable to Jason Jehorek, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.