EXHIBIT - 6

# EXHIBIT 6

### PACKAGE 6 – AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Recipient:** Rocket Mortgage LLC
**Date Sent:** June 24-25, 2025
**Service:** USPS Certified / Priority Mail
**USPS Tracking No.** 9589 0710 5270 1899 5144 15

**CLAIM ASSERTED**

Affidavit of non-rebuttal declaring Rocket Mortgage in administrative default for failing to respond to prior notices and invoices, confirming total claimed damages of $2,651,954.17.

**Nature of Document:** Sworn affidavit declaring administrative default due to non-response

Rocket Mortgage placed on notice via Packages 1 through 4, which included:
- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)
- continued silence is being reported to the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, and CFPB

**Total Amount Claimed (as stated in the affidavit)**
- "Total claimed damages and penalties now exceed: $2,651,954.17"

EXHIBIT - 6



# Package 6

# AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR 6-25-25

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor,** to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun

Case 5:25-cv-00558-D-BM    Document 11-8    Filed 01/27/26    Page 3 of 46

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

Krishna, Chief Executive Officer, Jay Bray, President & CEO, Bill Emerson, President & CEO, Jeff Morganroth, Chief Legal Officer, Brian Brown, Chief Financial Officer, Moe Bazzi, Servicing Escalation Specialist for each total $17,500.00 for a grand total of $105,000.00

5. On June 14, 2025, I received a letter from Rocket Mortgage (Exhibit A) which failed to address, acknowledge, rebut, or cure any prior claims, notices, or affidavits.

   The June 14 letter constitutes a form letter demand for payment—absent rebuttal or recognition of the presentment made in good faith by the Secured Party.

6. Rocket Mortgage LLC and all named officers have failed to provide any verified affidavit, commercial rebuttal, or point-by-point response within the stated terms.

7. Pursuant to [UCC 3-501(b)(2)], [UCC 1-308], [Restatement (Third) of Property: Mortgages § 6.4], and applicable public law, their failure constitutes **dishonor, tacit acquiescence,** and default judgment by silence.

---

## III. FORMAL RESPONSE TO LETTER DATED JUNE 14, 2025

To Whom It May Concern:

Thank you for your letter dated June 14, 2025. Please be advised that your office is now in commercial default as a result of failing to respond to my notarized and contractually binding Administrative Packages 1 through 4. You have dishonored the terms presented, failed to reconvey legal title, refused to provide full disclosure of securitization records, and continued to send collection demands post-discharge.

Please take formal notice:

- A **Whistleblower Claim (IRS Form 211)** has been filed against Rocket Mortgage LLC and named executives.

- Your continued silence is being reported to the **Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, and CFPB.**

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

- Total claimed damages and penalties now exceed **$2,651,954.17.**

| Year | Description | Penalties and Damages | Monthly Payment | Original Promissory Note | Servicing Release Premium | Servicing Fee Annual | Total Monthly Payments | Total Earnings |
|------|-------------|----------------------|-----------------|--------------------------|---------------------------|---------------------|------------------------|----------------|
| 2017 | Monetized Original Quicken Loans Promissory Note Policy # 3462812222 | $0.00 | $0.00 | $236,800.00 | $0.00 | $0.00 | $0.00 | $236,800.00 |
| 2017 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,226.42 | $0.00 | $3,526.00 | $440.75 | $14,717.04 | $18,683.79 |
| 2018 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,226.42 | $0.00 | $0.00 | $440.75 | $14,717.04 | $15,157.79 |
| 2019 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,226.42 | $0.00 | $0.00 | $440.75 | $14,717.04 | $15,157.79 |
| 2020 | Monetized Rocket Mortgage Promissory Note Policy # 3390893042 | $0.00 | $0.00 | $232,200.00 | $0.00 | $0.00 | $0.00 | $232,200.00 |
| 2020 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $4,736.00 | $592.00 | $15,029.64 | $20,357.64 |
| 2021 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2022 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2023 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2024 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2025 | approx. Mortgage payments (Jan–Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2025 | Damages from Affidavit of Non-Response and Default Package 1, 2 & 3 | $1,930,488.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,930,488.96 |
| 2025 | Penalties from Package 4 ($17,500 × 6 Individuals) | $105,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105,000.00 |
| | **Total Estimated Taxable Proceeds** | $2,035,488.96 | $11,194.08 | $469,000.00 | $8,262.00 | $4,874.25 | $134,328.96 | $2,651,954.17 |

