# EXHIBIT - 7

# **EXHIBIT 7**

**PACKAGE 7 – OCC Information Request & Final Administrative Enforcement**

**Recipient:** Rocket Mortgage LLC
**Date Sent:** June 26, 2025
**Service:** USPS Certified / Priority Mail
**USPS Tracking No.** RF414199 1 5 4 US (Registered Mail)

**CLAIM ASSERTED**

EXHIBIT 7 documents regulatory escalation to the OCC and issues a final aggregated administrative invoice of $4,471,954.17 based on Rocket Mortgage's continued non-response, failure to reconvey, false collection activity, and unrebutted prior notices.

- Rocket Mortgage **failed to rebut or cure** Administrative Packages **1 through 4**.
- Rocket Mortgage **continued collection and default notices** despite:
  - admitted payoff / discharge of the loan,
  - failure to reconvey the deed of trust,
  - failure to disclose securitization (CUSIP, pool, assignment).
- Rocket Mortgage's continued conduct constitutes:
  - **continuing dishonor,**
  - **false collection activity**, and
  - **regulatory non-compliance**, now escalated to the **OCC.**

This package functions as:
- a **regulatory escalation**, and
- a **final administrative enforcement presentment.**

EXHIBIT - 7



# Package 7

# Sent to Rocket Mortgage Information Request Center for OCC 6-26-25

EXHIBIT - 7



## AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE

**Rocket Mortgage LLC – Administrative Default and Final Enforcement Declaration**

**Affiant:**                                                    RF 414 199 154 US

:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

**DATE:** June 26, 2025

### I. PRELIMINARY STATEMENT

I, :Jehorek: Jason-Gerald, sui juris, a living, competent man, not a statutory person, do hereby declare and affirm under penalty of perjury under the laws of the united States of America, in good faith and full capacity, that the facts stated herein are true, correct, complete, and based upon firsthand knowledge, belief, and understanding. This sworn Affidavit is offered as a lawful and public declaration of default, commercial dishonor, and continued fraud by omission by Rocket Mortgage LLC and its officers.

This Affidavit is made in support of the record and to serve formal notice of continuing dishonor by **Rocket Mortgage LLC** and its executive officers. This document stands as a lawful declaration, a public record, and is made pursuant to the following authorities:

- [28 U.S.C. § 1746] – Unsworn declarations under penalty of perjury
- [UCC 1-308] – Reservation of Rights
- [UCC 3-501(b)(2)] – Dishonor by failure or refusal to respond
- [Public Law 88-244] – Legal sufficiency of signed declaration
- [Restatement (Third) of Property: Mortgages § 6.4] – Extinguishment of mortgage upon discharge of debt

Accordingly, I hereby affirm and record that on this **26th day of June, 2025**, I placed into the custody of the United States Postal Service, via **Certified Mail with Return Receipt**, one (1) true and correct copy of this Affidavit and the associated **Notice of Continuing Dishonor**, addressed to:

Case 5:25-cv-00558-D-BM     Document 11-9     Filed 01/27/26     Page 3 of 34

EXHIBIT - 7



## AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE

Rocket Mortgage LLC
Attn: Executive Office
P.O. Box 442359
Detroit, Michigan 48244-2359

This declaration is made as part of an ongoing lawful process of private settlement, commercial remedy, and public recordation, and is binding unless rebutted by verified sworn affidavit within the time allotted under law and contract.

---

## II. AFFIDAVIT OF NON-REBUTTAL & CERTIFICATE OF SERVICE

1. On May 1, 2025, I delivered **Administrative Settlement Package 1** to Rocket Mortgage LLC, to Brian Brown CFO, including notarized affidavit(s), claim for damages, and contractual terms of private administrative resolution included a Settlement Offer $362,061.55, **Certified Mail #** 9589 0710 5270 1899 514163 and delivered on May 5th, 2025.

2. On May 19, 2025, I delivered **Enforcement Package 2** to Brian Brown CFO, which reiterated lawful demand for reconveyance, provided securitization evidence, and included commercial INVOICE #: 1010 for $965,244.48, **Certified Mail #** 9589 0710 52701899 5142 31 and delivered on May 23rd, 2025.

3. On June 5, 2025, I delivered **Final Notice Package 3 – Notice of Non-Response, Default, and Affidavit of Dishonor**, to Brian Brown CFO, granting Rocket Mortgage a final opportunity to cure included commercial INVOICE #: 1011 for $1,930,488.96, **Certified Mail #** 9589 0710 5270 1899 5143 23 and delivered on June 9rd, 2025.

4. On June 9th, 2025, I delivered **Notice Of False Credit Reporting & Administrative Fee Enforcement in Package 4** and sent all named officers Package 1, 2, 3 and 4 to Varun Krishna, Chief Executive Officer, **Certified Mail #** 9589 0710 5270 1899 5142 93, Jay Bray, President & CEO, **Certified Mail #** 9589 0710 5270 1899 5143 09, Bill Emerson, President & CEO, **Certified Mail #** 9589 0710 5270 1899 4304 63, Jeff Morganroth, Chief Legal Officer, **Certified Mail #** 9589 0710 5270 1899 5142 86, Brian Brown, Chief Financial Officer, **Certified Mail #** 9589 0710 5270 1899 5143 54 Moe Bazzi, Servicing Escalation Specialist **Certified Mail #** 9589 0710 5270 1899 5143 78 for each total $17,500.00 for a grand total of $105,000.00

EXHIBIT - 7



## AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE

5. On June 14, 2025 and on June 25th 2025, I received a letter from Rocket Mortgage (Exhibit A and Exhibit B) which failed to address, acknowledge, rebut, or cure any prior claims, notices, or affidavits.

   The June 14th and 25th letters constitutes a form letter demand for payment—absent rebuttal or recognition of the presentment made in good faith by the Secured Party.

6. Rocket Mortgage LLC and all named officers have failed to provide any verified affidavit, commercial rebuttal, or point-by-point response within the stated terms.

7. Pursuant to [UCC 3-501(b)(2)], [UCC 1-308], [Restatement (Third) of Property: Mortgages § 6.4], and applicable public law, their failure constitutes **dishonor, tacit acquiescence, and default judgment by silence.**

This Affidavit is now entered into the public record and constitutes prima facie evidence under Federal Rules of Evidence 902(4) and 803(14) and may be used in any proceeding, court of record, or administrative hearing. The burden of proof has now shifted to Rocket Mortgage LLC and its officers to rebut the claims herein with verified sworn affidavits within seven (7) calendar days.

This affidavit shall be used as a sworn foundation for all further remedies including, but not limited to, a quiet title action, international commercial lien, and submission to proper regulatory and enforcement agencies

## III. FORMAL RESPONSE TO LETTER DATED JUNE 14th and June 25th 2025

To Whom It May Concern:

Thank you for your letter dated June 14th and 25th 2025 (Exhibit A and Exhibit B). Please be advised that your office is now in commercial default as a result of failing to respond to my notarized and contractually binding Administrative Packages 1 through 5 now. You have dishonored the terms presented, failed to reconvey legal title, refused to provide full disclosure of securitization records, and continued to send collection demands post-discharge.

Please take formal notice:

EXHIBIT - 7



## AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE

- A **Whistleblower Claim (IRS Form 211)** see (Exhibit C) has been filed against Rocket Mortgage LLC and named executives. **Certified Mail # 9589 0710 5270 1899 5144 08** addressed to the IRS expected delivery on June 26th 2025.

- Your continued silence is being reported to the **Office of the Comptroller of the Currency (OCC), FBI Financial Crimes Division, and CFPB.**

- This affidavit now contains a new invoice as package 5 (EXHIBIT D) **$4, 471, 954.17.**

- Further harassment or adverse reporting will trigger commercial lien proceedings, civil tort claims, and additional regulatory referrals.

