EXHIBIT - 10

# EXHIBIT 10

### PACKAGE 10 – Notice of Dishonor / Demand for Identification (MERSCORP)

**Notice of Dishonor / Demand for Identification (MERSCORP)**
**Date: August 12–21, 2025**
**Recipient: MERSCORP Holdings, Inc. (via CSC)**
**Related Case: Wake County Case No. 25CV026697-910**

**Service:** USPS Certified / Priority Mail
**USPS Tracking No.** 9589 0710 5270 0072 9352 21

## CLAIM ASSERTED

MERSCORP Holdings, Inc. refused lawful service of process and failed to identify any registered agent, successor, assignee, or entity with a claimed interest in the subject mortgage, and by non-response and refusal is deemed to have waived, disclaimed, or admitted the absence of any standing, claim, or defense.

### 1. Service / Notice Claim
- Lawful service of process was tendered to MERSCORP through its designated agent (CSC).
- Service was **refused**, not accepted.

### 2. Identification / Standing Claim
- MERSCORP failed to identify:
  - a valid registered agent,
  - any successor or assignee,
  - any entity claiming rights via the MERS registry.
- Failure to identify a claimant is asserted to mean **no party exists with enforceable rights**.

### 3. Legal Effect Asserted
- Refusal of service and non-response constitute:
  - **dishonor,**
  - **waiver,** and
  - **admission by silence.**
- MERSCORP is asserted to have **no standing, no claim, and no defense** in the matter.

### 4. Scope of Relief Implicated
- Supports dismissal or exclusion of MERSCORP as a party.
- Supports quiet-title / declaratory relief against any claimed MERS interest.
- Preserves the record that **no MERS-related entity appeared to assert rights**.

### 5. Monetary Component
- **No invoice or monetary demand** is asserted in Package 10.
- Package 10 is **procedural and standing-based only**.

EXHIBIT - 10



# Package 10

# Merscorp Letter 8-12-25 & Notice of Dishonor & Certificate of Service 8-21-25

EXHIBIT - 10



# Rejection of Service of Process

**Return to Sender Information:**

Jason-Gerald Jehorek null
Authorized Representative
11937 Fairlie Pl
Raleigh, NC 27613

| | |
|---|---|
| **Date:** | 08/12/2025 |
| **Party Served:** | Merscorp Holdings, Inc. |
| **Jurisdiction Served:** | DE |
| **Method Served:** | Certified Mail |
| **Title of Action:** | Noble Spring TR Enterprise, acting as Authorized Trust Office for the administrative and commercial claims originally styled in the name of Jason Gerald Jehorek vs. Rocket Mortgage, LLC |
| **Case/Reference No:** | 25CV026697-910 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

- **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
- **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
- **Resignation** - CSC has resigned as the registered agent for the company being served.

Or the entity served is inactive at the state for one of the reasons listed below:

- **Withdrawn**
- **Surrendered**
- **Merged Out of Existence**
- **Dissolved**
- **Revoked**

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com



EXHIBIT - 10

## Notice of Dishonor / Demand for Identification

**Date:** August 21, 2025

**From:** Jehorek, Jason-Gerald, sui juris

Authorized Representative / Settlor / Creditor Beneficiary

c/o 11937 Fairlie Place

Raleigh, North Carolina [27613]

**To:**

MERSCORP Holdings, Inc. (a/k/a Mortgage Electronic Registration Systems, Inc.)

c/o Corporation Service Company (CSC)

251 Little Falls Drive

Wilmington, Delaware 19808

**Certified Mail No.:** USPS # 9589 0710 5270 0072 9352 21

---

**RE: Refusal of Service of Process — Case No. 25CV026697-910**

To Whom It May Concern,

This letter serves as formal notice of dishonor and demand for disclosure regarding MERSCORP Holdings, Inc.'s refusal of lawful service of process in Case No. 25CV026697-910, **Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust, v. Rocket Mortgage, LLC, and MERSCORP Holdings, Inc.**

On August 2, 2025, service of process was lawfully tendered upon Corporation Service Company (CSC) as agent for MERSCORP Holdings, Inc. On August 12, 2025, CSC refused acceptance, thereby effecting dishonor. Such refusal does not negate notice, liability, or obligation under **UCC §§ 1-202, 3-501, and 3-502.**

Accordingly, demand is made for MERSCORP Holdings, Inc. or successor to provide, within **10 days** of receipt of this notice:

1. The current legal entity status of MERSCORP Holdings, Inc. with Secretary of State records;

2. The name and address of the current registered agent for service of process; and

3. Identification of any successor, assignee, or merged entity claiming rights once held by MERSCORP Holdings, Inc.

Failure to respond shall be deemed dishonor, waiver, and admission that MERSCORP Holdings, Inc. has no standing, claim, or defense in this matter.

