EXHIBIT - 13

# EXHIBIT 13

### PACKAGE 13 - Summons Letters to MERSCORP and Related Holding Companies

**Date Sent: September 3, 2025**
**Court Referenced: Wake County Superior Court, Case No. 25CV026697-910**
**Entities Addressed:**
- **MERSCORP Holdings, Inc. (two Delaware entities, different file numbers)**
- **Registered agents: CSC / Corporation Trust Company / RL&F Service Corp.**

**Service:** USPS Certified / Priority Mail
**USPS Tracking No.** 9589 0710 5270 0072 9352 76

## CLAIM ASSERTED

MERSCORP Holdings, Inc. and related entities failed to accept service, failed to clarify corporate identity, and failed to produce securitization and chain-of-title records, thereby admitting by non-response that they hold no standing, beneficiary status, or enforceable interest in the subject mortgage or property.

## CORE CLAIM POINTS (AS STATED IN THE DOCUMENT)
- Two **separate active Delaware corporations** exist under the name **MERSCORP Holdings, Inc.**, each with different file numbers and registered agents (Page 4).
- Plaintiff **served Summons and Verified Complaint on both entities** by certified mail to eliminate ambiguity as to identity and standing (Pages 4, 7).
- **CSC rejected service of process**, stating it was not the registered agent or that the entity was inactive/merged/dissolved (Pages 1, 10–11).
- Refusal of service and failure to identify a proper agent or successor is declared a **dishonor** and **non-response**.
- Defendants are demanded to produce **securitization records**, including:
  - Pooling & Servicing Agreements (PSAs),
  - CUSIP numbers,
  - dates of securitization,
  - identification of holder in due course (Pages 5–6).
- Failure to produce records is asserted to constitute:
  - **dishonor** under UCC presentment principles,
  - **waiver of any claimed interest**, and
  - **admission of no standing**.

Page 1 of 12

 **IT - 13**

 
## CSC

# Rejection of Service of Process

**Return to Sender Information:**

Jason-Gerald Jehorek null
Authorized Representative
11937 Fairlie Place
Raleigh, NC 27613

| | |
|---|---|
| **Date:** | 08/26/2025 |
| **Party Served:** | Merscorp Holdings, Inc. (a/k/a Mortgage Electronic Registration Systems, Inc.) |
| **Jurisdiction Served:** | DE |
| **Method Served:** | Certified Mail |
| **Title of Action:** | Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust vs. Rocket Mortgage, LLC |
| **Case/Reference No:** | 25CV026697-910 |

The service of process received for the party served, as listed above, cannot be forwarded to the intended party for one of the reasons listed below:

* **Agent** - According to our records and the records at the Secretary of State, or other appropriate state agency, we are not the registered agent for the company you are trying to serve or the status of the entity is no longer active.
* **Name** - Because two or more companies can have very similar names, the name of the company to which service of process is directed MUST BE IDENTICAL to the company name on file with the Secretary of State or other appropriate state agency.
* **Resignation** - CSC has resigned as the registered agent for the company being served

Or the entity served is inactive at the state for one of the reasons listed below:

* Withdrawn
* Surrendered
* Merged Out of Existence
* Dissolved
* Revoked

It is your responsibility to verify this information with the Secretary of State or other appropriate state agency.

Our customer records are confidential. We do not release any information related to our customers, agent representation or service of process received. Please contact the Secretary of State or other appropriate agency for more information.

For an electronic copy of the identified service of process, send your request by e-mail to sop@cscglobal.com. Please include the transmittal number located in the upper right-hand corner of this letter.

251 Little Falls Drive, Wilmington, Delaware 19808-1674
(888) 690-2882 | sop@cscglobal.com

Case 5:25-cv-00558-D-BM     Document 11-15     Filed 01/27/26     Page 2 of 12



Case 5:25-cv-00558-D-BM    Document 11-15    Filed 01/27/26    Page 3 of 12



Mers Corp Holding Inc (file # 29/5165)
C/o The Corporation Trust Company
1209 Orange St
Wilmington DE 19801

**CERTIFIED MAIL**

9589 0710 5270 0072 9352 76
9589 0710 5270 0072 9352 76

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MersCorp Holding Inc (File # 2915165)
C/o The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

9590 9402 9472 5069 7046 03

2. Article Number (Transfer from service label)

9589 0710 5270 0072 9352 76

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 17 ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

Page 4 of 12

# EXHIBIT - 13

**NORTH CAROLINA – WAKE COUNTY SUPERIOR COURT**
Case No.: 25CV026697-910

**Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust**
Plaintiff,

v.

