# EXHIBIT 15

# EXHIBIT 15

**State of North Carolina**
**OFFICE OF THE COMMISSIONER OF BANKS**

**Date Sent:** July 23, 2025
**Complaint against Rocket Mortgage, LLC: File No. 2025-0546**

**Complaint**

The North Carolina Office of the Commissioner of Banks has received a complaint from Jason Gerald Jehorek of Raleigh, NC concerning Rocket Mortgage, LLC. We have enclosed a copy of this complaint for your review.

# EXHIBIT 15



## State of North Carolina
### OFFICE OF THE COMMISSIONER OF BANKS

JOSH STEIN
GOVERNOR

KATHERINE M.R. BOSKEN
COMMISSIONER OF BANKS

July 8, 2025

Scott King
Rocket Mortgage, LLC
1050 Woodward Avenue
Detroit, MI 48226

Re: Complaint against Rocket Mortgage, LLC: File No. 2025-0546

Dear Scott King:

The North Carolina Office of the Commissioner of Banks has received a complaint from Jason Gerald Jehorek of Raleigh, NC concerning Rocket Mortgage, LLC. We have enclosed a copy of this complaint for your review.

In order for our review to be fair and complete, we request that you advise this office of your position regarding this matter by sending us a written response by **July 29, 2025**. Upon completion of our review, a copy of your response will be forwarded to the complainant.

Should you have any questions, please feel free to contact this office.

Sincerely,

Angela Ollam
  NDE Licensing Support Specialist

Attachment

cc:  Jason Gerald Jehorek

Location: 3100 Smoketree Ct, Suite 1100, Raleigh, NC 27604
Mailing Address: 4309 Mail Service Center, Raleigh, NC 27699-4309
(919)733-3016 Fax (919)733-6918 Internet: https://nccob.nc.gov
An Equal Opportunity / Affirmative Action Employer