# EXHIBIT 16

**Office of the Comptroller of the Currency**

**Date Sent:** June 30, 2025
**Complaint Case # CS0385586 / Rocket Mortgage**

**Complaint**

Comptroller of the Currency (OCC)



# Office of the Comptroller of the Currency

June 30, 2025

Jason G. Jehorek
11937 Fairlie Place
RALEIGH, NC 27613

Re: Case # CS0385586 / Rocket Mortgage

Dear Jason G. Jehorek:

This letter acknowledges receipt of your complaint in the Customer Assistance Group of the Office of the Comptroller of the Currency (OCC). As your complaint is against an entity that does not fall under the jurisdiction of our office, we are referring your letter to the appropriate supervisory agencies, which are the Consumer Financial Protection Bureau (CFPB) and the North Carolina Office of the Commissioner of Banks (NCCOB).

The CFPB's contact information is:

> Consumer Financial Protection Bureau
> PO Box 27170
> Washington, DC 20038
> 1 (855) 411-2372
> www.consumerfinance.gov

The NCCOB's contact information is:

> North Carolina Office of the Commissioner of Banks
> 4309 Mail Service Center
> Raleigh, NC 27699-4309
> 1 (919) 733-3016
> www.nccob.org

Customer Assistance Group, P. O. Box 53570, Houston, TX 77052, Phone: (800) 613-6743, FAX: (713) 336-4301, www.HelpWithMyBank.gov
The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks and federal savings associations. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with the resolution of your complaint, you may wish to obtain legal assistance to preserve your rights.

Please direct all future correspondence regarding these concerns to the above-noted offices.

Sincerely,

*Customer Assistance Group*

Customer Assistance Group, P. O. Box 53570, Houston, TX 77052, Phone: (800) 613-6743, FAX: (713) 336-4301, www.HelpWithMyBank.gov
The Customer Assistance Group's consumer complaint process is a service that is provided to customers of national banks and federal savings associations. Information provided within this letter is specifically related to an individual consumer complaint and should not be construed as either a legal opinion of the OCC or a supervisory action. If you are not satisfied with the resolution of your complaint, you may wish to obtain legal assistance to preserve your rights.