# EXHIBIT - 17

# EXHIBIT 17

**Register of Deeds**

**Date: 05-07-2025 – Affidavit of Acknowledgment & Acceptance**
**Date: 01/16/2026 - Satisfaction of Security Interment**

This exhibit consists of recorded public records from the Wake County Register of Deeds, including a Satisfaction of Security Instrument, Statement of Authority to File Satisfaction, Affidavit of Acknowledgment and Acceptance, and related recorded instruments. The records reflect the termination of the deed of trust originally naming Quicken Loans, LLC as secured party, the recording of satisfaction pursuant to N.C. Gen. Stat. §§ 45-36.10 and 45-36.11, and subsequent conveyance of the property by General Warranty Deed. These documents are offered to establish the status of title, release of the security instrument, compliance with North Carolina recording statutes, and to demonstrate that any continued claim, servicing, or enforcement activity by Rocket Mortgage, LLC lacks a recorded security interest.

EXHIBIT - 17

Register of Deeds
Tammy L. Brunner
Wake County, NC
01/16/2026 11:50:01 AM
B: 020121 P: 01593  Pages: 2
Recording Fee: $0.00

DOCUMENT # 2026005228

## SATISFACTION OF SECURITY INSTRUMENT
(G.S. 45-36.10; G.S. 45-37(a)(7))

The undersigned is now the secured creditor in the security instrument identified as follows:

Type of Security Instrument: (identify type of security instrument, such as deed of trust or

mortgage) **Deed of Trust**

Original Grantor(s): (Identify original grantor(s), trustor(s), or mortgagor(s)) **Jason Jehorek and
Anna Marie Jehorek, husband and wife**

Original Secured Party(ies): (Identify the original beneficiary(ies), mortgagee(s), or secured

party(ies) in the security instrument) **Quicken Loans, LLC, a Michigan limited liability company**

Recording Data: The security instrument is recorded in Book **018255** at Page **00383–00403** or as

document number **3462812222** in the office of the Register of Deeds for Wake  County,

North Carolina.

This satisfaction terminates the effectiveness of the security instrument.

Date: 01-16-2026

(Signature of secured creditor)

[Acknowledgment before officer authorized to take acknowledgments]

State of North Carolina
County of _Wake_

I, a Notary Public for said County and State, certify that Jason Jehorek personally appeared
before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this 16 day of January 2026.

Notary Public
My Commission Expires: 02/28/2029

KENNETH MCCURDY
Notary Public - North Carolina
Wake County
My Commission Expires Feb 28, 2029

Page 1 of 1

# EXHIBIT - 17
ATTACHMENT



## **STATEMENT OF AUTHORITY TO FILE
## SATISFACTION OF SECURITY INSTRUMENT
## AND NOTICE OF DUTY TO RECORD**

**From:**

Jason Jehorek

**To:**

Register of Deeds Wake County, North Carolina

**Date:**

## NOTICE

This Statement explains my authority to file a Satisfaction of Security Instrument and places the County Clerk on notice that refusal to record the document for any reason exceeds ministerial authority and constitutes unauthorized interference with and attempted management of my private estate.

## AUTHORITY TO FILE

1. The Satisfaction was submitted pursuant to [N.C. Gen. Stat. § 45-36.11], which authorizes the filing of a satisfaction using the statutory form when executed by the **secured creditor**.
2. I executed the Satisfaction **as the secured creditor**, and the document **states on its face** that the signer is the secured creditor, satisfying **[N.C. Gen. Stat. § 45-36.10[a)(2)]**.
3. The Satisfaction is **signed and acknowledged** as required by law.

## MANDATORY DUTY TO RECORD

Because the Satisfaction:

- Is in an authorized format,
- States the signer is the secured creditor, and
- Is properly executed and acknowledged,

the Register of Deeds is **required to record it immediately** under **[N.C. Gen. Stat. § 45-36.10[b)]** and **[N.C. Gen. Stat. § 161-14]**. Failure to do so constitutes a **failure of statutory duty**, creating **bond liability** under [N.C. Gen. Stat. § 161-16].

## REGISTER OF DEEDS ACKNOWLEDGMENT

**Check ONE and execute below:**

☒ **Approved** — The Satisfaction of Security Instrument will be recorded immediately in compliance with [N.C. Gen. Stat. Chapter 161].

