EXHIBIT - 19

# EXHIBIT 19

**District Court Notice to Removal of Case**

This exhibit is a **Notice from the Clerk of the United States District Court for the Eastern District of North Carolina** confirming that a **Notice of Removal** was filed on **September 5, 2025**, removing *Noble Spring TR Enterprise v. Rocket Mortgage, LLC, et al.* to federal court as **Case No. 5:25-cv-00558-D**. The exhibit is offered to establish the **date and procedural posture of removal**, federal jurisdiction, and compliance with post-removal requirements under **Local Civil Rule 5.3** and **Federal Rule of Civil Procedure 7.1**.

# EXHIBIT - 19



**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax: (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

September 10, 2025

Noble Spring TR Enterprise d/b/a Jehorek, Jason-Gerald
11937 Fairlie Place
Raleigh, North Carolina 27613

Re:  Notice to Counsel Regarding Removal of Case to Eastern District of North Carolina-
-Noble Spring TR Enterprise v. Rocket Mortgage, LLC et al, 5:25-cv-558-D

Dear Noble Spring TR Enterprise v. Rocket Mortgage, LLC et al:

On September 5, 2025, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District North Carolina. Pursuant to this rule, if you are proceeding without an attorney you required to file a notice of self-representation within 14 days after removal. Additionally, you must file a disclosure statement in accordance with Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3. The form for the notice of self-representation and the disclosure statement are both available on the court's website, www.nced.uscourts.gov. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

If you require additional information, please contact the clerk's office at (919) 645-1700.

Sincerely,

PETER A. MOORE, JR, CLERK

By: Nicole Sellers, Deputy Clerk

cc: OPPOSING COUNSEL (via CM/ECF Notice of Electronic Filing)

# EXHIBIT - 19

| | |
|---|---|
| NOBLE SPRING TR ENTERPRISE<br>d/b/a Jehorek, Jason-Gerald | ) |
| Plaintiff(s), | ) |
| v. | ) |
| ROCKET MORTGAGE, LLC,<br>MERSCORP HOLDINGS, INC. | ) |
| Defendant(s). | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald    who is **Plaintiff**_____,

(name of party/intervenor)      (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

    YES ◯        NO ◉

2. Does the party/intervenor have any parent corporations?

    YES ◯        NO ◉

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

    YES ◯        NO ◉

    If yes, identify all such owners:

# EXHIBIT - 19

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ◯          NO ◉

5. Is the party/intervenor a trade association?

   YES ◯          NO ◉

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

Not applicable — jurisdiction is based on federal questions, not diversity

Not applicable — jurisdiction is based on federal questions, not diversity

| (Name of individual/entity) | (State of citizenship) |
|---|---|
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |
| (Name of individual/entity) | (State of citizenship) |

If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

Signature: /s/ Jehorek, Jason-Gerald
Jehorek, Jason-Gerald, sui juris
Authorized Representative / Settler
For NOBLE SPRING TR ENTERPRISE

Date: 10/15/2025

2

Case 5:25-cv-00558-D-BM     Document 11-21     Filed 01/27/26     Page 4 of 4