EXHIBIT - 20

# EXHIBIT 20

Affidavits of Publication

This exhibit consists of Affidavits of Publication from qualified newspapers of general circulation in North Carolina, together with the published Notices to the Public, confirming that notices concerning administrative complaints, creditor/debtor status, ownership declarations, and related matters involving Rocket Mortgage, LLC were publicly published on specified dates in compliance with N.C. Gen. Stat. § 1-597 and related publication statutes. The exhibit is offered to establish public notice, constructive notice, and the existence of a verifiable public record, and to demonstrate that notice was provided in a manner recognized under state law, federal due-process principles, and applicable public laws governing notice and publication.

EXHIBIT - 20

North State Journal
USPS 20451
ISSN 2471-1365



NORTH STATE MEDIA LLC

211 Worth Street
Asheboro, NC 27203
(704) 269-8461

## AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and State, duly commissioned, qualified, and authorized by law to administer oaths, personally appeared **DAVID GUY**, who being first duly sworn, deposes and says that he is an employee of North State Media LLC, which is engaged in the publication of a newspaper known as *North State Journal*, which has a general circulation in and has been admitted to the United States mails in the Periodicals class in **WAKE COUNTY, NORTH CAROLINA**; that he is authorized to make this affidavit and sworn statement; and that the notice or other legal advertisement, a true copy of which is attached hereto, was published in *North State Journal* on the following dates:

8/7/2025, 8/14/2025 and 8/21/2025

That said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina.

This 21st day of August 2025.

David Guy III

CUMBERLAND COUNTY
NORTH CAROLINA

Sworn to and subscribed before me, this 21st day of August 2025.

_____, Notary Public

My Commission expires: _____September 29, 2027_____

LAUREN G LANGDON
Notary Public
Cumberland Co., North Carolina
Commission Expires Sept. 29, 2027

### NOTICE

NOTICE TO CREDITORS AND DEBTORS
Affidavit of Ownership and Legal Status
COME NOW, the private man: Jehorek, Jason-Gerald, sui juris, who hereby declares and affirms publicly and on the record that he is the registered owner and holder of the authenticated Certificate of Live Birth No. 104-68-326079, issued by Shasta County, California, and further recognized by Federal Registration No. 250515511.

It is hereby affirmed that the private man named above, under declaration of a private trust, fully acknowledges that the Registrar of Titles is authorized to receive for registration of memorials upon any outstanding certificate of title an official birth certificate pertaining to a registered owner named in said certificate of title, showing the date of birth of said registered owner. This is contingent upon the attachment of an affidavit from an affiant who states familiarity with the facts recited, confirming that the individual named in the birth certificate is the same party as one of the owners named in the certificate of title. Thereafter, the Registrar of Titles shall recognize said registered owner as having attained the age of majority eighteen (18) years after the date of birth indicated on the certificate.

Furthermore, properly authenticated documents from any department or agency of the United States shall be accepted in evidence equally with originals, without prejudice.

This affidavit is made for public record and as notice to all creditors and debtors, known and unknown.

Executed this 4th day of August, 2025.
Without Prejudice [UCC 1-308] – All Rights Reserved.

by: /s/ Jehorek, Jason-Gerald, sui juris
Authorized Representative / Grantor / Beneficiary For: ☉JASON GERALD JEHOREK™ All Rights Reserved. Without Recourse to me.

- Jehorek

Page 2 of 8



# EXHIBIT - 20
# McClatchy

The Beaufort Gazette
The Belleville News-Democrat
Bellingham Herald
Centre Daily Times
Sun Herald
Idaho Statesman
Bradenton Herald
The Charlotte Observer
The State
Ledger-Enquirer

Durham | The Herald-Sun
Fort Worth Star-Telegram
The Fresno Bee
The Island Packet
The Kansas City Star
Lexington Herald-Leader
The Telegraph - Macon
Merced Sun-Star
Miami Herald
El Nuevo Herald

The Modesto Bee
The Sun News - Myrtle Beach
Raleigh News & Observer
Rock Hill | The Herald
The Sacramento Bee
San Luis Obispo Tribune
Tacoma | The News Tribune
Tri-City Herald
The Wichita Eagle
The Olympian

## AFFIDAVIT OF PUBLICATION

| Account # | Order Number | Identification | Order PO | Cols | Depth |
|---|---|---|---|---|---|
| 61305 | 29964 | Legal Ad - IPL0255562 | | 1.0 | 11.0L |

