# EXHIBIT 21

1st Qualified Written Request/Notice of Error

**Date:** 10-20-25 faxed to Rocket Mortgage

**CLAIM ASSERTED**

Rocket Mortgage, LLC has been lawfully tendered full payment in the amount of $232,200.00 for Loan No. ████2222, thereby fully satisfying and discharging the debt and all associated obligations, and any continued collection, servicing, lien enforcement, or credit reporting constitutes a notice-of-error, unlawful servicing activity, and statutory violation requiring immediate cure.

**Documents Included:**
1. Payment in Full — Documentary Evidence of Settlement and Discharge (Notarized)
2. Exhibit A - Durable Power of Attorney (dated October 16,2025)
3. Exhibit B — Notice of Fee Schedule (dated October 16,2025)
4. Copy of Lawful Private Money Order for §232,200.00 (Final Payoff Amount)

**Public Laws Referenced in the QWR**

**1. Real Estate Settlement Procedures Act (RESPA)**

**12 U.S.C. § 2605; 12 C.F.R. §§ 1024.35, 1024.36 (Regulation X)**
- Governs Qualified Written Requests and Notices of Error
- Requires servicer acknowledgment, investigation, and correction or written response
- Restricts collection activity during a pending error investigation

**2. Truth in Lending Act (TILA)**

**15 U.S.C. §§ 1601, 1641**
- Requires accurate disclosure of creditor identity, payoff amounts, and account status
- Governs ownership and servicing transfer disclosures
- Imposes liability for misrepresentation of creditor status

**3. Fair Credit Reporting Act (FCRA)**

**15 U.S.C. § 1681s-2**
- Requires accurate credit reporting
- Mandates correction or suppression of reporting after dispute or payment in full

**4. Uniform Commercial Code (UCC)** *(as adopted in North Carolina)*
- **§ 3-603, § 3-602** — Tender/payment discharges the obligation
- **§ 3-301** — Only a party entitled to enforce may collect
- **§ 1-308** — Reservation of rights

**5. North Carolina Lien Satisfaction Statutes**

**N.C. Gen. Stat. §§ 45-36.10 – 45-36.12**
- Requires recording of Satisfaction of Deed of Trust
- Establishes liability for failure to release lien after payoff

# EXHIBIT 21

## FAX CONFIRMATION

Recipient: +18773823138

Sent: 2025-10-20 04:05:50 AM UTC

Status: Successfully sent

See next pages for copy of the sent document.

# EXHIBIT 21

# **FAX**

| | |
|---|---|
| **Date:** | 2025-10-20 03:39:33 AM UTC |
| **Subject:** | Payment in Full / QWR / Notice of Error |
| **From:** | Jason Jehorek |
| **To:** | Rocket Mortgage LLC - QWR/Notice of Error |
| **Fax:** | +18773823138 |
| **No. of pages:** | 39 (Including Cover Page) |

## **Message:**

This is the payment in full with QWR and Notice of Error

# EXHIBIT 21

## FAX COVER SHEET — PAYMENT IN FULL / QWR / NOTICE OF ERROR / DURABLE POWER OF ATTORNEY / NOTICE OF FEE SCHEDULE

Date: __10-19-2025__

**To:**

Rocket Mortgage LLC — Legal / Client Relations Department

Attn: Servicing and Account Resolution

Fax: (877) 382-3138

Alt Fax: (877) 380-5084

**From:**

Jason-Gerald Jehorek, sui juris

Authorized Representative / Grantor / Settlor / Creditor Beneficiary

c/o 8041 Brier Creek Parkway PMB #1110

Raleigh, North Carolina [27617]

Without Prejudice [UCC 1-308] – All Rights Reserved

**Subject:**

**PAYMENT IN FULL — Documentary Evidence of Settlement and Discharge Pursuant to [31 U.S.C. §1501] and [Public Law 97-258 §§3123, 5103, 5312, 9301(2)]**

Re: Loan No. ██████2222 — Full Satisfaction and Discharge ($232,200.00)

---

**Documents Included:**

1. **Payment in Full — Documentary Evidence of Settlement and Discharge (Notarized)**

2. **Exhibit A – Durable Power of Attorney (dated October 16, 2025)**

3. **Exhibit B – Notice of Fee Schedule (dated October 16, 2025)**

4. Copy of **Lawful Private Money Order** for $232,200.00 (Final Payoff Amount)

---

**Purpose:**

This fax transmission provides lawful documentary evidence of payment, settlement, and discharge of the above-referenced account. The enclosed instrument constitutes full payoff and closure of the account under [31 U.S.C. §1501], supported by written documentary evidence and lawful consideration.

This payment satisfies all obligations, liens, and claims, requiring Rocket Mortgage LLC to record release of lien and satisfaction of mortgage within ten (10) business days. All prior payments and securities are retained by Rocket Mortgage and its investors.

Page 1 of 2

Case 5:25-cv-00558-D-BM    Document 11-23    Filed 01/27/26    Page 4 of 41

Page 4 of 41

# EXHIBIT 21

The Durable Power of Attorney (Exhibit A) establishes lawful authority for the undersigned Agent to act for the PRINCIPLE estate ©JASON GERALD JEHOREK™, and the Notice of Fee Schedule (Exhibit B) establishes enforceable terms and administrative penalties for failure to honor this lawful tender or acknowledge satisfaction.

**Action Requested:**

- Acknowledge receipt of this lawful tender and documentation.

- Cease and desist any collection activity or credit reporting.

- Confirm account closure and lien release by written notice within 10 business days.

**Number of Documents (including cover):** _____4_____

By: _____

Jason-Gerald Jehorek, sui juris

Authorized Representative / Grantor / Creditor Beneficiary

**Contact:** Phone:919-278-8828 / Email: Jason.jehorek@protonmail.com

**Transmission Type:** Secure Legal Fax Delivery — Proof of Transmission Required

Page 2 of 2

# EXHIBIT 21

**PAYMENT IN FULL — Documentary Evidence of Settlement and Discharge Pursuant to [31 U.S.C. §1501] and [Public Law 97-258 §§3123, 5103, 5312, 9301(2)]**

*"An amount shall be recorded as an obligation of the United States Government only when supported by documentary evidence of a binding agreement... executed in a way and form authorized by law." — [31 U.S.C. §1501(a)(1)(A)]*

---

**Date:** October 17, 2025

**To:**
**Rocket Mortgage LLC**
Attn: Client Relations / Account Resolution
1050 Woodward Avenue
Detroit, Michigan 48226
Fax: (877) 382-3138 and (877) 380-5084

*Certified Mail*
*9589 0710 5270 0072 9353 37*
*Green Card*
*9590 9402 9472 5069 7048 18*

**From:**
**Jason-Gerald Jehorek, sui juris**
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
c/o 11937 Fairlie PL
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

---

**Re: Loan No.** ████ **2222 — Full Satisfaction and Discharge ($232,200.00)**

Enclosed is a lawful private money order for $232,200.00, tendered for **full settlement and discharge** of the original loan and all associated obligations.
All prior payments and related securities with Fannie Mae are retained by Rocket Mortgage. **No refund, rebate, or return of any prior payments or securitized interests is requested or due; all such amounts and securities remain with Rocket Mortgage and its investors as part of the settled transaction.**

This payment constitutes the **final payoff and closure of the account,** executed under lawful authority to reduce public debt pursuant to the following statutes:

- **[Public Law 97-258 §§ 3123, 5103, 5312, 9301(2)]** – Payment of Public Debt; Legal Tender; Financial Agency; Government Obligation.
- **[50 U.S.C. § 4305(b)(2)]** – Discharge of obligation upon payment made to or for the account of the United States.
- **[12 C.F.R. § 1808.600]** – Full faith and credit pledged to lawful bonds and monetary instruments.
- **[18 U.S.C. §§ 8, 914]** – Definition of obligations and recognition of lawful creditors of the United States.

Rocket Mortgage LLC, its agents, and assigns are hereby directed to **cease and desist** from any and all collection activity, correspondence, or reporting of this account to any credit bureau or

Case 5:25-cv-00558-D-BM    Document 11-23    Filed 01/27/26    Page 6 of 41

**Page 6 of 41**

# EXHIBIT 21

third party.

This account is now **paid in full, closed, and satisfied**, and any continued adverse credit reporting shall constitute **willful misrepresentation and defamation of credit** in violation of the **Fair Credit Reporting Act [15 U.S.C. § 1681s-2]**, the **Fair Debt Collection Practices Act [15 U.S.C. § 1692e]**, and **[Public Law 106-386]** prohibiting coercion and debt bondage.

All derogatory trade lines, collection notations, or remarks must be **removed and updated to "Paid in Full – Account Closed"** across all consumer reporting agencies within ten (10) business days of receipt of this notice.

This lawful tender satisfies all claims and constitutes **full accord and satisfaction** in commerce and in equity.

Rocket Mortgage, its affiliates, and any successor or assignee are hereby directed to record the **release of lien and satisfaction of mortgage** in all public and private registries within ten (10) business days.

This includes removal of any encumbrance, security interest, or assignment connected to Loan No. ████2222, ensuring the account and property title are fully clear and settled in accordance with **[Public Law 97-258 § 3123]** and **[12 C.F.R. § 1808.600]**.

