EXHIBIT - 22

# EXHIBIT 22

2st Qualified Written Request/Notice of Error

**Date:** 10-23-25 faxed to Rocket Mortgage

**CLAIM ASSERTED – QWR / NOTICE OF ERROR / PAYMENT-IN-FULL**

Rocket Mortgage, LLC wrongfully refused lawful tender of payment in full, continued servicing and collection activity despite tender and notice, and failed to comply with its statutory duties to investigate, correct, and respond to a Qualified Written Request and Notice of Error, thereby committing a continuing servicing error and breach of its legal obligations.

**Public Laws Referenced in the QWR**

**Real Estate Settlement Procedures Act (RESPA)**

**12 U.S.C. § 2605; Regulation X, 12 C.F.R. §§ 1024.35–1024.36**

- Governs Qualified Written Requests and Notices of Error
- Requires acknowledgment, investigation, correction, or written explanation
- Restricts collection activity during a pending error investigation

**Truth in Lending Act (TILA)**

**15 U.S.C. §§ 1601, 1641**

- Requires accurate disclosure of creditor identity, payoff, and account status
- Governs ownership and servicing transfer disclosures
- Imposes liability for misrepresentation of creditor status

**Fair Credit Reporting Act (FCRA)**

**15 U.S.C. § 1681s-2**

- Requires accurate credit reporting
- Mandates correction or suppression after dispute or payment in full

**Uniform Commercial Code (UCC)** *(as adopted in North Carolina)*

- **§§ 3-602, 3-603** — Effect of payment/tender on an instrument
- **§ 3-301** — Only a party entitled to enforce may collect
- **§ 1-308** — Reservation of rights

**North Carolina Lien Satisfaction Statutes**

**N.C. Gen. Stat. §§ 45-36.10–45-36.12**

- Requires recording of Satisfaction of Deed of Trust after payoff
- Establishes liability for failure to release a lien

# EXHIBIT - 22

## FAX CONFIRMATION

Recipient: +18773823138

Sent: 2025-10-23 01:22:28 PM UTC

Status: Successfully sent

See next pages for copy of the sent document.

# EXHIBIT - 22

# FAX

**Date:**           2025-10-23 01:12:40 PM UTC

**Subject:**        QWR / Notice of Error - Refusal of Lawful Tender (

**From:**           Jason Jehorek

**To:**             Rocket Mortgage

**Fax:**            +18773023130

**No. of pages:**   10 (Including Cover Page)

---

**Message:**

Attached are the Qualified Written Request, Addendum, and supporting documents regarding Rocket Mortgage's refusal of lawful tender. This submission is made under [12 C.F.R. § 1024.95] & [12 C.F.R. § 1024.96]. Please confirm receipt of all 9 pages.

# EXHIBIT - 22

# FAX COVER SHEET

**To:**

**Rocket Mortgage, LLC**
Attn: QWR / Notice of Error Department
Fax: (877) 382-3138
P.O. Box 442359
Detroit, Michigan 48244-2359

**From:**

**Jason-Gerald Jehorek, sui juris**
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
c/o 8041 Brier Creek Parkway PMB #1110
Raleigh, North Carolina [27617]
Without Prejudice [UCC § 1-308] — All Rights Reserved

Date: _10 – 25 – 2025_
Total Pages (including cover): _4_

**Subject:**
**Qualified Written Request (QWR) / Notice of Error (NOE)**
Re: Loan No██████2222 — Refusal of Lawful Tender / Request for Documentary Authority

---

**Transmission Purpose**

This fax constitutes a formal submission under **[12 C.F.R. § 1024.35]** and **[12 C.F.R. § 1024.36]**, notifying Rocket Mortgage LLC of a continuing servicing error regarding refusal of lawful tender and misapplication of payment definitions under **[31 U.S.C. § 5103]**, **[UCC § 3-104]**, and **[Public Law 97-258]**.
The attached **Addendum** clarifies that a lawful private money order denominated in U.S. Dollars satisfies the Note's own terms permitting payment by "cash, check, or money order."

