EXHIBIT - 23

# EXHIBIT 23

3rd Qualified Written Request/Notice of Error

**Date:** 11-06-25 faxed to Rocket Mortgage

**CLAIM ASSERTED – QWR / NOTICE OF ERROR / PAYMENT-IN-FULL**

Rocket Mortgage, LLC committed multiple servicing errors by refusing lawful tender of payment in full, failing to acknowledge and comply with a revocation of power of attorney, failing to produce the original promissory notes and proof of authority to enforce, failing to identify the true creditor and securitization details, and continuing collection activity during an active dispute, all in violation of RESPA and related public laws, requiring investigation, correction, and written response.

**Public Laws Referenced in the QWR**

**Real Estate Settlement Procedures Act (RESPA)**

**12 U.S.C. § 2605; Regulation X, 12 C.F.R. §§ 1024.35–1024.36**

- Governs Qualified Written Requests and Notices of Error
- Requires servicer acknowledgment, investigation, and correction or written response
- Prohibits continued collection activity during a pending error investigation

**Truth in Lending Act (TILA)**

**15 U.S.C. §§ 1601, 1641**

- Requires accurate disclosure of creditor identity and account status
- Governs servicing authority and ownership disclosures
- Imposes liability for misrepresentation of creditor or servicer authority

**Fair Credit Reporting Act (FCRA)**

**15 U.S.C. § 1681s-2**

- Requires accurate credit reporting
- Mandates correction or suppression of reporting after dispute or payment

**Uniform Commercial Code (UCC)** *(as adopted in North Carolina)*

- **§§ 3-301, 3-602, 3-603** — Entitlement to enforce; effect of payment or tender
- **§ 1-308** — Reservation of rights

**North Carolina Deed of Trust Satisfaction Statutes**

**N.C. Gen. Stat. §§ 45-36.10 – 45-36.12**

- Requires recording of satisfaction of deed of trust after payoff
- Establishes liability for failure to release lien

# EXHIBIT - 23
# FAX COVER SHEET

**Date:** November 5, 2025

**To:**

Rocket Mortgage, LLC – Legal Department / Servicing Compliance Division / QWR Unit

**Fax:** (877) 382-3138

**Tel:** (800) 603-1955

**Address:** P.O. Box 442359, Detroit, Michigan 48244-2359

**From:**

Jason-Gerald: Jehorek, sui juris

Authorized Representative / Creditor Beneficiary

For: ©JASON GERALD JEHOREK™ (Principal)

Noble Spring TR Enterprise

11937 Fairlie Place

Raleigh, North Carolina 27613

Phone: (919) -278-8828

Email: Jason.Jehorek@protonmail.com

**Total Pages (including cover):** _18_

**Subject:** Third Qualified Written Request (QWR) and Notice of Error (NOE)

**Related Loan Nos.:** ▆▆▆2222 (2020) and ▆▆▆8042 (2017)

**Dear Rocket Mortgage Legal Department,**

This correspondence constitutes a formal **Qualified Written Request (QWR)** and **Notice of Error (NOE)** under the **Real Estate Settlement Procedures Act [RESPA, 12 U.S.C. § 2605] and Regulation X [12 C.F.R. § 1024.35 & § 1024.36].**

This submission follows prior written notices, money order tender, and revocation of power of attorney, all of which remain unresolved. Copies of those prior materials are **already in Rocket Mortgage's possession via** certified mail and are **incorporated herein by reference.** They need not be resent unless Rocket Mortgage specifically requests replacement copies.

This fax therefore contains:

1. The full **Third Qualified Written Request and Notice of Error,** — _4 pages_
2. An **Exhibit Index** identifying prior filings and records on file, and — _12 pages_
3. A demand for written clarification and documentary proof as outlined in the attached QWR/NOE.

Please confirm receipt of this transmission and respond in writing within **21 business days** as required under [12 C.F.R. § 1024.36(d)(2)(i)].

Case 5:25-cv-00558-D-BM    Document 11-25    Filed 01/27/26    Page 2 of 19

# EXHIBIT - 23

# FAX COVER SHEET
# EXHIBIT INDEX

**Exhibit A – Copy of Money Order (October 17, 2025)**

Certified copy of lawful tender instrument sent to Rocket Mortgage for full settlement and discharge of account.

**Exhibit B – Revocation of Power of Attorney (October 17, 2025)**

Written notice revoking all prior powers of attorney or implied authority to act on behalf of the Principal, ©JASON GERALD JEHOREK™.

