EXHIBIT 25

# EXHIBIT 25

RECORDED CALL WITH ROCKET MORTGAGE (NOV. 4, 2025)

**Date:** 11-04-2025

Recording: https://drive.google.com/file/d/1ZlnVB7Y03qSSJfBLaEneoWeN3gO-TPMW/view?usp=sharing

**CLAIM ASSERTED –**

Rocket Mortgage, LLC knowingly refused to recognize or engage with statutorily governed legal assertions, declined to acknowledge public laws governing mortgage servicing and tender, could not verify its authority to act or enforce, could not confirm possession or control of the original promissory notes, and could not account for a payment-in-full tender, while nevertheless continuing to assert servicing and collection authority—thereby demonstrating lack of lawful authority, willful non-compliance, and bad-faith servicing conduct.

**Critical Points for Judicial Review (From the Recording)**

**1. Express Rejection of Governing Public Law**

- Jason Jehorek stated he was acting as **Authorized Representative and Creditor**.
- Public law authority governing tender, servicing, and enforcement was cited.
- Rocket Mortgage representatives stated they **do not accept or operate under "public laws"** as referenced and would not engage on that basis.

**2. Failure to Verify Authority to Enforce**

Rocket Mortgage could not:

- Identify who holds **power of attorney or signing authority**;
- Identify who authorized Rocket to act in response to tender;
- Identify who has **decision-making authority** regarding payoff or refusal.

**3. Failure to Confirm Possession or Control of the Original Note**

Rocket Mortgage could not:

- Confirm possession of the **original wet-ink promissory note**;
- Confirm custodial control or ability to produce the note;
- Identify the **custodian with authority** to present the note.

**4. Inability to Account for Lawful Tender**

Rocket Mortgage could not:

- Confirm whether the **money order tendered as payment in full** was accepted, rejected, or returned;
- Identify who authorized any refusal of tender;
- Cite a lawful basis for rejecting the tender.

**5. Continued Enforcement Despite Admitted Uncertainty**

Despite the above, Rocket Mortgage:

- Continued to assert **loan validity**;
- Continued to assert **servicing and collection authority**;
- Continued to threaten enforcement **without resolving authority, possession, or tender**.

# EXHIBIT 25

**Opening Statement for Recording**

This is a private, good-faith discussion to clarify and confirm factual matters related to Rocket Mortgage accounts ████2222 and ████3042. Please answer directly and truthfully — most questions are simple yes or no. For transparency, this conversation is being recorded for documentation and accuracy purposes. Do you acknowledge and consent to this conversation being recorded for accuracy and transparency?

1. For the record, my name is **Jason Jehorek**, sui juris.
2. I am acting today as **Authorized Representative and Creditor**, in accommodation for the debtor entity ©JASON GERALD JEHOREK and the private trust **Noble Spring TR Enterprise**.
3. Please state your full name, job title, and capacity in which you appear for Rocket Mortgage, LLC.
4. Today's date is **November 3, 2025**, correct?
6. You're familiar with **Loan No.████3042 (2017)** and **Loan No.████2222 (2020)**, correct?
7. Is Rocket Mortgage the **servicer, lender, or both** for these loans?
8. Who currently holds **Power of Attorney** or signing authority over these accounts?
9. Does Rocket Mortgage or MERSCORP have authority to act on behalf of the debtor estate?
10. Has Rocket Mortgage verified who the **true holder or investor** of these notes is?
11. Did Ashley Smith or any "Capture Manager" at Rocket Mortgage endorse the 2020 note "Without Recourse"?
12. Was that endorsement made under a valid **Power of Attorney or corporate authorization**?
13. Does Rocket Mortgage currently have possession of the **original wet-ink promissory note**?
14. On or about **October 17, 2025**, did Rocket Mortgage receive my **Revocation of Power of Attorney** issued by me as the Authorized Representative?
15. Has Rocket Mortgage updated its internal records to reflect that all prior POAs were revoked as of that date?
16. If not, under what authority is Rocket Mortgage still acting on this account?
17. Did Rocket Mortgage receive my **money order dated October 17, 2025**, tendered as lawful payment and discharge of the account?
18. Was that money order **processed, returned, or dishonored**?
19. If returned, who authorized that action and on what grounds?

# EXHIBIT 25

20. Does Rocket Mortgage have access to a **Federal Reserve window or clearing facility** to process lawful money orders or negotiable instruments?

21. Has Rocket Mortgage produced the **Pooling and Servicing Agreement (PSA)**, **CUSIP**, or **pool number** for these loans?

22. Can Rocket Mortgage confirm whether the 2017 note was **paid in full and closed** before the 2020 refinance?

23. Can Rocket Mortgage confirm whether the 2020 note was **sold, transferred, or securitized** prior to or after execution?

24. Are you aware that under **31 U.S.C. §5103** and **Public Law 73-10 (HJR-192)**, debts are dischargeable in legal tender?

25. Would refusing to accept lawful payment violate federal law, including Public Law 97-258 and Public Law 106-386, which prohibit debt coercion and involuntary servitude?

26. Is Rocket Mortgage willing to **settle and discharge this matter privately** and close the account in good faith?

27. Do you acknowledge that all statements made today are under penalty of perjury?

28. Do you understand that I am acting as **Agent and Creditor**, not the debtor?

29. Do you have any objection to this discussion being retained as part of the administrative record or used for clarification in future proceedings if necessary?

"Acknowledged. You've stated an objection, but this recording is being made under prior lawful notice and one-party consent for record-keeping and potential court submission."