EXHIBIT 26

# EXHIBIT 26

**Rocket Mortgage Post-Notice Collection
Servicing, and Default Correspondence
(May–November 2025)**

This Exhibit consists of a series of written communications issued by Rocket Mortgage, LLC to Plaintiff between **May 3, 2025 and November 29, 2025**, including late notices, default notices, action-required notices, credit reporting disclosures, loss-mitigation correspondence, and Qualified Written Request acknowledgment letters, all relating to **Loan No. ██████222** secured by the property located at **11937 Fairlie Place, Raleigh, North Carolina**.

**Relevance:**

These documents demonstrate Rocket Mortgage's **continued servicing, collection activity, default assertions, and credit reporting actions** after Plaintiff had issued sworn notices, lawful tender, Qualified Written Requests (QWRs), Notices of Error (NOEs), and administrative objections documented in the **Administrative Record (Packages 1–14)**. The letters further evidence Rocket Mortgage's repeated assertions of enforcement authority while failing to cure identified errors, substantiate creditor authority, or respond substantively to statutory requests.

**Statutory and Public Law Implications (as alleged):**

The conduct reflected in this Exhibit is relevant to Plaintiff's claims under, inter alia:

- **Public Law [93-533]** — Real Estate Settlement Procedures Act (RESPA), codified at **12 U.S.C. § 2605** (failure to properly respond to QWRs and Notices of Error; continued servicing without cure);
- **Public Law [90-321]** — Truth in Lending Act (TILA), codified at **15 U.S.C. §§ 1601–1641** (misrepresentation of creditor identity and enforcement authority);
- **Public Law [91-508]** — Fair Credit Reporting Act (FCRA), codified at **15 U.S.C. § 1681s-2** (furnishing and reporting of disputed information after notice);
- **Public Law [97-258]** — Payment of Public Debt / Legal Tender statutes, codified at **31 U.S.C. §§ 5103 and 3123** (continued collection activity after tender and dispute);
- Applicable **North Carolina foreclosure and notice statutes**, governing default, cure, and enforcement procedures.

**Purpose:**

This Exhibit is offered to establish **notice, knowledge, chronology, and post-notice conduct**, including continued demands and enforcement assertions following Plaintiff's documented disputes, tender, and administrative filings. It is submitted as evidence of **servicing conduct, not as an independent demand for damages**, and is incorporated by reference in the Allegations, Notice of Administrative Damages, and Ledger of Administrative Damages.

# EXHIBIT 26

## R⊙CKET Mortgage

**Late Notice**

1050 Woodward Avenue | Detroit, MI 48226

9-810-75787-0001194-001-01-050-010-400-000

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

### Loan Information

| | |
|---|---|
| Loan Number: | ███12222 |
| Property Address: | 11937 Fairlie Pl |
| | Raleigh, NC 27613 |
| Notice Date: | 07/21/2025 |

Hi, Jason.

You're 81 days past due, and we still haven't received your full payment needed to get you caught up on your mortgage.

We're often able to work with clients to help them avoid foreclosure and find a solution.

Whether you've had financial challenges or a serious life event, we can help you on RocketMortgage.com.

Sign in and start a mortgage assistance application today to see options you may qualify for.

 **Pay Online:**
**RocketMortgage.com**

 **Pay By Phone:**
**(800) 508-0944**

**These automated options are available 24 hours a day, seven days a week.**
When making your payment, you will need: ☐ Loan number
☐ Bank account and routing number¹
Mail your payment along with the bottom portion of this notice in the enclosed prepaid envelope.

¹Account and routing numbers can be found on the bottom of your personal check.
Notice about electronic check conversion: When using this payment method, you are authorizing Rocket Mortgage, LLC to use the check information. This will process as a one-time electronic transfer, which may be withdrawn same day, or as a check transaction, and you will not receive your check back from your financial institution.

---

| | |
|---|---|
| Phone: (800) 508-0944 | Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET |
| Email: AccountResolution@RocketMortgage.com | Saturday: 9:00 a.m. – 4:00 p.m. ET |
| Secure Fax: (877) 380-5084 | Page 1 / LN049 |

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

### DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

## R⊙CKET Mortgage

☐ Check box for address changes on reverse side.

