# EXHIBIT - 27

**EXHIBIT 27**

## TABLE OF STATUTORY VIOLATIONS
## AND POTENTIAL CIVIL / CRIMINAL PENALTY EXPOSURE

*(For Administrative Record and Notice Purposes — Based on EXHIBT 1 - Package 1)*

| STATUTE (Title & Section) | COUNT | BRIEF DESCRIPTION OF VIOLATION | PENALTIES / DAMAGES AUTHORIZED BY LAW |
|---|---|---|---|
| **[Public Law 90-321]**, Title I (Truth in Lending Act), codified at 15 U.S.C. § 1601 et seq. | ONE | Alleged failure to provide accurate and complete disclosures regarding mortgage terms, creditor identity, and securitization of the promissory note | Civil liability including **statutory damages**, actual damages, costs, and attorney's fees; civil penalties **up to $5,000 per violation** (15 U.S.C. § 1640) |
| **[Public Law 95-109]** (Fair Debt Collection Practices Act), codified at 15 U.S.C. § 1692 et seq. | TWO | Alleged deceptive and misleading practices in mortgage servicing, including misrepresentation of the debt's status and enforcement authority | Actual damages; statutory damages **up to $1,000 per violation**; costs and attorney's fees (15 U.S.C. § 1692k) |
| **[Public Law 93-533]** (Real Estate Settlement Procedures Act), codified at 12 U.S.C. § 2605 | THREE | Alleged failure to properly respond to Qualified Written Requests and Notices of Error; failure to correct servicing errors | Actual damages; additional statutory damages **up to $2,000 per violation** (pattern or practice); costs and attorney's fees |
| **[Public Law 104-208]**, Consumer Credit Reporting Reform Act of 1996, amending the Fair Credit Reporting Act (P.L. 91-508), codified at 15 U.S.C. § 1681s-2 | FOUR | Alleged furnishing and continuation of inaccurate credit reporting after notice of dispute and tender | Actual damages; statutory damages **up to $1,000 per violation**; punitive damages for willful noncompliance |
| **[Public Law 101-73]** (FIRREA, 1989) → Enhanced penalties **when a financial institution is affected** <br> **[Public Law 107-56]** (USA PATRIOT Act, 2001) → Expanded scope and enforcement tools | FIVE | Alleged fraudulent misrepresentations transmitted electronically in connection with mortgage servicing, securitization, and enforcement | Criminal penalties including **fines up to $1,000,000** and imprisonment **up to 20 years per count** if affecting a financial institution |
| **[Public Law 101-73]** — *Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989* → Increased penalties where conduct affects a financial institution. <br> **[Public Law 107-204]** — *Sarbanes-Oxley Act of 2002* → Reinforced fraud enforcement affecting financial systems. | SIX | Alleged scheme to defraud through misrepresentation of mortgage funds, promissory notes, and enforcement authority | Criminal penalties including **fines up to $1,000,000** and imprisonment **up to 30 years per count** |

# EXHIBIT - 27

| | | | |
|---|---|---|---|
| **[Public Law 101-73]** — *Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989*  → Increased penalties for fraud affecting financial institutions. **[Public Law 107-204]** — *Sarbanes-Oxley Act of 2002* → Further strengthened fraud penalties and enforcement mechanisms. | SEVEN | Alleged use of the U.S. mail to further deceptive mortgage servicing and enforcement practices | Criminal penalties including **fines up to $1,000,000** and imprisonment **up to 20 years per count** if affecting a financial institution |
| **Michigan Compiled Laws § 450.1541a** *(Michigan Business Corporation Act, 1969 PA 284, as amended)* | EIGHT | Alleged knowing authorization of, or failure to prevent, fraudulent or deceptive corporate practices by officers | Personal civil liability, including **compensatory damages, punitive damages**, disgorgement, and equitable relief |
| **Common Law Fraud and Misrepresentation** *(Recognized under federal and state common law; see, e.g., Restatement (Second) of Torts §§ 525–552; applicable state common law)* *As recognized under North Carolina and Michigan common law, and applied in federal court pursuant to supplemental jurisdiction.* | NINE | Alleged intentional misrepresentation of debt status, creditor identity, and authority to enforce | Compensatory damages, punitive damages, equitable relief |
| **Federal Equitable and Administrative Relief** *(Recognized under 28 U.S.C. §§ 1331, 1651, 2201–2202, and the inherent equitable powers of the Court)* Equitable relief is further authorized as ancillary to violations of RESPA, TILA, FCRA, and common law fraud as pleaded herein. (Administrative and equitable relief sought as remedies ancillary to Counts One through Nine.) | TEN | Failure to cure after notice, affidavits, and administrative demands | Injunctive relief, declaratory relief, accounting, restitution |

**Legend:** Criminal statutes are referenced for contextual notice only; no criminal prosecution is asserted. Civil and common-law entries seek civil, administrative, or equitable relief only, consistent with Fed. R. Civ. P. 8 and 12.