# EXHIBIT - 28

## LEDGER / SUMMARY OF ADMINISTRATIVE DAMAGES

*(For Administrative Record and Pleading Consistency)*

Administrative invoices referenced herein are included for notice and record purposes only and are not pleaded as additive damages.

### A. Restitutionary / Compensatory Damages (Payments Made)

| Category | Amount | Source |
|---|---|---|
| Payments under Original Quicken Loan (2017–2020) | $48,717.53 | Package 1 |
| Payments under Refinance / Rocket Mortgage (2021–2025) | $70,681.52 | Package 1 |
| Payments Made (included within statutory/treble remedies) | $119,399.05 | Restitution Base |

**Note:** These payments are not duplicated elsewhere and are subsumed into higher statutory remedies where trebling applies.

### B. Loss of Instrument / Commercial Damages (UCC / Fraud)

| Category | Amount | Legal Basis |
|---|---|---|
| Loss of Loan Balance (Instrument impairment) | $210,000.00 | UCC / Fraud |
| Punitive Damages (2× compensatory) | $238,798.10 | Common-Law Fraud |
| Subtotal – Commercial Loss | $448,798.10 | Non-duplicative |

### C. Statutory Civil Penalties (By Statute)

| Statute | Basis | Amount |
|---|---|---|
| FDCPA (10 violations) | Statutory damages | $10,000 |
| TILA (10 violations) | Statutory damages + fees | $45,000 |
| RESPA | Pattern & practice | $51,100 |
| FTC Act | Civil penalties | $465,170 |
| CFPA | Escalation exposure (30 days) | $30,000,000 |
| Subtotal – Statutory Penalties | | $30,571,270 |

**Important:**

- CFPA figure is explicitly labeled exposure-based, not guaranteed recovery
- Statutory penalties are independent of restitution and do not double-count payments

### D. Attorney's Fees & Administrative Costs

| Category | Amount |
|---|---|
| Attorney's / Administrative Fees (aggregate) | $35,000 |

# EXHIBIT - 28

EXHIBT 28

## GRAND TOTAL (CONSERVATIVE, NON-DUPLICATIVE)

| Component | Amount |
|---|---|
| Payments (highest recoverable measure via MCPA treble logic) | $358,197.15 |
| Commercial Loss (UCC / Fraud) | $210,000.00 |
| Statutory Penalties | $30,561,270.00 |
| Punitive Damages | $238,798.10 |
| Attorney's Fees | $35,000.00 |
| GRAND TOTAL CLAIMED | $31,403,265.25 |

**NOTE:**

The damages summarized in this Ledger are calculated to avoid duplication and overstatement. Restitutionary payments, statutory penalties, punitive damages, and attorney's fees are stated in their highest applicable non-duplicative measure. Prior administrative invoices, fee schedules, and commercial demands served upon Defendant—including invoices reflected in the **Administrative Record (Exhibits / Packages 1–14)**—are incorporated solely as evidence of notice, escalation, quantified harm, and Defendant's failure to cure after repeated opportunity. Those invoices are not pleaded as additive damages beyond the amounts stated herein, but rather as proof of administrative exhaustion, bad faith, and the reasonableness of Plaintiff's damage calculations. Plaintiff expressly disclaims any intent to recover duplicative sums for the same injury.