EXHIBIT - 29

# EXHIBIT 29

Proof of Delivery / Service

**Proof of Service, Delivery, and Administrative Notice to Defendant**

**Description**

Exhibit 29 consists of documentary proof establishing service, delivery, and notice to Defendant Rocket Mortgage, LLC of Plaintiff's administrative notices, demands, affidavits, Qualified Written Requests (QWRs), Notices of Error (NOEs), lawful tender documentation, invoices, and related correspondence comprising **Packages 1 through 14 of the Administrative Record**.

Service and delivery were effectuated through **multiple lawful and verifiable methods**, including **facsimile transmission (fax), certified mail**, and **return-receipt delivery**, as documented within each corresponding exhibit.

**Method of Service and Proof**

1. **Facsimile Service (QWRs and NOEs)**

   Plaintiff served multiple Qualified Written Requests (QWRs) and Notices of Error (NOEs) upon Defendant via **fax transmission**, as expressly authorized under:
   - **RESPA**, Public Law **93-533**, codified at **12 U.S.C. § 2605**;
   - **Regulation X, 12 C.F.R. §§ 1024.35 and 1024.36**.

Each QWR and NOE package includes:
   - Fax transmission confirmation sheets;
   - Date- and time-stamped delivery confirmations;
   - Identified recipient fax numbers associated with Defendant's servicing and compliance departments.

These fax confirmations constitute **prima facie proof of delivery** and notice.

2. **Certified Mail and Return Receipt Service (Affidavits, Invoices, Notices)**

   Additional administrative notices, affidavits, invoices, and settlement communications were served by **United States Postal Service certified mail, return receipt requested**, with tracking records and signed delivery confirmations included in the exhibits.

3. **Agency and Regulatory Service**

   Certain notices and supporting documentation were also served upon regulatory and agency recipients, including the **Consumer Financial Protection Bureau (CFPB)** and the **Internal Revenue Service – Whistleblower Office**, as reflected in Packages 5, 8, and 14.

**Timeframe of Service**

The service and delivery evidenced herein occurred **continuously from May 5, 2025 through January 2026**, demonstrating repeated notice, opportunity to cure, and administrative exhaustion prior to and during the pendency of this action.

All service relates to Defendant's conduct concerning **Related Loan Nos. ████2222 (2020)** and **████3042 (2017)**.

**Limiting Statement**

This Exhibit is submitted solely to establish **notice, service, delivery, and opportunity to cure**. It does **not** assert criminal liability, impose penalties, or add damages beyond those pleaded elsewhere.



EXHIBIT - 29



EXHIBIT - 29



Case 5:25-cv-00558-D-BM    Document 11-31    Filed 01/27/26    Page 4 of 6

EXHIBIT - 29



EXHIBIT - 29

