# EXHIBIT 30

**Durable Power of Attorney**

This exhibit consists of the **most recent and controlling Durable Power of Attorney**, executed on **January 22, 2026**, by Jason-Gerald Jehorek, appointing the legal estate styled ©JASON GERALD JEHOREK as Agent and Attorney-in-Fact. This instrument expressly **revokes and supersedes all prior powers of attorney**, confirms fiduciary authority, and was in full force and effect at all times relevant to the actions and communications at issue in this case.



## Durable Power of Attorney

This Durable Power of Attorney is issued under private authority and made in equity, under private grant, by the man Jason-Gerald Jehorek, hereinafter referred to as the "Principal." This declaration is harmonized in form with common commercial practice but expressly preserves all unalienable rights and jurisdiction. It is not issued pursuant to, nor governed by, the Uniform Power of Attorney Act or any public statute of any State.

The **Principal**, Jason-Gerald Jehorek, *sui juris*.
The **Agent** is the legal estate styled ©JASON GERALD JEHOREK, *ens legis*, acting solely in a fiduciary capacity.

The estate styled ©**JASON GERALD JEHOREK** is a legal estate held in trust, separate and distinct from any natural person. The **Principal** acts as Primary Trustee, Grantor, Settlor, and Principal Creditor on behalf of said estate.

The **Agent**, acting in a distinct fiduciary capacity, is hereby appointed as private Agent and attorney-in-fact for the estate. This appointment is made in trust, by private contract, under full reservation of rights, *Without Prejudice* [UCC 1-308].

If the **Principal** is unable to serve for any reason, I appoint **Anna Marie Jehorek**, as **Successor Principal**, to serve with the same powers and discretion.

This Power of Attorney shall not be affected by the subsequent incapacity of the Principal.

## PUBLIC LAW AUTHORITY AND JURISDICTIONAL BASIS

This Durable Power of Attorney is executed under private authority and is recognized pursuant to the following Public Laws and United States Statutes at Large, which affirm and protect the lawful fiduciary relationship between the natural person (**Principal**) and the legal estate, acting by its fiduciary (**Agent**).

- **[UCC 1-308]** — Reservation of Rights
- **[UCC 3-402(b)(1)]** — Signature by Representative
- **[31 U.S.C. § 5103]** — Legal Tender
- **[31 U.S.C. § 3123]** — Payment of Obligations of the United States
- **[31 U.S.C. § 5312]** — Monetary Instruments (including money orders)
- **[31 U.S.C. § 9301(2)]** — Definition of "Obligation" (surety and bond context)
- **[Public Law 97-258] (Sept. 13, 1982)** — Positive law codification of Title 31
- **[Public Law 106-386] §§ 2(c), 4, 13, 1589** — Prohibition of coercion, debt bondage, and forced labor



## Durable Power of Attorney

- **[42 U.S.C. § 1983]** — Civil action for deprivation of rights
- **[42 U.S.C. § 1986]** — Action for neglect to prevent
- **[28 U.S.C. § 1739]** — Full faith and credit for non-judicial records of U.S. territories and possessions

All actions performed by the Agent under this Power of Attorney are made **Without Prejudice [UCC 1-308]**, preserving all inalienable rights and exempt from coercion, debt bondage, or involuntary servitude as prohibited under the above-referenced Public Laws.

## REVOCATION OF PREVIOUS POWER OF ATTORNEY

I, **Jason-Gerald Jehorek**, *sui juris*, the **Principal**, hereby **revoke, cancel, and terminate**, effective immediately, **any and all general powers of attorney, special powers of attorney, agency appointments, authorizations, or delegations of authority**, whether **express or implied**, whether **known or unknown**, previously granted to **any person, corporation, agency, governmental body, military authority, detention facility, or other entity**, to act on my behalf.
No such party is authorized to act, speak, bind, represent, or make decisions for the **Principal**, except **solely as expressly directed in writing by the duly appointed Agent named in this Durable Power of Attorney**.

Any reliance upon a revoked or superseded power of attorney after the effective date of this revocation is **unauthorized and at the relying party's sole risk**.

All rights are fully reserved, **Without Prejudice** [UCC 1-308].

## FINANCIAL POWER OF ATTORNEY

### Grant of Authority

I, **Jason-Gerald Jehorek**, *sui juris*, the **Principal**, hereby appoint ©JASON GERALD JEHOREK, as my **Agent and Attorney-in-Fact**, to act for me and in my name with respect to my financial affairs, subject to the terms of this instrument.

This Financial Power of Attorney is intended to be **durable** and shall remain effective notwithstanding my subsequent incapacity, unless and until revoked by me in a signed writing.

