IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-558

JASON-GERALD JEHOREK,              )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )          ORDER
                                   )
ROCKET MORTGAGE, LLC;              )
MERSCORP HOLDINGS, INC., also      )
known as (MERS); and FEDERAL       )
NATIONAL MORTGAGE ASSOCIATION, )
(Fannie Mae),                      )
                                   )
        Defendants.                )

The court GRANTS plaintiff's motion to reopen case [D.E. 8] and motion to substitute

[D.E. 10]. The court DENIES WITHOUT PREJUDICE plaintiff's motion to file a second

amended complaint [D.E. 11] with hundreds of pages of exhibits. Plaintiff's proposed second

amended complaint does not comply with Federal Rule of Civil Procedure 8(a).

SO ORDERED. This 26 day of March, 2026.

JAMES C. DEVER III
United States District Judge