UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CV-00558-D

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

      Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

      Defendant.                /

## MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendants, ROCKET MORTGAGE, LLC, ("ROCKET MORTGAGE") and MERSCORP HOLDINGS, INC., ("MERSCORP") (collectively the "Defendants"), by and through the undersigned counsel, and pursuant to Rule 6(b), Fed.R.Civ.P. hereby file this Motion for Extension of Time to Respond to Plaintiffs' Complaint, and in support thereof states:

1.     Plaintiff, NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald ("Plaintiff") commenced this action by filing a Complaint against the Defendants in the Wake County Superior Court of North Carolina, Case Number 25CV026697-910 on August 1, 2025.

2.     This action was timely removed on September 5, 2025.

3.     The Plaintiff filed an Amended Complaint on September 8, 2025 in the Superior Court. Defendants immediately filed the Amended Complaint in this action. (D.N. 6).

4.     On September 17, 2025, the Plaintiff voluntarily dismissed this action. (D.N. 7).

5.     On January 16, 2026, the Plaintiff filed a Motion to Reopen this matter. (D.N. 8).

6.     On January 27, 2026, the Plaintiff sought leave to file a Second Amended Complaint (the "SAC"). (D.N. 11).

1091200\326209011.v1

7.      On March 26, 2026, the Court entered an Order reopening this matter but denying the Plaintiff's request to file the SAC. (D.N. 12).

8.      Accordingly, it appears the Amended Complaint filed on September 8th is the operative complaint.

9.      Due to the dismissal of the litigation, the reopening and denial of leave to file the SAC, the Defendants were not clear as to when a response to the operative complaint was due.

10.     Pursuant to North Carolina Eastern District Local Civil Rule 6.1(a), the undersigned hereby certifies that on March 30, 2026, counsel for Defendants conferred with the Plaintiff regarding an extension of time. The Plaintiff agreed that the Defendants could have through and including April 21st to respond to the operative complaint.

11.     A proposed Order is attached as Exhibit A.

**CONCLUSION**

For the reasons set forth herein, Defendants  respectfully requests that an order be entered granting an extension of time until April 21, 2026, to respond to Plaintiff's Amended Complaint.

This 31st day of March, 2026

/s/ Siobhan E. P. Grant
SIOBHAN E. P. GRANT
Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd.
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
sgrant@hinshawlaw.com
State Bar No.: 57139
Attorney for Defendants

2

1091200\326209011.v1

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 31, 2026, I sent a copy of the Motion for Extension of Time

to the following parties in the way described below each party's name:


Party Name: <u>Jason Jehorek</u>
How Served: <u>Via Mail</u>
Address: 11937 Fairlie Place
    Raleigh, North Carolina 27613


         <u>/s/ Siobhan E. P. Grant</u>
         **Siobhan E. P. Grant** (NC Bar No. 57139)
         2811 Ponce de Leon Blvd
         Suite 1000, Tenth Floor
         Coral Gables, FL 33134
         Telephone Number: 305-358-7747
         sgrant@hinshawlaw.com

3