# EXHIBIT A

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

   Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

   Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANTS MOTION FOR EXTENSION OF TIME

Upon consideration of Defendants, ROCKET MORTGAGE, LLC ("Rocket Mortgage") and MERSCorp Holdings, Inc.s' ("MERS") Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and for good cause shown, the Court finds that the Motion is GRANTED.

Accordingly, this Court extends the deadline for Defendants, Rocket Mortgage and MERS to file its Response to Plaintiff's Amended Complaint (D.N. 6) up to and including March 31, 2026.

**IT IS ORDERED**

This the ___ day of March, 2026.

         _____

         United States District Court Judge