UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:25-CV-00558-D

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

      Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

      Defendant.

## ORDER GRANTING DEFENDANTS MOTION FOR EXTENSION OF TIME

Upon consideration of Defendants, ROCKET MORTGAGE, LLC ("Rocket Mortgage")
and MERSCorp Holdings, Inc.s' ("MERS") Motion for Extension of Time to Respond to
Plaintiff's First Amended Complaint, and for good cause shown, the Court finds that the Motion
is GRANTED.

Accordingly, this Court extends the deadline for Defendants, Rocket Mortgage and
MERS to file its Response to Plaintiff's Amended Complaint (D.N. 6) up to and including
March 31, 2026.

**IT IS ORDERED**

This the  _1_  day of April, 2026.

 

 

                                  James C. Dever III
                                  United States District Court Judge