# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### NO. 5:25-cv-558-D-BM

Jason-Gerald Joehorek, )
                        Plaintiff, )
                                    )

v. )               ORDER
                                    )

Rocket Mortgage LLC, MERSCORPT )
Holdings Inc., Federal national Mortgage )
Association, )
                     Defendants.

The documents in the above captioned matter, received by the court on 9/5/2025, are deficient in the following respects:

☐ You must either file an application to proceed without prepayment of fees or pay $405.00.

☐ The complaint is not Choose an item..

☐ The application to proceed without prepayment of fees does not have an original signature.

☐ Not all sections of the application to proceed without prepayment of fees have been completed.

☐ The filing entitled "Click or tap here to enter text." is not signed.

☐ You have not provided a financial disclosure statement.

☐ You have not provided a civil cover sheet.

☒ You have not provided a notice of self-representation.

☐ You have not provided proposed Choose an item. for all of the necessary parties for service of this action.

☐ The Choose an item. Choose an item. a government agency or employee, and summonses are required for the agency or employee, the U.S. Attorney General, and the U.S. Attorney Civil Process Clerk.

☐ The U.S. Marshal will be unable to effect service upon defendant due to insufficient address information included on the summons.

☐ Other: Click or tap here to enter text.

The Clerk is DIRECTED to provide all the necessary forms regarding the deficiencies above to Plaintiff for completion. Choose an item.

Plaintiff is DIRECTED to correct the deficiencies listed above and return the corrected documents within fourteen (14) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this _7_ day of April, 2026.

JAMES C. DEVER III
United States District Judge