UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| JASON-GERALD JEHOREK, | Case No.: 5:25-cv-00558-D |
| Plaintiff, | |
| vs. | PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |
| ROCKET MORTGAGE, LLC, | |
| Defendant | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiff Jason-Gerald Jehorek, appearing pro se, respectfully moves the Court for leave to file the attached Third Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and states as follows:

1. The action was originally commenced by Plaintiff and later removed to this Court by Defendant in September 2025.

2. The action was thereafter administratively dismissed and later reopened by Order of this Court; after reopening, Defendant maintained that an earlier amended complaint remained operative.

3. Plaintiff seeks leave to file a Third Amended Complaint to: (a) correct the Plaintiff's legal capacity description to reflect that Plaintiff is the original creditor/creditor-claimant with respect to the transaction that produced the December 17, 2020 instrument; (b) narrow and clarify the operative claims to focus on Defendant's servicing, accounting, collection, and enforcement conduct relating to the December 17, 2020 refinance loan; (c) incorporate and rely upon a loan-specific Qualified Written Request / Notice of Error / Request for Information / demand for accounting dated March 4, 2026 (See Exhibit A) concerning Loan No. 3462812222; and (d) add focused, limited Truth in Lending Act allegations concerning creditor-identity and servicing/ownership disclosures tied to the same controversy.

4. The proposed amendment also requests specific, judicially manageable relief: an order compelling Defendant to produce a GAAP-compliant double-entry general ledger, source-of-funds documentation, the

original wet-ink note and endorsements (or a certified explanation of non-production), authenticated chain-of-custody and custodial logs, investor purchase records, recorded and unrecorded assignments, servicing/pooling/PSA records demonstrating authority to enforce, and a sworn certification from a qualified corporate officer attesting to the authenticity and completeness of the accounting and custodial records.

5. The proposed Third Amended Complaint will streamline the case, narrow disputed issues, and materially aid adjudication on the merits by focusing discovery and briefing on discrete, outcome-determinative proof: whether Defendant is the person entitled to enforce or otherwise has lawful authority to proceed with foreclosure or other enforcement.

6. The proposed amendment is timely, is not sought for purposes of undue delay or prejudice, and will not unfairly prejudice Defendant; indeed, it clarifies the relief sought and the documentary proof required of Defendant, which is in Defendant's possession or control.

7. For these reasons, and because Rule 15(a)(2) counsels that leave to amend should be freely given when justice so requires, Plaintiff respectfully requests leave to file the attached Third Amended Complaint.

8. WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave to File the Third Amended Complaint, permit the Third Amended Complaint to be filed as of the date of the Court's Order, and grant such further relief as the Court deems proper.

By: _Jason Jehrek, AK_

Jason-Gerald Jehorek

Plaintiff, Pro Se

11937 Fairlie Place

Raleigh, North Carolina 27613

(919) 278-8828

Jason.jehorek@protonmail.com

# CERTIFICATE OF SERVICE — CERTIFIED MAIL ONLY

Civil Action No.: 5:25-cv-00558-D

Caption: Jason-Gerald Jehorek v. Rocket Mortgage, LLC

Document served: Exhibit A — March 4, 2026 QWR Packet (file: Exhibit_A_QWR_Mar_4_2026.pdf)

I hereby certify that on April 7, 2026, I caused to be served a true and correct copy of the document listed above by United States Postal Service — Certified Mail, Return Receipt Requested, addressed as follows:

**Recipient / Addressee:**
Siobhan E. P. Grant
Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd., Suite 1000
Coral Gables, FL 33134
USPS Certified Mail Tracking No.: 7020 3160 0001 8126 4272

Rocket Mortgage, LLC
1050 Woodward Avenue
Detroit, MI 48226
USPS Certified Mail Tracking No.: 7020 3160 0001 8126 4289

Return Receipt (PS Form 3811) retained: [ X ] Yes   [ ] No

Original certified-mail receipt and return-receipt (if received) are preserved in Plaintiff's evidence file and will be produced to the Court or opposing counsel upon request or at the April 24, 2026 hearing.

Method of service: United States Postal Service — Certified Mail, Return Receipt Requested (no electronic or CM/ECF service is claimed by this certificate).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

**CERTIFICATE OF SERVICE — CERTIFIED MAIL ONLY**

Dated: April 7, 2026

By: _Jason Jehik, AR_

Jason-Gerald Jehorek

Plaintiff, Pro Se

11937 Fairlie Place

Raleigh, NC 27613

Phone: (919) 278-8828

Email: Jason.jehorek@protonmail.com