- **Further harassment or adverse reporting will trigger commercial lien proceedings, civil tort claims, and additional regulatory referrals.**

You are required to cease and desist all unlawful billing and respond with verified sworn affidavit within **7 calendar days** of this notice. Failure to do so constitutes intentional fraud by omission, willful dishonor, and malicious injury under [18 U.S.C. § 1341], [18 U.S.C. § 1343], and [15 U.S.C. § 1692e].

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

For: ©JASON GERALD JEHOREK™

And: JASON GERALD FAMILY OF JEHOREK ESTATE™

All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

Note: The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE", as reflected in IRS EIN filings and all formal administrative records.

### Notary Block:

County __Wake__ )

           ) ss

State of North Carolina )

On this _24th_ day of _June_ , 2025, before me, the undersigned Notary Public, personally appeared Jehorek, Jason-Gerald known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

This document is acknowledged for the record only, without granting jurisdiction to any statutory entity. The man appearing is sui juris, not acting as surety, debtor, or U.S. citizen, and signs under full reservation of rights, Without Prejudice [UCC 1-308].

In witness whereof, I hereunto set my hand and official seal.

My commission expires 8/27/2029

Signature of Notary Public: _Grace Borger_

Seal:

> **GRACE BORGER**
> Notary Public - North Carolina
> Wake County
> My Commission Expires Aug 27, 2029

Page 4 of 4

EXHIBIT - B



# FINAL ENFORCEMENT NOTICE

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Brian Brown
Chief Financial Officer
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
**Date:** June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear [Officer Name],

You are receiving this notice in your official and private capacity as Chief Financial Officer of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

This package includes your individual copy of the **Affidavit of Non-Rebuttal and Notice of Dishonor**, which establishes that no lawful rebuttal, affidavit, or cure has been submitted by your office within the timeframe provided. Your organization is now in final administrative default.

Your continued failure to act in honor will trigger:

- **Commercial lien and tort enforcement**
- **Federal criminal referrals (mail fraud, conversion, concealment)**
- **Formal claims with the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, IRS CID, and CFPB**

Please govern yourself accordingly. You may cure by verified affidavit within **seven (7) calendar days** from receipt. Silence will confirm dishonor, estoppel by acquiescence, and liability.

Respectfully,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Creditor / Grantor / Settlor
For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308]

---

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

EXHIBIT - 8



## FINAL ENFORCEMENT NOTICE

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Moe Bazzi
Servicing Escalation Specialist
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
Date: June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear [Officer Name],

You are receiving this notice in your official and private capacity as Servicing Escalation Specialist of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership

- Securitization and Reconveyance Demands

- Invoices for Unjust Enrichment and Post-Discharge Collection

- Affidavit of Default, Dishonor, and Administrative Enforcement

- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

Case 5:25-cv-00558-D-BM    Document 11-8    Filed 01/27/26    Page 9 of 46

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

This package includes your individual copy of the **Affidavit of Non-Rebuttal and Notice of Dishonor**, which establishes that no lawful rebuttal, affidavit, or cure has been submitted by your office within the timeframe provided. Your organization is now in final administrative default.

Your continued failure to act in honor will trigger:

- **Commercial lien and tort enforcement**

- **Federal criminal referrals (mail fraud, conversion, concealment)**

- **Formal claims with the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, IRS CID, and CFPB**

Please govern yourself accordingly. You may cure by verified affidavit within **seven (7) calendar days** from receipt. Silence will confirm dishonor, estoppel by acquiescence, and liability.