You are required to cease and desist all unlawful billing and respond with verified sworn affidavit within **7 calendar days** of this notice. Failure to do so constitutes intentional fraud by omission, willful dishonor, and malicious injury under [18 U.S.C. § 1341], [18 U.S.C. § 1343], and [15 U.S.C. § 1692e].

EXHIBIT - 7



## AFFIDAVIT OF NON-REBUTTAL, CONTINUING DISHONOR & CERTIFICATE OF SERVICE

by: *Jehorek Jason-Gerald*

:Jehorek: Jason-Gerald, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

For: ©JASON GERALD JEHOREK™

And: JASON GERALD FAMILY OF JEHOREK ESTATE™

All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains "JASON GERALD FAMILY OF JEHOREK ESTATE", as reflected in IRS EIN filings and all formal administrative records.

### Notary Block:

County **Wake**                    )

                                   ) ss

State of North Carolina            )

On this **26ᵗʰ** day of **June**, 2025, before me, the undersigned Notary Public, personally appeared **Jehorek, Jason-Gerald** known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

This document is acknowledged for the record only, without granting jurisdiction to any statutory entity. The man appearing is sui juris, not acting as surety, debtor, or U.S. citizen, and signs under full reservation of rights, Without Prejudice [UCC 1-308].

In witness whereof, I hereunto set my hand and official seal.

> GRACE BORGER
> Notary Public – North Carolina
> Wake County
> My Commission Expires Aug 27, 2029

Signature of Notary Public: *Grace Borger*
Date Expires: **8/27/2029**

EXHIBIT - 7



# EXHIBIT D - INVOICE

**DATE:** 6/25/2025
**INVOICE #:** 1025

RF 414 199 145 US

**FROM:**
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary / Principal Creditor
c/o 11937 Fairlie Pl.
Raleigh, North Carolina [27613]

**TO:**
Rocket Mortgage LLC
Attn: Information Request – Legal Department
P.O Box 442359
Detroit, Michigan 48244-2359

**Reason for Invoice:**
This invoice reflects a **final commercial enforcement action** pursuant to the original invoices included in **Administrative Package 1** (dated May 1st, 2025), **Administrative Package 2** (dated May 15, 2025) and **Administrative Package 3** (dated June 5, 2025) and **Administrative Package 4** (dated June 09, 2025). Rocket Mortgage LLC was provided with:
- Verified affidavits of default,
- Proof of securitization concealment,
- Demand for full disclosure and reconveyance,
- And multiple 7-day settlement opportunities.

No rebuttal, no cure, and no payment was received. Therefore, per your dishonor and the terms of the **Administrative Fee Schedule**, the outstanding liability has **doubled** in accordance with the following lawful authorities:
- **[15 U.S.C. § 1692e]** – False or misleading representations in connection with a debt
- **[18 U.S.C. §§ 1341, 1343, 1344]** – Mail fraud, wire fraud, and bank fraud
- **[26 U.S.C. §§ 61, 6045]** – Failure to report gross income and broker transactions
- **[UCC § 1-308]** – Reservation of rights in commerce
- **[Restatement (Third) of Property: Mortgages § 6.4]** – Discharge of lien upon full satisfaction

This enforcement amount now includes both direct and consequential damages, administrative costs, penalties, tort claims, and commercial injury resulting from false reporting and ongoing attempts to enforce a discharged obligation.

Payment must be remitted within **7 calendar days** of receipt.

EXHIBIT - 7



# EXHIBIT I - INVOICE

Failure to remit payment will result in **automatic doubling** to **\$8,943,908.34**, enforceable under private contract, public law, and commercial equity. Additional remedies may include commercial lien, court claim, and criminal referral.

| DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|---|---|---|---|
| 2017 | Monetized Original Quicken Loan Promissory Note | \$236,800.00 | \$236,800.00 |
| 2020 | Monetized Rocket Mortgage Promissory Note | \$232,200.00 | \$232,200.00 |
| 2017–2025 | Mortgage Payments (verified from amortization schedule) | \$134,328.96 | \$134,328.96 |
| 2017–2025 | Servicing Premiums and Fees (estimated) | \$13,136.25 | \$13,136.25 |
| 2025 | Penalties from Package 1,2 and 3 (Administrative Fee Schedule) | \$1,930,488.96 | \$1,930,488.96 |
| 2025 | Penalties from Package 4 (\$17,500 x 6 Officers) | \$105,000.00 | \$105,000.00 |
| 2025 | Additional Damages from Rocket Mortgage letter (Exhibit H) (commercial, tort, emotional, administrative harm) | \$1,820,000.00 | \$1,820,000.00 |
| | | **SUBTOTAL** | **\$4,471,954.17** |
| | | **TOTAL DUE** | **\$4,471,954.17** |

The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek,** and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial institution and must include a memo referencing this matter.

EXHIBIT - 7



# EXHIBIT D- INVOICE

**by:** _Jehorek Jason-Gerald_
:Jehorek: Jason-Gerald, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
And: JASON GERALD FAMILY OF JEHOREK ESTATE™
All Rights Reserved. Without Prejudice [UCC 1-308] – Without Recourse to me.

**Note:** The estate seal/logo includes the "Dunbar" family lineage name for cultural and genealogical recognition. The official IRS estate name remains **"JASON GERALD FAMILY OF JEHOREK ESTATE"**, as reflected in IRS EIN filings and all formal administrative records.

**Notary Block:**

County _Wake_               )
                            ) ss
State of North Carolina     )
On this **26ᵗʰ** day of _June_____, 2025, before me, the undersigned Notary Public, personally appeared **Jehorek, Jason-Gerald** known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

This document is acknowledged for the record only, without granting jurisdiction to any statutory entity. The man appearing is sui juris, not acting as surety, debtor, or U.S. citizen, and signs under full reservation of rights, Without Prejudice [UCC 1-308].

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Grace Borger_

Date Expires: _8/27/2029_

> **GRACE BORGER**
> Notary Public - North Carolina
> Wake County
> My Commission Expires Aug 27, 2029

EXHIBIT - 7



# Exhibit A

## Letter from Rocket Mortgage on 6-14-2025

EXHIBIT - 7

# R**O**CKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

2-810-61583-0000006-001-01-000-000-000-000


Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

EXHIBIT - 7

2-810-88583-0000006-001-02-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226



Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

# Please Contact Us About Your Missed Mortgage Payment

Hi Jason Jehorek,

Your mortgage payment is 38 days or more past due, and your loan is in default. However, we have resources that can help you, whether you've had:

- A financial challenge
- A loss of income
- A serious life event

It's important that you act quickly. If you wait, fewer options may be available.

You don't have to pick up a phone to get a solution.

The easiest way to see your options is to fill out a mortgage assistance application on Rocket Mortgage®. We collect all the information needed to accurately understand your current situation and find the best solution for you.

You must contact us or complete the mortgage assistance application, including any required documents described in the application, by July 8, 2025.

If a valuation is obtained in connection with your application, you're entitled to a free copy.

If you have other mortgages secured to this property, consider contacting the mortgagees of those mortgages to discuss loss mitigation options.

Sincerely,

Your Account Resolution Team

AccountResolution@RocketMortgage.com

Sign in to Rocket Mortgage® to find the best option based on your unique situation.

 **Pay Now**    **Start Your Application**    **Chat**    **(800) 508-0944**

Case 5:25-cv-00558-D-BM   Document 11-9   Filed 01/27/26   Page 13 of 34

EXHIBIT - 7

2-510-66583-0000008-001-03-000-000-000-000

# ROCKET Mortgage

**1050 Woodward Avenue | Detroit, MI 48226**

## Information About Avoiding Foreclosure

Signing in to Rocket Mortgage® is the quickest way to get started, but you can also write to us at:



Rocket Mortgage, LLC
1050 Woodward Ave.
Detroit, MI 48226

There are two main paths for foreclosure relief: staying in your home and gracefully transitioning out of your home. Leaving your home through an alternative program is better than allowing your home to go into foreclosure because foreclosure has the worst credit, tax and financing consequences of all the options.