For reference, the perfected deed and security interest are already matters of public record:

Case 5:25-cv-00558-D-BM    Document 11-12    Filed 01/27/26    Page 5 of 8

Page 1 of 2

EXHIBIT - 10

## Notice of Dishonor / Demand for Identification

- **Wake County Register of Deeds – Instrument No. 2025007746, (recorded May 7, 2025)**

- **UCC Financing Statement tendered June 10, 2025, in favor of Fairlie Pleasant Home Trust (submitted twice to Secretary of State)**

Enclosed please find an **Affidavit of Dishonor / Demand for Identification** for your records.

Sincerely,

By: *Jehorek, Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise, Authorized Trust Office
On behalf of: Fairlie Pleasant Home Trust (Deed & Security Holder)
All Rights Reserved. Without Prejudice. Without Recourse.

## NOTARY

State of North Carolina )

County of __WAKE__ ) ss

On this __21st__ day of __August__, 2025, before me personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man who executed this document in good faith, and who acknowledged that he executed the same for the purposes therein stated. This acknowledgment is made for record only and does not confer jurisdiction.

Signature of Notary Public: _____

Printed Name of Notary: __ELVIS DOBRO__

Commission Expiration: __09/24/2029__

ELVIS DOBRO
Notary Public - North Carolina
Wake County
My Commission Expires Sep 24, 2029

EXHIBIT - 10

# Certificate of Service / Mailing

---

## Certificate of Service / Mailing

**Case No.:** 25CV026697-910
**Parties:** Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust
v. Rocket Mortgage, LLC, and MERSCORP Holdings, Inc.

---

I, Jehorek, Jason-Gerald, sui juris, Authorized Representative and Creditor Beneficiary, do hereby certify and declare as follows:

1. On the ___ day of August, 2025, I caused to be served by **Certified Mail, Return Receipt Requested**, the following documents:

   o **Cover Letter – Notice of Dishonor / Demand for Identification**

   o **Affidavit of Dishonor / Demand for Identification (attached)**

2. Said documents were addressed to:

**MERSCORP Holdings, Inc.**
c/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, Delaware 19808

3. Said mailing was tendered at the **United States Post Office**, located at [Insert Post Office Address], Raleigh, North Carolina.

4. Certified Mail tracking number: 9589 0710 5270 0072 9352 21 & 9590 9402 9472 5069 7046 89

5. A true and correct copy of the USPS receipt and tracking record shall be attached hereto once delivered.

---

## Verification

I, Jehorek, Jason-Gerald, sui juris, declare under penalty of perjury under the laws of the United States of America and the laws of the State of North Carolina that the foregoing is true, correct, and complete.

EXHIBIT - 10

## Certificate of Service / Mailing

Executed this ⟨handwritten⟩ day of August, 2025.

By: *Jehorek, Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Deed & Security Holder)

All Rights Reserved. Without Prejudice. Without Recourse.



## NOTARY

State of North Carolina )

County of ___WAKE___ ) ss

On this ⟨21st⟩ day of ___August___, 2025, before me personally appeared :Jehorek: Jason-Gerald, known to me or satisfactorily proven to be the man who executed this document in good faith, and who acknowledged that he executed the same for the purposes therein stated. This acknowledgment is made for record only and does not confer jurisdiction.

Signature of Notary Public: _____*Elvis Dobro*_____

Printed Name of Notary: _____ELVIS DOBRO_____

Commission Expiration: _____09 / 24 / 2029_____

ELVIS DOBRO
Notary Public - North Carolina
Wake County
My Commission Expires Sep 24, 2029