**Rocket Mortgage, LLC and MERSCORP Holdings, Inc.**
Defendants.

---

## NOTICE OF SERVICE OF SUMMONS & COMPLAINT ON BOTH ENTITIES

Comes now the Plaintiff, **Noble Spring TR Enterprise, Authorized Trust Office for Fairlie Pleasant Home Trust**, by and through its Authorized Representative, Jehorek, Jason-Gerald, sui juris, and gives notice as follows:

1. That upon review of the **Delaware Division of Corporations** registry, it has been confirmed that two separate active corporations exist under the name **MERSCORP Holdings, Inc.**, with different file numbers and registered agents:
   - **Entity One** – File No. 2915165, incorporated June 30, 1998.
     - Registered Agent: **The Corporation Trust Company**
     - Address: Corporation Trust Center, 1209 Orange St, Wilmington, DE 19801.
   - **Entity Two** – File No. 5034916, incorporated September 22, 2011.
     - Registered Agent: **RL&F Service Corp.**
     - Address: 920 N King St, Fl 2, Wilmington, DE 19801.

2. That to ensure proper service of process and avoid any claim of misidentification, Plaintiff has served the **Summons and Complaint** in this matter upon **both registered agents** by Certified Mail, Return Receipt Requested (green card tracking numbers attached).

3. That service upon both entities eliminates ambiguity as to which MERSCORP Holdings, Inc. is the proper defendant, and places the burden on Defendants to clarify corporate standing and identity.

---

## DEMAND FOR SECURITIZATION RECORDS

Pursuant to **Rule 26, N.C. Rules of Civil Procedure (Discovery)**, Plaintiff hereby makes demand upon Defendants, **MERSCORP Holdings, Inc.** (both entities listed above), to produce the following within **30 days of service**, specifically related to the following mortgage obligations secured by the property located at **11937 Fairlie Place, Raleigh, NC 27613**:

- **Rocket Mortgage Loan No.** ███████**042**, originated in **2020**, currently the subject of **Case No. 25CV026697-910**. This loan is in controversy, as Rocket Mortgage has failed to validate ownership, securitization, or proof of standing, while continuing to send billing statements.

- **Quicken Loan No.** ███████**2222**, originated in **2017**, which Rocket Mortgage has admitted in writing was fully paid and closed. Rocket Mortgage also identified this loan under **Pool Number #MA4255A**. Plaintiff demands full identification of whether this loan was securitized, the trust or pool into which it was transferred, and whether a **CUSIP number** or **Pooling & Servicing Agreement (PSA)** remains active.

Defendants are hereby required to produce:

1. The **Pooling and Servicing Agreement (PSA)** for the above-referenced loans.
2. The **CUSIP number(s)** assigned to any trust or pool containing the above loans.
3. The **date(s) of securitization and transfer** into any trust, REMIC, or pool.
4. **Identification of the current holder in due course** and the **investor of record** for each loan.

Failure to provide these documents shall be deemed a **dishonor**, and Plaintiff reserves all rights to seek **sanctions, default judgment**, or other **equitable remedies**.

---

## PUBLIC LAW FOUNDATION

This demand is grounded in Public Law, including but not limited to:

- **28 U.S.C. § 1739** – requiring full faith and credit of nonjudicial records, including deeds and assignments, in all courts.
- **1 U.S. Code § 112** – confirming Statutes at Large as legal evidence of law in all courts of the United States.
- **42 U.S. Code § 1983** – creating liability for deprivation of rights under color of law.
- **18 U.S. Code § 1001** – prohibiting false statements or concealment of material facts in matters under U.S. jurisdiction.

- **18 U.S. Code §§ 1341, 1346** – defining and prohibiting schemes to defraud, including mail fraud.
- **UCC 3-501(b)(2)** – dishonor occurs when presentment is refused or not answered.
- **UCC 1-308** – preserving all rights without prejudice or waiver when compelled to contract or perform.

These authorities obligate Defendants to disclose the Pooling & Servicing Agreement, CUSIP numbers, and securitization dates relevant to the loans in question, and prohibit evasion, concealment, or false representation.

---

**WHEREFORE, Plaintiff respectfully gives notice that service of process upon MERSCORP Holdings, Inc. has been completed by Certified Mail to both Delaware entities, and further demands production of securitization records as specified herein.**

---

Respectfully Submitted,

By: _Jehorek, Jason-Gerald_

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary
For: Noble Spring TR Enterprise (Trust Office)
On behalf of: Fairlie Pleasant Home Trust (Holding Trust)

All Rights Reserved. Without Prejudice. Without Recourse.

Date: 9-3-2025

---

### Certificate of Service

I, Jehorek, Jason-Gerald, sui juris, hereby certify that a true and correct copy of the **Summons, Complaint, this Notice of Service, and Demand for Securitization Records** was served on:

1. MERSCORP Holdings, Inc. (File No. 2915165)
   c/o The Corporation Trust Company
   Corporation Trust Center
   1209 Orange St
   Wilmington, DE 19801

2. MERSCORP Holdings, Inc. (File No. 5034916)
   c/o RL&F Service Corp.

920 N King St, Fl 2
Wilmington, DE 19801

by **Certified Mail, Return Receipt Requested** on the date entered below.