☐ **Refused** — Recording is refused. The undersigned affirms this refusal is made **under penalty of perjury**, with full knowledge of the duties imposed by **[N.C. Gen. Stat. §§ 161-14, 161-16, and 161-27]**, and that such refusal may give rise to **bond liability.**

Name: _____ Title: _____

Bond #: _____ Signature: _____

Date: _____

**Executed without prejudice.**

# EXHIBIT - 17



**TAKE OUR CUSTOMER SERVICE SURVEY**

**Wake County**
Tammy L. Brunner, Register of Deeds
P.O. Box 1897
Raleigh, NC 27602
919-856-5460

Receipt: 26-7724

| Product | Name | | Extended |
|---------|------|---|---------|
| SATISFN | SATISFACTION | | $0.00 |
| | | Document # | 2026005228 |
| | | Book/Page # | B: 020121 P: 01593 |
| | | Grantor/Party 1 | JEHOREK JASON |
| | | # Pages | 2 |
| **Total** | | | $0.00 |
| Change (Cash) | | | $0.00 |

Have a nice day!
https://www.wake.gov/ROD

1

# EXHIBIT - 17

Register of Deeds
Tammy L. Brunner
Wake County, NC
05/07/2025 02:51:22 PM
B: 019900 P: 00145  Pages: 6
SEE - SEE INSTRUMENT
Fee: $26.00
DOCUMENT #2025007746



AFFIDAVIT OF ACKNOWLEDMENT

AND

ACCEPTANCE

JEHOREK, JASON-GERALD

EXHIBIT 17
BK01906PG00069

Prepared by Jason Jehorek

Attachments

# General Warranty Deed

THIS DEED is made this 27th day of March, 2025, by and between:

Return to:

Grantor: JASON JEHOREK and his wife, ANNA MARIE JEHOREK

Address: 11937 Fairlie PL

City, State, Zip: Raleigh North Carolina 27613

AND

Grantee: Fairlie Pleasant Home

Address: 11937 Fairlie PL

City, State, Zip: Raleigh North Carolina 27613

WAKE COUNTY, NC 27
TAMMY L. BRUNNER
REGISTER OF DEEDS
PRESENTED & RECORDED ON
03/27/2025 13:52:53

BOOK:019863 PAGE:00069 - 00071

TO HAVE AND TO HOLD the said premises, with all the rights, members, and appurtenances thereunto belonging, or in anywise appertaining, to the only proper use, benefit, and behoof of the Grantee, their heirs and assigns forever.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land and more particularly described as follows:

BEING all of Lot 251, The Glen at Harrington Grove, Section 1, Tract D-1, Subdivision recorded in Map Book 1989, at Page 1401, Wako County Registry.

Deed Book: 015185

Page Number: 01980 – 01983

Tax Map No: 0177230

Excise Tax Ø

All or a portion of the property hereinabove described was acquired by Grantor by instrument recorded in Book 11242. Page 2505 . Wake County Registry.

A map showing the above-described property is recorded in Plat Book  1989 , Page  1401 , and referenced within this instrument.

The above-described property   X   does _____ does not include the primary residence of the Grantor.

**Acknowledge and Accepted by:**

 

Jehorek, Jason

Jehorek

5-6-2025

EXHIBIT 17
BK018621P60007G

# General Warranty Deed

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

Subject to Ad valorem taxes for the current year;
Easements. Rights of Way and Restrictions which may appear of record;
General Utility Easements of record;
Restrictive and Protective Covenants of record and any Amendments thereto.

IN WITNESS WHEREOF, the Grantor has hereunto set their hand and seal the day and year first above written.

Grantor(s):

Signature: _Jason Jehorek_  Signature _Anna Marie Jehorek_
Print Name: Jason Jehorek        Print Name: Anna Maire Jehorek
Title: Owner, Grantor, Authorized User     Title: Owner, Grantor, Authorized User

STATE OF NORTH CAROLINA
COUNTY OF Wake

I, the undersigned Notary Public, do hereby certify that Jason Jehorek and Anna Marie Jehorek, personally appeared before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and official seal, this 27th day of March, 2025.

Notary Public Signature: _____

Notary Public Name: _Nathaniel Lentz_

NATHANIEL LENTZ
NOTARY PUBLIC
WAKE COUNTY, NC
My Commission Expires 8-6-2029

My Commission Expires: _8/6/29_

Acknowledge and
Accepted by:
Jehorek, Jason-Ga
5-6-2025

# EXHIBIT - 17



Case 5:25-cv-00558-D-BM    Document 11-19    Filed 01/27/26    Page 8 of 9

# EXHIBIT - 17



TAKE OUR CUSTOMER SERVICE SURVEY

**Wake County**
Tammy L. Brunner, Register of Deeds
P.O. Box 1897
Raleigh, NC 27602
919-856-5460

**Receipt: 25-156038**

| Product | Name | | Extended |
|---|---|---|---|
| SEE | SEE INSTRUMENT | | $26.00 |
| | Document # | | 2025007746 |
| | Book/Page # | | B: 019900 P: 00145 |
| | Grantor/Party 1 | | JASON GERALD JEHOREK |
| | # Pages | | 6 |

| | | |
|---|---|---|
| **Total** | | $26.00 |
| Tender (Cash) | | $31.00 |
| Paid By | GERALD JEHOREK | |
| Change (Cash) | | ($5.00) |

Have a nice day!
https://www.wake.gov/ROD