ATTENTION: Column PBC
9450 SW GEMINI DRIVE, PMB 79042
Beaverton, OR 97008
placement@column.us

---

# NOTICE TO THE PUBLIC
An administrative complaint regarding Rocket Mortgage, LLC has been filed and is under regulatory review by multiple agencies.
The full public record is available at: https://noticeofrecord.org/records/96-20250907033246/
IPL0255562
Jul 21 2025

STATE OF NORTH CAROLINA
COUNTY OF WAKE, COUNTY OF DURHAM

Before the undersigned, a Notary duly commissioned and authorized to administer oaths, affirmations, etc., personally appeared the undersigned, who being duly sworn or affirmed, according to law, doth depose and say that he or she is Accounts Receivable Specialist of the News & Observer Publishing Company, a corporation organized and doing business under the Laws of the State of North Carolina, and publishing a newspaper known as The News & Observer, Wake and State aforesaid, the said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all of the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina, and that as such he or she makes this affidavit; and is familiar with the books, files and business of said corporation and by reference to the files of said publication the attached advertisement was inserted in the aforesaid newspaper on dates as follows:

1.0 Insertion(s) published on:
07/21/25 Print

Print Tearsheet Link

Marketplace Link

*Mary Castro*

Mary Castro

*Russ Cage Davis*

Sworn to and subscribed before me on

Jul 22, 2025, 1:33 PM EDT



EXHIBIT - 20

North State Media
USPS 20451
ISSN 2471-1365



NORTH STATE MEDIA LLC

211 Worth Street
Asheboro, NC 27203
(704) 269-8461

## AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and State, duly commissioned, qualified, and authorized by law to administer oaths, personally appeared **DAVID GUY**, who being first duly sworn, deposes and says that he is an employee of North State Media LLC, which is engaged in the publication of a newspaper known as *North State Journal*, which has a general circulation in and has been admitted to the United States mails in the Periodicals class in **WAKE COUNTY, NORTH CAROLINA**; that he is authorized to make this affidavit and sworn statement; and that the notice or other legal advertisement, a true copy of which is attached hereto, was published in *North State Journal* on the following dates:

7/31/2025, 8/7/2025 and 8/14/2025

That said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina.

This 14th day of August 2025.

David Guy III

CUMBERLAND COUNTY
NORTH CAROLINA

Sworn to and subscribed before me, this 14th day of August 2025.

_____, Notary Public

My Commission expires: _____ September 29, 2027 _____

> **LAUREN G LANGDON**
> Notary Public
> Cumberland Co., North Carolina
> My Commission Expires Sept. 29, 2027

### NOTICE TO THE PUBLIC

The undersigned hereby gives public notice of a completed six-part administrative process directed to Rocket Mortgage, LLC. concerning matters of contract performance, securitization disclosure, and related violations under federal and commercial law. Between May and June 2025, Rocket Mortgage received documented notices including a private settlement offer, enforcement demand, declaration of default, notice of false credit reporting and fee enforcement, an OCC referral (Case No. C50385586) with referrals to NCCOB (File No. 2025-0546) and the Consumer Financial Protection Bureau (CFPB Case Nos. 250701-21970535 and 250724-22601517), and an IRS Form 211 whistleblower filing reporting non-disclosure and securitization fraud. Rocket Mortgage failed to rebut the affidavits or respond in substance.
Contact for Record:
NOBLE SPRING TR ENTERPRISE
c/o 8041 Brier Creek Parkway #1110
Raleigh, North Carolina [27617]
Phone: (910) 537-02590

**EXHIBIT - 20**

No— ~~Jehorek~~
USPS 20451
ISSN 2471-1365



**NORTH STATE MEDIA LLC**

211 Worth Street
Asheboro, NC 27203
(704) 269-8461

## AFFIDAVIT OF PUBLICATION

Before the undersigned, a Notary Public of said County and State, duly commissioned, qualified, and authorized by law to administer oaths, personally appeared **DAVID GUY**, who being first duly sworn, deposes and says that he is an employee of North State Media LLC, which is engaged in the publication of a newspaper known as *North State Journal*, which has a general circulation in and has been admitted to the United States mails in the Periodicals class in **WAKE COUNTY, NORTH CAROLINA**; that he is authorized to make this affidavit and sworn statement; and that the notice or other legal advertisement, a true copy of which is attached hereto, was published in *North State Journal* on the following dates:

8/14/2025, 8/21/2025 and 8/28/2025

That said newspaper in which such notice, paper, document, or legal advertisement was published was, at the time of each and every such publication, a newspaper meeting all the requirements and qualifications of Section 1-597 of the General Statutes of North Carolina and was a qualified newspaper within the meaning of Section 1-597 of the General Statutes of North Carolina.