---

## Prior Administrative and Judicial Filings on Record

This payment follows a complete and recorded administrative record, which includes:

- IRS Form 211 Whistleblower Submission (June 23, 2025);
- IRS Forms 1099-A and 1099-B for lawful offset and settlement;
- CFPB Complaint #250701-21970535;
- OCC Referral and Investigation Package (June 2025);
- U.S. District Court E.D.N.C. Case No. 5:25-CV-558 (Declaratory Judgment and Quiet Title Action).

Rocket Mortgage has already been placed in **constructive notice, dishonor, and administrative default** through these filings and prior correspondence.

---

## Revocation of All Prior Powers of Attorney

Notice is hereby given that any and all **Powers of Attorney—general, special, or implied—previously assumed or claimed by Rocket Mortgage LLC, MERSCORP Holdings, or any related entity are **revoked and nullified**.

Only the living man, **Jason-Gerald Jehorek, sui juris**, acting under private authority through the **Durable Power of Attorney dated October 16, 2025 (Exhibit A)** retains lawful agency for the PRINCIPLE ©JASON GERALD JEHOREK™.

No corporate or public entity holds lawful standing or consent to act on behalf of the PRINCIPLE estate.

# EXHIBIT 21

### Public Law and Fiduciary Authority

This presentment is made and protected under:

- **[Public Law 106-386 §§ 13, 2(c)(5), 4, 1589]** – Prohibition of involuntary servitude, debt bondage, and coercion.
- **Thirteenth Amendment (1865)** and **Thirty-Ninth Congress Ch. 187-188 (1867)** – Abolition of peonage and debt slavery.
- **[42 U.S.C. §§ 1983–1986]** – Civil remedies for deprivation of rights and neglect to prevent.
- **[28 U.S.C. § 1739]** – Full Faith and Credit for authenticated documents.

These laws affirm the right to discharge obligations privately and prohibit enforcement through coercion or unlawful demand.

---

## Documentary Evidence Authority

This instrument and enclosed lawful money order constitute **documentary evidence** of payment and discharge under **[31 U.S.C. §1501]**, which requires that obligations of the United States Government be recorded only when supported by written agreements and lawful consideration executed for an authorized purpose.

Accordingly, this lawful presentment satisfies the full amount of obligation related to Loan No. ███████2222, meeting the statutory requirement for documentary evidence and constituting a binding settlement of account under **[Public Law 97-258 §§ 3123, 5103, 5312, 9301(2)]**.

---

## NOTICE OF FEE SCHEDULE AND LIABILITY

The **Notice of Fee Schedule dated October 16, 2025 (Exhibit B)** is hereby incorporated into this presentment.

Failure to honor the enclosed lawful tender, or any continued attempt to collect on a settled account, shall trigger immediate administrative penalties as published, including:

- $3,800 per minute, $228,000 per hour, $5,472,000 per day;
- Damages for coercion, misrepresentation, or conversion under **[Public Law 106-386]**.

Negotiation, deposit, or retention of the enclosed money order constitutes **acceptance, settlement, and release of all liens and claims** under **[UCC §§1-308, 3-501, 3-603; Public Law 97-258; Restatement §356]**

---

## DECLARATION

This lawful instrument is presented in **good faith**, for settlement and closure of the account, in harmony with public law and private right.

Case 5:25-cv-00558-D-BM    Document 11-23    Filed 01/27/26    Page 8 of 41

# EXHIBIT 21

This notice serves as **constructive notice and demand for performance**, and silence or non-performance within **ten (10) days** shall constitute acceptance and final discharge of debt by estoppel under **UCC § 1-202(e) and UCC § 3-501(b)(2)**.

By: _____

Jason-Gerald Jehorek, sui juris, (Agent)
In-Accommodation 3-402 (B)(1), Primary Trustee /
Authorized Representative / Grantor / Creditor
Beneficiary
For: ©JASON GERALD JEHOREK™ (PRINCIPLE):
All Rights Reserved. Without Prejudice
Without Recourse to me.

## Notary Acknowledgment

County **Wake**                          )
                                         ) ss
State of North Carolina                  )

On this **17th** day of **october** 20**25**, before me, the undersigned Notary Public, personally appeared **Jason-Gerald Jehorek**, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _____        (seal)
My Commission expires: 8/27/2029

GRACE BORGER
Notary Public - North Carolina
Wake County
My Commission Expires Aug 27, 2029

Page 4 of 4

# EXHIBIT 21

Paperless Statement/Electronic Only

*Pay off*

## ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

7-810-73763-0093042-001-000-000-000-000

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7842

### Loan Information

Loan Number: ███████2222
Property Address: 11937 Fairlie Pl
Raleigh, NC 27613
Statement Date: 09/16/2025
Amount Due: $8,064.33
Due Date: 10/01/2025

If payment is received after 11:30 p.m. ET 10/16/2025, a $39.11 late fee will be charged.

### Important Messages

Never think about your payment again. With autopay, you set it up once and forget it. Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

### Loan Information (08/17/2025 - 09/16/2025)

| | |
|---|---|
| Original Loan Amount: | $232,200.00 |
| Interest Rate: | 2.990% |
| Principal Balance:* | $207,332.79 |
| Escrow Balance:** | -$17.93 |

### Payment History (08/17/2025 - 09/16/2025)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,994.97 |
| Interest: | $2,078.87 |
| Escrow: | $1,526.16 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $1,536.00 |
| **Total Paid Year To Date:** | **$7,136.00** |

**Escrow Disbursements On Your Behalf:**

| | |
|---|---|
| Taxes Paid: | $0.00 |
| Insurance Paid: | $1,124.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $0.00 |
| **Total Escrow Disbursements:** | **$1,124.00** |

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $466.89 |
| Interest: | $510.83 |
| Escrow | |
| Taxes: | $361.30 |
| Insurance: | $93.67 |
| Mortgage Insurance (PMI/MIP): | $0.00 |
| Shortage: | $135.31 |
| **Monthly Payment:** | **$1,568.00** |
| Advances On Your Behalf: | $75.00 |
| Fees | |
| Late Fees: | $117.33 |
| Other Fees: | $0.00 |
| Partial Payment (Unapplied):¹ | $1,536.00 |
| Past Due Amount: | $7,840.00 |
| **Subtotal** | **$6,496.33** |
| **Amount Due:** | **$8,064.33** |

### Quick And Easy Payment Options

- Online at RocketMortgage.com
- On the go with Rocket Mortgage® mobile app
- Pay by phone system with 24/7 access by calling (800) 646-2133
- Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

Phone: (800) 508-0944
Email: ServicingHelp@RocketMortgage.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 2
CP123

---

**DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7842

*Money Order*

## ROCKET Mortgage

☐ Check box for address changes on reverse side.

Pay To: United States Treasury for credit to Rocket Mortgage   Set up Autopay online at RocketMortgage.com

*Two Hundred Thirty Two Thousand Two Hundred 00/100*   $232,200.00

### Loan Information

| | |
|---|---|
| Loan Number: | 3462812222 |
| Due Date: | 10/01/2025 |
| Amount Due: | |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | 2 3 2 2 0 0 0 0 |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

By *Jason Jehorek, AR*

Jason-Gerald Jehorek, AR
Without Recourse

CP123

Case 5:25-cv-00550-D-BM    Document 11-23    Filed 01/27/26    Page 10 of 41

Page 10 of 41

# EXHIBIT 21

## ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

### Additional Messages

Enclosed is a lawful private money order for $232,200.00, tendered for full settlement and discharge of the original loan and all associated obligations. All prior payments and related securities with Fannie Mae are retained by Rocket Mortgage. This payment constitutes final payoff and closure of the account, made under a permissible purpose to reduce public debt pursuant to Public Law 97-258 and Public Law 106-386.

### Loan Activity From 08/17/2025 To 09/16/2025[§]

| Date | Description | Charges | Escrow | Unapplied | Payments |
|------|-------------|---------|--------|-----------|----------|
|      |             |         |        |           |          |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*Pay off*

†This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
†Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. – 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 3
CP123

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number: ☐ Cell  ☐ Home  ☐ Work _____

Street Address: _____

City: _____  State: _____  ZIP: _____

Email 1: _____  Email 2: _____

Signature: _____

A signature is required to make address changes.

CP123

Case 5:25-cv-00558-D-BM   Document 11-23   Filed 01/27/26   Page 11 of 41

Page 11 of 41

# EXHIBIT 21

**Exhibit A – Durable Power of Attorney**
*(Dated October 16, 2025)*

---

**DURABLE POWER OF ATTORNEY — ESTABLISHING AUTHORITY OF REPRESENTATION**

**Purpose:**

This Durable Power of Attorney grants lawful authority to **Jason-Gerald Jehorek, sui juris** to act as **Authorized Representative / Grantor / Settlor / Creditor Beneficiary** for the PRINCIPLE entity **©JASON GERALD JEHOREK™**, establishing private fiduciary agency for all lawful acts, settlements, and discharges.

This authority is executed pursuant to **[Public Law 97-258 §§ 3123, 5103, 5312, 9301(2)]** and **[31 U.S.C. § 1501]**, recognizing documentary evidence of binding agreements and obligations supported by lawful consideration.

**Cross-Reference:**

Filed as **Exhibit A** to accompany the **Payment in Full — Documentary Evidence of Settlement and Discharge** dated **October 17, 2025**, establishing lawful agency for execution of the enclosed lawful tender.