---

**Documents Transmitted**

1. **Qualified Written Request / Notice of Error – Refusal of Lawful Tender and Breach** (dated _10/23_ 2025)

2. **Addendum – Clarification of Tender Validity** (dated _10/23_ 2025)

3. **Rocket Mortgage Letter dated October 21 2025** (acknowledgment and denial of payment)

Case 5:25-cv-00558-D-BM    Document 11-24    Filed 01/27/26    Page 4 of 12

# EXHIBIT - 22

# FAX COVER SHEET

4. **First page of "Payment in Full" Cover Letter dated October 17 2025** (showing lawful tender and account identification)

5. **FOIA Filing Confirmation (ID 2472186)** – proof of pending request with U.S. Treasury, Bureau of the Fiscal Service

6. **Fax Confirmation (attached)** – proof of initial Payment in Full transmission (October 20 2025)

7. *Any additional documentary evidence necessary to complete the record.*

*Note: Rocket Mortgage is already in possession of Exhibit A – Durable Power of Attorney and Exhibit B – Notice of Fee Schedule, both dated October 16 2025. These are incorporated by reference and not re-faxed.*

---

### Remarks

This fax transmission serves as **documentary evidence of delivery** under **[31 U.S.C. § 1501]** (Documentary Evidence Requirement for Government Obligations).
Please confirm receipt to maintain compliance with **[12 C.F.R. § 1024.36(d)]**.

By: _Jason Jehorek, AR_

**Jason-Gerald Jehorek, sui juris**
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
For: © JASON GERALD JEHOREK™ (PRINCIPLE)
Without Prejudice [UCC § 1-308] – All Rights Reserved
Without Recourse to me.

Case 5:25-cv-00558-D-BM    Document 11-24    Filed 01/27/26    Page 5 of 12

# EXHIBIT - 22

**Re: Loan No.** ▮▮▮**2222** — **Refusal of Lawful Tender / Request for Documentary Authority**

**Date:** *10-23-2025*

**To:**

Rocket Mortgage, LLC
Attn: QWR / Notice of Error Department
P.O. Box 442359
Detroit, Michigan 48244-2359
Fax: (877) 382-3138

**From:**

Jason-Gerald Jehorek, sui juris
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
c/o 11937 Fairlie PL
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

---

## 1. Introduction and Legal Basis

This correspondence serves as a **Qualified Written Request (QWR)** and **Notice of Error (NOE)** pursuant to **[12 C.F.R. § 1024.35]** and **[12 C.F.R. § 1024.36]**. It concerns your letter dated **October 21, 2025**, responding to my **Payment in Full** package transmitted on **October 17, 2025** via fax (confirmation attached).

Your response acknowledged receipt of my lawful tender but refused to apply the payment, asserting that only funds from a federally insured institution qualify as valid payment. This letter constitutes a formal request for documentation of the laws, regulations, or contractual clauses that authorize that refusal.

---

## 2. Summary of Material Facts

On **October 17, 2025**, Rocket Mortgage received a **Payment in Full** packet consisting of:

- A lawful private money order for **$232,200.00** denominated in U.S. Dollars;
- **Exhibit A – Durable Power of Attorney (dated October 16, 2025);**
- **Exhibit B – Notice of Fee Schedule (dated October 16, 2025).**

Rocket Mortgage's own letter dated **October 21, 2025** states:

"Your Note requires repayment of your loan in U.S. Dollars and you agreed to make all payments under your Note in the form of cash, check, or money order."

This statement confirms that **money orders are valid forms of payment** under the terms of the Note. The Payment in Full tender included a lawful private money order denominated in U.S. Dollars, thus

Case 5:25-cv-00558-D-BM    Document 11-24    Filed 01/27/26    Page 6 of 12

# EXHIBIT - 22

satisfying the payment form required by the contract. Nothing in the Note, Mortgage, or public law requires that a money order be issued by a federally insured depository institution to be valid.

Under [UCC § 3-104], a money order is a negotiable instrument payable on demand, and under [31 U.S.C. § 5103], all U.S. coins and currency (including notes of Federal Reserve banks and national banks) are legal tender for all debts. The Payment in Full packet and its exhibits therefore constitute **documentary evidence of payment and settlement** under [31 U.S.C. § 1501], [31 U.S.C. § 3123], and [**Public Law 97-258**].

Rocket Mortgage is already in possession of **Exhibit A – Durable Power of Attorney** and **Exhibit B – Notice of Fee Schedule**, each dated October 16, 2025, previously transmitted with the **Payment in Full** packet on October 17, 2025. These exhibits are incorporated by reference and need not be resent in full for this notice.