**Exhibit C – Prior Correspondence and Case Notice (Clarified)**

Includes administrative and judicial records already in Rocket Mortgage's possession, specifically:

- **State Court Case:** Wake County Superior Court Case No. 25CV026697-910 (filed Aug 2025)
- **Federal Court Case:** U.S. District Court, Eastern District of North Carolina Case No. 5:25-cv-00558-D-BM (removed and voluntarily dismissed Sept 2025)
- **Final Invoice (September 6, 2025)**
- Proof of delivery for (Packages 1–13) (via Certified Mail Green Cards & USPS Tracking)

This exhibit demonstrates that Rocket Mortgage and MERSCORP Holdings were duly served, notified, and provided opportunity to cure, yet have failed to produce the requested evidence or address the lawful tender and authority issues raised.

This correspondence is sent in good faith and without prejudice.
All rights reserved. None waived.

Respectfully submitted,

/s/ Jason-Gerald: Jehorek, sui juris
Authorized Representative / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™ (Principal)
Without Prejudice – UCC 1-308 | Without Recourse

# EXHIBIT - 23

**Third Qualified Written Request (QWR) and Notice of Error (NOE)**

**Date:** November 5, 2025

**To:**

**Rocket Mortgage, LLC – Legal Department / Servicing Compliance Division / QWR**

P.O. Box 442359

Detroit, Michigan 48244-2359

Fax: Fax: (877) 382-3138

**From:**

**Jason-Gerald: Jehorek, sui juris**

Authorized Representative / Creditor Beneficiary

For: ©JASON GERALD JEHOREK™ (Principal)

Noble Spring TR Enterprise

11937 Fairlie Place

Raleigh, North Carolina 27613

**Subject:**

**Third Qualified Written Request (QWR) and Notice of Error (NOE)**

> RE: Loan Nos. ███████222 (2020) and ███████042 (2017)
> Pursuant to [12 U.S.C. § 2605(e), 12 C.F.R. §§ 1024.35–1024.36], and [Public Law 97-258]

**Introductory Notice Before Proceeding**

Before any further action may be taken in this matter, as **Director and Beneficiary of my legal person and its associated estate,** I require that **Rocket Mortgage** provide, within **21 calendar days,** a **verified written response and proof of claim** demonstrating your **lawful and legal authority** to act or correspond in this matter.

Until such proof is produced, I cannot in good conscience or under full disclosure consent to proceed.

This notice pertains specifically to the following accounts and related instruments:

- **Rocket Mortgage Loan No.** ███████2222 (2020 Loan)
- **Quicken Loan (now Rocket Mortgage) No.** ███████042 (2017 Loan)

There remains a **standing issue** which I have repeatedly raised — concerning lawful authority, chain of title, and verification of debt — which has not yet been addressed. Therefore, I must again state clearly:

> "With all due respect, I cannot consent or proceed until this foundational matter is resolved and evidence of authority is provided."

Please treat this statement as part of the official record of this **Qualified Written Request and Notice of Error.**

Case 5:25-cv-00558-D-BM     Document 11-25     Filed 01/27/26     Page 4 of 19

# EXHIBIT - 23

**Main Points of Error and Demand for Clarification**

### 1. Refusal of Lawful Tender and Failure to Apply Payment

Rocket Mortgage received a lawful tender instrument—Money Order dated October 17, 2025—issued in good faith as full settlement and discharge of the account. The instrument was returned or ignored without lawful reason.

Under [31 U.S.C. § 5103] and **Public Law [97-258]**, legal tender must be accepted for discharge of debts. Refusal constitutes a servicing error under [12 C.F.R. § 1024.35(b)(11)].

**Please confirm** receipt, handling, and final disposition of this money order, and identify the individual or department that made the determination to reject it.

If there were any mistakes in the creation of the money order, please provide written recommendations on how to correct and cure such errors.

### 2. Revocation of Power of Attorney Ignored

A **Revocation of Power of Attorney** was served on or about **October 17, 2025**, revoking all prior express or implied authorizations to act on behalf of the Principal, ©JASON GERALD JEHOREK™.
To date, Rocket Mortgage has not confirmed acknowledgment or compliance.

**Please provide written confirmation** that all internal systems have been updated to reflect this revocation and identify who, if anyone, now holds Power of Attorney or signatory authority over the account(s).