### Loan Information

| | |
|---|---|
| Loan Number: | ███2222 |
| Due Date: | 05/01/2025 |
| Past-Due Amount: | $4,704.00 |
| Advances on Your Behalf: | $75.00 |
| Late Charge: | $117.33 |
| Other Charges: | $0.00 |
| Partial Payment (Unapplied)** | $1,536.00 |
| **Total Amount Due:** | **$3,360.33** |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

Case 5:25-cv-00558-D-BM    Document 11-28    Filed 01/27/26    Page 2 of 22

0000000001000065770000000000346281222270000462

# EXHIBIT 26

## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

6-610-60664-0002261-001-01-000-010-030-680

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

Hi, Jason,

We haven't received your full mortgage payment that was due on May 01, 2025.

The best way to get caught up is to apply for mortgage assistance on Rocket Mortgage® by following these three steps:

1. Sign in to RocketMortgage.com.
2. Start a mortgage assistance application online.
3. Receive the right solution for you.

 **Pay Online:**
RocketMortgage.com

 **Pay By Phone:**
(800) 508-0944

**These automated options are available 24 hours a day, seven days a week.**

When making your payment, you will need: ☐ Loan number
☐ Bank account and routing number¹

Mail your payment along with the bottom portion of this notice in the enclosed prepaid envelope.

¹Account and routing numbers can be found on the bottom of your personal check.
Notice about electronic check conversion: When using this payment method, you are authorizing Rocket Mortgage, LLC to use the check information. This will process as a one-time electronic transfer, which may be withdrawn same day, or as a check transaction, and you will not receive your check back from your financial institution.

Phone: (800) 508-0944
Email: AccountResolution@RocketMortgage.com
Secure Fax: (877) 360-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
LM048

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

### DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

## ROCKET Mortgage

☐ Check box for address changes on reverse side.

### Loan Information

| | |
|---|---|
| Loan Number: | ▉▉▉2222 |
| Due Date: | 05/01/2025 |
| Past-Due Amount: | $4,704.00 |
| Advances on Your Behalf: | $0.00 |
| Late Charge: | $78.22 |
| Other Charges: | $0.00 |
| Partial Payment (Unapplied)**: | $1,536.00 |
| **Total Amount Due:** | **$3,246.22** |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

LM048

Case 5:25-cv-00558-D-BM    Document 11-28    Filed 01/27/26    Page 3 of 22

00000000010000657700000000003462812222700004 7

# EXHIBIT 26

## R○CKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Late Notice**

8-910-69301-2004984-001-01-010-910-010-400

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

| **Loan Information** | |
|---|---|
| Loan Number: | ████2222 |
| Property Address: | 11937 Fairlie Pl |
| | Raleigh, NC 27613 |
| Notice Date: | 06/20/2025 |

Hi, Jason,

We still haven't received your full mortgage payment that was due on May 01, 2025.

To avoid another negative impact on your credit report, make your payment today.

You can get back on track with your mortgage and prevent further financial issues, serious credit impact and loss of home. Sign in to RocketMortgage.com to see the options available to you.

**Pay Online:**
RocketMortgage.com

**Pay By Phone:**
(800) 508-0944

**These automated options are available 24 hours a day, seven days a week.**
When making your payment, you will need: ☐ Loan number
☐ Bank account and routing number¹
Mail your payment along with the bottom portion of this notice in the enclosed prepaid envelope.

¹Account and routing numbers can be found on the bottom of your personal check.
Notice about electronic check conversion: When using this payment method, you are authorizing Rocket Mortgage, LLC to use the check information. This will process as a one-time electronic transfer, which may be withdrawn same day, or as a check transaction, and you will not receive your check back from your financial institution.

Phone: (800) 508-0944
Email: AccountResolution@RocketMortgage.com
Secure Fax: (877) 360-5064

Hours: Monday – Friday; 8:30 a.m. – 9:00 p.m. ET
Saturday; 9:00 a.m. – 4:00 p.m. ET

Page 1
LM039

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -✂

### DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

## R○CKET Mortgage

☐ Check box for address changes on reverse side.