### Scope of Authority

My Agent is authorized to act on my behalf in all financial and property matters, including but not limited to:



## Durable Power of Attorney

### 1. Banking and Financial Accounts

To open, maintain, modify, or close checking, savings, brokerage, retirement, or other financial accounts; make deposits and withdrawals; endorse, negotiate, deposit, issue, purchase, tender, or present **checks, money orders, drafts, or other lawful financial instruments**; obtain records and statements; and conduct all account-related business with financial institutions.

### 2. Negotiable Instruments and Financial Documents

To sign, endorse, execute, issue, purchase, tender, present, and deliver **checks, money orders, drafts, notes, bills of exchange**, and other negotiable or financial instruments, **solely in connection with the lawful management, settlement, protection, or administration of my financial interests**, and subject to applicable law.

### 3. Real Property

To buy, sell, lease, mortgage, convey, manage, insure, improve, or otherwise deal with real property **over which I exercise lawful control, management authority, fiduciary responsibility, or authorized representation**, including executing deeds, mortgages, and related instruments.

### 4. Business Interests

To operate, manage, administer, buy, sell, restructure, or liquidate any business or business interest **over which I exercise lawful control, management authority, fiduciary responsibility, or authorized representation**, whether such interests are held directly or indirectly by an association, trust, estate, or other entity; to employ and discharge managers, professionals, and advisors; and to exercise all powers I could lawfully exercise if personally present and acting in such capacity.

### 5. Investments and Securities

To buy, sell, exchange, or manage stocks, bonds, securities, commodities, options, or other investments; to exercise voting and proxy rights.

### 6. Taxes and Governmental Matters

To prepare, sign, and file **any tax or information returns required by law, if any**; obtain tax information; and represent me before taxing authorities **solely in a representative or defensive capacity**, subject to applicable law.

### 7. Claims and Legal Matters

1-27-26

Page 2 of 9

v-2026-01-23



## Durable Power of Attorney

To collect debts **owed to me or to any association, trust, estate, or entity for which I am authorized to act**; compromise, settle, or defend claims; execute releases or settlements; and take lawful steps necessary to protect my financial interests.

### 8. Personal and Family Support

To provide for the support and maintenance of myself and those I am legally obligated to support.

### Capacity Clarification

Nothing in this Power of Attorney shall be construed as granting the Principal **beneficial ownership** of any property held by an association, trust, estate, or other entity for which the Principal acts solely in a **fiduciary or representative capacity**.

### ROE Non-Waiver and Tax Position Preservation

Nothing in this Power of Attorney shall be construed as an **admission of taxpayer status**, a **voluntary election under Title 26**, or **consent to federal revenue jurisdiction**, nor as a **waiver, modification, or abandonment** of any position previously asserted by the Principal in any **Revocation of Election**, notice, affidavit, or similar filing. All such positions are expressly **preserved**.

### Limitations

- My Agent shall act in my **best interest** and in a **fiduciary capacity**.
- My Agent may not use assets under control for the Agent's own benefit except as expressly authorized in writing.
- Nothing herein authorizes any act prohibited by law.

### Revocation

This Power of Attorney may be revoked **only by me, the Principal**, in a signed writing delivered to the Agent.

### Reliance

Any person or institution may rely upon this Power of Attorney as valid and in effect unless they have actual notice of revocation.

### Governing Law

This Power of Attorney shall be construed and enforced in accordance with **applicable law** and recognized principles of **agency**.

1~27-26



## Durable Power of Attorney

### Construction and Fiduciary Limitations

This Power of Attorney shall be construed broadly as a **General Power of Attorney**, and the enumeration of specific powers shall not be deemed to limit the general authority granted herein.

Any power or authority granted to my **Agent** under this instrument shall be exercised only to the extent necessary to avoid:

(i) attribution of my income to the Agent;

(ii) treatment of my assets as subject to a general power of appointment by the Agent; or

(iii) conferring upon the Agent any incidents of ownership with respect to any life insurance policies on the life of the Agent.

These limitations are protective in nature and shall not be construed as an admission of tax status, election, or jurisdiction.

My Agent shall not be liable for any loss resulting from an error in judgment made in good faith, but shall be liable for willful misconduct or failure to act in good faith. A Successor Agent shall not be liable for the acts of a prior Agent.

My Agent shall serve **without compensation and without reimbursement of expenses,** unless expressly authorized in writing by me, the Principal.

My Agent shall provide an accounting of funds handled and actions taken upon my request or the request of a court of competent jurisdiction acting on my behalf.

This Power of Attorney is effective immediately, is durable, and shall remain in effect until revoked by me in a signed writing or upon my death.