Respectfully,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Creditor / Grantor / Settlor
For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308]

---

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

EXHIBIT - 5

## FINAL ENFORCEMENT NOTICE

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Jeff Morganroth
Chief Legal Officer
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
**Date:** June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear [Officer Name],

You are receiving this notice in your official and private capacity as Chief Legal Officer of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

This package includes your individual copy of the **Affidavit of Non-Rebuttal and Notice of Dishonor**, which establishes that no lawful rebuttal, affidavit, or cure has been submitted by your office within the timeframe provided. Your organization is now in final administrative default.

Your continued failure to act in honor will trigger:

- **Commercial lien and tort enforcement**

- **Federal criminal referrals (mail fraud, conversion, concealment)**

- **Formal claims with the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, IRS CID, and CFPB**

Please govern yourself accordingly. You may cure by verified affidavit within **seven (7) calendar days** from receipt. Silence will confirm dishonor, estoppel by acquiescence, and liability.

Respectfully,

by: *Jehorck  Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Creditor / Grantor / Settlor
For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308]

---

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

EXHIBIT - 6

## FINAL ENFORCEMENT NOTICE

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Jay Bray
President & CEO
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
**Date:** June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear [Officer Name],

You are receiving this notice in your official and private capacity as President & CEO of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Case 5:25-cv-00558-D-BM    Document 11-8    Filed 01/27/26    Page 13 of 46

Page 13 of 46

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

This package includes your individual copy of the **Affidavit of Non-Rebuttal and Notice of Dishonor**, which establishes that no lawful rebuttal, affidavit, or cure has been submitted by your office within the timeframe provided. Your organization is now in final administrative default.

Your continued failure to act in honor will trigger:

- **Commercial lien and tort enforcement**
- **Federal criminal referrals (mail fraud, conversion, concealment)**
- **Formal claims with the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, IRS CID, and CFPB**

Please govern yourself accordingly. You may cure by verified affidavit within **seven (7) calendar days** from receipt. Silence will confirm dishonor, estoppel by acquiescence, and liability.

Respectfully,

by: _Jehorek Jason-Gerald_

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Creditor / Grantor / Settlor
For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308]

---

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

**From:**

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**

Varun Krishna

Chief Executive Officer

Rocket Mortgage LLC

1050 Woodward Avenue

Detroit, MI 48226

Date: June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear [Officer Name],

You are receiving this notice in your official and private capacity as Chief Executive Officer of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership

- Securitization and Reconveyance Demands

- Invoices for Unjust Enrichment and Post-Discharge Collection

- Affidavit of Default, Dishonor, and Administrative Enforcement

- IRS Form 211 Whistleblower Submission (pending federal review)

Case 5:25-cv-00558-D-BM    Document 11-8    Filed 01/27/26    Page 15 of 46

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

This package includes your individual copy of the **Affidavit of Non-Rebuttal and Notice of Dishonor**, which establishes that no lawful rebuttal, affidavit, or cure has been submitted by your office within the timeframe provided. Your organization is now in final administrative default.

Your continued failure to act in honor will trigger:

- **Commercial lien and tort enforcement**
- **Federal criminal referrals (mail fraud, conversion, concealment)**
- **Formal claims with the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, IRS CID, and CFPB**

Please govern yourself accordingly. You may cure by verified affidavit within **seven (7) calendar days** from receipt. Silence will confirm dishonor, estoppel by acquiescence, and liability.

Respectfully,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
**Authorized Representative / Creditor / Grantor / Settlor**
For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308]

---

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

EXHIBIT - 6

## FINAL ENFORCEMENT NOTICE

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Bill Emerson
President
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
Date: June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear [Officer Name],

You are receiving this notice in your official and private capacity as President of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

EXHIBIT - 5



## FINAL ENFORCEMENT NOTICE

This package includes your individual copy of the **Affidavit of Non-Rebuttal and Notice of Dishonor**, which establishes that no lawful rebuttal, affidavit, or cure has been submitted by your office within the timeframe provided. Your organization is now in final administrative default.