Not every client qualifies for every solution. That's why you should call us at (800) 508-0944 as soon as possible so we can discuss your situation and find the right solution for you.

If payments have been missed or there's a reason for us to believe your property is vacant or abandoned, we may refer your mortgage to foreclosure.

If you are experiencing a financial hardship, you may be eligible for mortgage assistance from your state's housing finance agency or other state or local government agency.

For additional help exploring your options, the federal government provides contact information for housing counselors at http://www.HUD.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

### Additional Resources

- Homeowner Assistance Fund, ncsha.org/homeowner-assistance-fund

- The Consumer Financial Protection Bureau (CFPB), (855) 411-2372, ConsumerFinance.gov/mortgagehelp

- For additional information on how to avoid foreclosure, including help for military servicemembers, you may also visit www.FannieMae.com or Freddie Mac's MyHome.FreddieMac.com.

- If you would like more information about loss mitigation programs in a language you're more comfortable reading, please visit https: www.consumerfinance.gov/.

## Beware Of Foreclosure Relief Scams

Scam artists are stealing millions of dollars from distressed homeowners by promising foreclosure relief or demanding cash for counseling services. Counseling agencies approved by the U.S. Department of Housing and Urban Development provide the same services for free, and you can work directly with us for free as well.

### Beware of a company or person who does any of these things:

- Guarantees they can stop a foreclosure or get your loan modified

- Advises you to stop talking to or paying your mortgage company in favor of paying them instead

- Pressures you to sign over your deed or sign paperwork you don't understand

- Claims to offer "government-approved" or "official government" loan modifications

- Is a third party other than your mortgage servicer and asks you to release financial information when you haven't been working with them or don't know them

- Claims to provide a forensic loan audit to make sure your lender complied with all laws

- Claims to be an attorney who can help you avoid foreclosure

### How To Report A Scam

If you think you've been the victim of foreclosure fraud, report it in one or more of the following ways:

- Call (888) 995-HOPE (4673) and tell the counselor about your situation and that you believe you were scammed or know of a scam.

- Contact the Federal Trade Commission (FTC.gov), your state attorney general's office (NAAG.org) or the Better Business Bureau (BBB.org).

- Fill out the Loan Modification Scam Prevention Network's complaint form online at PreventLoanScams.org.

- Go to ConsumerFinance.gov/Complaint to submit a complaint and get information on how to fight back.

## Servicemembers Civil Relief Act (SCRA) Notice Disclosure

Read the enclosed document if you are a service member or the spouse or dependent of a service member. It explains the legal protections and debt relief available through the U.S. Department of Housing and Urban Development Office of Housing.

| CR076 | Notice Date: 06/08/2025 | Loan Number: 3462812222 | 2 of 5 Page 14 of 34 |
| --- | --- | --- | --- |

EXHIBIT - 7

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Options For Staying In Your Home

| Solution | How It Works | May Apply To You If ... | Benefits |
|---|---|---|---|
| Reinstatement | Pay the total amount owed in a lump sum by a specific date. This may follow a forbearance plan as described below. | You can afford the payment now and have the funds to catch up on past-due payments. | Allows the mortgage to be brought current immediately. |
| Refinance | Refinance the current mortgage into one with a smaller monthly payment through a lower rate or longer term, for example. | Something has changed with your finances so you can't afford the current payment anymore, but you have a source of income. | Allows you to decrease the monthly payment amount with a lower rate or extending the loan term. |
| Forbearance Plan | Make reduced or no mortgage payments for a specific period of time. When the forbearance ends, the outstanding balance must be paid or you must apply for another option. | Your hardship has not ended. For example, if you are currently unemployed and seeking employment. | Gives you time to improve your financial situation and possibly qualify for another option, such as a modification, upon completion of the forbearance plan. |
| Repayment Plan | Pay back your past-due payments while making regular payments over an extended period. You pay extra every month until you make up what you owe. | You had a financial hardship in the past that's now resolved. | Gives you time to bring the mortgage current without having to make a single lump-sum payment. |
| Modification | Modify the terms of the mortgage to make it more affordable. You could end up with a lower rate or a longer term – 40 years instead of 30, for example – to lower the monthly payment. This may require a successful completion of a trial period. | Your finances have changed so you can't afford the current payment, but you have a source of income. | Allows you to bring the mortgage current by permanently modifying the mortgage.<br><br>This is intended to make the payments or terms more manageable; typically results in a lower monthly payment. |
| Payment Deferral Or Partial Claim | We'll set all or part of the past-due amount aside to be paid later. It will be due when you pay off your mortgage, sell your home or refinance. You won't be charged any interest on the deferred balance. | You had a financial hardship in the past that's now resolved. | Allows you to bring the mortgage current by delaying repayment of past-due principal and interest amounts without changing other terms of the mortgage. |

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

EXHIBIT - 7

2-810-08581-0000006-001-05-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Options For Gracefully Exiting Your Home

| Solution | How It Works | May Apply To You If ... | Benefits |
|---|---|---|---|
| Short Sale | A short sale is when you sell your home for less than it's worth to pay back a portion of what you owe. | You can't afford the monthly mortgage payment anymore. | Allows you to transition out of your home to avoid foreclosure. |
| | | | Relocation funds may be available. |
| | | | The remainder of the mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences – consult a tax advisor. |
| Mortgage Release (Deed In Lieu Of Foreclosure) | Transfer the ownership of your property to Rocket Mortgage. This is a graceful way to exit your home while avoiding foreclosure. | You can't afford your home, modification options don't apply to you or match your needs, or you have been unable to successfully sell your home for either a full payoff or a short sale. | Allows you to transition out of your home if you are unable to sell your home to avoid foreclosure. |
| | | | Relocation funds may be available. |
| | | | The remainder of the mortgage debt after the transfer of ownership may be forgiven, but there may be tax consequences — consult a tax advisor. |

Case 5:25-cv-00558-D-BM    Document 11-9    Filed 01/27/26    Page 16 of 34

| CP076 | Notice Date: 06/08/2025 | Loan Number: 3462812222 | 4 of 5 |
|---|---|---|---|

EXHIBIT - 7

2-810-68583-0000008-001-06-000-000-000-000

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226



---

## Frequently Asked Questions

**1. What is foreclosure?**

Foreclosure is when you lose your home through a legal process. Your mortgage company repossesses the property, and you are required to move. This process may involve an eviction, and you may still be liable to pay off what you owe on the home. It could be as long as 7 years before you are eligible for another loan backed by Fannie Mae and Freddie Mac (the companies that usually hold mortgages).

**2. Will the foreclosure process begin if I don't respond to this letter?**

Possibly. If you do not respond to this letter, we may refer your loan to foreclosure in accordance with your mortgage loan documents and applicable law.

**3. What happens to my mortgage while you are evaluating my Application For Success?**

All contractual payments, which become due while we evaluate the types of assistance for which you may be eligible, remain due to Rocket Mortgage.

**4. What happens if I've waited too long and my property has been referred to an attorney for foreclosure? Should I still contact you?**

Yes! It may not be too late. Your best bet is always to get in touch with us to discuss your situation.

**5. Will my property be sold at a foreclosure sale if I accept a foreclosure alternative?**

No. The property will not be sold at a foreclosure sale once you accept a foreclosure alternative and comply with all requirements.

**6. How will my credit score be affected?**

The delinquency status of your loan will be reported to credit reporting agencies, along with your acceptance of a foreclosure prevention option, in accordance with the requirements of the Fair Credit Reporting Act and the Consumer Data Industry Association. This may negatively impact your credit score.