By: *Jehorek, Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Creditor Beneficiary

Date of Mailing: 9-03-2025

Tracking Numbers:

9589 0710 5270 0072 9352 76     9590 9402 9472 5069 7046 03



9589 0710 5270 0072 9352 90     9590 9402 9472 5069 7046 10



Page 4 of 4

# EXHIBIT - 13



**Service of Civil Summons and Verified Complaint**
**Case No. 25CV026697-910 – Wake County Superior Court**

---

### MERSCORP (First-Time Service)

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Settlor / Grantor / Creditor Beneficiary
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

Date: August 2, 2025

---

TO:
MERSCORP Holdings, Inc.
c/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, Delaware 19808

---

RE: SERVICE OF SUMMONS AND VERIFIED COMPLAINT
Wake County Superior Court – Case No. 25CV026697-910
**NOTICE OF INCLUSION AS NECESSARY PARTY FOR TITLE CLARIFICATION AND TRUST CLAIMS**

To Whom It May Concern:

Enclosed please find legal service upon MERSCORP Holdings, Inc., which has been named a necessary party in the above-referenced civil matter filed August 1, 2025, in the Superior Court of Wake County, North Carolina.

Enclosed in this package:
1. Civil Summons (issued August 1, 2025)
2. Verified Complaint for Quiet Title, Declaratory Judgment, and Constructive Trust

Case 5:25-cv-00558-D-BM    Document 11-15    Filed 01/27/26    Page 9 of 12

# EXHIBIT - 13



MERSCORP Holdings, Inc. is included as a necessary party to determine and clarify:

- The chain of title and beneficiary status of real property located at:
  **11937 Fairlie Place, Raleigh, North Carolina 27613**
- Any assignments, endorsements, transfers, or securitization actions in which MERS acted as nominee or registry holder on behalf of a trust or lender entity

## Optional Disclosure Request (Non-Binding)

To facilitate early resolution and protect MERS' potential interest in this matter, you are invited, but not required, to voluntarily disclose the following:

- The **CUSIP number, loan pool ID, or trust name** associated with securitization or transfer of Loan Nos. ▇▇▇3042 and ▇▇▇2222
- The MERS Milestone transfer history or audit trail identifying chain of beneficial ownership or servicing rights
- The date of any recorded transfer, endorsement, or assignment involving the referenced property or promissory note

This request is made without prejudice to your rights or mine, and does not waive any right to judicial discovery or subpoena at a later stage of this proceeding.

If no response is received, your rights and obligations will proceed under standard judicial process.

Should you wish to reply or submit documentation, please direct any communications to the undersigned at the mailing address listed below.

| Mailing Address |
| --- |
| Jason Jehorek |
| c/o 11927 Fairlie PL |
| Raleigh, NC [27613] |

Respectfully,

by: *Jehorek, Jason-Gerald*

Jehorek, Jason-Gerald, sui juris
Authorized Representative / Settlor / Grantor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
And For: JASON GERALD FAMILY OF JEHOREK ESTATE
And For: Noble Spring TR Enterprise
All Rights Reserved. Without Prejudice
Without Recourse to me.

**STATE OF NORTH CAROLINA**

_____ County

▷ **25CV026697-910**

In The General Court Of Justice
☐ District  ☐ Superior Court Division

| | |
|---|---|
| **Name Of Plaintiff**<br>NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald | |
| **Address**<br>c/o 11937 Fairlie Place | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| **City, State, Zip**<br>Raleigh                NC        [27613] | |
| **VERSUS** | G.S. 1A-1, Rules 3 and 4 |
| **Name Of Defendant(s)**<br>Rocket Mortgage, LLC, and MERSCORP Holdings, Inc. (MERS) | **Date Original Summons Issued** |
| | **Date(s) Subsequent Summons(es) Issued** |

**To Each Of The Defendant(s) Named Below:**

| **Name And Address Of Defendant 1**<br>Rocket Mortgage, LLC<br>Legal Department, 1050 Woodward Avenue,<br>Detroit, Michigan 48226 | **Name And Address Of Defendant 2**<br>MERSCORP Holdings, Inc.<br>(a/k/a Mortgage Electronic Registration Systems, Inc.)<br>1818 Library Street, Suite 300, Reston, VA 20190 |
|---|---|

⚠️ **IMPORTANT! You have been sued!** These papers are legal documents. DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| **Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff)**<br>NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald<br>c/o 11937 Fairlie Place   Raleigh, North Carolina [27613] | **Date Issued**<br>8/1/2025 | **Time**<br>2:13  ☐ AM  ☒ PM |
|---|---|---|
| | **Signature**<br>DA | |
| | ☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | **Date Of Endorsement** | **Time**<br>☐ AM  ☐ PM |
|---|---|---|
| | **Signature** | |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

# EXHIBIT - 13

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | | Name Of Defendant |
|---|---|---|---|
| | | ☐ AM ☐ PM | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: (type or print name) | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

Case 5:25-cv-00558-D-BM    Document 11-15    Filed 01/27/26    Page 12 of 12