This 28th day of August 2025

David Guy III

CUMBERLAND COUNTY
NORTH CAROLINA

Sworn to and subscribed before me, this 28th day of August 2025.

Notary Public

My Commission expires: _____ September 29, 2027

LAUREN G LANGDON
Notary Public
Cumberland Co., North Carolina
My Commission Expires Sept. 29, 2027

## NOTICE

NOTICE TO THE PUBLIC
COMMON LAW COPYRIGHT
DECLARATION
Notice is hereby given that all common law copyrights, trade-names, trademarks, and related intellectual property—including but not limited to:
JASON EDLER, THE GRAF OF SHASTA©®, ROYAL VAULT EXPRESS TRUST©®, NOBLE SPRINGS TR ENTERPRISE©®, FCN4U TR©®, JEHOREK FARMS TR©®, JASON GERALD FAMILY OF JEHOREK ESTATE©®, JASON GERALD JEHOREK©®, and all similar or derivative names and stylizations—
are the exclusive property of a foreign, private trust operating under common law jurisdiction.
These rights are secured by common law copyright and equitable interest as of June 9, 2025, and further perfected through UCC Financing Statements, apostilles, federal/state certificates, and public/private record declarations.
This work is registered under CopyrightDepot.com Registration No. 00095936-1.
Any party claiming lawful, superior interest must rebut this notice within twenty-one (21) days of publication, or such claim is waived.
Unauthorized use, reproduction, recording, distribution, transfer, securitization, or commercial exploitation of any of the above names, derivatives, or trust identifiers—without prior written consent of the Secured Party—is strictly prohibited.
Violations are subject to statutory damages, equitable relief, and enforcement under the recorded Affidavit of Fees and Damages.
Executed this 4th day of August, 2025, within the common law jurisdiction of North Carolina, without the United States.
by: /s/ Jehorek, Jason-Gerald, sui juris
Authorized Representative / Trust Protector / Grantor / Settlor
For: ©JASON GERALD JEHOREK®
All Rights Reserved. Without Recourse to me.

# EXHIBIT - 20



**NORTH STATE MEDIA LLC**

INVOICE

2025-

Jason Jehorek
8041 Brier Creek Parkway #1110
Raleigh NC 2761

| File No. | Name | County | Date 1 | Date 2 | Date 3 | Date 4 | Gross Rate |
|---|---|---|---|---|---|---|---|
| | Jehorek | WAKE | 8/14/2025 | 8/21/2025 | 8/28/2025 | | $200.00 |

TOTAL.................................................................................................................................$200.00

PLEASE REMIT PAYMENT TO:

NORTH STATE MEDIA LLC
211 Worth St
Asheboro, NC 27203

# EXHIBIT - 20



**NORTH STATE MEDIA LLC**

INVOICE

2025-

8/21/2025

Noble Spring TR Enterprise
Jason Jehorek
8041 Brier Creek Parkway #1110
Raleigh, NC 27617

| File No. | Name | County | Date 1 | Date 2 | Date 3 | Date 4 | Gross Rate |
|----------|---------|--------|-----------|-----------|-----------|--------|------------|
| | Jehorek | WAKE | 8/7/2025 | 8/14/2025 | 8/21/2025 | | $200.00 |
| TOTAL | | | | | | | $200.00 |

PLEASE REMIT PAYMENT TO:

NORTH STATE MEDIA LLC
211 Worth St
Asheboro, NC 27203

# EXHIBIT - 20



**NORTH STATE MEDIA** LLC

INVOICE

2025-

| File No. | Name | County | Date 1 | Date 2 | Date 3 | Date 4 | Gross Rate |
|----------|------|--------|--------|--------|--------|--------|------------|
| | Jehorek | WAKE | 7/31/2025 | 8/7/2025 | 8/14/2025 | | $200.00 |
| TOTAL | | | | | | | $200.00 |

PLEASE REMIT PAYMENT TO:

NORTH STATE MEDIA LLC
211 Worth St
Asheboro, NC 27203