---

By: _____

Jason-Gerald Jehorek, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
Without Prejudice [UCC 1-308] – All Rights Reserved

# EXHIBIT 21



**Durable Power of Attorney**

This Durable Power of Attorney is issued under private authority, not pursuant to any public act, and made in equity, under private grant, by the man: **Jason-Gerald Jehorek** sui juris, hereinafter referred to as the ("Agent"),. This declaration is harmonized in form with common commercial practice but preserves all unalienable rights and jurisdiction. It is not subject to the Uniform Power of Attorney Act as codified in the public statutes of any State.

> **PRINCIPLE:** <sup>©</sup>JASON GERALD JEHOREK™
> **Address:** 11937 Fairlie Place, Raleigh, North Carolina 27613
> **Agent:** Jason-Gerald Jehorek, sui juris
> **Private Address:** c/o 8041 Brier Creek Parkway PMB #1110, Raleigh, North Carolina [27617]

The estate styled <sup>©</sup>**JASON GERALD JEHOREK**™ is a legal entity and trust estate separate and distinct from the man. ("Agent"), acts as **Primary Trustee (TTEE), Grantor, Settlor, and ("PRINCIPLE") Creditor** on behalf of said estate. ("Agent"), hereby appoints himself, operating in a distinct fiduciary capacity, as **private Agent and attorney-in-fact** for the estate. This appointment is made in trust, by private contract, under full reservation of rights, Without Prejudice [UCC 1-308].

This Power of Attorney shall not be affected by my subsequent incapacity.

## PUBLIC LAW AUTHORITY AND JURISDICTIONAL BASIS

This Durable Power of Attorney is executed under private authority and recognized under the following Public Laws and United States Statutes at Large, which affirm and protect the lawful fiduciary relationship between the living man (Agent) and the legal estate (PRINCIPLE):

- **[Tex. R. Civ. P. 12]** – Attorney to Show Authority (proof of agency required).
- **[Public Law 97-258]** (Sept. 13, 1982):
  §§ 3123, 5103, 5312, 9301(2) – *Payment of Public Debt; Legal Tender; Financial Agency; Government Obligation.*
- **[Public Law 106-386]** (Oct. 28, 2000):
  §§ 13, 2(c)(5), 4, 1589 – *Prohibition on Involuntary Servitude, Debt Bondage, and Coercion.*
- **[42 U.S.C. § 1983]** – Civil Action for Deprivation of Rights.
- **[42 U.S.C. § 1986]** – Action for Neglect to Prevent.
- **[18 U.S.C. § 914]** – Creditors of the United States.
- **[UCC 1-308]** – Reservation of Rights.
- **[UCC 3-402(b)(1)]** – Signature by Representative in Accommodation.

Initial/Date: 10-17-25

# EXHIBIT 21



**Durable Power of Attorney**

All actions performed by the Agent under this Power of Attorney are made **Without Prejudice [UCC 1-308]**, preserving all unalienable rights and exempt from coercion, debt bondage, or involuntary servitude as prohibited under the above-referenced Public Laws.

## REVOCATION OF PREVIOUS POWER OF ATTORNEY

I hereby revoke any and all general powers of attorney and special powers of attorney knowingly or unknowingly previously granted to any and all corporations, agencies, military, jails, or government bodies are hereby revoked and no longer authorized to act on behalf of the ("PRINCIPLE"), except by direction of the named ("Agent"),.

## FINANCIAL POWER OF ATTORNEY

It is hereby declared that this Financial Power of Attorney is the only valid power of attorney over ("PRINCIPLE"), by the appointed Attorney-in-Fact, ("Agent"), for the purpose of managing and conducting all financial affairs on behalf of ("PRINCIPLE"). This authority includes, but is not limited to, the power to make decisions regarding banking transactions, mortgage accounts, real estate transactions, investments, tax matters, and any other financial obligations or rights. Specifically, this authority extends to all accounts and transactions with any financial institution, including but not limited to checking accounts, savings accounts, loans, and any other financial products or services offered by such institutions.

My ("Agent"), shall have full power to open, maintain, modify, or close accounts at any financial institution, make deposits and withdrawals, negotiate or endorse checks or other instruments, obtain statements, and perform any other acts necessary to manage my financial affairs with any financial institution. Additionally, my ("Agent"), is expressly authorized to create, issue, sign, and deliver promissory notes, bills of exchange, and other negotiable instruments as the creditor on my behalf, acting in my best interest to establish credit obligations owed to me or to secure my financial interests. This Power of Attorney shall remain in effect until revoked in writing by the ("Agent"), and the Attorney-in-Fact shall act in the best interest of the ("PRINCIPLE"), in all matters pertaining to this.

My ("Agent"), shall have full power and authority to act on my behalf. This power and authority shall authorize my ("Agent"), to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My ("Agent"), 's powers shall include, but not be limited to, the power to:

1. Open, maintain, or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with any financial institutions.

   a. To deposit returns, overpayments; draft financial instruments, amend returns, settlement of personal household expenses; create and issue invoices, statements, presentments, etc. in trade name and all variations of trade name for the ("PRINCIPLE"), lawful drafting and/or using/tendering statements, notes, checks, sight/site drafts, bonds, negotiable instruments, instruments, promissory notes, bills of



# EXHIBIT 21



### Durable Power of Attorney

exchange, international bills of exchange, coupons; all account-related matters, including those with any financial institution. Specifically, my ("Agent"), is authorized to create, issue, sign, and deliver promissory notes and bills of exchange as the creditor on my behalf, establishing obligations owed to me, securing my financial interests, and managing such instruments in accordance with applicable laws and in my best interest.

b.  To lease, sell, mortgage, purchase, exchange, and acquire, and to agree, bargain, and contract for the lease, sale, purchase, exchange, and acquisition of, and to accept, take, receive, and possess any interest in real property whatsoever, on such terms and conditions, and under such covenants, as my ("Agent"), shall deem proper; and to maintain, repair, tear down, alter, rebuild, improve, manage, insure, move, rent, lease, sell, convey, subject to liens, mortgages, and security deeds, and in any way or manner deal with all or any part of any interest in real property whatsoever, including specifically, but without limitation, real property lying and being situated in the state of North Carolina and Nebraska, under such terms and conditions, and under such covenants, as my ("Agent"), shall deem proper and may for all deferred payments accept purchase money notes payable to me and secured by mortgages or deeds to secure debt, and may from time to time collect and cancel any of said notes, mortgages, security interests, or deeds to secure debt.

c.  To organize or continue and conduct any business which term includes, without limitation, any farming, manufacturing, service, mining, retailing or other type of business operation in any form, whether as a proprietorship, joint venture, partnership, corporation, trust or other legal entity; operate, buy, sell, expand, contract, terminate or liquidate any business; direct, control, supervise, manage or participate in the operation of any business and engage, compensate and discharge business managers, employees, agents, attorneys, accountants and consultants; and, in general, exercise all powers with respect to business interests and operations which the ("PRINCIPLE") could if present and under no disability.

d.  To make, receive, sign, endorse, execute, acknowledge, deliver and possess checks, drafts, bills of exchange, letters of credit, notes, stock certificates, withdrawal receipts and deposit instruments relating to accounts or deposits in, or certificates of deposit of banks, savings and loans, credit unions, or other institutions or associations. To pay all sums of money, at any time or times, that may hereafter be owing by me upon any account, bill of exchange, check, draft, purchase, contract, note, or trade acceptance made, executed, endorsed, accepted, and delivered by me or for me in my name, by my ("Agent"), . To borrow from time to time such sums of money as my ("Agent"), may deem proper and execute promissory notes, security deeds or agreements, financing statements, or other security instruments in such form as the lender may request and renew said notes and security instruments from time to time in whole or in part. To have free access at any time or times to any safe deposit box or vault to which I might have access.

e.  Conduct any business with any banking or financial institution with respect to any of my accounts, including, but not limited to, making deposits and withdrawals, negotiating or endorsing any

# EXHIBIT 21



**Durable Power of Attorney**

checks or other instruments with respect to any such accounts, obtaining bank statements, passbooks, drafts, money orders, warrants, and certificates or vouchers payable to me by any person, firm, corporation or political entity.

f. Add, delete or change beneficiaries to any financial accounts I own including insurance policies, annuities, retirement accounts, payable on death savings or checking accounts or other investments.

g. Perform any act necessary to deposit, negotiate, sell or transfer any note, security, or draft of the united States of America, including U.S. Treasury Securities.

h. Have access to any safe deposit box that I might own, including its contents.

2. Provide for the support and protection of myself, my spouse, or of any minor child I have a duty to support or have established a pattern of prior support, including, without limitation, provision for food, lodging, housing, medical services, recreation and travel.

3. Sell, exchange, buy, invest, or reinvest any assets or property owned by the ("PRINCIPLE"). Such assets or property may include income producing or non-income producing assets and property.

4. Purchase and/or maintain insurance and annuity contracts, including life insurance upon my life or the life of any other appropriate person.

5. Take any and all legal steps necessary to collect any amount or debt owed to the ("PRINCIPLE"), or to settle any claim, whether made against me or asserted on my behalf against any other person or entity.

6. Enter into binding contracts on the ("PRINCIPLE")'s behalf.

7. Exercise all stock rights on the ("PRINCIPLE")'s behalf as the ("PRINCIPLE")'s proxy, including all rights with respect to stocks, bonds, debentures, commodities, options or other investments.

8. Maintain and/or operate any business that the ("PRINCIPLE") may own.

9. Employ professional and business assistance as may be appropriate, including attorneys, accountants, and real estate agents.

10. Sell, convey, lease, mortgage, manage, insure, improve, repair, or perform any other act with respect to any of my property (now owned or later acquired) including, but not limited to, real estate and real estate rights (including the right to remove tenants and to recover possession). This includes the right to sell or encumber any homestead that I now own or may own in the future.