### 3. Pending FOIA Confirmation (ID 2472186)

A **Freedom of Information Act (FOIA)** request is currently pending with the **U.S. Department of the Treasury, Bureau of the Fiscal Service** (Confirmation ID 2472186), seeking official definitions and examples of:

- "Documentary Evidence of Obligation" [**31 U.S.C. § 1501**];
- "Obligation of the United States Government" [**31 U.S.C. § 3123**]; and
- Lawful tender or lawful payment instruments recognized for discharge of obligations.

The findings of that FOIA will clarify the statutory and procedural framework under which this payment was made.

### 4. Request for Investigation and Documentary Proof

Pursuant to [**12 C.F.R. § 1024.35(e)**] and [**12 C.F.R. § 1024.36(d)**], you are required to investigate and provide a written response within **30 business days** of receipt. Specifically:

1. Identify the **statutory or contractual authority** allowing Rocket Mortgage LLC to reject a lawful private money order issued for debt discharge;
2. Provide a certified copy of Rocket Mortgage's **payment-acceptance policy** defining "U.S. Dollars" and the lawful forms of tender;
3. Provide the name, title, and bond number of the individual(s) who authorized or approved the refusal of payment; and
4. Clarify whether Rocket Mortgage distinguishes between private tender and legal tender, and under what authority.

Failure to provide these materials constitutes a continuing **Notice of Error** under [**12 C.F.R. § 1024.35(b)(11)**] and may be escalated to the **Consumer Financial Protection Bureau (CFPB), Office of the Comptroller of the Currency (OCC)**, and appropriate court of record.

Case 5:25-cv-00558-D-BM    Document 11-24    Filed 01/27/26    Page 7 of 12

# EXHIBIT - 22

## 5. Addendum – Clarification of Tender Validity

Rocket Mortgage's October 21, 2025 letter asserts that payments must be made in "U.S. Dollars" via "cash, check, or money order" and that such payments must originate from a federally insured institution. This interpretation conflicts with the governing statutory and commercial law.

- **[31 U.S.C. § 5103]** defines all U.S. coins and currency, including instruments denominated in U.S. Dollars, as legal tender for all debts.
- **[UCC § 3-104]** defines a money order as a valid negotiable instrument payable on demand.
- **[31 U.S.C. § 3123]** pledges the full faith and credit of the United States for payment of all lawful obligations.

Therefore, the lawful private money order tendered for $232,200.00 meets both statutory and contractual definitions of lawful tender and satisfies the account in full. Refusal to apply this payment constitutes a **dishonor** under **[UCC § 3-501(b)(2)]** and a **breach of fiduciary duty** under **[Public Law 97-258]**.

## 6. Preservation of Rights and Remedies

All rights are reserved under **[UCC § 1-308]** and **[UCC § 3-603]**. Continued adverse credit reporting, collection, or lien enforcement on a settled account shall trigger administrative penalties as published in **Exhibit B – Fee Schedule (dated October 16, 2025)** and may be used as evidence of coercion or misrepresentation in subsequent proceedings.

## 7. Proof of Service

This **Qualified Written Request / Notice of Error** and all incorporated exhibits are transmitted solely via **fax** to the designated Rocket Mortgage **QWR / NOE Department at (877) 382-3138**.

Fax confirmation serves as **documentary evidence of delivery** under **[31 U.S.C. § 1501]** (Documentary Evidence Requirement for Government Obligations).
A copy is retained in the administrative record for submission to the **OCC, CFPB,** and the **U.S. District Court (E.D.N.C.)** if required.

By: _Jason J. Jehorek, AR_

**Jason-Gerald Jehorek, sui juris**
For: © JASON GERALD JEHOREK™ (PRINCIPLE)
Without Prejudice [UCC 1-308] – All Rights Reserved
Without Recourse to me.

Case 5:25-cv-00558-D-BM     Document 11-24     Filed 01/27/26     Page 8 of 12

# EXHIBIT - 22

## ⋂ Rocket Mortgage

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

October 21, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

⬦ COPY

Re:     Loan no.███████2222

Dear Jason Jehorek:

Rocket Mortgage is in receipt of your recent correspondence regarding your loan. Thank you for giving us the opportunity to address your concerns. We have confirmed that you have previously sent correspondence to Rocket Mortgage in an apparent effort to have loan rescinded and refunded, which we have responded to, respectively. In reviewing your most recent correspondence, we have confirmed no errors made in the servicing of your loan and remain unclear what you are trying to accomplish. Our best guess is this is another baseless attempt to have your mortgage agreement discharged without providing the necessary funds required to repay your loan in full.