### 3. Failure to Produce the Original Wet-Ink Promissory Note (2020 Loan)

For Loan No. ███████2222 (2020), Rocket Mortgage has not yet produced the **original wet-ink promissory note** or supporting endorsements.

Under [UCC §§ 3-301 and 3-309], only a party in possession of the original note (or meeting lost-note standards) may enforce it.

**Please produce** a **certified copy** of the original wet-ink note, identify the **current physical custodian**, and provide the **chain of endorsements** from origination to present.

### 4. Unverified Endorsement by "Ashley Smith – Capture Manager"

The Quicken Loan No. ███████8042 (2017) promissory note appears stamped "**Without Recourse –** Pay to the Order of Then Quicken Loans" and endorsed by **Ashley Smith, Capture Manager.**
**Please identify** who Ashley Smith is, define the role of "**Capture Manager**", and provide proof of signing authority and the date of endorsement.

### 5. Failure to Identify Holder in Due Course, Pooling, and Securitization Data

No documentation has been provided identifying the **holder in due course** or investor of record for either loan. For both **Loan No.** ███████8042 (2017) and **Loan No.** ███████2222 (2020), please produce:

Case 5:25-cv-00558-D-BM    Document 11-25    Filed 01/27/26    Page 5 of 19

# EXHIBIT - 23

### Third Qualified Written Request (QWR) and Notice of Error (NOE)

- The **Pooling and Servicing Agreement (PSA)**;
- The **CUSIP number(s)**;
- The **Trust or Pool number(s)**;
- The **date(s)** of transfer or securitization;
- The **Trustee and Custodian of record**.

## 6. Failure to Identify Creditor, Agent, and Debtor Relationship

Provide written confirmation identifying:

- The **true Creditor or Beneficiary** of each loan;
- The **Agent or Servicer** authorized to collect;
- The **Debtor or Obligor** listed in Rocket's accounting ledgers.
  This information is required under [**12 U.S.C. § 2605(k) and TILA § 1641(g)**].

## 7. Unsubstantiated Restriction on Lawful Payments

Rocket Mortgage has asserted that payments must come from "federally insured institutions."
**Please provide statutory or contractual authority** for this policy.
Absent such authority, refusal to process lawful instruments such as money orders, promissory notes, or bills of exchange violates [**31 U.S.C. § 5103**] and **Public Law [73-10 (HJR-192)]**.

## 8. Access to Federal Reserve Facilities and Clearing

Please confirm whether Rocket Mortgage or its affiliates have **direct or indirect access** to the **Federal Reserve window** or clearing facilities for negotiable instruments.
Identify the **routing or clearing institutions** used for money order and note processing.

## 9. Ongoing Collection Activity During Active Dispute

Rocket continues to send billing statements and engage in collection despite active dispute.
Such activity violates [**12 C.F.R. § 1024.35(e)(3)(i)**], which prohibits collection on a disputed account until the error is corrected.

## 10. Targeted Follow-Up Questions (Selected from Prior 48)

### Funding / Consideration (2017 & 2020 Loans)

- **Q1.** What was the **source of funds** used to originate and refinance both loans?
- **Q2.** Was funding created via warehouse line, investor facility, or Federal conduit (Fannie/Ginnie)?
- **Q3.** Provide **bank ledger or wire proof** showing lawful value exchange at closing.

### Note Endorsements / Authority

- **Q4.** Who monetized or securitized the promissory notes, and under what authority?

Case 5:25-cv-00558-D-BM    Document 11-25    Filed 01/27/26    Page 6 of 19

# EXHIBIT - 23

- Q5. When was the "Without Recourse – Then Quicken Loans" endorsement by Ashley Smith added—at closing or later?
- Q6. What is a "Capture Manager"? Provide job description and proof of authority.
- Q7. Was the endorsement executed wet, stamped, or electronically? Who approved it?

## Title / MERS / Securitization

- Q8. Provide **MERS Milestone history and chain of title** from origination to present.
- Q9. Was title ever conveyed to a REMIC trust, investor pool, or MERS entity without notice to the signatory?
- Q10. Were the **deed and note bifurcated?** If so, who now holds **legal and equitable interests** [(see *Carpenter v. Longan*, 83 U.S. 271 (1872))]?

## Final Demand and Reservation of Rights

This correspondence is submitted in good faith under **RESPA, TILA, and Public Law [97-258]**, to resolve errors and confirm lawful handling of these accounts.