### Loan Information



| Loan Number: | ████2222 |
|---|---|
| Due Date: | 05/01/2025 |
| Past-Due Amount: | $3,136.00 |
| Advances on Your Behalf: | $0.00 |
| Late Charge: | $78.22 |
| Other Charges: | $0.00 |
| Partial Payment (Unapplied)**: | $1,536.00 |
| **Total Amount Due:** | **$1,678.22** |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

Case 5:25-cv-00558-D-BM    Document 11-28    Filed 01/27/26    Page 4 of 22

Page 4 of 22

00000000010000657700000000003462412222700003▒▒▒▒00003▒▒▒▒▒

# EXHIBIT 26

 **RCKET** Mortgage

**Late Notice**

1050 Woodward Avenue | Detroit, MI 48226

y-019-48467-0007144-092-01-000-019-000-008

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

## Loan Information

| | |
|---|---|
| **Loan Number:** | 2222 |
| **Property Address:** | 11937 Fairlie Pl<br>Raleigh, NC 27613 |
| **Notice Date:** | 06/06/2025 |

Hi, Jason,

We still haven't received your full mortgage payment that was due on May 01, 2025.

You can still get back on track with your mortgage whether you've had a financial challenge, loss of income or serious life event. Sign in to RocketMortgage.com to see the options available to you.

| Pay Online:<br>RocketMortgage.com | Pay By Phone:<br>(800) 508-0944 |
|---|---|

**These automated options are available 24 hours a day, seven days a week.**
When making your payment, you will need: ☐ Loan number
☐ Bank account and routing number[1]
Mail your payment along with the bottom portion of this notice in the enclosed prepaid envelope.

[1]Account and routing numbers can be found on the bottom of your personal check.
Notice about electronic check conversion: When using this payment method, you are authorizing Rocket Mortgage, LLC to use the check information. This will process as a one-time electronic transfer, which may be withdrawn same day, or as a check transaction, and you will not receive your check back from your financial institution.

| | | |
|---|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET | |
| **Email:** AccountResolution@RocketMortgage.com | Saturday: 9:00 a.m. – 4:00 p.m. ET | Page 1 |
| **Secure Fax:** (877) 380-5084 | | LM038 |

---

✂ ------------------ **DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT** ------------------ ✂

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

 **RCKET** Mortgage

☐ Check box for address changes on reverse side.

### Loan Information

| | |
|---|---|
| Loan Number: | 222 |
| Due Date: | 05/01/2025 |
| Past-Due Amount: | $3,136.00 |
| Advances on Your Behalf: | $0.00 |
| Late Charge: | $39.11 |
| Other Charges: | $0.00 |
| Partial Payment (Unapplied)** | $1,536.00 |
| **Total Amount Due:** | **$1,639.11** |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

Case 5:25-cv-00558-D-BM     Document 11-28     Filed 01/27/26     Page 5 of 22

00000000010000657700000000003462412222700003173306151910782

# EXHIBIT 26

## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

T-810-67301-6819585-002-01-000-010-000-000

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

| Loan Information | |
| --- | --- |
| Loan Number: | ████ 2222 |
| Property Address: | 11937 Fairlie Pl |
| | Raleigh, NC 27613 |
| Notice Date: | 05/19/2025 |

Hi, Jason,

We haven't received your full mortgage payment that was due on May 01, 2025, and your account has been charged a late fee. Your account is being handled by the default team.

| | Pay Online: | | Pay By Phone: |
| --- | --- | --- | --- |
| | RocketMortgage.com | | (800) 508-0944 |

**These automated options are available 24 hours a day, seven days a week.**

When making your payment, you will need: ☐ Loan number
☐ Bank account and routing number[1]

Mail your payment along with the bottom portion of this notice in the enclosed prepaid envelope.

[1]Account and routing numbers can be found on the bottom of your personal check.
Notice about electronic check conversion. When using this payment method, you are authorizing Rocket Mortgage, LLC to use the check information. This will process as a one-time electronic transfer, which may be withdrawn same day, or as a check transaction, and you will not receive your check back from your financial institution.