## Notice to Principal

A Power of Attorney is a significant legal instrument. By executing this Power of Attorney, you, the **Principal,** authorize another to act for you solely in a **fiduciary and representative capacity,** subject to the limitations and protections stated herein.

You acknowledge and understand the following:

1. The **Agent** is authorized to act only within the scope of authority expressly granted in this Power of Attorney and owes fiduciary duties of good faith and loyalty to the Principal.

2. This Power of Attorney grants authority to manage, control, and administer financial and property matters **without transferring beneficial ownership** to the Agent.



3. The Agent is **not entitled to compensation or reimbursement of expenses**, except as expressly authorized in writing by the Principal.

4. This Power of Attorney is **durable** and remains effective notwithstanding the Principal's subsequent incapacity, unless revoked by the Principal in a signed writing.

5. The Principal retains the right to revoke or modify this Power of Attorney at any time while competent.

6. Execution formalities, including notarization or witnessing, may be completed as required or deemed appropriate for recognition or recording, depending on the intended use of this instrument.

7. The Principal is encouraged to read this Power of Attorney carefully and to seek independent advice if any provision is not understood.

## Notice to Person Accepting Appointment as Attorney-in-Fact

By accepting or acting under this Power of Attorney, you, the **Agent**, acknowledge and accept that you act **solely in a fiduciary and representative capacity** and are subject to the duties and limitations stated in this instrument.

You acknowledge and agree to the following:
1. You owe the **Principal** duties of loyalty, good faith, care, competence, and diligence, and shall act solely in the **best interest of the Principal**.

2. You shall exercise authority **only within the scope granted** by this Power of Attorney and shall avoid conflicts of interest and self-dealing unless expressly authorized in writing by the Principal.

3. You shall keep **accurate records and accounts** of all actions taken, funds handled, and transactions conducted on behalf of the Principal, and shall provide such records upon the Principal's request or the request of a court of competent jurisdiction.

4. You shall keep any property or funds under your control **separate and distinct** from your own property and shall not commingle assets.

5. You shall not transfer property to yourself, nor accept gifts from the Principal, except as expressly authorized in this Power of Attorney or in a separate written authorization executed by the Principal.

1-2 7-26



**Durable Power of Attorney**

6. Your authority terminates automatically upon the earliest occurrence of:
   a. the death of the Principal;
   b. written revocation by the Principal; or
   c. expiration or termination of this Power of Attorney as stated herein.

7. You may seek **independent legal or professional advice** regarding your duties and responsibilities as Agent.

8. You may be held **civilly liable** for losses resulting from willful misconduct, bad faith, or actions taken outside the authority granted by this Power of Attorney.

1-22-26



## Durable Power of Attorney

### **AUTHORIZED REPRESENTATIVE'S CERTIFICATION
AND ACCEPTANCE OF AUTHORITY**

I, **Jason-Gerald Jehorek**, hereby certify that the attached instrument is a true and correct copy of a **Durable Power of Attorney** naming the undersigned as **Authorized Representative and Agent (Attorney-in-Fact)** for ©**JASON GERALD JEHOREK**.

I further certify, to the best of my knowledge and belief, that the **Principal** had the legal capacity to execute the Power of Attorney at the time of execution, is presently alive, has not revoked the Power of Attorney, and that my authority thereunder has not been modified, suspended, or terminated. I certify that the Power of Attorney remains in full force and effect.

I hereby accept appointment and acknowledge my duties as **Authorized Representative and Agent** under the Power of Attorney and agree to act in a fiduciary and representative capacity in accordance with its terms.

This certification and acceptance is made in good faith.

Signature: _JASON GERALD JEHOREK_
©JASON GERALD JEHORE, by and through its Authorized Representative, acting as Agent (Attorney-in-Fact)

Autograph: _Jason John, AR_
Jason-Gerald Jehorek, sui juris, Principal
Primary Trustee / Authorized Representative / Grantor / Creditor Beneficiary
Acting in accommodation pursuant to UCC § 3-402(b)(1)

All Rights Reserved. Without Prejudice [UCC § 1-308]

1-27-26

v-2026-01-23



## Durable Power of Attorney

**NOTARY**

County __Wake__ )

) ss

State of North Carolina )

On this __27__ day of __Jan__, 20<u>26</u>, before me, the undersigned Notary Public, personally appeared **Jason-Gerald Jehorek**, known to me or satisfactorily proven to be the man whose name is subscribed to the within instrument, and acknowledged that he executed the same in his authorized capacity.

In witness whereof, I hereunto set my hand and official seal.

Signature of Notary Public: _____

> KENNETH MCCURDY
> Notary Public - North Carolina
> Wake County
> My Commission Expires Feb 28, 2029

(seal)