Your continued failure to act in honor will trigger:

- **Commercial lien and tort enforcement**

- **Federal criminal referrals (mail fraud, conversion, concealment)**

- **Formal claims with the Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, IRS CID, and CFPB**

Please govern yourself accordingly. You may cure by verified affidavit within **seven (7) calendar days** from receipt. Silence will confirm dishonor, estoppel by acquiescence, and liability.

Respectfully,

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Creditor / Grantor / Settlor
For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308]

---

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

EXHIBIT - 6



# Exhibit A

## Letter from Rocket Mortgage on 6-14-2025

EXHIBIT - 5

**ROCKET** Mortgage

1050 Woodward Avenue | Detroit, MI 48226



Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

# Please Contact Us About Your Missed Mortgage Payment

Hi Jason Jehorek,

Your mortgage payment is 38 days or more past due, and your loan is in default. However, we have resources that can help you, whether you've had:

- A financial challenge
- A loss of income
- A serious life event

It's important that you act quickly. If you wait, fewer options may be available.

You don't have to pick up a phone to get a solution.

The easiest way to see your options is to fill out a mortgage assistance application on Rocket Mortgage®. We collect all the information needed to accurately understand your current situation and find the best solution for you.

You must contact us or complete the mortgage assistance application, including any required documents described in the application, by July 8, 2025.

If a valuation is obtained in connection with your application, you're entitled to a free copy.

If you have other mortgages secured to this property, consider contacting the mortgagees of those mortgages to discuss loss mitigation options.

Sincerely,

Your Account Resolution Team

AccountResolution@RocketMortgage.com

Sign in to Rocket Mortgage® to find the best option based on your unique situation.

 Pay Now      Start Your Application      Chat      (800) 508-0944

EXHIBIT - 5

2-810-61503-0000006-001-03-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Information About Avoiding Foreclosure

Signing in to Rocket Mortgage® is the quickest way to get started, but you can also write to us at:



Rocket Mortgage, LLC
1050 Woodward Ave.
Detroit, MI 48226

There are two main paths for foreclosure relief: staying in your home and gracefully transitioning out of your home. Leaving your home through an alternative program is better than allowing your home to go into foreclosure because foreclosure has the worst credit, tax and financing consequences of all the options.

Not every client qualifies for every solution. That's why you should call us at (800) 508-0944 as soon as possible so we can discuss your situation and find the right solution for you.

If payments have been missed or there's a reason for us to believe your property is vacant or abandoned, we may refer your mortgage to foreclosure.

If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For additional help exploring your options, the federal government provides contact information for housing counselors at http://www.HUD.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

### Additional Resources

- Homeowner Assistance Fund, ncsha.org/homeowner-assistance-fund

- The Consumer Financial Protection Bureau (CFPB), (855) 411-2372, ConsumerFinance.gov/mortgagehelp

- For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit www.FannieMae.com or Freddie Mac's MyHome.FreddieMac.com.

- If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit https: www.consumerfinance.gov/.

## Beware Of Foreclosure Relief Scams

Scam artists are stealing millions of dollars from distressed homeowners by promising foreclosure relief or demanding cash for counseling services. Counseling agencies approved by the U.S. Department of Housing and Urban Development provide the same services for free, and you can work directly with us for free as well.

### Beware of a company or person who does any of these things:

- Guarantees they can stop a foreclosure or get your loan modified

- Advises you to stop talking to or paying your mortgage company in favor of paying them instead

- Pressures you to sign over your deed or sign paperwork you don't understand

- Claims to offer "government-approved" or "official government" loan modifications

- Is a third party other than your mortgage servicer and asks you to release financial information when you haven't been working with them or don't know them

- Claims to provide a forensic loan audit to make sure your lender complied with all laws

- Claims to be an attorney who can help you avoid foreclosure

### How To Report A Scam

If you think you've been the victim of foreclosure fraud, report it in one or more of the following ways:

- Call (888) 995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.