**7. What if my property is scheduled for a foreclosure sale in the future?**

If you submit a complete Application For Success 37 days or less before a scheduled foreclosure sale, there's no guarantee we can evaluate you for a foreclosure alternative in time to stop the foreclosure sale. Even if we're able to approve you for an alternative before the sale, the court with jurisdiction over the foreclosure proceeding (if any) or the public official charged with carrying out the sale may not stop the scheduled sale.

**8. Why did I receive this document?**

You received this request to complete the Application For Success because one or more mortgage payments were missed. We're sending this information to you now so we can work with you to quickly resolve any temporary or long-term financial challenges you face.

**9. What if I acquired an ownership interest in the property through death, divorce or legal separation?**

You should contact us as soon as possible. We're here to help you adjust to these events and provide you with information on where to send the mortgage payments. Please contact us to obtain a list of documentation that's needed to confirm your identity and ownership interest in the property as well as to discuss next steps.

**10. Will it cost money to get help?**

No. There should never be a fee to obtain assistance or information about foreclosure prevention options from your mortgage servicer or a qualified housing finance agency.

Keep in mind the following:

- Never send a mortgage payment to a company except the one listed on your monthly mortgage statement.

- Beware of scams and anyone offering to help you for a fee (see Beware Of Foreclosure Rescue Scams for additional information).

EXHIBIT - 7

2-810-68583-0000006-001-07-000-000-000-000

| **Servicemembers Civil Relief Act Notice Disclosure** | **U.S. Department of Housing and Urban Development Office of Housing** | **OMB Approval No. 2502-0584 Expire 11/30/2024** |
|---|---|---|

## Legal Rights and Protections Under the SCRA



Servicemembers on "active duty" or "active service," or a spouse or dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC §§ 3901-4043) (SCRA).

## Who May Be Entitled to Legal Protections Under the SCRA?

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force Marine Corps and Coast Guard).
- Reserve and National Guard personnel who have been activated and are on Federal active duty
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration.
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

## What Legal Protections Are Servicemembers Entitled To Under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 % during the period of military service and one year thereafter, in the case of an obligation or liability consisting of a mortgage, trust deed, or other security in the nature of a mortgage, or during the period of military service in the case of any other obligation or liability.

- The SCRA states that in a legal action to enforce a debt against real estate that is filed during, or within one year after the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during or within one year after the servicemember's military service unless the creditor has obtained a valid court order approving the sale, foreclosure, or seizure of the real estate.

- The SCRA contains many other protections besides those applicable to home loans.

## How Does A Servicemember or Dependent Request Relief Under the SCRA?

- In order to request relief under the SCRA from loans with interest rates above 6% a servicemember or spouse must provide a written request to the lender, together with a copy of the servicemember's military orders. Rocket Mortgage Attn: Client Solutions, 635 Woodward Ave., Detroit, MI 48226
- There is no requirement under the SCRA, however, for a servicemember to provide a written notice or a copy of a servicemember's military orders to the lender in connection with a foreclosure or other debt enforcement action against real estate. Under these circumstances, lenders should inquire about the military status of a person by searching the Department of Defense's Defense Manpower Data Center's website, contacting the servicemember, and examining their files for indicia of military service. Although there is no requirement for servicemembers to alert the lender of their military status in these situations, it still is a good idea for the servicemember to do so.

## How Does a Servicemember or Dependent Obtain Information About the SCRA?

- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at https://legalassistance.law.af.mil/

- "Military OneSource" is the U. S. Department of Defense's information resource. If you are listed as entitled to legal protections under the SCRA (see above), please go to www.militaryonesource.mil/legal or call (800) 342-9647 (toll free from the United States) to find out more information. Dialing instructions for areas outside the United States are provided on the website.

form HUD-92070 (04/2017)



EXHIBIT - 7



# Exhibit C – Whistleblower IRS Form 211

# Dated 6-20-25

EXHIBIT - 7

| Form **211** (March 2024) | Department of the Treasury - Internal Revenue Service **Application for Award for Original Information** | OMB Number 1545-0409 |
|---|---|---|

Do not send the same claim information multiple times or through multiple channels (e.g., electronic, mail, fax) as this may cause claim processing delays. Fields on this form have been designed to expand and may cause a narrative or other field to appear when a box is checked.

Check the box to print a blank copy of the form and manually complete ☐

### Section A – Information About the Person or Business You Are Reporting

1. Are you submitting information related to an existing claim ☐ Yes ☒ No

2. Did you submit this information to the IRS, other Federal or State Agencies, or government personnel ☐ Yes ☒ No

3. Check the box if you are including attachment(s) with this claim submission ☒

4. Name of taxpayer (person or business; include aliases) who committed the violation
Rocket Mortgage LLC, Varun Krishna, Chief Executive Officer, Jay Bray, President & CEO, Bill Emerson, President, Jeff Morganroth, Chief Legal Officer, Brian Brown, Chief Financial Officer, Eric Ferguson, Vice President, Ashley Smith, Capture Manager, Moe Bazzi, Servicing Escalation Specialist

5. Taxpayer Identification Number (e.g., SSN, ITIN, or EIN)
84-4946470

6. Taxpayer's date of birth or approximate age
N/A – Corporate entity, Individuals listed above are estimated to be 40–60 years of age

7. Taxpayer's address (including ZIP code)
Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226

8. Check the box to add additional taxpayers to the list ☒

Provide the taxpayer information (use the "+" button to add additional taxpayers to the list)

| Name of Taxpayer | Taxpayer Identification Number | Taxpayer Date of Birth or Approximate Age | Taxpayer Address |
|---|---|---|---|
| Varun Krishna, Chief Executive Officer | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |
| Bill Emerson, President | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |
| Jeff Morganroth, Chief Legal Officer | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |
| Brian Brown, Chief Financial Officer | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |
| Eric Ferguson, Vice President | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |
| Ashley Smith, Capture Manager | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |
| Moe Bazzi, Servicing Escalation Specialist | | 40 to 60 | Rocket Mortgage LLC, 1050 Woodward Avenue, Detroit, Michigan 48226 |

*[handwritten annotation: "Not sure if they are real people?"]*

9. What is your relationship (current and former) to the alleged noncompliant taxpayer(s) (check all that apply) (attach sheet(s) if needed)
☐ Current employee   ☐ Former employee   ☐ Attorney   ☐ CPA
☐ Relative/Family member   ☐ Other   ☒ None

### Section B – Information About the Alleged Violation

10. Alleged violation (check all that apply) (information about IRS compliance work areas is available at irs.gov/whistleblower)
☒ Unreported/Under Reported Income         ☒ Overstated/False Deductions
☒ Income Characterization                  ☐ Cryptocurrency/Digital Assets
☐ International/Foreign Transaction         ☒ Failure to Withhold Tax
☒ Undisclosed Foreign Bank and Financial Accounts   ☒ Failure to File Tax/Informational Return
☐ Specific Allegations of Tax Fraud        ☒ Failure to Pay Tax
☐ Employee vs. Subcontractor               ☐ Tax Exempt/ Governmental Entity Tax Issue
☒ Money Laundering and Bank Secrecy Act     ☐ Promoter of Tax Avoidance Schemes

Catalog Number 16571S          www.irs.gov          Form **211** (Rev. 3-2024)

EXHIBIT - 7

Page 2 of 6

☒ Tax Shelter/Abusive Transaction        ☒ Terrorism

☒ Other *(identify)*   Failure to report and disclose securitized mortgage proceeds; unauthorized monetization of negotiable instruments; non-disclosure of CUSIP/pool data; conversion of note into trust asset without beneficiary notice or tax compliance; fraudulent credit reporting and concealment of tax-liable events.