# EXHIBIT 21



**Durable Power of Attorney**

11. Prepare, sign, and file documents with any governmental body or agency, including, but not limited to, authorization to:

  a. Prepare, sign and file income and other tax returns with federal, state, local, and other governmental bodies.

  b. Obtain information or documents from any government or its agencies, and represent the ("PRINCIPLE") in all tax matters, including the authority to negotiate, compromise, or settle any matter with such government or agency.

  c. Prepare applications, provide information, and perform any other act reasonably requested by any government or its agencies in connection with governmental benefits (including medical, military and social security benefits), and to appoint anyone, including my ("Agent"), , to act as my "Representative Payee" for the purpose of receiving Social Security benefits.

12. Make gifts from the ("PRINCIPLE")'s assets to members of the ("PRINCIPLE")'s family and to such other persons or charitable organizations with whom I have an established pattern of giving (or if it is appropriate to make such gifts for estate planning and/or tax purposes), to file state and federal gift tax returns, and to file a tax election to split gifts with my spouse, if any. No Agent acting under this instrument, except as specifically authorized in this instrument, shall have the power or authority to (a) gift, appoint, assign or designate any of the ("PRINCIPLE")'s assets, interests or rights, directly or indirectly, to such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, (b) exercise any powers of appointment I may hold in favor of such Agent, such Agent's estate, such Agent's creditors, or the creditors of such Agent's estate, or (c) use any of my assets to discharge any of such Agent's legal obligations, including any obligations of support which such Agent may owe to others, *excluding* those whom I am legally obligated to support.

13. To transfer any of the ("PRINCIPLE")'s assets to the of any revocable trust or unincorporated non-profit association created by the ("PRINCIPLE"), if such trust is in existence at the time of such transfer

14. Subject to other provisions of this document, my ("Agent"), may disclaim any interest, which might otherwise be transferred or distributed to me from any other person, estate, trust, or other entity, as may be appropriate. However, my ("Agent"), may not disclaim assets to which I would be entitled, if the result is that the disclaimed assets pass directly or indirectly to my ("Agent"), or my ("Agent"), 's estate. Provided that they are not the same person, my ("Agent"), may disclaim assets which pass to my Gift ("Agent"), , and my Gift ("Agent"), may disclaim assets which pass to my ("Agent"), .

Initial/Date

# EXHIBIT 21



**Durable Power of Attorney**

This Power of Attorney shall be construed broadly as a General Power of Attorney. The listing of specific powers is not intended to limit or restrict the general powers granted in this Power of Attorney in any manner.

Any power or authority granted to my ("Agent"), under this document shall be limited to the extent necessary to prevent this Power of Attorney from causing, (i) my income to be taxable to my ("Agent"), (ii) the ("PRINCIPLE")'s assets to be subject to a general power of appointment by my ("Agent"), or (iii) my ("Agent"), to have any incidents of ownership with respect to any life insurance policies that I may own on the life of my ("Agent"), .

My ("Agent"), shall not be liable for any loss that results from a judgment error that was made in good faith. However, my ("Agent"), shall be liable for willful misconduct or the failure to act in good faith while acting under the authority of this Power of Attorney. A Successor Agent shall not be liable for acts of a prior Agent.

My ("Agent"), shall not be entitled to any compensation, during my lifetime or upon my death, for any services provided as my ("Agent"), . My ("Agent"), shall not be entitled to reimbursement of expenses incurred as a result of carrying out any provision of this Power of Attorney.

My ("Agent"), shall provide an accounting for all funds handled and all acts performed as my ("Agent"), as required under state law or upon the ("PRINCIPLE")'s request or the request of any authorized personal representative, fiduciary or court of record acting on my behalf.

This Power of Attorney shall become effective immediately, and shall not be affected by the ("PRINCIPLE")'s disability or lack of mental competence, except as may be provided otherwise by an applicable state statute. This is a Durable Power of Attorney. This Power of Attorney shall continue effective until my death. This Power of Attorney may be revoked by me at any time by providing written notice to my ("Agent"), .

# EXHIBIT 21



**Durable Power of Attorney**

## Notice to Person Executing Power of Attorney:

A Power of Attorney is an important legal document. By signing the Power of Attorney, you are authorizing another person to act for you, the ("PRINCIPLE"). Before you sign this Power of Attorney, you should know these important facts:

1.  Your ("Agent"), (attorney-in-fact) has no duty to act unless you and your ("Agent"), agree otherwise in writing.

2.  This document gives your ("Agent"), the powers to manage, dispose of, sell and convey your real and personal property, and to use your property as security if your ("Agent"), borrows money on your behalf, unless you provide otherwise in this Power of Attorney.

3.  Your ("Agent"), will have the right to receive reasonable payment for services provided under this Power of Attorney unless you provide otherwise in this Power of Attorney.

4.  The powers you give your ("Agent"), will continue to exist for your entire lifetime, unless you state that the Power of Attorney will last for a shorter period of time or unless you otherwise terminate the Power of Attorney. The powers you give your ("Agent"), in this Power of Attorney will continue to exist even if you can no longer make your own decisions respecting the management of your property, unless you provide otherwise in this Power of Attorney.

5.  You can change or correct the terms of this Power of Attorney only by executing a new Power of Attorney, or by executing an amendment through the same formalities as an original. You have the right to revoke or terminate this Power of Attorney at any time, so long as you are competent.

6.  This Power of Attorney must be dated and must be acknowledged before a notary public or signed by two witnesses. All witnesses must be mentally competent and they must (1) witness the ("PRINCIPLE")'s signing of the Power of Attorney or (2) the ("PRINCIPLE")'s signing or acknowledgment of his signature. A Power of Attorney that may affect real property should be acknowledged before a notary public so that it may easily be recorded.

7.  You should read this Power of Attorney carefully. When effective, this Power of Attorney will give your ("Agent"), the right to deal with property that you now have or might acquire in the future. The Power of Attorney is important to you. If you do not understand the Power of Attorney, or any provision of it, then you should obtain the assistance of an attorney or other qualified person.

# EXHIBIT 21



**Durable Power of Attorney**

## Notice to Person Accepting the Appointment as Attorney-in-Fact

By acting or agreeing to act as the ("Agent"), (attorney-in-fact) under this Power of Attorney, you assume the fiduciary and other legal responsibilities of an Agent. These responsibilities include:

1. The legal duty to act solely in the interest of the ("PRINCIPLE"); act loyally, with care, competence, and diligence; and avoid conflicts of interest.

2. The legal duty to keep a record of all transactions made on behalf of the ("PRINCIPLE"), including the responsibility to produce receipts, ledgers and other records of all deposits, disbursements or other transactions involving the ("PRINCIPLE")'s assets or indebtedness.

3. To cooperate with the ("PRINCIPLE")'s ("Agent"), for health care decisions, should the ("PRINCIPLE") appoint such an Agent, in making decisions in accordance with the ("PRINCIPLE")'s desires or in the best interest of the ("PRINCIPLE") if the ("PRINCIPLE")'s wishes are not known.

4. The legal duty to preserve the ("PRINCIPLE")'s estate plan, if one exists, and the ("PRINCIPLE")'s desires for such plan to be preserved.

5. The legal duty to keep the ("PRINCIPLE")'s property separate and distinct from any other property owned or controlled by you.

6. The legal duty to terminate actions as ("Agent"), (Attorney-in-Fact) under this Power of Attorney upon the occurrence of any of the following:

   a. ("PRINCIPLE")'s death;

   b. Revocation of the Power of Attorney of ("PRINCIPLE");

   c. The arrival of any date stated in the Power of Attorney, which states the termination of the Power of Attorney, if any; or

   d. No additional action is required under the Power of Attorney.

7. If you are the spouse of the ("PRINCIPLE"), the Power of Attorney terminates upon legal separation or dissolution of the marriage.

8. You may be held responsible and liable for any intentional actions which violate or abuse your authority under this Power of Attorney as provided by the state and federal laws governing this Power of Attorney.

# EXHIBIT 21



**Durable Power of Attorney**

9. You have the right to seek legal advice if you do not understand your duties as ("Agent"), or any provisions in the Power of Attorney.

You may not transfer the ("PRINCIPLE")'s property to yourself without full and adequate consideration or accept a gift of the ("PRINCIPLE")'s property unless this Power of Attorney specifically authorizes you to transfer property to yourself or accept a gift of the ("PRINCIPLE")'s property. If you transfer the ("PRINCIPLE")'s property to yourself without specific authorization in the Power of Attorney, you may be prosecuted for fraud and/or embezzlement. If the ("PRINCIPLE") is 65 years of age or older at the time that the property is transferred to you without authority, you may also be prosecuted for elder abuse. In addition to criminal prosecution, you may be sued in civil court.

## AUTHORIZED REPRESENTATIVE'S CERTIFICATION AND ACCEPTANCE OF AUTHORITY

I, **Jason-Gerald Jehorek,** certify that the attached is a true copy of a durable power of attorney naming the undersigned as Authorized Representative for ©JASON GERALD JEHOREK™. I certify that to the best of my knowledge the ("PRINCIPLE") had the capacity to execute the power of attorney, is alive, and has not revoked the power of attorney; that my powers as Authorized Representative have not been altered or terminated; and that the power of attorney remains in full force and effect.

I accept appointment as Authorized Representative under this power of attorney.