As stated in our responses to your requests, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, Rocket Mortgage cannot release the lien on your property without receipt of the funds necessary to repay your loan. As stated in your mortgage agreement, your Note requires repayment of your loan in U.S. Dollars and you agreed to make all payments under your Note in the form of cash, check or money order. Furthermore, as a part of your December 17, 2020 closing documents, you received and signed a Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan. Therefore, the correspondence you are sending to us is not acceptable and we are unable to consider it as such to satisfy monthly payments or discharge your loan. Funds for payment must be received from an institution whose deposits are insured by a federal agency, instrumentality, or entity.

Lastly, your account is 5 months past due. While a foreclosure process has not yet been initiated, further delinquency may result in the acceleration of the debt. If you are unable to reinstate your past due balance and would like to inquire about foreclosure prevention options that may be available to you, we encourage you to contact us as soon as possible for assistance.

We trust our communication has answered any concerns you have. If you have any additional questions or concerns, please contact our Account Resolution team and speak with one of our specialists. Our Account Resolution team is available to assist him Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at AccountResolution@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

# EXHIBIT - 22

**PAYMENT IN FULL — Documentary Evidence of Settlement and Discharge Pursuant to [31 U.S.C. §1501] and [Public Law 97-258 §§3123, 5103, 5312, 9301(2)]**

*"An amount shall be recorded as an obligation of the United States Government only when supported by documentary evidence of a binding agreement... executed in a way and form authorized by law."* — [31 U.S.C. §1501(a)(1)(A)]

---

**Date:** October 17, 2025

**To:**
**Rocket Mortgage LLC**
Attn: Client Relations / Account Resolution
1050 Woodward Avenue
Detroit, Michigan 48226
Fax: (877) 382-3138 and (877) 380-5084

**From:**
**Jason-Gerald Jehorek, sui juris**
Authorized Representative / Grantor / Settlor / Creditor Beneficiary
c/o 11937 Fairlie PL
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

*[handwritten: Certified Mail 9589 0710 5270 0072 9353 37 Green Card 9590 9402 9472 5069 7048 18]*

*[stamp: COPY]*

---

**Re: Loan No. ██████2222 — Full Satisfaction and Discharge ($232,200.00)**

Enclosed is a lawful private money order for **$232,200.00**, tendered for **full settlement and discharge** of the original loan and all associated obligations.
All prior payments and related securities with Fannie Mae are retained by Rocket Mortgage. **No refund, rebate, or return of any prior payments or securitized interests is requested or due; all such amounts and securities remain with Rocket Mortgage and its investors as part of the settled transaction.**

This payment constitutes the **final payoff and closure of the account**, executed under lawful authority to reduce public debt pursuant to the following statutes:

- [Public Law 97-258 §§ 3123, 5103, 5312, 9301(2)] – Payment of Public Debt; Legal Tender; Financial Agency; Government Obligation.
- [50 U.S.C. § 4305(b)(2)] – Discharge of obligation upon payment made to or for the account of the United States.
- [12 C.F.R. § 1808.600] – Full faith and credit pledged to lawful bonds and monetary instruments.
- [18 U.S.C. §§ 8, 914] – Definition of obligations and recognition of lawful creditors of the United States.

Rocket Mortgage LLC, its agents, and assigns are hereby directed to **cease and desist** from any and all collection activity, correspondence, or reporting of this account to any credit bureau or

Case 5:25-cv-00558-D-BM    Document 11-24    Filed 01/27/26    Page 10 of 12


## Status Update for Request #2026-FSF-00027

From  foia@treasury.gov <foia@treasury.gov>

To     Jason Jehorek<jason.jehorek@protonmail.com>

Date   Thursday, October 23rd, 2025 at 12:00 AM

 COPY

Dear Jason Jehorek,

The status of your Fiscal Service FOIA request #2026-FSF-00027 has been updated to the following status 'Received'. To log into the Treasury FOIA Public Access Link click on the Application URL below.

https://foia.treasury.gov/

Sincerely,
Department of Treasury

# EXHIBIT - 22

## FAX CONFIRMATION

COPY

Recipient: +18773823138

Sent: 2025-10-20 04:05:50 AM UTC

Status: Successfully sent

See next pages for copy of the sent document.