Please respond **within twenty-one (21) business days** of receipt with:

1. Written acknowledgment of this Qualified Written Request and Notice of Error;
2. The documents and answers requested herein; and
3. Any corrective actions taken to resolve these issues.

Failure to respond fully and in good faith will constitute a **continuing servicing error, dishonor, and breach of duty** under [12 C.F.R. §§ 1024.35–36], and will be treated as **tacit agreement and bad-faith conduct** subject to administrative and judicial remedy, including but not limited to damages, sanctions, and injunctive relief.

All rights reserved; none waived.

---

**Respectfully,**

/s/ Jason-Gerald: Jehorek, sui juris
Authorized Representative / Creditor Beneficiary
For: ©JASON GERALD JEHOREK™ (Principal)
Noble Spring TR Enterprise
c/o 11937 Fairlie Place
Raleigh, North Carolina 27613
**Without Prejudice – UCC 1-308 | Without Recourse**

Case 5:25-cv-00558-D-BM     Document 11-25     Filed 01/27/26     Page 7 of 19

EXHIBIT - 23

# Exhibit A

Copy of Money Order (October 17, 2025)

pagos I

EXHIBIT - 23

Paperless Statement/Electronic Only

*Payoff*

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

*Exhibit A*

7-810-73743-0083042-001-000-000-000-000

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7842

## Loan Information

Loan Number: ████222
Property Address: 11937 Fairlie Pl
                  Raleigh, NC 27613
Statement Date: 09/16/2025
Amount Due: $8,064.33
Due Date: 10/01/2025

If payment is received after 11:30 p.m. ET 10/16/2025, a $39.11 late fee will be charged.

## Important Messages

Never think about your payment again. With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

Contact information for insurance questions: If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

## Loan Information (08/17/2025 - 09/16/2025)

| | |
|---|---|
| Original Loan Amount: | $232,200.00 |
| Interest Rate: | 2.990% |
| Principal Balance:* | $207,332.79 |
| Escrow Balance:** | -$17.93 |

## Payment History (08/17/2025 - 09/16/2025)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $1,994.97 |
| Interest: | $2,078.87 |
| Escrow: | $1,526.16 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $1,536.00 |
| **Total Paid Year To Date:** | **$7,136.00** |
| Escrow Disbursements On Your Behalf: | |
| Taxes Paid: | $0.00 |
| Insurance Paid: | $1,124.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $0.00 |
| **Total Escrow Disbursements:** | **$1,124.00** |

## Next Payment Breakdown

| | |
|---|---|
| Principal: | $466.89 |
| Interest: | $510.83 |
| Escrow | |
| Taxes: | $361.30 |
| Insurance: | $93.67 |
| Mortgage Insurance (PMI/MIP): | $0.00 |
| Shortage: | $135.31 |
| **Monthly Payment:** | **$1,568.00** |
| Advances On Your Behalf: | $75.00 |
| Fees | |
| Late Fees: | $117.33 |
| Other Fees: | $0.00 |
| Partial Payment (Unapplied):¹ | $1,536.00 |
| Past Due Amount: | $7,840.00 |
| **Subtotal** | **$6,496.33** |

| Amount Due | $6,064.33 |
|---|---|

## Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

Phone: (800) 508-0944
Email: ServicingHelp@RocketMortgage.com
Secure Fax: (877) 380-5084

Hours: Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 2
CP123

-----

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7842

*Money Order*

# ROCKET Mortgage

☐ Check box for address changes on reverse side.

Pay To: United States Treasury for credit to Rocket Mortgage  Set up Autopay online at RocketMortgage.com

*Two Hundred Thirty Two Thousand Two Hundred 00/00* — $232,200.00

## Loan Information

| | |
|---|---|
| Loan Number: | 3462812222 |
| Due Date: | 10/01/2025 |
| Amount Due: | |
| Additional Principal: | |
| Additional Escrow: | |
| Total Amount Enclosed: | 2 3 2 2 0 0 0 0 |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

By: *Jason-Gerald Jehorek, AR*
Without Recourse

*page 9*

EXHIBIT - 23

# Exhibit B

Revocation of Power of Attorney (October 17, 2025)

pages 4

# EXHIBIT - 23

## FAX CONFIRMATION

*Exhibit B*
*POA Fax confirmation*

Recipient: +18773823138

Sent: 2025-10-20 04:05:50 AM UTC

Status: Successfully sent

*page ①*

See next pages for copy of the sent document.