---

Phone: (800) 508-0944
Email: AccountResolution@RocketMortgage.com
Secure Fax: (877) 300-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
CF039

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - ✂

## DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

### ROCKET Mortgage

☐ Check box for address changes on reverse side.

### Loan Information

| | |
| --- | --- |
| Loan Number: | ████ 2222 |
| Due Date: | 05/01/2025 |
| Past-Due Amount: | $1,568.00 |
| Advances on Your Behalf: | $0.00 |
| Late Charge: | $39.11 |
| Other Charges: | $0.00 |
| Partial Payment(Unapplied**): | $1,536.00 |
| **Total Amount Due:** | **$71.11** |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

CF039

Case 5:25-cv-00558-D-BM     Document 11-28     Filed 01/27/26     Page 6 of 22

0000000001000065770000000000346281222270000160

# EXHIBIT 26



## ROCKET Mortgage

**Closeout Letter**

1050 Woodward Avenue | Detroit, MI 48226

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

### Loan Information

**Loan Number:** ████2222
**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613
**Notice Date:** November 1, 2025

Hi Jason Jehorek,

We recently notified you that you were approved for a mortgage assistance program to resolve your delinquency. However, you did not meet all of the requirements of this program. As of 11/01/2025, our offer is withdrawn. It is important that you understand that we may begin or continue the foreclosure process.

Please call us today at (800) 508-0944.

The reason that our offer is withdrawn is listed below:

PRO Modification: One or more payments were not received timely and therefore we were not able to continue with this workout option.

Investor and Owner of Your Loan

In reviewing your Application For Success, we used the eligibility requirements given to us by the owner or investor of your loan who are listed below:

Investor: FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA) FANNIE MAE
Owner: FEDERAL NATIONAL MORTGAGE ASSOCIATION (FNMA) FANNIE MAE

In the event you find it necessary to contact Fannie Mae, you may write to Fannie Mae at:
Fannie Mae
3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

continued →

Phone: (800) 508-0944
Email: AccountResolution@RocketMortgage.com
Secure Fax: (877) 380-5064

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

LM100

# EXHIBIT 26



## ROCKET Mortgage

## Qualified Written Request

1050 Woodward Avenue | Detroit, MI 48226

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

### Loan Information

Loan Number: ████ 2222
Property Address: 11937 Fairlie Pl
Raleigh, NC 27613
Notice Date: October 24, 2025

Hi Jason Jehorek,

Thank you for your correspondence you recently sent to our office. This has been escalated to supervision, and we are working on your request. A more detailed response will follow shortly.

If you have any questions or concerns, you can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m.ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us at ServicingHelp@RocketMortgage.com.

Sincerely,

Your Client Relations Team



If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

Phone: (800) 508-0944
Email: ServicingHelp@RocketMortgage.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
CP061·

# EXHIBIT 26

 **ROCKET** Mortgage

**Action Required Notice**

1050 Woodward Avenue | Detroit, MI 48226

2-810-71508-0000637-001-01-000-000-000-000

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

‖·l‖·l‖‖lll·ll‖lll·ll‖l‖l‖·l·l·ll‖ll‖ll‖l·l‖ll‖l

## Loan Information

Loan Number: 2222
Property Address: **11937 Fairlie Pl**
**Raleigh, NC 27613**
Notice Date: 08/05/2025

Hi Jason,

You're now four months behind on your mortgage payments.

The foreclosure process is starting, and you need to call us immediately.

There are still options available for you, although they are limited. We can work together to find the solution that's right for you and your situation – but we can't help you if we don't hear from you.

Please call us today. You can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET, or by email at AccountResolution@RocketMortgage.com.

You can seek assistance with household budgeting at no charge from HUD-approved housing counseling agencies at HUD.gov.

Fannie Mae has additional mortgage assistance information at www.FannieMae.com.