- Contact the Federal Trade Commission (FTC.gov), your state attorney general's office (NAAG.org) or the Better Business Bureau (BBB.org).

- Fill out the Loan Modification Scam Prevention Network's complaint form online at PreventLoanScams.org.

- Go to ConsumerFinance.gov/Complaint to submit a complaint and get information on how to fight back.

## Servicemembers Civil Relief Act (SCRA) Notice Disclosure

Read the enclosed document if you are a service member or the spouse or dependent of a service member. It explains the legal protections and debt relief available through the U.S. Department of Housing and Urban Development Office of Housing.

EXHIBIT - 6

2-810-63583-0000006-001-04-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Options For Staying In Your Home



| Solution | How It Works | May Apply To You If ... | Benefits |
|---|---|---|---|
| Reinstatement | Pay the total amount owed in a lump sum by a specific date. This may follow a forbearance plan as described below. | You can afford the payment now and have the funds to catch up on past-due payments. | Allows the mortgage to be brought current immediately. |
| Refinance | Refinance the current mortgage into one with a smaller monthly payment through a lower rate or longer term, for example. | Something has changed with your finances so you can't afford the current payment anymore, but you have a source of income. | Allows you to decrease the monthly payment amount with a lower rate or extending the loan term. |
| Forbearance Plan | Make reduced or no mortgage payments for a specific period of time. When the forbearance ends, the outstanding balance must be paid or you must apply for another option. | Your hardship has not ended. For example, if you are currently unemployed and seeking employment. | Gives you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| Repayment Plan | Pay back your past-due payments while making regular payments over an extended period. You pay extra every month until you make up what you owe. | You had a financial hardship in the past that's now resolved. | Gives you time to bring the mortgage current without having to make a single lump-sum payment. |
| Modification | Modify the terms of the mortgage to make it more affordable. You could end up with a lower rate or a longer term – 40 years instead of 30, for example – to lower the monthly payment. This may require a successful completion of a trial period. | Your finances have changed so you can't afford the current payment, but you have a source of income. | Allows you to bring the mortgage current by permanently modifying the mortgage.<br><br>This is intended to make the payments or terms more manageable; typically results in a lower monthly payment. |
| Payment Deferral Or Partial Claim | We'll set all or part of the past-due amount aside to be paid later. It will be due when you pay off your mortgage, sell your home or refinance. You won't be charged any interest on the deferred balance. | You had a financial hardship in the past that's now resolved. | Allows you to bring the mortgage current by delaying repayment of past-due principal and interest amounts without changing other terms of the mortgage. |

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

| CP076 | Notice Date: 06/08/2025 | Loan Number: 3462812222 | 3 of 5 |
|---|---|---|---|

EXHIBIT - 6

2-810-68593-0000006-001-05-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Options For Gracefully Exiting Your Home

| Solution | How It Works | May Apply To You If ... | Benefits |
|---|---|---|---|
| Short Sale | A short sale is when you sell your home for less than it's worth to pay back a portion of what you owe. | You can't afford the monthly mortgage payment anymore. | Allows you to transition out of your home to avoid foreclosure. |
| | | | Relocation funds may be available. |
| | | | The remainder of the mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| Mortgage Release (Deed In Lieu Of Foreclosure) | Transfer the ownership of your property to Rocket Mortgage. This is a graceful way to exit your home while avoiding foreclosure. | You can't afford your home, modification options don't apply to you or match your needs, or you have been unable to successfully sell your home for either a full payoff or a short sale. | Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure. |
| | | | Relocation funds may be available. |
| | | | The remainder of the mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences — consult a tax advisor. |

Case 5:25-cv-00558-D-BM     Document 11-8     Filed 01/27/26     Page 23 of 46

EXHIBIT - 6

2-810-61583-0000008-001-06-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226



## Frequently Asked Questions

**1. What is foreclosure?**

Foreclosure is when you lose your home through a legal process. Your mortgage company repossesses the property, and you are required to move. This process may involve an eviction, and you may still be liable to pay off what you owe on the home. It could be as long as 7 years before you are eligible for another loan backed by Fannie Mae or Freddie Mac (the companies that usually hold mortgages).