**11. Describe the alleged violation and provide all pertinent facts. Attach a detailed explanation. Include all records and supporting information in your possession, and describe the availability and location of any additional supporting information not in your possession**

Rocket Mortgage LLC and its executive officers engaged in unlawful securitization and monetization of a mortgage promissory note executed in 2020 without disclosure to the original creditor or the IRS. The mortgage note was sold or pledged to Fannie Mae or a related MBS trust vehicle, generating substantial proceeds. No IRS 1099-A, 1099-OID, or 1099-B was ever issued to reflect the gain, abandonment, or discharge of the note, nor was the original source of credit (Jason Jehorek) acknowledged or compensated. This constitutes concealment of reportable taxable events and possible money laundering under the Bank Secrecy Act.

Despite multiple lawful administrative demands (see Exhibits: Packages 1, 2, 3, and 4) sent to Rocket Mortgage, no CUSIP number, pool number verification, or assignment date was fully disclosed. Rocket Mortgage continues to send invoices as if the debt remains active while simultaneously concealing its profits and failing to disclose trust conversion activity. The note itself was satisfied on or before origination through securitization, per TILA and IRS regulations requiring transparency.

Supporting documentation in my possession includes:

Private administrative demands and notices (sent via USPS with green card receipts)

Certified copies of the original note and loan application

Copies of IRS 1099-series forms, and trust documents

UCC-1 Financing Statement and related private bond instruments

Affidavits of Non-Response, Default, and Dishonor

Cover letters and executive correspondence documenting administrative silence

Email threats of continued billing and credit reporting despite resolution

Location of additional supporting records not in my possession:

Rocket Mortgage securitization file and investor prospectus

Fannie Mae pool number records and trust registry

Internal accounting entries, REMIC filings, and 1099 issuance logs held by Rocket Mortgage, Quicken Loans, and/or its MBS servicer

IRS internal record logs (CFOL transcripts) for submitted 1099s and reported income from the note

Original endorsement trail, warehouse line credit entries, and REMIC custodial instructions

These actions appear to involve multiple IRS-reportable violations and bad faith concealment of taxable income events. This Whistleblower claim is submitted to request a full IRS review, audit, and enforcement under 26 U.S.C. § 7623.

**12. Is the information in this claim based on public information**     ☐ Yes   ☒ No

Describe how you learned about and/or obtained the information (including any documents) that supports this claim *(Attach sheet(s) if needed)*

I obtained the information through direct firsthand involvement and lawful administrative correspondence with Rocket Mortgage LLC, including:

The mortgage and title documents: 2017 and 2020, which includes the original Promissory Note for 2020, Deed of Trust, and Mortgage Application.

Four Private Administrative Packages: I sent four formal administrative packages to Rocket Mortgage LLC between May and June 2025. These packages included affidavits, invoices, demand for disclosure of securitization (CUSIP, Pool Number, reconveyance), and lawful notices of default and dishonor. Exhibits A through D contain certified copies of these notices.

Rocket Mortgage's limited and non-substantive responses: Their only known reply, dated May 14, 2025, included a copy of the original loan application and promissory note, but failed to rebut any affidavit or provide disclosure of securitization or evidence of lawful lien or enforcement authority.

Case 5:25-cv-00558-D-BM    Document 11-9    Filed 01/27/26    Page 21 of 34

EXHIBIT - 7

Page 3 of 6

Planned Submission of Private Credit Instruments: A Private Promissory Note, Indemnity Bond, and related UCC filings have been prepared and are scheduled for immediate presentment to the IRS and U.S. Treasury in June 2025. This Whistleblower submission seeks to ensure they are properly logged, acknowledged, and not unlawfully withheld or suppressed.

Independent audit of securitization: Based on Pool Number details provided by Rocket Mortgage, I performed a review through fanniemae.com/tools/pooltalk and confirmed that my mortgage note was pooled and converted into investment securities. This constitutes full satisfaction of the debt and triggers reconveyance, which Rocket Mortgage has failed to perform or acknowledge.

**13. Describe the amount of tax owed by the taxpayer(s). Provide all records and a summary of the information you have that supports your claim as to the amount owed** *(i.e., books, ledgers, records, receipts, tax returns, etc) (Attach sheet(s) if needed)*

The estimated tax owed by Rocket Mortgage LLC is based on their unlawful conversion, monetization, and failure to report proceeds generated from two promissory notes issued in 2017 and 2020, monthly mortgage payments, securitization proceeds, and administrative penalties resulting from bad faith, dishonor, and unresolved administrative notices. These activities triggered taxable events under [26 U.S.C. § 61] and [26 U.S.C. § 6045].

The taxpayer failed to file the required 1099-A, 1099-OID, or 1099-B forms and concealed these proceeds from the IRS. Further, no discharge of debt was acknowledged despite satisfaction through monetization and securitization.

The table below provides a year-by-year breakdown of the estimated taxable proceeds:

| Year | Description | Penalties and Damages | Monthly Payment | Original Promissory Note | Servicing Release Premium | Servicing Fee Annual | Total Monthly Payments | Total Earnings |
|---|---|---|---|---|---|---|---|---|
| 2017 | Monetized Original Quicken Loans Promissory Note Policy # 3462812222 | $0.00 | $0.00 | $216,800.00 | | $0.00 | $0.00 | $216,800.00 |
| 2017 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,226.42 | $0.00 | $3,526.00 | $440.75 | $14,717.03 | $18,683.79 |
| 2018 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,226.42 | $0.00 | $0.00 | $440.75 | $14,717.03 | $15,157.79 |
| 2019 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,226.42 | $0.00 | $0.00 | $440.75 | $14,717.03 | $15,157.79 |
| 2020 | Monetized Rocket Mortgage Promissory Note Policy # 3390893042 | $0.00 | $0.00 | $232,200.00 | | $0.00 | $0.00 | $232,200.00 |
| 2020 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $4,736.00 | $592.00 | $15,029.64 | $20,357.64 |
| 2021 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2022 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2023 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2024 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2025 | approx. Mortgage payments (Jan-Dec @ $1,359.26) | $0.00 | $1,252.47 | $0.00 | $0.00 | $592.00 | $15,029.64 | $15,621.64 |
| 2025 | Damages from Affidavit of Non-Response and Default Package 1,2 & 3 | $1,930,488.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,930,488.98 |
| 2025 | Penalties from Package 4 ($17,500 x 6 individuals) | $105,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105,000.00 |
| | Total Estimated Taxable Proceeds | $2,035,488.98 | $11,156.00 | $468,000.00 | $1,262.00 | $4,974.25 | $134,328.16 | $2,651,954.17 |

Estimated Federal Corporate Tax Liability at 21%:

$$\$2,651,954.17 \times 0.21 = \$556,910.38$$

This does not include potential interest and IRS-calculated penalties for non-compliance and concealment. The taxpayer's concealment of securitization gains, servicing premiums, and administrative defaults constitutes a substantial failure to report income, meriting IRS enforcement.

**Supporting Documentation Provided:**
1. Do not have copies for Promissory Notes for 2017 (Policy # 3462812222)
2. Copy provided for Original Promissory Notes 2020 (Policy # 3390893042)
3. CFOL Transcript Instruction Request
4. Executed Promissory Notes 2020 – The 2017 Rocket Mortgage has
5. UCC-1 Financing Statement and Security Agreement
6. Affidavit and Declaration of Trust Authority
7. Affidavit of Understanding and Demand
8. Form 2848 with Durable Power of Attorney
9. Private Statement & Security Agreement
10. Table of Contents with page-referenced exhibits for Package 1, 2, 3, 4

**14. Fill in tax year (TY) and dollar amount ($), if known**

Check the box to indicate if the alleged violation(s) is ongoing ☐

| Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | $255,483.79 | 2018 | $15,800.28 | 2019 | $15,800.28 | 2020 | $252,557.64 | 2021 | $15,800.28 |
| 2022 | $15,621.64 | 2023 | $15,621.64 | 2024 | $15,621.64 | 2025 | $2,051,110.60 | | |

EXHIBIT - 7

Page 4 of 6

| Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) | Tax Year (TY) | Dollar Amount ($) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