This certification and acceptance is made under penalty of perjury.

Signature: _____
©JASON GERALD JEHOREK™, as ("PRINCIPLE")

Autograph: _____
**Jason-Gerald Jehorek**, sui juris ("Agent"),
In-Accommodation 3-402 (B)(1), Primary Trustee /
Authorized Representative / Grantor / Creditor
Beneficiary
All Rights Reserved. Without Prejudice
Without Recourse to me.

Date: _10-17-25_

# EXHIBIT 21



**Durable Power of Attorney**

## NOTARY

County _Wake_      )
                            ) ss

State of North Carolina     )

On this _17th_ day of _october_, 20_25_, before me, the undersigned Notary Public, personally appeared **Jason-Gerald Jehorek**, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

This document is acknowledged for the record only, without granting jurisdiction to any statutory entity. The man appearing is sui juris, not acting as surety, debtor, or U.S. citizen, and signs under full reservation of rights, Without Prejudice [UCC 1-308].

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _Grace Borger_

My commission expires: 8/27/2029

> **GRACE BORGER**
> Notary Public - North Carolina
> Wake County
> My Commission Expires Aug 27, 2029

(seal)

# EXHIBIT 21

**NOTICE OF FEE SCHEDULE AND ADMINISTRATIVE LIABILITY**

**Purpose:**

This Notice of Fee Schedule establishes lawful administrative penalties and liquidated damages applicable upon breach, dishonor, coercion, or failure to perform after receipt of **lawful tender** or verified notices issued by the Authorized Representative.

These fees are pre-published terms of acceptance under **[UCC § 1-308, UCC § 2-207, and UCC § 3-501]**, and form part of the binding conditions associated with the tender of payment and the **Payment in Full — Documentary Evidence of Settlement and Discharge** dated **October 17, 2025.**

**Fee Schedule Summary:**

- $3,800 per minute of dishonor, coercion, or conversion;

- $228,000 per hour of continued non-performance;

- $5,472,000 per day of unresolved breach or coercion.

**Authority:**

[Public Law 106-386] (Prohibition of Involuntary Servitude, Debt Bondage, and Coercion)
[Public Law 97-258 §§ 3123, 5103, 5312] (Payment of Public Debt; Legal Tender; Financial Agency)

**Cross-Reference:**

Filed as **Exhibit B** accompanying the **Payment in Full** settlement packet transmitted to **Rocket Mortgage LLC** as lawful notice of administrative enforcement and contractual remedy.

By: _____

Jason-Gerald Jehorek, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™
Without Prejudice [UCC 1-308] – All Rights Reserved

# EXHIBIT 21



## Notice of Intent - Fee Schedule

Document prepared by: Jason-Gerald Jehorek.
Date: 2020 to Ad infinitum

> **PRINCIPLE:** ©JASON GERALD JEHOREK™
> **Address:** 11937 Fairlie Place, Raleigh, North Carolina 27613
> **Agent:** Jason-Gerald Jehorek, sui juris
> **Private Address:** c/o 8041 Brier Creek Parkway PMB #1110, Raleigh, North Carolina [27617]

To Whom It May Concern:

> : The herein annexed Notice of Intent – Barrators Fee Schedule is a schedule for mandatory fees instated on behalf of the ©JASON GERALD JEHOREK™ Entity,

I, Jason-Gerald Jehorek, hereby establish the fees applicable to any business dealings with ©JASON GERALD JEHOREK™, JASON G JEHOREK, JASON JEHOREK, or any derivative thereof, in relation to this schedule. Fees are due and must be paid within fifteen (15) days of receipt. If these fees are not paid, the undersigned reserves the right to refuse or void any business interaction and/or transaction. Fees are subject to change at any time without prior notice.

The fees outlined herein are set forth by the Beneficiary Authorized Signatory Executor and Attorney-in-Fact, Jason-Gerald Jehorek, on behalf of ©JASON GERALD JEHOREK™, Ens Legis. Without Prejudice, all unalienable rights are fully exercised. The fees specified are applicable per occurrence, per person, and include all third party(s), agency(s) by estoppel, Agent(s), Principal(s), Foundation(s), Association(s), Member(s) and entity(s) that commit, conspire to commit, or fail to act to prevent the commission of one or more PROHIBITED ACTIONS. This includes any and all Territorial United States District and State and County Courts, their agents, officers, clerks, bailiffs, sheriffs, deputies, employees, co-conspirators, and all Municipal Appointees, including their "DISTRICT COURTS," "STATE OF STATE COURTS," and "COUNTY COURTS," along with their "OFFICERS" and "EMPLOYEES" who wish to engage the aforementioned ©JASON GERALD JEHOREK™ or any derivative thereof in non-volitional actions.

The undersigned is solely authorized to modify, void, and/or enforce these fees and may do so at any time. This document is not negotiable and is irrebuttable. The only way to avoid immediate enforcement of this document is to refrain from violating, permitting a violation, or conspiring to violate any part of it.

Initial/Date *10-17-25*              Page 1 of 17              JGJ-12091968-S193-NOIFS

Case 5:25-cv-00558-D-BM     Document 11-23     Filed 01/27/26     Page 24 of 41

Page 24 of 41

# EXHIBIT 21



## Notice of Intent - Fee Schedule

*Jason Jehorek*, AR
Jason-Gerald Jehorek
Dba ©JASON GERALD JEHOREK™
Nunc pro tune. Non assumpsit.

HJR 192 - Section 9. Whoever willfully violates any provision of this Executive Order or of these regulations or of any rule, regulation or license issued thereunder may be fined not more than $10,000, or, if a natural person, may be imprisoned for not more than ten years, or both; and any officer, director, or agent of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisonment, or both.

**My Fee Schedule of HARM for my being placed into Forced Commercial Criminal Hiring for Your usury Profit: after I have given My Non-Consent Notice to you:**

        -Minute Fees:  $3,800 U.S.A Dollars Federal Reserve Notes or 2 oz of gold**
        -Hourly Fees:  $228,000 U.S.A Dollars Federal Reserve Notes  or 80 oz of gold
        -Daily Fees:    $5,472,000 U.S.A Dollars Federal Reserve Notes or 1,825 oz of gold
        -Yearly Fees:  $1,997,280,000 U.S.A Dollars Federal Reserve Notes or 665,760 oz of gold

Public Easements Schedule (Penalty for Private Use)        $250,000 or 85 oz of gold
Private Easements Schedule (Penalty for Private Use)        $250,000 or 85 oz of gold

Deliberate communication after request of no further Communication, ie, Harassment (Refuse for Cause) (real, personal, intellectual, biological or negotiable) (via: Postal Mail, E-mail, Telephone. Any and/or all as instructed)        $250,000 or 83 oz of gold

## Penalties for Government Officers

Using their Public Servant role to disrupt the peace "Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." --- In re McCowan (1917), 177 C. 93, 170

**Public Law** § 97-280 acknowledges the Holy Bible as the Word of God. Silence is acquiescence/Agreement. This is a Self-Executing Contract.

Initial/Date  10-17-25

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| I. | In General; Fines for Individuals | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | **Breach Penalty Authority Violation of Oath of Office:**<br>*5 U.S. Code § 3331 - Oath of office* | $250,000 | 85 |
| 2 | **Extortion (ticketing):**<br>*18 USC 872 - Extortion by officers or employees of the United States* | $8,000 | 3 |
| 3 | **Denied Proper Warrant(S):**<br>*18a U.S. Code Court Rule 9 - Arrest Warrant or Summons on an Indictment or Information & 18 USC 3571* | $250,000 | 85 |
| 4 | **Denied Right of Reasonable Defense Arguments Defense Evidence:**<br>*8 U.S. Code § 1503 - Denial of rights and privileges as national* | $550,000 | 185 |
| 5 | **Slavery (Forced Compliance to contracts not held starts at):**<br>*18 U.S. Code Chapter 77 Part I - PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS* | $550,000 | 185 |
| 6 | **Kidnapping (arrest): imprisonment for any term of years or for life**<br>*18 U.S. Code § 1201 - Kidnapping* | 1,997,280,000 | 665,760 |
| 7 | **Grand Theft each (un-authorized towing of automobile):**<br>*18 U.S. Code § 2112 - Personal property of United States* | $250,000 | 85 |
| 8 | **Conspiracy (with jails, courts, other public servants):**<br>*18 U.S. Code § 241 - Conspiracy against rights* | $25,000 | 10 |
| 9 | **Mail Threats (any court summons):**<br>*18 U.S. Code § 876 - Mailing threatening communications* | $5,000 | 2 |
| 10 | **Fraud (ID theft and misuse under threat & coercion):**<br>*18 U.S. Code § 1001 - Statements or entries generally* | $25,000 | 10 |
| 11 | **Falsification of Documents:**<br>*18 USC 1519 - Destruction, alteration, or falsification of records in Federal investigations and bankruptcy* | $25,000 | 10 |
| 12 | **Perjury and/or Subornation of Perjury:**<br>*18 U.S. Code § 1621 - Perjury generally & 18 U.S. Code § 1622 - Subornation of perjury* | $6,000 | 2 |
| 13 | **Genocide (starts at):**<br>*18 USC 1091 - Genocide* | $100,000,000 | 33,335 |
| 14 | **Racketeering (Criminal), Wages Taken (lost):**<br>*18 USC 1963 Sustained Damages x 3 treble damages - 18 USC 1964(c) - Civil remedies* | $1,000,000 | 335 |
| 15 | **Racketeering (Civil), Wages Taken (lost):**<br>*18 USC 1963 Sustained Damages x 3 treble damages - 18 USC 1964(c) - Civil remedies* | $500,000 | 170 |
| 16 | **Involve violent acts or acts dangerous to human life:**<br>*18 U.S. Code Chapter 113B Part I - TERRORISM* | $500 | 1 |
| 17 | **Knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval:** | $20,000 | 10 |