# EXHIBIT - 23

# FAX


*Exhibit B*
*POA For Conformation*

| | |
|---|---|
| **Date:** | 2025-10-20 03:39:33 AM UTC |
| **Subject:** | Payment in Full / QWR / Notice of Error |
| **From:** | Jason Jehorek |
| **To:** | Rocket Mortgage LLC - QWR/Notice of Error |
| **Fax:** | +18773823138 |
| **No. of pages:** | 39 (Including Cover Page) |

---

**Message:**

This is the payment in full with QWR and Notice of Error

Documents Included:
1. Payment in Full — Documentary Evidence of Settlement and Discharge (Notarized)
2. Exhibit A - Durable Power of Attorney (dated October 16,2025)
3. Exhibit B — Notice of Fee Schedule (dated October 16,2025)
4. Copy of Lawful Private Money Order for §232,200.00 (Final Payoff Amount)


*Page 2*

EXHIBIT - 23



*Exhibit B*



### Durable Power of Attorney

This Durable Power of Attorney is issued under private authority, not pursuant to any public act, and made in equity, under private grant, by the man: Jason-Gerald Jehorek sui juris, hereinafter referred to as the ("Agent"),. This declaration is harmonized in form with common commercial practice but preserves all unalienable rights and jurisdiction. It is not subject to the Uniform Power of Attorney Act as codified in the public statutes of any State.

**PRINCIPLE: °JASON GERALD JEHOREK™**
**Address:** 11937 Fairlie Place, Raleigh, North Carolina 27613
**Agent:** Jason-Gerald Jehorek, sui juris
**Private Address:** c/o 8041 Brier Creek Parkway PMB #1110, Raleigh, North Carolina [27617]

The estate styled °JASON GERALD JEHOREK™ is a legal entity and trust estate separate and distinct from the man. ("Agent"), acts as **Primary Trustee (TTEE), Grantor, Settlor, and ("PRINCIPLE")** Creditor on behalf of said estate. ("Agent"), hereby appoints himself, operating in a distinct fiduciary capacity, as **private Agent and attorney-in-fact** for the estate. This appointment is made in trust, by private contract, under full reservation of rights, Without Prejudice [UCC 1-308].

This Power of Attorney shall not be affected by my subsequent incapacity.

## PUBLIC LAW AUTHORITY AND JURISDICTIONAL BASIS

This Durable Power of Attorney is executed under private authority and recognized under the following Public Laws and United States Statutes at Large, which affirm and protect the lawful fiduciary relationship between the living man (Agent) and the legal estate (PRINCIPLE):

- [Tex. R. Civ. P. 12] – Attorney to Show Authority (proof of agency required).
- [Public Law 97-258] (Sept. 13, 1982):
  §§ 3123, 5103, 5312, 9301(2) – *Payment of Public Debt; Legal Tender; Financial Agency; Government Obligation.*
- [Public Law 106-386] (Oct. 28, 2000):
  §§ 13, 2(e)(5), 4, 1589 – *Prohibition on Involuntary Servitude, Debt Bondage, and Coercion.*
- [42 U.S.C. § 1983] – Civil Action for Deprivation of Rights.
- [42 U.S.C. § 1986] – Action for Neglect to Prevent.
- [18 U.S.C. § 914] – Creditors of the United States.
- [UCC 1-308] – Reservation of Rights.
- [UCC 3-402(b)(1)] – Signature by Representative in Accommodation.



*page 3*

10-17-25

Page 1 of 18

Case 5:25-cv-00558-D-BM    Document 11-25    Filed 01/27/26    Page 13 of 19

EXHIBIT - 23



*Exhibit B*

**Durable Power of Attorney**

All actions performed by the Agent under this Power of Attorney are made **Without Prejudice [UCC 1-308]**, preserving all unalienable rights and exempt from coercion, debt bondage, or involuntary servitude as prohibited under the above-referenced Public Laws.

## REVOCATION OF PREVIOUS POWER OF ATTORNEY

I hereby revoke any and all general powers of attorney and special powers of attorney knowingly or unknowingly previously granted to any and all corporations, agencies, military, jails, or government bodies are hereby revoked and no longer authorized to act on behalf of the ("PRINCIPLE"), except by direction of the named ("Agent"),.