Sincerely,

**Your Account Resolution Team**

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only, We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

Phone: (800) 508-0944
Email: AccountResolution@RocketMortgage.com
Secure Fax: (877) 360-5684

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1

Page 1 of 2



# EX**BIT 26

## R⋂CKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Qualified Written Request

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

### Loan Information

**Loan Number:** ███222
**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613
**Notice Date:** October 21, 2025

Hi Jason Jehorek,

Thank you for your correspondence you recently sent to our office. This has been escalated to supervision, and we are working on your request. A more detailed response will follow shortly.

If you have any questions or concerns, you can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m.ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET. You can also reach us at ServicingHelp@RocketMortgage.com.

Sincerely,

Your Client Relations Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
CP061

# EXBIT 26

## R◯CKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Home Value Disclosure**

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

## Loan Information

**Loan Number:** ⬛222
**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613
**Notice Date:** August 8, 2025

Hi Jason Jehorek,

We recently pulled a property valuation on your home because you applied or qualified for a loss mitigation workout or because we anticipate you applying.

As of 07/30/2025, the estimated value of the property is $520,300. This value was determined using an automated value modeling system.

If you have any questions, please call our Account Resolution team at (800) 508-0944.

Sincerely,

Your Account Resolution Team

The estimate of value was developed by a proprietary automated valuation methodology that was made available to your lender. The estimate of value is not the result of an appraisal, nor was it developed by a state licensed or certified appraiser. We make no representations or warranties, express or implied, regarding the property, the condition of the property, or the estimated value of the property. This estimate is intended to be used solely by the lender and solely in connection with the modification of your mortgage loan. The lender may or may not have used this estimated value to make the credit decision. If you have concerns with this valuation, please talk to your lender about your options, which include asking your lender to order an appraisal.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** AccountResolution@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
LM137

## R∩CKET Mortgage

**Credit Disclosure Letter**

1050 Woodward Avenue | Detroit, MI 48226

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

### Loan Information

**Loan Number:** ⬛⬛⬛222
**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613
**Notice Date:** 06/06/2025

Hi Jason Jehorek,

We know it can be difficult to manage your mortgage when you're falling behind on your payments. Unfortunately, we had to notify the credit bureaus of your late payment, missed payment or other default on your loan. This information could affect your credit report, which could impact your ability to receive future financing. Although your credit score has been impacted, we want to get you back on track to prevent it from happening again. There are solutions to the challenges you face, and our team is here to help you.

# RocketMortgage.com

 **Pay Now**     **See Your Options**

If you have questions or concerns, visit RocketMortgage.com for assistance.

Sincerely,

Your Account Resolution Team

This communication is from a debt collector and is an attempt to collect a debt.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** AccountResolution@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
QC001

# EXIBIT 26

## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

### Loan Information

Loan Number: ████ 2222
Property Address: 11937 Fairlie Pl
Raleigh, NC 27613
Notice Date: August 1, 2025

Hi Jason Jehorek,

We recently pulled a property valuation on your home because you applied or qualified for a loss mitigation workout or because we anticipate you applying.

As of 07/30/2025, the estimated value of the property is $520,300. This value was determined using an automated value modeling system.

If you have any questions, please call our Account Resolution team at (800) 508-0944.

Sincerely,

Your Account Resolution Team

The estimate of value was developed by a proprietary automated valuation methodology that was made available to your lender. The estimate of value is not the result of an appraisal, nor was it developed by a state licensed or certified appraiser. We make no representations or warranties, express or implied, regarding the property, the condition of the property, or the estimated value of the property. This estimate is intended to be used solely by the lender and solely in connection with the modification of your mortgage loan. The lender may or may not have used this estimated value to make the credit decision. If you have concerns with this valuation, please talk to your lender about your options, which include asking your lender to order an appraisal.

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

---

Phone: (800) 508-0944
Email: AccountResolution@RocketMortgage.com
Secure Fax: (877) 380-5084

Hours: Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
LM133

# EXHIBIT 26

 **ROCKET** Mortgage

**Action Required Notice**

1050 Woodward Avenue | Detroit, MI 48226

5-610-71031-0001018-001-01-000-000-000-000

Jason Jehorek
11937 Fairlie Pl
Raleigh NC 27613-7842

## Loan Information



**Loan Number:** ▮▮▮2222
**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613
**Notice Date:** 07/25/2025

Hi Jason,

You are significantly behind on your mortgage payments, and foreclosure is right around the corner.