**2. Will the foreclosure process begin if I don't respond to this letter?**

Possibly. If you do not respond to this letter, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**3. What happens to my mortgage while you are evaluating my Application For Success?**

All contractual payments, which become due while we evaluate the types of assistance for which you may be eligible, remain due to Rocket Mortgage.

**4. What happens if I've waited too long and my property has been referred to an attorney for foreclosure? Should I still contact you?**

Yes! It may not be too late. Your best bet is always to get in touch with us to discuss your situation.

**5. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**

No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative and comply with all requirements.

**6. How will my credit score be affected?**

The delinquency status of your loan will be reported to credit reporting agencies, along with your acceptance of a foreclosure prevention option, in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association. This may negatively impact your credit score.

**7. What if my property is scheduled for a foreclosure sale in the future?**

If you submit a complete Application For Success 37 days or less before a scheduled foreclosure sale, there's no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we're able to approve you for an alternative before the sale, the court with jurisdiction over the foreclosure proceeding (if any) or the public official charged with carrying out the sale may not stop the scheduled sale.

**8. Why did I receive this document?**

You received this request to complete the Application For Success because one or more mortgage payments were missed. We're sending this information to you now so we can work with you to quickly resolve any temporary or long-term financial challenges you face.

**9. What if I acquired an ownership interest in the property through death, divorce or legal separation?**

You should contact us as soon as possible. We're here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that's needed to confirm your identity and ownership interest in the property as well as to discuss next steps.

**10. Will it cost money to get help?**

No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

Keep in mind the following:

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see Beware Of Foreclosure Rescue Scams for additional information).

EXHIBIT - 6

| | | |
|---|---|---|
| **Servicemembers Civil Relief Act Notice Disclosure** | **U.S. Department of Housing and Urban Development Office of Housing** | **OMB Approval No. 2502-0584 Expire 11/30/2024** |

## Legal Rights and Protections Under the SCRA



Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 39014043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. Rocket Mortgage Attn: Client Solutions, 635 Woodward Ave., Detroit, MI 48226

- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070
(6/2017)

EXHIBIT - 6



## CERTIFICATE OF SERVICE

**Re:** Certified Service of Affidavit of Non-Rebuttal and Dishonor – Officer Notification Package

**Affiant:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**Date of Service:** June 24, 2025

I, :Jehorek: Jason-Gerald, sui juris, hereby affirm under penalty of perjury that on the date above, I served the attached **Certified True Copy** of the **Affidavit of Non-Rebuttal and Notice of Dishonor** upon the following parties via **Certified Mail with Return Receipt Requested:**

1. Varun Krishna – Chief Executive Officer, Rocket Mortgage LLC

2. Bill Emerson – President, Rocket Mortgage LLC

3. Jay Bray – President & CEO, Rocket Mortgage LLC

4. Jeff Morganroth – Chief Legal Officer, Rocket Mortgage LLC

5. Brian Brown – Chief Financial Officer, Rocket Mortgage LLC

6. Moe Bazzi – Servicing Escalation Specialist, Rocket Mortgage LLC

Each recipient was mailed a separate package containing:

- Cover Letter Addressed to the Officer

- Certified True Copy of the Affidavit of Non-Rebuttal and Dishonor

- Final Enforcement Notice

Each mailing was sent to:

Rocket Mortgage LLC
Attn: [Individual Officer Name]
1050 Woodward Avenue
Detroit, Michigan 48226

Page 1 of 2

EXHIBIT - 6



## CERTIFICATE OF SERVICE

Tracking numbers and green card receipts are maintained in the administrative file and may be presented as evidence of lawful notice and service.