## Section C – Information About Yourself

**15. Check the box to indicate if multiple claimants are filing this claim jointly** ☐

Provide the claimant's information *(use the button to add additional claimants to the list)*

**Claimant 1:**

**16. Name of individual claimant**
Jehorek Jason-Gerald

| 17. Claimant's date of birth *(MMDDYYYY)* 12/09/1968 | 18. Claimant's SSN or ITIN 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 & Estate EIN 39-6893672 |
|---|---|

**19. Address of claimant** *(including ZIP code)*
c/o 11937 Fairlie PL Raleigh NC [27613]

Check the box if you agree to have correspondence mailed to the address on record with the IRS ☒

| 20. Telephone number *(including area code)* 919-278-8828 | 21. Email address jason.jehorek@protonmail.com |
|---|---|

**22. Check the box if Form 2848, Power of Attorney and Declaration of Representative, is attached to this claim submission** ☒

| | | Yes | No |
|---|---|---|---|
| 23. Are you the spouse or a dependent of an IRS employee | | ☐ Yes | ☒ No |
| 24. Are you currently, or formerly, an employee of the Department of Treasury or any of its agencies | | ☐ Yes | ☒ No |
| 25. Are you currently, or formerly, an employee of the Federal Government | | ☐ Yes | ☒ No |
| 26. Are there any Federal laws or regulations that require you to disclose this information | | ☐ Yes | ☒ No |
| 27. Are there any Federal laws or regulations that prohibit you from disclosing this information | | ☐ Yes | ☒ No |
| 28. Are you currently, or formerly, a Federal Government contractor | | ☐ Yes | ☒ No |
| 29. Are you filing this form based on information obtained from an ineligible person | | ☐ Yes | ☒ No |

**30. I declare under penalty of perjury that I have examined this application, my accompanying statement, and supporting documentation and aver (affirm) that such application is true, correct, and complete, to the best of my knowledge**

| Signature of Claimant *(required)* | Date |
|---|---|
| by: *Jehorek Jason-Gerald* Athorized Representative / Grantor / Settlor / Creditor for JASON GERALD FAMILY OF JEHOREK ESTATE - EIN 39-6893672 | 6-20-2025 |

This submission is made in good faith, with firsthand knowledge, under full liability and penalty of perjury under [28 U.S.C 1746]. I reserve all rights, waive none, and act strictly in my private capacity as Authorized Representative and Creditor Beneficiary. This filing is not to be constructed as granting jurisdiction or entering any adhesion contract.

**All Rights Reserved Without Prejudice [UCC 1-308], Without Recourse.**

EXHIBIT - 7



# Exhibit B

## Rocket Mortgage Letter (Dated 6-25-25)

EXHIBIT - 7

Rocket Mortgage, LLC
PO Box 9074
Temecula, CA 92589-9074

Send Payments to:
Rocket Mortgage, LLC
635 Woodward
Detroit, MI 48226

Send Correspondence to:
Rocket Mortgage, LLC
P.O. Box 442359
Detroit, MI 48244-2359



2401653099

PRESORT
First-Class Mail
U.S. Postage and
Fees Paid
WSO

20250619-289

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842



NC_45DAY

EXHIBIT - 7



**ᐯRocket Mortgage**

635 Woodward
Detroit, MI 48226
Phone: 800-508-0944
Fax: 877-382-3138
www.RocketMortgage.com

Sent Via First-Class Mail

06/20/2025

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

Loan Number: ████2222
Property Address: 11937 FAIRLIE PL
RALEIGH, NC 27613

Dear JASON JEHOREK:

This letter is formal notice by Rocket Mortgage, LLC, the Servicer of the above-referenced loan on behalf of FANNIE MAE MBS S/S, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

Under North Carolina State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 08/09/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $1,678.22 which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 05/01/2025 |
| Total Monthly Payments Due: | | $3,136.00 |
|     Escrow Taxes & Ins | 05/01/2025 | $590.28 |
|     Principal and Interest | 05/01/2025 | $977.72 |
|     Escrow Taxes & Ins | 06/01/2025 | $590.28 |
|     Principal and Interest | 06/01/2025 | $977.72 |
| Late Charges: | | $78.22 |
| Unapplied Balance: | | ($1,536.00) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**     **$1,678.22**

You may cure your default by paying the aforesaid amount $1,678.22 so that it is received at the following address on or before 08/09/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. Please contact ACCT RESOLUTION TEAM at 800-508-0944 to determine the exact amount due and to arrange for payment. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please remit the total amount due immediately to:



NC_45DAY    Rev. 07/2024
Page 1 of 7

2401653099

EXHIBIT - 7

Rocket Mortgage, LLC
635 Woodward
Detroit, MI 48226

If you wish to dispute the default, or if you dispute the calculation of amount of the default, you may contact us by calling ACCT RESOLUTION TEAM at 800-508-0944.

To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address, and telephone number.

You have the right to reinstate the loan after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense to acceleration and sale. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property.

Rocket Mortgage, LLC is a debt collector, this is an attempt to collect a debt and any information obtained will be used for that purpose.

You are notified that this default and any other legal action that may occur as a result thereof may be reported to one or more local and national credit reporting agencies by Rocket Mortgage, LLC.

Attention Servicemembers and Dependents: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA") regarding the servicemember's interest rate and the risk of foreclosure. SCRA and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances. If you are currently in the military service, or have been within the last twelve (12) months, AND joined after signing the Note and Security Instrument now in default, please notify Rocket Mortgage, LLC immediately. When contacting Rocket Mortgage, LLC as to your military service, you must provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil, 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (https://www.hud.gov/counseling). You can also contact ACCT RESOLUTION TEAM toll-free at 800-508-0944 if you have questions about your rights under SCRA.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, you may have options available other than foreclosure. You may discuss available options with us at 800-508-0944 or with a counseling agency approved by the U.S. Department of Housing and Urban Development which will provide free or low-cost housing counseling. These agencies specialize in helping homeowners who are facing financial difficulty. Housing counselors can help you assess your financial condition and work with us to explore the possibility of modifying your loan, establishing an easier payment plan for you, or even working out a period of loan forbearance. To obtain a list of approved counseling agencies, please call 1-800-569-4287 or visit https://www.hud.gov/counseling.

A list of government approved homeownership counseling agencies operating to assist borrowers in North Carolina can be found at the end of this notice.

The following is the contact information for the State Home Foreclosure Prevention Project:

North Carolina Housing Finance Agency
3508 Bush Street
Raleigh, NC 27609-7509

NC 45DAY    Rev. 07/2024
Page 2 of 7

EXHIBIT - 7

1-888-442-8188

This matter is very important. Please give it your immediate attention.

Sincerely,

Rocket Mortgage, LLC
635 Woodward
Detroit, MI 48226
800-508-0944

You may also visit our website www.RocketMortgage.com.