Initial/Date 10-17-25

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

|    |                                                                                                                                                                                                                                                        |              |       |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------|-------|
|    | *31 U.S. Code § 3729 - False claims*                                                                                                                                                                                                                   |              |       |
| 18 | **Every contact, trust, conspiracy, in restraint of trade or commerce to monopolize, or combine or conspire with other person or persons (Corporation)** *The Sherman Antitrust Act (1890)*                                                            | $10,000,000  | 3,335 |
| 19 | **Every contact, trust, conspiracy, in restraint of trade or commerce to monopolize, or combine or conspire with other person or persons (Corporation)** *The Sherman Antitrust Act (1890)*                                                            | $350,000     | 120   |
| 20 | **U.S. Treasury c/o Internal Revenue Service fail to follow the Agent/Beneficiary/Attorney-in-Fact instructions/administrative outlined in form 56.** *31 CFR 357 – Code of Federal Regulations*                                                       | $500,000     | 170   |
| 21 | **Defense Denied Evidence** *18 USC 3571*                                                                                                                                                                                                              | $ 250,000    | 85    |
| 22 | **Denied Right to Truth In Evidence** *18 USC 3571*                                                                                                                                                                                                    | $ 250,000    | 85    |
| 23 | **Denied Provisions in the Constitution** *18 U.S. CODE 3571*                                                                                                                                                                                          | $ 250,000    | 85    |
| 24 | **Treason (combined above actions)** *18 U.S. CODE 3571*                                                                                                                                                                                               | $ 250,000    | 85    |
| 25 | **Misprision of Felony** *18 U.S. CODE 4*                                                                                                                                                                                                              | $ 250,000    | 85    |

| II. | Any claim of "immunity" is Fraud | Fines/Dollar | Fines/Gold oz |
|-----|----------------------------------|--------------|---------------|
| 1   | Any claim of "immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or mandated under U.S. Constitution Article 2, Section IV; as well as 18 USC 241, 42 USC 1983, 1985, 1986, and other State Constitutions. Precedents of Law established by court cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several specifically stated intents and purposes of the Constitution set forth in the Preamble of the Articles of Confederation; to establish justice, ensure domestic tranquility, and secure the blessings of liberty. | $500,000 | 170 |

Initial/Date 10-17 - 25

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| III. | Medical and/or Hospitals - If at Any-time Anyone Forces or Takes Without my Consent | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If at Any-Time any Doctor, Nurse, physician, Specialist, Pharmaceutical Companies or Drug Pharmacy proscribes drugs for their financial benefit and not for the well-being of the man. | $1,000,000 | 335 |
| 2 | Force signed paper work | $500,000 | 170 |
| 3 | Perform surgery without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 4 | Force or give any drugs/shots without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 5 | Force or give any injections/Vaccines without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 6 | Forcing psychiatric evaluations | $5,000,000 per incident | 1670 oz per incident |
| 7 | Given medical treatment without explicit hand written consent | $5,000,000 per incident | 1670 oz per incident |
| 8 | Practicing medicine without a license causing potential harm or actual injury | $5,000,000 per incident | 1670 oz per incident |
| 9 | DNA | $5,000,000 | 1670 |
| 10 | Mouth/Nose swab | $5,000,000 | 1670 |
| 11 | Blood samples | $5,000,000 | 1670 |
| 12 | Spit/Saliva Samples | $5,000,000 | 1670 |
| 13 | Urine/stool samples | $5,000,000 | 1670 |
| 14 | Breathalyzer testing | $5,000,000 | 1670 |
| 15 | Hair samples | $5,000,000 | 1670 |
| 16 | Skin samples | $5,000,000 | 1670 |
| 17 | Clothing samples | $5,000,000 | 1670 |
| 18 | Forced giving of fluids/samples | $5,000,000 | 1670 |
| 19 | Ear Wax | $5,000,000 | 1670 |
| 20 | Sweat or Tears | $5,000,000 | 1670 |
| 21 | Fingernails / Toenails | $5,000,000 | 1670 |

| IV. | Schools & Teachers | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If at Any-Time any Public or Private Schools, Colleges, Universities or Teachers of any-kind knowingly teaches false or misleading, controlling information that impacts a student learning, career or wellbeing or try to convert them to something they are not with drugs, mind-control | $500,000 | 170 |

Initial/Date 10-17-25

JGJ-12091968-S193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| V. | Symbols to Miss-lead, traffic people (Men, Women or Kids) | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If at Any-Time, Organizations, Religious Groups, Schools, Colleges, Universities or Government Agency use of Symbols to control, miss-lead for Personal Power or Financial Gain to traffic people of any age | $500,000 | 170 |

| VI. | Intellectual Property | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Claiming rights over the territory jurisdiction over property | $1,000,000 | 335 |
| 2 | State claiming property tax on lands | $1,000,000 | 335 |
| 3 | County claiming property tax over the lands | $1,000,000 | 335 |
| 4 | Cities claiming property tax over the lands | $1,000,000 | 335 |
| 5 | Claiming rights over the equipment (trucks, tractors etc.) | $500,000 | 170 |
| 6 | Patents protect inventions | $500,000 | 170 |
| 7 | Under the 2nd Amendment "The right to bear arms | $1,000,000 | 335 |
| 8 | The taking or seizing of any weapons, guns or ammo | $1,000,000 | 335 |
| 9 | Trademarks protect symbols, names, and slogans used to identify goods or services and distinguish them from others in the marketplace | $1,000,000 | 335 |
| 10 | Copyrights protect original works of authorship, such as literature, music, art, and Books, songs, films, and software code | $1,000,000 | 335 |
| 11 | Trade secrets protect confidential business information that provides a competitive edge, such as formulas, practices, processes, or designs | $500,000 | 170 |
| 12 | Changing the name of natural born child on birth certificate without consent or approval of the birth mother. | $6,000,000 | 2000 |

| VII. | Private/Public Easements, Trespassing or Data Privacy Concerns and Collection Methods | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Any trespassing or data gathering by digital/analog or by paper data collection agency or surveillance agency or government surveillance agency or 3rd party agency collects data on the living man by survey, video, drones, planes, website, phone or email or public records without consent for any type of scoring or environmental scoring, misrepresentation or to spread dis-information by social media, video, podcasts, radio, TV or Newspapers activity or any other means. | $1,000,000 | 335 |
| 2 | Surveillance | $1,000,000 | 335 |
| 3 | Forced Indecent Exposure | $1,000,000 | 335 |
| 4 | Trespassing/Invasion | $1,000,000 | 335 |
| 5 | Financial privacy violations | $1,000,000 | 335 |

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| | | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 6 | Medical privacy violations | $1,000,000 | 335 |
| 7 | Minor child under 18-year-old | $1,000,000 | 335 |
| 8 | Misuse of personal information | $1,000,000 | 335 |
| 9 | Doxxing | $1,000,000 | 335 |
| 10 | Cyber stocking, phishing | $1,000,000 | 335 |
| 11 | Data breaching of personal information online/offline | $1,000,000 | 335 |
| 12 | Intrusion | $1,000,000 | 335 |

These fees will be mandated upon the informant listed on the traffic citation ticket(s), arrest warrants, detention orders, seizure orders, summons orders.

| VIII. | If at Any-time Anyone Uses or Produce Trade Name Materials: | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Use of Name | $50,000 | 20 |
| 2 | Use of Driver's License Number | $50,000 | 20 |
| 3 | Use of Social Security Number | $100,000 | 35 |
| 4 | Use of Passport Number | $50,000 | 20 |
| 5 | Retinal Scans | $5,000,000 | 1670 |
| 6 | Fingerprinting | $200,000 | 70 |
| 7 | Photographing | $200,000 | 70 |
| 8 | Video taping | $200,000 | 70 |
| 9 | Surveillance | $500,000 | 170 |

| IX. | Issue Traffic Citations and Tickets of any Traffic Nature | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Any Citations | $60,000 | 25 |
| 2 | Warning issued on Paper Ticket | $50,000 | 20 |
| 3 | Stopping someone with a passport | $100,000 | 35 |

| X. | Appearance in court because of traffic citations | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Time in court | $75,000/ hr. with 1 hour min. | 25 oz/ hr. with 1 hour min. |
| 2 | If Fine is imposed | $500,000 | 170 |