## FINANCIAL POWER OF ATTORNEY

It is hereby declared that this Financial Power of Attorney is the only valid power of attorney over ("PRINCIPLE"), by the appointed Attorney-in-Fact, ("Agent"), for the purpose of managing and conducting all financial affairs on behalf of ("PRINCIPLE"). This authority includes, but is not limited to, the power to make decisions regarding banking transactions, mortgage accounts, real estate transactions, investments, tax matters, and any other financial obligations or rights. Specifically, this authority extends to all accounts and transactions with any financial institution, including but not limited to checking accounts, savings accounts, loans, and any other financial products or services offered by such institutions.

My ("Agent"), shall have full power to open, maintain, modify, or close accounts at any financial institution, make deposits and withdrawals, negotiate or endorse checks or other instruments, obtain statements, and perform any other acts necessary to manage my financial affairs with any financial institution. Additionally, my ("Agent"), is expressly authorized to create, issue, sign, and deliver promissory notes, bills of exchange, and other negotiable instruments as the creditor on my behalf, acting in my best interest to establish credit obligations owed to me or to secure my financial interests. This Power of Attorney shall remain in effect until revoked in writing by the ("Agent"), and the Attorney-in-Fact shall act in the best interest of the ("PRINCIPLE"), in all matters pertaining to this.

My ("Agent"), shall have full power and authority to act on my behalf. This power and authority shall authorize my ("Agent"), to manage and conduct all of my affairs and to exercise all of my legal rights and powers, including all rights and powers that I may acquire in the future. My ("Agent"), 's powers shall include, but not be limited to, the power to:

1. Open, maintain, or close bank accounts (including, but not limited to, checking accounts, savings accounts, and certificates of deposit), brokerage accounts, retirement plan accounts, and other similar accounts with any financial institutions.

   a. To deposit returns, overpayments; draft financial instruments, amend returns, settlement of personal household expenses; create and issue invoices, statements, presentments, etc. in trade name and all variations of trade name for the ("PRINCIPLE"), lawful drafting and/or using/tendering statements, notes, checks, sight/site drafts, bonds, negotiable instruments, instruments, promissory notes, bills of

10-17-25

*page 14*

EXHIBIT - 23

# Exhibit C

**Prior Correspondence and Case Notice (Clarified)**

Includes administrative and judicial records already in Rocket Mortgage's possession, specifically:

- **State Court Case:** Wake County Superior Court Case No. 25CV026697-910 (filed Aug 2025)
- **Federal Court Case:** U.S. District Court, Eastern District of North Carolina Case No. 5:25-cv-00558-D-BM (removed and voluntarily dismissed Sept 2025)
- Prior **Notices of Dishonor, Default, and Conditional Acceptance (Packages 1–12)**
- **Legal Notice & Invoice (July 23, 2025)** and **Final Invoice (September 6, 2025)**
- **Affidavit of Non-Response / Dishonor** and proof of delivery (via Certified Mail Green Cards & USPS Tracking)

*Pages 4*

EXHIBIT - 23

Exhibit C
NC Court
Case

# STATE OF NORTH CAROLINA

_____ **Wake** _____ County

▶ **25CV026697-910**

In The General Court Of Justice
☐ District ☐ Superior Court Division

**Name Of Plaintiff**
NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald

**Address**
c/o 11937 Fairlie Place

**City, State, Zip**
Raleigh          NC          [27613]

**VERSUS**

**Name Of Defendant(s)**
Rocket Mortgage, LLC, and MERSCORP Holdings, Inc. (MERS)

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

| **Name And Address Of Defendant 1** | **Name And Address Of Defendant 2** |
|---|---|
| Rocket Mortgage, LLC | MERSCORP Holdings, Inc. |
| Legal Department, 1050 Woodward Avenue, | (a/k/a Mortgage Electronic Registration Systems, Inc.) |
| Detroit, Michigan 48226 | 1818 Library Street, Suite 300, Reston, VA 20190 |



**IMPORTANT!** You have been sued! These papers are legal documents. DO NOT throw these papers out!
You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as
possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales.
¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible
acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos
documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been
   served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| **Name And Address Of Plaintiff's Attorney (If none, Address Of Plaintiff)** | **Date Issued** | | **Time** | |
|---|---|---|---|---|
| NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald | 8/1/2025 | | 2:13 | ☐ AM ☒ PM |
| c/o 11937 Fairlie Place   Raleigh, North Carolina [27613] | **Signature** DA | | | |
| | ☑ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court | |

| ☐ **ENDORSEMENT (ASSESS FEE)** | **Date Of Endorsement** | | **Time** | |
|---|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | **Signature** | | | ☐ AM ☐ PM |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or
less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if
so, what procedure is to be followed._

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

page ①

**EXHIBIT - 23**

Exhibit C
Fed Court Case

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5: 25 - CV-558

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald

      Plaintiff,

v.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

      Defendant.