We have many options available to help you get caught up on your mortgage and stay in your home.

However, we also have solutions for our clients who feel they are unable to make payments on their mortgage or are looking to leave their home. We may have a solution that can help, whether it's a loan modification, a short sale or a mortgage release (also called a deed in lieu).

Please contact us to learn more about your options today. You can reach us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET, or by email at AccountResolution@RocketMortgage.com.

You can seek assistance with household budgeting at no charge from HUD-approved housing counseling agencies at HUD.gov.

Fannie Mae has additional mortgage assistance information at www.FannieMae.com.

Sincerely,

Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** AccountResolution@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1

Case 5:25-cv-00558-D-BM    Document 11-28    Filed 01/27/26    Page 14 of 22

# EXHIBIT 26

## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

## Qualified Written Request

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

### Loan Information

**Loan Number:** ████2222
**Property Address:** 11937 Fairlie Pl
　　　　　　　　　　　Raleigh, NC 27613
**Notice Date:** July 18, 2025

Hi Jason Jehorek,

Thank you for your correspondence you recently sent to our office. This has been escalated to supervision, and we are working on your request. A more detailed response will follow shortly.

If you have any questions or concerns, you can contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. - 9:00 p.m.ET, and Saturday, 9:00 a.m. - 4:00 p.m. ET. You can also reach us at ServicingHelp@RocketMortgage.com.

Sincerely,

Your Client Relations Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3138.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 360-5084

**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
　　　　　Saturday: 9:00 a.m. – 4:00 p.m. ET

Page 1
CP061

# EXHIBIT 26

## ᴖ Rocket Mortgage

Rocket Mortgage
1050 Woodward Ave.
Detroit, MI 48226

December 19, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

Re:     Loan no████████2222

Dear Jason Jehorek:

Thank you for your correspondence you recently sent to our office regarding the above-mentioned account. We are finalizing our response to your information and document request, and a more detailed response will follow shortly. Should you have any questions in the meantime, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com

Sincerely,

Rocket Mortgage Client Relations

# EXHIBIT 26

 **Rocket Mortgage**

1050 Woodward Avenue | Detroit, MI 48226

5-810-66769-0000149-001-01-000-000-000-000-CP167



JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

**Loan number:**
████ 2222

**Property address:**
11937 Fairlie Pl
Raleigh, NC 27613

**Notice date:**
05/03/2025

Hi Jason,

Thank you for your payment. However, because your payment was less than the amount due, it's being held as a partial payment until the remaining amount is received. Once the remaining amount is received, the funds will be applied to the monthly payment.

## Recent Activity

| | |
|---|---|
| Amount Due: | $1,568.00 |
| Amount Received | $1,536.00 |
| Remaining Amount Due: | $32.00 |
| Payment Due Date: | 05/01/2025 |

How to Pay:
- Pay on RocketMortgage.com
- Call (800) 508-0944

Here's what you can do to make sure your payments are correct in the future:
- Set up autopay on RocketMortgage.com. We'll automatically adjust your payment amount when necessary.
- Adjust automatic payments through your bank to reflect your full monthly payment amount.

If you have questions or concerns, visit RocketMortgage.com for assistance.

Sincerely,

Your Account Resolution Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3136.

| | |
|---|---|
| Phone: (800) 508-0944 | Hours: Monday - Friday, 8:30 a.m. - 9:00 p.m. ET |
| Secure Fax: (877) 380-5084 | Saturday, 9:00 a.m. - 4:00 p.m. ET |

# EXHIBIT 26

## Rocket Mortgage

Rocket Mortgage
1050 Woodward Ave
Detroit, MI 48226

May 12, 2025

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613

Re:     Loan no: ████████3042

Dear Jason Jehorek:

Rocket Mortgage (previously known as Quicken Loans) is in receipt of your recent correspondence. Thank you for giving us the opportunity to address your concerns. In reviewing your correspondence, we are unable to respond to any specific portion as we are unclear what you are trying to accomplish. Our best guess is this is an attempt to have your loan discharged and refunded. As we will explain below, your mortgage contract is valid, and we deny your demand for a refund of funds paid for the origination or repayment of your loan.