Executed on this **24ᵗʰ** day of June, 2025.

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

For: ©JASON GERALD JEHOREK™ and JASON GERALD FAMILY OF JEHOREK ESTATE™

All Rights Reserved. Without Prejudice [UCC 1-308]

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE" as reflected in IRS EIN filings and all formal administrative records.

### Notary Block:

County **Wake**                    )
                                   ) ss
State of North Carolina            )

On this **24ᵗʰ** day of **June**, 2025, before me, the undersigned Notary Public, personally appeared Jehorek, Jason-Gerald known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

This document is acknowledged for the record only, without granting jurisdiction to any statutory entity. The man appearing is sui juris, not acting as surety, debtor, or U.S. citizen, and signs under full reservation of rights, Without Prejudice [UCC 1-308].

In witness whereof, I hereunto set my hand and official seal.

My commission expires 8/27/2029

Signature of Notary Public: *Grace Borger*

Seal:

```
        GRACE BORGER
Notary Public - North Carolina
        Wake County
My Commission Expires Aug 27, 2029
```

Page 2 of 2

Raleigh NC 27613

Rocket Mortgage LLC

Att Brian Brown - CFO

1050 Woodward Avenue

Detroit MI 48226

---

**CERTIFIED MAIL**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

9589 0710 5270 1899 5144 15
9589 0710 5270 1899 5144 15

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To Rocket Mortgage - Brian Brown
Street and Apt. No., or PO Box No. 105 Woodward Av
City, State, ZIP+4® Detroit MI 48226

Postmark Here

PS Form 3800, January 2023 PSN 7530-02-000-9047
See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocket Mortgage LLC
105 Woodward Av
Detroit MI 48226
Att Brian Brown Package?

9590 9402 8789 4005 5669 47

2. Article Number (Transfer from service label)

9589 0710 5270 1899 5144 15

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [Insured Mail]
☐ [Insured Mail Restricted Delivery]
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



EXHIBIT - 8



## FINAL ENFORCEMENT NOTICE

*Certified Mail*

**From:**
:Jehorek: Jason-Gerald, sui juris        9587 0710 5270-0072 9351 53
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Bill Emerson
President
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
**Date:** June 24, 2025

**Subject: Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration**

Dear Bill Emerson,

You are receiving this notice in your official and private capacity as President of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**

*Certified Mail*

*9589 0710 5270 0072 9051 53*

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

---

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

---

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor**, to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun

Page 1 of 4



CERTIFIED MAIL

9589 0710 5270 1899 5144 22
9589 0710 5270 1899 5144 22

Rocket Mortgage LLC
Att: Varan Krishna — CFO
1050 Woodward Av
Detroit MI 48226

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocket Mortgage LLC
1050 Woodward Av
Detroit MI 48226
Att Varan Krishna CEO

9590 9402 9472 5069 7045 66

2. Article Number (Transfer from service label)
9589 0710 5270 1899 5144 22

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

EXHIBIT - 6



## FINAL ENFORCEMENT NOTICE

*Certified Mail*

**From:**
:Jehorek: Jason-Gerald, sui juris  9589 0710 5276 6899 5144 22
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Varun Krishna
Chief Executive Officer
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
Date: June 24, 2025

**Subject: Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration**

Dear Varun Krishna,

You are receiving this notice in your official and private capacity as Chief Executive Officer of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**

*Certified Mail*

:Jehorek: Jason-Gerald, sui juris     **9589 0710 5270 1899 5144 22**

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

---

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

---

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor**, to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun



EXHIBIT - 5



## FINAL ENFORCEMENT NOTICE

Certified Mail

**From:**
:Jehorek: Jason-Gerald, sui juris   9589 0710 5270 1899 4304 87
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Jay Bray
President & CEO
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
Date: June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear Jay Bray,