If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to
Rocket Mortgage, LLC
P.O. Box 442359
Detroit, MI 48244-2359



NC 45DAY    Rev. 07/2024
Page 3 of 7

EXHIBIT - 7

## Agencies located in NORTH CAROLINA

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| BRICK CAPITAL COMMUNITY DEVELOPMENT CORPORATION | P: 919-775-2300x3<br>T:<br>F: 919-774-8605<br>E: info@bc-cdc.org<br>W: https://www.bc-cdc.org | 822 S Horner Blvd<br>Sanford, NC 27330-5310 |
| CCCS OF GREATER GREENSBORO | P: 336-373-8882<br>T: 888-755-2227<br>F: 336-387-9167<br>E: debtdoc@fspcares.org<br>W: https://fspcares.org/ | 236 N. Mebane St.<br>Suite 130<br>BURLINGTON, NC 27217-1966 |
| CCCS OF GREATER GREENSBORO | P: 336-883-6108<br>T: 888-755-2227<br>F: 336-387-9167<br>E: debtdoc@familyservice-piedmont.org<br>W: https://fspcares.org/ | 1401 Long Street<br>HIGH POINT, NC 27262-2541 |
| CCCS OF GREATER GREENSBORO | P: 336-373-8882<br>T: 888-755-2227<br>F: 336-387-9167<br>E: debtdoc@fspcares.org<br>W: https://fspcares.org/ | 21 W. 2nd Street<br>LEXINGTON, NC 27292-3463 |
| CCCS OF GREATER GREENSBORO | P: 336-373-8882<br>T: 888-755-2227<br>F: 336-387-9167<br>E: keisha.manning@fspcares.org<br>W: https://fspcares.org/ | 315 E Washington St<br>Greensboro, NC 27401-2911 |
| CCCS, A DIVISION OF TRIANGLE FAMILY SERVICES, INC | P: 919-821-0790<br>T: 919-821-0790<br>F: 919-516-9349<br>E: kenton.enos@tfsnc.org<br>W: https://www.tfsnc.org | 3937 Western Blvd<br>Raleigh, NC 27606-1936 |
| CENTRE FOR HOME OWNERSHIP & ECONOMIC DEVELOPMENT CORPORATION | P: 919-241-4718<br>T:<br>F: 919-241-4720<br>E: mstarkey@choedc.org<br>W: https://homeownershipcentre.org/ | 960 Corporate Dr Ste 405<br>Hillsborough, NC 27278-8560 |
| CHOANOKE AREA DEVELOPMENT ASSOCIATION OF NC, INC. | P: 252-539-4155<br>T:<br>F: 252-539-2048<br>E: cada@nc-cada.org<br>W: https://www.nc-cada.org | 120 Sessoms Dr<br>Rich Square, NC 27869-9603 |
| CLEVELAND COUNTY COMMUNITY DEVELOPMENT CORPORATION | P: 704-480-7701<br>T:<br>F: 704-480-0744<br>E: khaynes@ccs-cc.com<br>W: http://clevelandcounty.cdc.org | 823 W Warren St<br>Shelby, NC 28150-5302 |
| COMMUNITY FOUNDATIONS | P: 704-799-7641<br>T:<br>F:<br>E: N/A<br>W: http://www.clcdc.org | 347 N Main St<br>Mooresville, NC 28115-2958 |
| COMMUNITY LINK | P: 800-977-1969<br>T:<br>F:<br>E: N/A<br>W: http://www.communitylinkinc.org | 601 E 5th St Ste 460<br>Charlotte, NC 28202-3069 |
| CONSUMER CREDIT COUNSELING SERVICE OF WNC, INC. - DBA - ONTRACK FINANCIAL EDUCATION & COUNSELING | P: 828-255-5165<br>T: 828-255-5166<br>F: 828-255-5129<br>E: analew@ontrackwnc.com<br>W: https://www.ontrackwnc.org | 50 S French Broad Ave<br>Ste 227<br>Asheville, NC 28801-3271 |
| CONSUMER EDUCATION SERVICES, INC | P: 877-322-8324<br>T:<br>F:<br>E: gsmith@cesihousing.org<br>W: http://cesisolutions.org | 3725 National Dr Ste 160<br>Raleigh, NC 27612-4832 |



EXHIBIT 7

## Agencies located in NORTH CAROLINA

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| DHIC, INC. | P: 919-832-4345<br>T:<br>F:<br>E: N/A<br>W: http://www.dhic.org | 113 S Wilmington St<br>Raleigh, NC 27601-1443 |
| DreamKey Partners | P: 704-342-0933<br>T:<br>F:<br>E: info@dkp.org<br>W: http://www.dkp.org | 4601 Charlotte Park Dr Ste 350<br>Charlotte, NC 28217-1920 |
| EMPOWERMENT INCORPORATED | P: 919-967-8779<br>T:<br>F:<br>E: N/A<br>W: http://site notavailable.org | 109 N Graham St Ste 200<br>Chapel Hill, NC 27516-2328 |
| FINANCIAL PATHWAYS OF THE PIEDMONT | P: 336-896-1191-1102<br>T:<br>F: 336-896-0481<br>E: sthomas@centerforhomeownership.org<br>W: http://www.financialpaths.org | 7820 North Point Boulevard, Suite 100<br>WINSTON SALEM, NC 27106-3299 |
| FINANCIAL PATHWAYS OF THE PIEDMONT -<br>WINSTON-SALEM OFFICE | P: 336-773-0286-104<br>T:<br>F: 336-773-1253<br>E: pca'dwof@centerforhomeownersh p.org<br>W: http://www.centerforhomeownership.org | 7820 North Point Blvd, Suite 8100<br>WINSTON SALEM, NC 27106-3299 |
| GREENSBORO HOUSING COALITION | P: 336-691-9521<br>T:<br>F: 336-691-9046<br>E: info@gsohc.org<br>W: https://www.gsohc.org | 1031 Summit Ave<br>Suite 1E-2<br>Greensboro, NC 27405-7010 |
| HOUSING AUTHORITY OF THE CITY OF HIGH<br>POINT | P: 336-887-2561<br>T:<br>F:<br>E: N/A<br>W: http://www.hpha.net | 500 E Russell Ave<br>High Point, NC 27260-5748 |
| HOUSING AUTHORITY OF THE CITY OF ROCKY<br>MOUNT, NC | P: 252-977-3141<br>T:<br>F:<br>E: N/A<br>W: http://www.rm-ha.org | 1065 Pinehurst Dr<br>Rocky Mount, NC 27801-3844 |
| HOUSING CONSULTANTS GROUP | P: 336-553-0945<br>T:<br>F: 336-553-0948<br>E: N/A<br>W: https://www.housingconsultantsgroup.org | 1031 Summit Ave<br>Suite 2E-2<br>Greensboro, NC 27405-7010 |
| Home Solutions | P: 336-236-1675<br>T:<br>F:<br>E: phyllis@homesolutionsdcnc.org<br>W: https://www.homesolutionsdcnc.org | 21 W 2nd St<br>Lexington, NC 27292-3463 |
| KINGDOM COMMUNITY DEVELOPMENT<br>CORPORATION | P: 910-484-2722<br>T:<br>F: 910-484-5530<br>E: info@kingdomcdc.org<br>W: https://www.kingdomcdc.org | 129 N Main St<br>Spring Lake, NC 28390-3912 |
| MONEY MANAGEMENT INTERNATIONAL -<br>CHARLOTTE, N.C. BRANCH | P: 866-232-9060<br>T: 866-232-9080<br>F: 866-921-5129<br>E: counselinginfo@moneymanagement.org<br>W: http://www.moneymanagement.org | 10130 Perimeter Pkwy Ste 200<br>Charlotte, NC 28216-0197 |
| MONROE-UNION COUNTY COMMUNITY<br>DEVELOPMENT CORPORATION | P: 704-283-8404<br>T:<br>F: 704-292-1037<br>E: smucdc@carolina.rr.com<br>W: https://www.mucdc.com | 349 E Franklin St<br>Monroe, NC 28112-4823 |