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| XI. | Car / Personal Property Trespass, Carjacking, Theft, Interference with Commerce | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Seizure of electronic devices | 5x item value + $25,000 per item per day | 5x item value + 10 oz per item per day |
| 2 | Agency by Estoppel | $50,000 | 20 |
| 3 | Color of Law | $150,000 | 50 |
| 4 | Implied Color of Law | $150,000 | 50 |
| 5 | Criminal Coercion | $500,000 | 170 |
| 6 | Criminal Contempt of court | $500,000 | 170 |
| 7 | Estoppel by Election | $350,000 | 120 |
| 8 | Estoppel by Laches | $350,000 | 120 |
| 9 | Equitable Estoppel | $500,000 | 170 |
| 10 | Fraud | $1,000,000 | 335 |
| 11 | Fraud upon the court | $2,000,000 | 670 |
| 12 | Larceny | $250,000 | 85 |
| 13 | Grand Larceny | $250,000 | 85 |
| 14 | Larceny by Extortion | $1,000,000 | 335 |
| 15 | Larceny by Trick | $1,000,000 | 335 |
| 16 | Obstruction of Justice | $100,000 | 35 |
| 17 | Obtaining Property by False Pretenses | $1,000,000 | 335 |
| 18 | Simulating Legal Process | $1,000,000 | 335 |
| 19 | Vexatious Litigation | $5,000,000 | 1670 |
| 20 | Trespass upon Motor Conveyance | $100,000 | 35 |
| 21 | Unauthorized Relocation of Motor Conveyance | $100,000 | 35 |
| 22 | Seizure of Motor Conveyance | $100,000 | 35 |
| 23 | Theft of License Plate | $10,000 | 5 |
| 24 | Unlawful Lien on Motor Conveyance | $50,000 | 20 |
| 25 | Trespass Armed | $500,000 | 170 |
| 26 | Trespass un-armed | $250,000 | 85 |
| 27 | Transporting goods/money/securities that were acquired under false or fraudulent pretenses, representations, or promises | $200,000 | 70 |
| 28 | Damage to personal property (real, personal, intellectual, biological, or negotiable) | 5x items value + $30,000 per item per day | 5x items value + 10oz per item per day |

Initial/Date $10-17-25$

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| 29 | Take possession to personal property (real, personal, intellectual, biological, or negotiable) | 5x items value + $30,000 per item per day | 5x items value + 10oz per item per day |
|---|---|---|---|
| 30 | Death as a result of or during detainment | $150,000,000 payable to each of the surviving immediate family members, offspring, biological property | 50,000 oz payable to each of the surviving immediate family members, offspring, biological property |

| XII. | Use of trade name protected material under threat, duress, and/or coercion | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Name written by the informant | $250,000 | 85 |
| 2 | Drivers License written by informant | $150,000 | 50 |
| 3 | Passport written by informant | $500,000 | 170 |
| 4 | Social Security Number written by informant | $150,000 | 50 |
| 5 | Miscellaneous Material written by informant | $500,000 | 170 |

| XIII. | Produce any personal information/property for any kind of business interaction | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Financial Information | $100,000 | 35 |
| 2 | Property inside of motor vehicle | $150,000 | 50 |
| 3 | Property in the trunk or box of motor vehicle | $150,000 | 50 |

| XIV. | Time Usage for traffic stops: | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | 30 minutes | $5,000 | 2 |
| 2 | 60 minutes | $10,000 | 4 |
| 3 | 90 minutes | $15,000 | 5 |
| 4 | 2 hours | $50,000 | 20 |
| 5 | 4 hours | $100,000 | 35 |

## Court Appearance Schedule

Initial/Date 10-12-25

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

These fees MUST / ARE REQUIRED to be paid immediately after my case is finished. Failure to pay fines and fees will have an additional fee of $5,000 for breach of contract.

**Demand for Appearance in court:**

| XV. | My appearance | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Under protest and duress | $75,000 | 25 |
| 2 | Voluntarily | $10,000 | 4 |
| | **Name** | Fines/Dollar | Fines/Gold oz |
| 3 | Under protest and duress | $25,000 | 10 |
| 4 | Voluntarily | $10,000 | 4 |
| | **Drivers License** | Fines/Dollar | Fines/Gold oz |
| 5 | Under protest and duress | $25,000 | 10 |
| 6 | Voluntarily | $10,000 | 4 |
| | **Social Security Number** | Fines/Dollar | Fines/Gold oz |
| 7 | Under protest and duress | $25,000 | 10 |
| 8 | Voluntarily | $10,000 | 4 |
| 9 | Miscellaneous Material | $25,000 | 10 |
| | **Passport Number** | Fines/Dollar | Fines/Gold oz |
| 10 | Under protest and duress | $50,000 | 20 |
| 11 | Voluntarily | $10,000 | 4 |
| 12 | Miscellaneous Material | $50,000 | 20 |
| | **Produce any personal information for any kind of business interaction** | Fines/Dollar | Fines/Gold oz |
| 13 | Financial Information | $10,000 | 4 |
| 14 | Drivers License | $10,000 | 4 |
| 15 | Social Security Number | $250,000 | 85 |
| 16 | Passport Number | $500,000 | 170 |
| 17 | Any documents produced by me | $10,000 per document | 4 oz per document |

**Time usage for court appearances:**

| XVI. | 30 minutes | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Under Protest and Duress | $33,000 | 15 |
| 2 | Voluntarily | $10,000 | 4 |
| | **60 minutes** | Fines/Dollar | Fines/Gold oz |
| 3 | Under Protest and Duress | $75,000 | 25 |
| 4 | Voluntarily | $20,000 | 10 |
| | **90 minutes or more** | Fines/Dollar | Fines/Gold oz |

Initial/Date 10-17-25

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| | | | |
|---|---|---|---|
| 5 | Under Protest and Duress | $100,000 | 35 |
| 6 | Voluntarily | $30,000 | 10 |

## Transgressions-Fee Schedule

| XVII. | Transgressions by public official(s), police officer(s), judge(s), attorney(s), government officials (s) and all other who desire to contract: | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Failure to honor God Given Rights | $200,000 | 70 |
| 2 | Failure to honor Oath of Office | $500,000 | 170 |
| 3 | Failure to honor Constitutional Oath | $500,000 | 170 |
| 4 | Failure to honor Written and/or Oral Word | $20,000 | 10 |
| 5 | Silence/Dishonor/Default | $10,000 | 4 |
| 6 | Failure to honor /No Bond | $50,000 | 20 |
| | **Phone call to telephone number used by Secured** | Fines/Dollar | Fines/Gold oz |
| 7 | Party including from alleged debt collectors | $5,000 each | 2 oz each |
| | **Telephone message left on Secured Party phone** | Fines/Dollar | Fines/Gold oz |
| 8 | Service or equipment | $5,000 | 2 |
| 9 | Use of Street Address/Mailing location of Secured Party | $5,000 | 2 |
| 10 | Time Waiting for Scheduled Service | $2,000 Minimum or per minute | 1 oz Minimum or per minute |
| 11 | Detention from Free Movement and/or cuffed | $75,000 Minimum or per hour | 25 oz Minimum or per hour |
| 12 | Incarceration | $75,000 Minimum or per hour | 25 oz Minimum or per hour |
| | **Failure to State a Claim upon which** | Fines/Dollar | Fines/Gold oz |
| 13 | Relief Can Be Granted | $250,000 | 85 |
| 14 | Failure to Present a Living Injured Party | $100,000 | 35 |
| 15 | Failure to Provide Contract Signed by the Parties | $100,000 | 35 |
| | **U.S Treasury and Internal Revenue failures** | Fines/Dollar | Fines/Gold oz |
| 16 | Failure to perform fiduciary duties | 5% amount involved + $100,0000 | 5% amount involved + 35 oz |
| 17 | Civil Penalties | 5% amount involved + $100,0000 | 5% amount involved + 35 oz |
| 18 | Personal Liability for breaches of duty | Loss of job + $100,000 | Loss of job + 35 oz |
| 19 | Fraud | $1,000,000 | 335 |

Initial/Date 10-17-25 .

JGJ-12091968-S193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| | | | |
|---|---|---|---|
| 20 | Racketeering Criminal/Civil) | $1,000,000 | 335 |
| 21 | Dishonor in Commerce | $1,000,000 | 335 |
| 22 | Time waiting on the phone | $1,000 Per hour | 1 oz Per hour |
| 23 | Theft of Public Funds | $1,000,000 | 335 |
| 24 | Counterfeiting Money | $1,000,000 | 335 |
| 25 | Erroneous paper work | $1,000 Per hour + $25,0000 | 1 oz Per hour + 10 oz |
| 26 | Failure to provide contract signed by the parties | $100,000 | 35 |
| 27 | Use of street address/mailing location | $5,000 | 2 |
| | **Failure to pay Counterclaim in full within (30) Thirty Days** | Fines/Dollar | Fines/Gold oz |
| 28 | Calendar Days of Default as set forth herein | $100,000 | 35 |
| 29 | Perverting of Justice Judgment | $100,000 | 35 |
| | **Use of Common-law Trade-name/Trade-mark** | Fines/Dollar | Fines/Gold oz |
| 30 | After One Warning (per each occurrence) | $50,000 each | 20 oz each |
| 31 | Forcing psychiatric evaluations | $50,000 per day | 20 oz per day |
| | **While Incarcerated** | Fines/Dollar | Fines/Gold oz |
| 32 | Refusal to provide adequate and proper nutrition | $50,000 per day | 20 oz per day |
| 33 | Refusal to provide proper exercise | $50,000 per day | 20 oz per day |
| 34 | Refusal to provide proper dental care | $50,000 Per incident | 20 oz Per incident |
| 35 | Forced giving of bodily fluids | $50,000 Per incident | 20 oz Per incident |
| 36 | Forced injections/inoculations, vaccines | $500,000 Per incident | 170 oz Per incident |
| 37 | Forced separation from marriage contract | $200,000 Per day | 70 oz Per day |
| 38 | Confiscation/kidnapping of a body (not a US Citizen) | $1,000,000 Per day | 335 oz Per day |

| XVIII. | **Mortgages and Credit Bureaus** | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Corporate State continuing a mortgage for more than five years in violation of Banking Act of 1864 which takes precedence over current Statutes at large | $1,600,000 | 535 |