NOTICE OF REMOVAL

Defendants, ROCKET MORTGAGE, LLC, ("ROCKET MORTGAGE") and MERSCORP HOLDINGS, INC., ("MERSCORP") (collectively the "Defendants") by and through their undersigned counsel, pursuant to the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, hereby give notice of the removal of this action from Wake County Court Superior Court of North Carolina, to the United States District Court for the Eastern District of North Carolina. In support of this notice of removal, Defendants state as follows:

1. Plaintiffs, NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald ("NOBLE") commenced this action by filing a *pro se* Complaint under Simplified Civil Procedure in the Wake County Superior Court of North Carolina, Case Number 25CV026697-910 on or about August 1, 2025. Copies of the Complaint, Summons and all other documents filed in the state court action are attached hereto as Composite Exhibit "A," in according with 28 U.S.C. § 1446(a).

2. Defendant Rocket Mortgage was served with process in this matter on August 8, 2025 and Defendant Merscorp was served with process in this matter on August 11, 2025, less than thirty (30) days from the date of this filing. Accordingly, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446.

page 1

1091200\326023411.v2

EXHIBIT - 23

# Exhibit C

## Prior Correspondence and Case Notice (Clarified)

**Affidavit of Non-Response / Dishonor** and proof of delivery (via Certified Mail Green Cards & USPS Tracking)

Rocket Mortgage already has packages 1 to 13 sent to Rocket Mortgage from May to September.



page ③



EXHIBIT -23
Exhibit Final Invoice



## FINAL COMMERCIAL INVOICE AND NOTICE OF DAMAGES – FOR COURT RECORD
### (Re: Wake County Superior Court Case No. 25CV026697-910)

**Total Due (After Fee Doubling): $8,943,908.34 & will Double again if not cured.**

| DATE | DESCRIPTION | UNIT PRICE | LINE TOTAL |
|------|-------------|-----------|-----------|
| 2017 | Monetized Original Quicken Loan Promissory Note | $236,800.00 | $236,800.00 |
| 2020 | Monetized Rocket Mortgage Promissory Note | $232,200.00 | $232,200.00 |
| 2017–2025 | Mortgage Payments (verified from amortization schedule) | $134,328.96 | $134,328.96 |
| 2017–2025 | Servicing Premiums and Fees (estimated) | $13,136.25 | $13,136.25 |
| 2025 | Penalties from Package 1,2 and 3 (Administrative Fee Schedule) | $1,930,488.96 | $1,930,488.96 |
| 2025 | Penalties from Package 4 ($17,500 x 6 Officers) | $105,000.00 | $105,000.00 |
| 2025 | Additional Damages from Rocket Mortgage letter (Exhibit H) (commercial, tort, emotional, administrative harm) | $1,820,000.00 | $1,820,000.00 |
| 2025 | Previous Invoice date 6-26-25 | $4,471,954.17 | $4,471,954.17 |
| **REFERENCE: CASE NO. 25CV026697-910 – INVOICE #1026 – FINAL COMMERCIAL DEMAND** | | | **$8,943,908.34** |
| **TOTAL DUE** | | | **$8,943,908.34** |

The settlement may be made via certified funds, cashier's check, or money order, **payable to Jason Jehorek**, and delivered to the address listed above. No third-party endorsements or restricted instruments will be accepted. Funds must be drawn from a federally insured financial Institution and must include a memo referencing this matter.

This Invoice is submitted in conjunction with the Verified Complaint filed August 1, 2025, in Wake County Superior Court as part of the claim for damages, estoppel, and trust enforcement under Case No. 25CV026697-910.



Jehorek, Jason-Gerald
Authorized Representative / Grantor / Creditor Beneficiary
For: ®JASON GERALD JEHOREK™
And For: ®JASON GERALD FAMILY OF JEHOREK ESTATE
And For: NOBLE SPRING TR ENTERPRISE
c/o 11937 Fairlie Place
Raleigh, North Carolina [27613]
Without Prejudice [UCC 1-308] – All Rights Reserved

page

Case 5:25-cv-00558-D-BM    Document 11-25    Filed 01/27/26    Page 19 of 19