As a prudent and responsible mortgage lender, Rocket Mortgage is bound and guided by prevailing underwriting lending guidelines and fair housing laws.  In every case, we verify the information needed to qualify our clients for their loan—and your loan application was no different. After gathering the requisite information (including verifying your income, credit, home value, property taxes, and other information), you qualified for a 30-year, fixed-rate conventional mortgage loan. Furthermore, you executed a Uniform Residential Loan Application on November 4, 2017 attesting to the accuracy of the information used to qualify you for the loan. The terms of your loan were communicated to you throughout your loan process and remained consistent from the time you applied until your closing. In addition, as part of your closing documents, you received and signed the Notice of Right to Cancel, which stated you had three business days after closing to review your documents and contact us if you did not agree with the terms of the loan. However, you did not exercise your right to cancel the loan.

For the foregoing reasons, your mortgage contract is valid, and you do not have the right to cancel your loan. Furthermore, we received a payment for the payoff of your loan on December 22, 2020. Since your loan is paid in full Rocket Mortgage is no longer the servicer of your loan and no longer has a vested interest in your property. We have enclosed a copy of your signed Uniform Residential Loan Application, Deed of Trust, Note, Notice of Right to Cancel, Transaction History, and Satisfaction of Security Instrument for your reference.

We hope our communication has addressed any concerns you have. If you have any additional questions or concerns, please contact our Client Relations Team and speak with one of our Advocates. Our Client Relations Team is available to assist you Monday through Friday from 8:30 a.m. to 9:00 p.m. ET, and Saturday from 9:00 a.m. to 4:00 p.m. ET and can be reached at (800) 508-0944 or via email at ServicingHelp@rocketmortgage.com.

Respectfully,

Rocket Mortgage Client Relations

EXHIBIT 26



## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

5-810-77455-0000101-001-03-000-000-000-000

5-810-77455-0000101-001-02-000-000-000-000



Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

# Please Contact Us About Your Missed Mortgage Payment

Hi Jason Jehorek,

Your mortgage payment is 181 days or more past due, and your loan is in default. However, we have resources that can help you, whether you've had:

- A financial challenge
- A loss of income
- A serious life event

It's important that you act quickly. If you wait, fewer options may be available.

You don't have to pick up a phone to get a solution.

The easiest way to see your options is to fill out a mortgage assistance application on Rocket Mortgage®. We collect all the information needed to accurately understand your current situation and find the best solution for you.

You must contact us or complete the mortgage assistance application, including any required documents described in the application, by December 29, 2025.

If a valuation is obtained in connection with your application, you're entitled to a free copy.

If you have other mortgages secured to this property, consider contacting the mortgagees of those mortgages to discuss loss mitigation options.

Sincerely,

Your Account Resolution Team

AccountResolution@RocketMortgage.com

Sign in to Rocket Mortgage® to find the best option based on your unique situation.

 Pay Now     Start Your Application     Chat     (800) 508-0944

| | Notice Date: 11/29/2025 | Loan Number: 3462812222 | 1 of 5 |
|---|---|---|---|
| CP076 | | | |

2-010-48583-0000006-001-01-000-000-000-000

2-010-48583-0000006-001-02-000-000-000-000



gage

MI 48226

## ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226



Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

# Please Contact Us About Your Missed Mortgage Payment

Hi Jason Jehorek,

Your mortgage payment is 38 days or more past due, and your loan is in default. However, we have resources that can help you, whether you've had:

- A financial challenge
- A loss of income
- A serious life event

It's important that you act quickly. If you wait, fewer options may be available.

You don't have to pick up a phone to get a solution.

The easiest way to see your options is to fill out a mortgage assistance application on Rocket Mortgage®. We collect all the information needed to accurately understand your current situation and find the best solution for you.

You must contact us or complete the mortgage assistance application, including any required documents described in the application, by July 8, 2025.