You are receiving this notice in your official and private capacity as President & CEO of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

Page 36 of 46

EXHIBIT - 5



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**

*Certified Mail*

:Jehorek: Jason-Gerald, sui juris        *9589 0710 5270 1899 4304 87*

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

---

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

---

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor**, to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun



EXHIBIT - 8



## FINAL ENFORCEMENT NOTICE

**From:**

*Certified Mail*
*9589 0710 5270 1899 4304 94*

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**

Moe Bazzi
Servicing Escalation Specialist
Rocket Mortgage LLC
635 Woodward Ave.
Detroit MI 48226
Date: June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear Moe Bazzi,

You are receiving this notice in your official and private capacity as Servicing Escalation Specialist of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**

*Certified Mail*

:Jehorek: Jason-Gerald, sui juris    9589 0710 5270 1899 4304 94

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor,** to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun



EXHIBIT - 5



## FINAL ENFORCEMENT NOTICE

*Certified Mail*

**From:**

9589 0710 5270 1899 4305 00

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**

Jeff Morganroth

Chief Legal Officer

Rocket Mortgage LLC

1050 Woodward Ave.

Detroit MI 48226

**Date:** June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear Jeff Morganroth,

You are receiving this notice in your official and private capacity as Servicing Escalation Specialist of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership
- Securitization and Reconveyance Demands
- Invoices for Unjust Enrichment and Post-Discharge Collection
- Affidavit of Default, Dishonor, and Administrative Enforcement
- IRS Form 211 Whistleblower Submission (pending federal review)

Page 1 of 2

EXHIBIT - 6



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**                    *Certified Mail*

:Jehorek: Jason-Gerald, sui juris     *9589 0710 5270 1899 4305 00*

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

---

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

---

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor**, to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun

Page 1 of 4



Raleigh NC 27613

Rocket Mortgage LLC
Att Brian Brown - CEO
1050 Woodward Avenue
Detroit MI 48226

CERTIFIED MAIL

9589 0710 5270 1899 5144 15

Rocket Mortgage LLC
105 Woodward Av
Detroit MI 48226
Att Brian Brown Package 7

9589 0710 5270 1899 5144 15

EXHIBIT - 6



**FINAL ENFORCEMENT NOTICE**

*Certified Mail*

*9 589 0710 5270 1899 5144 45*

**From:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**To:**
Brian Brown
Chief Financial Officer
Rocket Mortgage LLC
1050 Woodward Avenue
Detroit, MI 48226
**Date:** June 24, 2025

**Subject:** Personal Notice – Final Affidavit of Non-Rebuttal, Dishonor, and Enforcement Declaration

Dear Brian Brown,

You are receiving this notice in your official and private capacity as Chief Financial Officer of Rocket Mortgage LLC. This mailing is part of an established administrative process involving your organization's failure to lawfully respond to verified claims, affidavits, and demand notices presented under private contract and public law.

You were duly placed on notice via Packages 1 through 4, which included:

- A sworn Affidavit of Status and Ownership

- Securitization and Reconveyance Demands

- Invoices for Unjust Enrichment and Post-Discharge Collection

- Affidavit of Default, Dishonor, and Administrative Enforcement

- IRS Form 211 Whistleblower Submission (pending federal review)



## AFFIDAVIT OF NON-REBUTTAL AND NOTICE OF DISHONOR

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**

:Jehorek: Jason-Gerald, sui juris    *Certified Mail*
                   9589 0710 5270 1899 5144 15

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 24, 2025

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a competent man on the land, of lawful age, and firsthand knowledge, hereby make this sworn affidavit and declaration under penalty of perjury. All facts herein are true, correct, and complete to the best of my knowledge, belief, and understanding.

### II. AFFIDAVIT OF NON-REBUTTAL

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55,

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor,** to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun

Case 5:25-cv-00558-D-BM    Document 11-8    Filed 01/27/26    Page 46 of 46