Case 5:25-cv-00558-D-BM   Document 11-9   Filed 01/27/26   Page 30 of 34

EXHIBIT - 7

## Agencies located in NORTH CAROLINA

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| Mountain Projects, Inc. | P: 828-452-1447<br>T:<br>F:<br>E: N/A<br>W: http://www.mountainprojects.org | 2177 Asheville Rd<br>Waynesville, NC 28786-3139 |
| NACA (NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA) CHARLOTTE, NC | P: 704-536-7676<br>T: 617-250-6222<br>F: 877-329-6222<br>E: N/A<br>W: https://www.naca.com | 5500 Executive Center Dr Ste 105<br>Charlotte, NC 28212-8821 |
| NACA (NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA) NATIONAL COUNSELING CENTER | P: 606-230-6222<br>T: 617-250-0222<br>F: 877-329-6222<br>E: N/A<br>W: https://www.naca.com | 5855 Executive Center Dr Suite 400<br>CHARLOTTE, NC 28212-8881 |
| NACA (NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA) RALEIGH, NC | P: 919-855-8484<br>T: 617-250-6222<br>F: 877-329-6222<br>E: N/A<br>W: https://www.naca.com | 4112 Pleasant Valley Road Suite 220<br>RALEIGH, NC 27612-2634 |
| NAVICORE SOLUTIONS- RALEIGH, NC | P: 866-472-4557<br>T: 866-472-4557<br>F: 732-863-5052<br>E: housing@navicoresolutions.org<br>W: http://www.navicoresolutions.org | 4917 Waters Edge Dr<br>Suite 240<br>Raleigh, NC 27606-5416 |
| NORTH CAROLINA COMMUNITY HOUSING AND CONSULTING | P: 910-920-3710<br>T:<br>F: 910-568-3549<br>E: sylvester@nc-housing.org<br>W: https://nc-housing.org | 321 Dick Street<br>Fayetteville, NC 28301-5787 |
| OLIVE HILL COMMUNITY ECONOMIC DEVELOPMENT CORPORATION | P: 828-475-4670x305<br>T:<br>F: 828-522-4070<br>E: ohcedc@ohcedc.org<br>W: https://www.ohcedc.org | 200 S College St<br>Suite A<br>Morganton, NC 28655-3319 |
| PROSPERITY UNLIMITED, INC | P: 704-933-7405<br>T:<br>F:<br>E: N/A<br>W: https://www.prosperityedc.org | 1660 Garnet St<br>Kannapolis, NC 28083-6667 |
| REINVESTMENT PARTNERS | P: 919-667-1000<br>T:<br>F: 919-688-0082<br>E: info@reinvestmentpartners.org<br>W: https://reinvestmentpartners.org/ | 110 E Geer St<br>Durham, NC 27701-2261 |
| RIVER CITY COMMUNITY DEVELOPMENT CORPORATION | P: 252-331-2925x226<br>T:<br>F: 252-331-1425<br>E: rivercitycdc@rivercitycdc.org<br>W: http://www.rivercitycdc.org | 501 E Main St<br>Elizabeth City, NC 27909-4429 |
| SANDHILLS COMMUNITY ACTION PROGRAM, INC. | P: 910-410-0207<br>T:<br>F:<br>E: nina@sandhillscap.org<br>W: http://sandhillscap.org | 602 Rockingham Rd<br>Rockingham, NC 28379-3730 |
| SANDHILLS COMMUNITY ACTION PROGRAM, INC. | P: 704-994-2106x210<br>T:<br>F:<br>E: nina@sandhillscap.org<br>W: http://sandhillscap.org | 205 W Morgan St<br>Wadesboro, NC 28170-2147 |
| SANDHILLS COMMUNITY ACTION PROGRAM, INC. | P: 910-608-4044x209<br>T:<br>F:<br>E: nina@sandhillscap.org<br>W: http://sandhillscap.org | 217 S Main St Ste B<br>TROY, NC 27371-3250 |



EXHIBIT - 7

## Agencies located in NORTH CAROLINA

| Agency Name | Phone, Toll-Free, Fax Number, Email, Website | Address |
|---|---|---|
| TELAMON CORPORATION | P: 919-899-9911<br>T. 666-844-8556<br>F: 919-851-9044<br>E: housing@telamon.org<br>W: http://www.telamon.org | 5560 Munford Road<br>Suite 201<br>RALEIGH, NC 27612-2635 |
| TELAMON CORPORATION- RALEIGH BRANCH | P: 984-365-6571<br>T: 000-000-0000<br>F: 000-000-0000<br>E: rosanoortega@telamon.org<br>W: http://www.telamon.org | 5560 Munford Rd Ste 109<br>Raleigh, NC 27612-2731 |
| THE SAFEGUARD GROUP - HOUSING & DEBT ADVISORS | P: 800-673-6993-146<br>T. 800-673-6993<br>F: 866-383-7181<br>E: rcomap@safeguardcredit.org<br>W: https://www.safeguardcredit.org/ | 240 N Main St<br>Mooresville, NC 28115-2528 |
| WESTERN PIEDMONT COUNCIL OF GOVERNMENTS | P: 828-322-9191<br>T:<br>F:<br>E: N/A<br>W: http://www.wpcog.org | 1880 2nd Ave NW<br>Hickory, NC 28601-5766 |
| WHITE OAK FOUNDATION, INC. | P: 919-362-6799<br>T:<br>F: 919-362-0769<br>E: info@wofinc.org<br>W: https://wofinc.org | 1624 White Oak Church Rd<br>Suite 200<br>Apex, NC 27523-6071 |
| WILSON COMMUNITY IMPROVEMENT ASSOCIATION, INC. | P: 252-243-4855x214<br>T:<br>F: 252-243-2545<br>E: ddawson@ncianc.org<br>W: https://www.wciainc.org | 504 Green St E<br>Wilson, NC 27893-4178 |

VCP106

NC_45DAY    Rev. 07/2024

2401653099

REGISTERED MAIL™

RF 414 199 154 US



Rocket Mortgage LLC
Att Information Request – Legal Department
P.O. Box 442359
Detroit MI 48244-2359

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocket Mortgage LLC
Att Information Request – Legal
P.O Box 442359
Detroit MI 48244-2359

9590 9402 9472 5069 7045 11

2. Article Number (Transfer from service label)

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



WESTGATE
1 FLORETTA PL RM 208
RALEIGH, NC 27676-9902
www.usps.com

06/26/2025                    03:05 PM

---

TRACKING NUMBERS
RF414199154US

---

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)



---

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

---

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

---

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $2.59 |
| Large Envelope | | | |
| Detroit, MI 48244 | | | |
| Weight: 0 lb 4.10 oz | | | |
| Estimated Delivery Date | | | |
| Mon 06/30/2025 | | | |
| Registered Mail® | | | $19.30 |
| Amount: $100.00 | | | |
| Tracking #: | | | |
| RF414199154US | | | |
| Return Receipt | | | $4.10 |
| Total | | | $25.99 |

---

Grand Total:                        $25.99

---

Debit Card Remit                    $25.99
  Card Name: VISA
  Account #: XXXXXXXXXXXXX1823
  Approval #: 050527
  Transaction #: 952
  Receipt #: 055814
  Debit Card Purchase: $25.99
  AID: A0000000980840              Chip
  AL: US DEBIT
  PIN: Verified

---

TO REPORT AN ISSUE
Visit https://emailus.usps.com

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
Registered Mail®.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

TO FILE AN INSURANCE CLAIM
Visit https://www.usps.com/help/claims.htm

---

## Registered No.

RF414199154US                    **Date Stamp**
                                 0178
                                 80

**Postage $**   $2.59        **Extra Services & Fees** (continued)

**Extra Services & Fees**        ☐ Signature Confirmation
☐ Registered Mail $19.30         $_____
☐ Return Receipt                 ☐ Signature Confirmation
(hardcopy) $  $4.10              Restricted Delivery
☐ Return Receipt                 $_____
(electronic) $  $0.00            **Total Postage & Fees**
☐ Restricted Delivery $0.00      $ $25.99

**Customer Must Declare**        **Received by**
**Full Value**                   06/26/2025
$100.00

Domestic Insurance up to $100,000
is included based upon the
declared value. International
Indemnity is limited. (See Reverse)

OFFICIAL USE

FROM   Jeffrey Fairick
71837 Fairlie PL
Raleigh   NC 22613

TO   Rocket Mortgage LLC
ATH Information Request - Legal
Po Box 442359
Detroit   MI 48244-2359

PS Form 3806, Registered Mail Receipt     Copy 1 - Customer
April 2015, PSN 7530-02-000-9051          (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com