Initial/Date 10-17-25

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent – Fee Schedule

| | | | |
|---|---|---|---|
| 2 | Buying or selling the mortgage Instrument/Security/Note without signed authorization from me, the creditor. | $500,000 | 170 |
| 3 | All Credit Bureaus must comply with the Fair Credit Reporting Act (FCRA), which mandates the accurate reporting and timely updating of my credit information within 30 to 45 days. | $30,000 per month for each offence | 30 oz per month for each offence |

| XIX. | Live Birth or Birth Certificate | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Extortion of funds from birth certificate account, social security account or any other associated accounts by fraud, deception and or Forgery by any agent, entity or corporation | $6,000,000 per count or charge | 2000 oz per count or charge |
| 2 | Extortion of signature | $6,000,000 per count or charge | 2000 oz per count or charge |
| 3 | Forgery of signature | $6,000,000 per count or charge | 2000 oz per count or charge |

| XX. | Kidnapping/Identity/Coercion | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | If an alleged officer removes free soul more than 5 feet from free soul's property without just cause, it IS kidnapping | $5,000,000 per count | 1670 oz per count |
| 2 | Harming or kidnapping or any violation of liberty Armed of foreign or internationally protected. | $5,000,000 | 1670 |
| 3 | Kidnapping conspiracy of internationally protected | $5,000,000 | 1670 |
| 4 | Identity Theft | $5,000,000 | 1670 |
| 5 | Improper venue warrant | $5,000,000 | 1670 |
| 6 | Improper venue arrest / jail time | $5,000,000 | 1670 |
| 7 | Improper venue extradition | $5,000,000 | 1670 |
| 8 | Improper venue court proceedings | $5,000,000 | 1670 |
| 9 | Improper venue pretrial diversion | $5,000,000 | 1670 |
| 10 | Improper venue litigation | $5,000,000 | 1670 |
| 11 | House Arrest with Electronic Monitoring (EHA) | $5,000,000 | 1670 |

| XXI. | Government employees (county recorders, judges, etc.) against foreign officials, official guests, or internationally protected persons | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Benefiting financially from peonage, slavery, and trafficking in persons | $5,000,000 | 1670 |

Initial/Date 10-17-25

Page 13 of 17

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

| 2 | If the county recorder says it's recorded but then doesn't do it or vice versa | $2,000,000 | 670 |
|---|---|---|---|
| 3 | Perjury/violation of oath - 18 USC 3571 | $ 250,000 | 85 |
| 4 | PEONAGE (debt slavery) | $500,000 | 170 |
| 5 | Getting someone else to commit perjury/violation of oath | $100,000 | 35 |
| 6 | Government officer lying KNOWING AND WILLFULLY | $100,000 | 35 |
| 7 | Lying when administering oath and/or certifying acknowledgments | $50,000 | 20 |
| 8 | District court clerk refuses to make forward any document or report, etc. | $25,000 | 10 |
| 9 | Destroying, moving, etc., reports or documents in the court, recorder's office etc. | $100,000 | 35 |
| 10 | Abuse or threatened abuse of law or legal process | $500,000 | 170 |
| 11 | Attempt, even if not successful, Abuse or threatened abuse of law or legal process | $500,000 | 170 |
| 12 | INVOLUNTARY SERVITUDE | $500,000 | 170 |

| XXII. | Services to others and/or Corporation(s) Government(s) | Fines/Dollar | Fines/Gold oz |
|---|---|---|---|
| 1 | Studying | $500 per hr. | 1 oz per hr. |
| 2 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 3 | Analyzing | $500 per hr. | 1 oz per hr. |
| 4 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 5 | Research | $500 per hr. | 1 oz per hr. |
| 6 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 7 | Preparing Documents | $500 per hr. | 1 oz per hr. |
| 8 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 9 | Answering Questions | $500 per hr. | 1 oz per hr. |
| 10 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |
| 11 | Providing Information | $500 per hr. | 1 oz per hr. |
| 12 | while under threat, duress, coercion | $75,000 per hr. | 25 oz per hr. |

## PUBLIC LAW AUTHORITY AND JURISDICTIONAL BASIS

This Notice of Intent - Fee Schedule is executed under private authority and recognized under the following Public Laws and United States Statutes at Large, which affirm and protect the lawful fiduciary relationship between the living man (Agent) and the legal estate (PRINCIPLE):

- **[Tex. R. Civ. P. 12]** – Attorney to Show Authority (proof of agency required).

Initial/Date 10-17-25

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

- **[Public Law 97-258]** (Sept. 13, 1982):
  §§ 3123, 5103, 5312, 9301(2) – *Payment of Public Debt; Legal Tender; Financial Agency; Government Obligation.*
- **[Public Law 106-386]** (Oct. 28, 2000):
  §§ 13, 2(c)(5), 4, 1589 – *Prohibition on Involuntary Servitude, Debt Bondage, and Coercion.*
- **[42 U.S.C. § 1983]** – Civil Action for Deprivation of Rights.
- **[42 U.S.C. § 1986]** – Action for Neglect to Prevent.
- **[18 U.S.C. § 914]** – Creditors of the United States.
- **[UCC 1-308]** – Reservation of Rights.
- **[UCC 3-402(b)(1)]** – Signature by Representative in Accommodation.

All actions performed by the Agent under this Power of Attorney are made **Without Prejudice [UCC 1-308]**, preserving all unalienable rights and exempt from coercion, debt bondage, or involuntary servitude as prohibited under the above-referenced Public Laws.

### Per Occurrence and Includes any Third-Party Defendant

All claims are expressed in United States Dollars and the prevailing gold price** at the time of this document's creation. For the purposes of this agreement, a United States Dollar shall be defined as equivalent to one ounce of pure gold or its legally established par value, as determined by the exchange rate set by the U.S. Mint, whichever amount is greater as of the first day of default as specified herein. In the event that claims are to be settled in US Treasury Dollar, such notes will be assessed solely at the par value as indicated above.

Total damages will be assessed as the total amount of the damages as set forth herein times three (3) for a total of all damages as set forth in subsections a-w added to three (3) times the damages for punitive or other additional damages.

Fees will be mandated upon the informant listed on the traffic creation ticket(s), arrest warrant(s) detention order(s), seizure order(s), traffic stop order(s), as well as any and all orders. Fees are subject to change at any time without prior notice. The undersigned is the only authorized personnel to alter, void, and/or enforce said fees and may do so at any time.

Case 5:25-cv-00558-D-BM    Document 11-23    Filed 01/27/26    Page 38 of 41

Page 38 of 41

# EXHIBIT 21



## Notice of Intent - Fee Schedule

If invoiced, payment is due 15 days after receipt date.

All payment to be to:
℗JASON GERALD JEHOREK™

**Send to:**

Jason-Gerald Jehorek
Dba ℗JASON GERALD JEHOREK™
c/o 8041 Brier Creek Parkway PMB #1110
Raleigh, North Carolina [27617]

** Any fees/penalties listed on this entire document are to be paid based on the spot price of gold at the time of the violation or the listed fiat value; whichever is greater.

I, Jason-Gerald Jehorek, do hereby avow under the penalty of perjury that his "Notice of Intent - Fee Schedule" is true, correct, complete, certain and not misleading to the best of my knowledge, information, and conviction, and conveys the conditions set forth as I intend.

Autograph: _Jason G Jehmh, AR_

Jason-Gerald Jehorek, sui juris, (Agent)
In-Accommodation 3-402 (B)(1)
For: ℗JASON GERALD JEHOREK™ (PRINCIPLE):
Primary Trustee / Authorized Representative / Grantor /
Creditor Beneficiary
All Rights Reserved. Without Prejudice
Without Recourse to me.

Date: _10-17-25_

This is executed expressly without UNITED STATES [in the nature of 28 U.S.C § 1746(1), in accord with Fed. R Evid. 902(1)(B)]

Initial/Date _10-17-25_

JGJ-12091968-5193-NOIFS

# EXHIBIT 21



## Notice of Intent - Fee Schedule

### NOTARY

County __Wake__        )
               ) ss

State of North Carolina      )

I, the undersigned Notary Public, __Grace Borger__ hereby affirm that I have acted in good faith in the execution of this document. On this __17th__ day of __October__ , 2025, I confirm that the individual executing this document, Jason-Gerald Jehorek is personally known to me and/or has provided adequate evidence to establish their lawful identity and status. I accept this evidence as sufficient to support the facts presented herein. This declaration is made under my signature and seal, in accordance with the authority granted to me by my commission. A photocopy has the same weight and strength as the wet ink signed genuine original.

GRACE BORGER
Notary Public - North Carolina
Wake County
My Commission Expires Aug 27, 2029

Signature of Notary Public: _Grace Borger_      Seal:

My commission expires: 8/27/2029

Initial/Date __10-17-25__       Page 17 of 17       JGJ-12091968-5193-NOIFS

# EXHIBIT 21



Rocket Mortgage LLC
Atts Client Relations/Account Resolution
1050 Woodward Avenue
Detroit, Michigan 48226

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocket Mortgage LLC
Att Client Relations/Act Restart
1050 Woodward AV.
Detroit Michigan 48226

9590 9402 9472 5089 7048 18

2. Article Number (Transfer from service label)
9589 0710 5270 0072 9353 37

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**CERTIFIED MAIL**

9589 0710 5270 0072 9353 37
9589 0710 5270 0072 9353 37

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only