If a valuation is obtained in connection with your application, you're entitled to a free copy.

If you have other mortgages secured to this property, consider contacting the mortgagees of those mortgages to discuss loss mitigation options.

Sincerely,

Your Account Resolution Team

AccountResolution@RocketMortgage.com

Sign in to Rocket Mortgage® to find the best option based on your unique situation.

 Pay Now   Start Your Application    Chat    (800) 508-0944



## ∩Rocket Mortgage

635 Woodward
Detroit, MI 48226
Phone: 800-508-0944
Fax: 877-382-3138
www.RocketMortgage.com

Sent Via First-Class Mail®

06/20/2025

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

Loan Number:          ██████222
Property Address:   11937 FAIRLIE PL
                        RALEIGH, NC 27613

Dear JASON JEHOREK:

This letter is formal notice by Rocket Mortgage, LLC, the Servicer of the above-referenced loan on behalf of FANNIE MAE MBS S/S, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

Under North Carolina State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 08/09/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $1,678.22 which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 05/01/2025 |
| Total Monthly Payments Due: | | $3,136.00 |
|     Escrow Taxes & Ins | 05/01/2025 | $590.28 |
|     Principal and Interest | 05/01/2025 | $977.72 |
|     Escrow Taxes & Ins | 06/01/2025 | $590.28 |
|     Principal and Interest | 06/01/2025 | $977.72 |
| Late Charges: | | $78.22 |
| Unapplied Balance: | | ($1,536.00) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**         **$1,678.22**

You may cure your default by paying the aforesaid amount $1,678.22 so that it is received at the following address on or before 08/09/2025. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. Please contact ACCT RESOLUTION TEAM at 800-508-0944 to determine the exact amount due and to arrange for payment. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please remit the total amount due immediately to:



NC_45DAY   Rev. 07/2024
Page 1 of 7

2403653099

Case 5:25-cv-00558-D-BM     Document 11-28     Filed 01/27/26     Page 21 of 22

# ∩ Rocket Mortgage

635 Woodward
Detroit, MI 48226
Phone: 800-508-0944
Fax: 877-382-3138
www.RocketMortgage.com

Sent Via First-Class Mail®

11/04/2025
JASON JEHOREK
11937 FAIRLIE PL
RALEIGH, NC 27613-7842

Loan Number: 3462812222
Property Address: 11937 FAIRLIE PL
RALEIGH, NC 27613

Dear JASON JEHOREK:

This letter is formal notice by Rocket Mortgage, LLC, the Servicer of the above-referenced loan on behalf of FANNIE MAE MBS S/S, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay the amounts due.

Under North Carolina State Law, we are required to send you this notice to inform you that you are at risk of losing your home. You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 12/24/2025 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date may result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $8,335.33 which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 06/01/2025 |
| Total Monthly Payments Due: | | $9,408.00 |
| Escrow Taxes & Ins | 06/01/2025 | $590.28 |
| Principal and Interest | 06/01/2025 | $977.72 |
| Escrow Taxes & Ins | 07/01/2025 | $590.28 |
| Principal and Interest | 07/01/2025 | $977.72 |
| Escrow Taxes & Ins | 08/01/2025 | $590.28 |
| Principal and Interest | 08/01/2025 | $977.72 |
| Escrow Taxes & Ins | 09/01/2025 | $590.28 |
| Principal and Interest | 09/01/2025 | $977.72 |
| Escrow Taxes & Ins | 10/01/2025 | $590.28 |
| Principal and Interest | 10/01/2025 | $977.72 |
| Escrow Taxes & Ins | 11/01/2025 | $590.28 |
| Principal and Interest | 11/01/2025 | $977.72 |
| Late Charges: | | $117.33 |
| Corporate Advance Balance: | | $75.00 |
| Loss Mitigation - Nc Notice Of Intent | | $75.00 |
| Register | | ($1,265.00) |
| Unapplied Balance: | | |



NC_45DAY Rev. 05/2025
Page 1 of 7

2405790409

Case 5:25-cv-00558-D-BM    Document 11-28    Filed 01/27/26    Page 22 of 22