**Exhibit A - March 4, 2026 QWR Packet**

**Qualified Written Request / Notice of Error / Request for Information; Debt Validation; Demand for Accounting**

File name: QWR and Debt Validation and Demand for Accounting 3-4-2026.pdf

**Date(s):**

1. QWR packet served: March 4, 2026 (per packet cover)
2. Certified mail evidence in packet shows mailing by certified mail on March 5, 2026 (see packet certified-mail receipts).

**Short Description of Exhibit Contents**

This exhibit packet contains the Plaintiff's loan-specific Qualified Written Request (QWR), Notice of Error (NOE), Request for Information (RFI), debt-validation demand, and a detailed demand for GAAP-compliant accounting regarding Loan No. 3462812222. The packet also includes the February 2026 billing/delinquency statement that prompted the QWR, certified-mail receipts tracking the packet, and supporting cover correspondence.

**Useful Pages / Components to Highlight as Exhibits**

1. Cover letter and QWR/NOE/RFI text (demanding creditor identity, servicing transfers, original note production, GAAP accounting, and source-of-funds).

2. Certified mail receipt(s) and USPS tracking proof contained in the packet.

3. February 2026 billing statement / delinquency notice from Rocket Mortgage that prompted the demand.

4. Any attached invoices, escrow analyses, or charge explanations.

5. Any internal pages listing requested accounting ledger fields (general ledger, trial balance, journal entries, investor purchase confirmations).

Case 5:25-cv-00558-D-BM    Document 17-2    Filed 04/07/26    Page 1 of 14

## Exhibit A - March 4, 2026 QWR Packet

**Proposed Exhibit Index Entry (for filing)**

Exhibit A — March 4, 2026 QWR Packet titled "QWR and Debt Validation and Demand for Accounting 3-4-2026.pdf" (Contains QWR/NOE/RFI, certified mail receipts, February 2026 billing statement, and accounting demands). Attached as Exhibit A to Plaintiff's Motion for Leave to File Third Amended Complaint and to the accompanying Third Amended Complaint.

**Suggested Motion / Complaint Attachment Language**

Attached as Exhibit A is a true and correct copy of Plaintiff's loan-specific Qualified Written Request, Notice of Error, Request for Information, debt-validation demand, and demand for GAAP-compliant accounting directed to Rocket Mortgage, LLC concerning Loan No. 3462812222, served March 4, 2026 (packet contains certified-mail proof showing mailing on March 5, 2026). The exhibit is offered to show the timing, specificity, and content of Plaintiff's written demand for accounting and ownership/servicing proof.

**Exhibit A - March 4, 2026 QWR Packet**

**Proposed Affidavit of Authenticity**

**(to accompany exhibit A)**

STATE OF _North Carolina_

COUNTY OF _Wake_

I, Jason-Gerald Jehorek, being first duly sworn, depose and say:

1. I am the Plaintiff in the above-captioned action, and I have personal knowledge of the facts stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the packet I served on Rocket Mortgage, LLC on March 4, 2026 and which I maintain in my records under the filename "QWR and Debt Validation and Demand for Accounting 3-4-2026.pdf".

3. To the best of my knowledge and belief, the document attached as Exhibit A is unaltered and is a true copy of the document I sent.

4. I attach the certified mail receipt(s) and tracking proof contained in the packet as part of Exhibit A and swear that they accurately reflect the mailing described above.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this _7_ day of _April_ , 2026.

By: _Jason Jehorek, AR_

Jason-Gerald Jehorek

Plaintiff, Pro Se

State of North Carolina

County of _Wake_

On this _7th_ day of _April_____, 202~~6~~before me personally appeared

_Jason Gerald Jehorek_____ (name(s) of signer(s)), who being duly sworn (or affirmed) did depose and say that the statements in the foregoing instrument are true to the best of his/her/their knowledge and belief, and that he/she/they executed the same.

WITNESS my hand and official stamp or seal this _7th_ day of _April_____, 202_6_

GRACE BORGER
Notary Public - North Carolina
Wake County
My Commission Expires Aug 27, 2029

Notary Public — Signature

_Grace Borger_

(Printed name of Notary Public), Notary Public
_Grace Borger, Notary Public_
My commission expires: _8/27/2029_____

(Official Seal)

# EXHIBIT A

**Qualified Written Request / Debt Validation / Demand for Accounting**

**Date:** March 4, 2026

Rocket Mortgage, LLC
Attn: Qualified Written Requests / Notices of Error
Rocket Mortgage
1050 Woodward Avenue
Detroit, MI 48226

Rocket Mortgage QWR Fax Number: (877) 382-3138

RE: **Loan No. 3462812222**
Property Address: **11937 Fairlie Pl, Raleigh, NC 27613**

To Whom It May Concern,

This correspondence is provided in response to your recent billing statements and delinquency notices relating to the above-referenced loan account.

Rocket Mortgage Letter 2-23-26

Due to numerous discrepancies and unresolved questions regarding the ownership, servicing authority, accounting, and collateral status of the alleged obligation, the undersigned is formally requesting verification and documentation pursuant to federal law and the Uniform Commercial Code.

Enclosed with this correspondence are the following documents:

1. **Letter 1: Qualified Written Request / Notice of Error / Request for Information** submitted pursuant to the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. §2605 and Regulation X (12 CFR §§1024.35 and 1024.36).

2. **Letter 2: Debt Validation Letter** requesting verification of the alleged debt and the authority of any party attempting to collect or enforce the obligation.

3. **Letter 3: Demand for Full Accounting and Collateral Status** pursuant to **UCC §9-210**, requesting a complete accounting of the alleged obligation, identification of the secured party of record, and documentation establishing perfection and possession of the collateral instrument.

These requests are made in good faith to clarify the legal and factual status of the account and to ensure the accuracy of all servicing records.

# EXHIBIT A

**Qualified Written Request / Debt Validation / Demand for Accounting**

Please note the following:

- This correspondence **does not constitute an admission of liability.**
- All rights, claims, and defenses are **expressly reserved.**

Please direct your written response and all supporting documentation to the address listed below.

Thank you for your prompt attention to this matter.

Respectfully,

*Jason Jehorek, AR*

**Jason Jehorek**
11937 Fairlie Place
Raleigh, NC 27613

---

**ENCLOSURES**

1. Letter 1: Qualified Written Request / Notice of Error / Request for Information

2. Letter 2: Debt Validation and Demand for Full Accounting and Collateral Status (UCC §9-210)

3. Letter 3: First Requests for Admission

4. Copy of Rocket Mortgage February 2026 Statement and Delinquency Notice

---

Foxboro Consulting Group, Inc.

Prepared for: Jason-Gerald Jehorek

Property: 11937 Fairlie Pl, Raleigh, NC 27613-7842

Servicer/Agent:

Rocket Mortgage

1050 Woodward Avenue

Detroit, MI 48226

Case 5:25-cv-00558-D-BM     Document 17-2     Filed 04/07/26     Page 6 of 14

**Qualified Written Request / Debt Validation / Demand for Accounting**

## LETTER 1 – QUALIFIED WRITTEN REQUEST / DEBT VALIDATION LETTER

RE: Loan No. 3462812222

To Whom It May Concern:

This correspondence constitutes a Qualified Written Request, Notice of Error, and Request

for Information pursuant to RESPA, 12 U.S.C. §2605 and Regulation X (12 CFR §§1024.35 and 1024.36).

Borrower Jason Jehorek disputes the accuracy of the servicing records and requests the following:

- Complete payment history from loan inception
- Identification of the current creditor and servicer
- All loss mitigation and foreclosure referral records
- Escrow analysis and advances detail
- Copy of the note and all endorsements
- Chain of servicing transfers

Please acknowledge receipt within **five (5) business days** and provide a substantive response within the statutory time period.

This is an attempt to obtain information regarding the alleged debt and is not an admission of liability.

Sincerely,

*Jason Jehorek AR*

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

# EXHIBIT A

## LETTER 2 – DEMAND FOR FULL ACCOUNTING AND COLLATERAL STATUS (UCC §9-210)

RE: Loan No. 3462812222

To Whom It May Concern:

Pursuant to UCC Article 9 §210, the undersigned demands a full and complete accounting of the alleged obligation and identification of the secured party and collateral status.

**Please provide:**

- Identification of the secured party of record, and identification of the Indenture trustee
- Itemized accounting of all debits and credits
- General ledger entries reflecting the obligation
- Custodial records for the original "wet-ink" note
- Description of collateral and perfection status
- All assignments or transfers of the instrument.

Failure to provide a complete accounting may be raised in any future administrative or judicial proceeding.

Sincerely,

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

4/10

# EXHIBIT A

## LETTER 3 – FIRST REQUESTS FOR ADMISSION

TO: Rocket Mortgage and its authorized agents

Pursuant to applicable rules of civil procedure, Jason Jehorek requests that you admit the following matters within thirty (30) days of service. Each request must be answered separately and under oath.

RFA 1: Admit that Rocket Mortgage is the current servicer of Loan No. 3462812222.

RFA 2: Admit that no original wet-ink promissory note has been produced to Jason Jehorek.

RFA 3: Admit that the payment history provided to date is not a complete life-of-loan accounting.

RFA 4: Admit that foreclosure-related fees have been assessed to the account.

RFA 5: Admit that Rocket Mortgage is acting in the capacity of a debt collector with respect to this loan.

RFA 6: Admit that you have received the Qualified Written Request referenced herein.

RFA 7: Admit that the loan records are maintained in electronic form.

RFA 8: Admit that additional documents exist relating to the ownership or servicing of the loan.

Please attach all documents relied upon in responding.

Respectfully submitted,

Jason Jehorek
11937 Fairlie Pl
Raleigh, NC 27613-7842

5/10

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

8-810-81379-0001871-001-1-000-010-000-000

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7842

## Loan Information

**Loan Number:** 3462812222
**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613
**Statement Date:** 02/16/2026
**Amount Due:** $16,749.83
**Due Date:** 03/01/2026

If payment is received after 11:30 p.m. ET 03/16/2026, a $39.11 late fee will be charged.

## Important Messages

**Never think about your payment again.** With autopay, you set it up once and forget it! Choose a day to have your payment withdrawn, and we'll do the rest. Sign in to your account at RocketMortgage.com to get started!

**Contact information for insurance questions:** If you have questions about your escrowed insurance policy, please call us at (855) 282-8722 or fax us at (855) 703-9194.

## Loan Information (01/17/2026 - 02/16/2026)

| | |
|---|---|
| Original Loan Amount: | $232,200.00 |
| Interest Rate: | 2.990% |
| Principal Balance:* | $206,871.67 |
| Escrow Balance:** | -$5,283.10 |

## Payment History (01/17/2026 - 02/16/2026)

**Last Paid**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow (Tax & Insurance): | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $0.00 |
| **Total Paid:** | **$0.00** |

**Paid Year To Date**

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $0.00 |
| Escrow: | $0.00 |
| Advances On Your Behalf: | $0.00 |
| Fees: | $0.00 |
| Partial Payment (Unapplied): | $1,265.00 |
| **Total Paid Year To Date:** | **$1,265.00** |
| Escrow Disbursements On Your Behalf: | |
| Taxes Paid: | $0.00 |
| Insurance Paid: | $1,502.00 |
| Mortgage Insurance (PMI/MIP) Paid: | $0.00 |
| **Total Escrow Disbursements:** | **$1,502.00** |

## Next Payment Breakdown

| | |
|---|---|
| Principal: | $472.73 |
| Interest: | $504.99 |
| Escrow | |
| Taxes: | $361.30 |
| Insurance: | $93.67 |
| Mortgage Insurance (PMI/MIP): | $0.00 |
| Shortage: | $135.31 |
| **Monthly Payment:** | **$1,568.00** |
| Advances On Your Behalf: | $2,217.50 |
| Fees | |
| Late Fees: | $117.33 |
| Other Fees: | $0.00 |
| Partial Payment (Unapplied):† | $1,265.00 |
| Past Due Amount: | $14,112.00 |
| **Subtotal** | **$15,181.83** |

| **Amount Due:** | **$16,749.83** |
|---|---|

## Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC, P.O. Box 6577, Carol Stream, IL 60197-6577

---

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084

**Hours:** Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP153

---

**DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT**

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7842

# ROCKET Mortgage

☐ Check box for address changes on reverse side.

**Set up Autopay online at RocketMortgage.com**

## Loan Information

| | |
|---|---|
| Loan Number: | 3462812222 |
| Due Date: | 03/01/2026 |
| Amount Due: | |
| Additional Principal | |
| Additional Escrow | |
| Total Amount Enclosed | |

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

# ROCKET Mortgage

**Billing Statement**

1050 Woodward Avenue | Detroit, MI 48226

## Additional Messages

**Important foreclosure information:** Paying the amount shown may not stop the foreclosure process if additional charges have been incurred after this statement was created. Call (800) 508-0944 so we can find a solution to help you save your home.

**Sign up for paperless statements through your account today!**
Save a trip to the mailbox: Sign up for paperless statements and view your monthly bills online.

## Loan Activity From 01/17/2026 To 02/16/2026$

| Date | Description | Charges | Escrow | Unapplied | Payments |
|---|---|---|---|---|---|
| 02/06/26 | Foreclosure - Title Search | $225.00 | | | |
| 02/06/26 | Foreclosure - Allowable | $1,917.50 | | | |
| 02/06/26 | Homeowners Insurance Paid | | -$1,502.00 | | |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

In addition to the fees described, there may be fees for certain services requested by you and related to the servicing of your loan. To view a list of services and the associated fees, please go to your RocketMortgage.com account under the Documents tab. All fees are subject to change without prior notice.

You can access a list of the approved HUD homeownership counselors and counseling organizations at www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287.

*This is not your payoff amount. Please contact us at (800) 508-0944 to request a payoff.
**A negative balance is the result of a payment Rocket Mortgage has made on your behalf to cover any outstanding charges or fees.
‡Partial Payments: Partial payments are not applied to your full monthly amount until the total amount is received.
§Additional loan activity can be found in the Transactional History tab at RocketMortgage.com.
If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.
If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, Fax: (877) 382-3138.

| | |
|---|---|
| **Phone:** (800) 508-0944 | **Hours:** Monday – Friday: 8:30 a.m. - 9:00 p.m. ET |
| **Email:** ServicingHelp@RocketMortgage.com | Saturday: 9:00 a.m. - 4:00 p.m. ET |
| **Secure Fax:** (877) 380-5084 | |

Page 2
CP1X9

BC

### NEW CONTACT INFORMATION

Name: _____

Preferred Phone Number: ☐ Cell ☐ Home ☐ Work _____

Street Address: _____

City: _____ State: _____ ZIP: _____

Email 1: _____ Email 2: _____

Signature: _____

# ROCKET Mortgage

1050 Woodward Avenue | Detroit, MI 48226

**Supplemental Delinquency Notice**

8-810-81379-0001871-001-2-000-010-000-000

JASON JEHOREK
11937 FAIRLIE PL
RALEIGH NC 27613-7642

## Loan Information

**Loan Number:** 3462812222

**Property Address:** 11937 Fairlie Pl
Raleigh, NC 27613

**Notice Date:** 02/16/2026

Hi, Jason Jehorek.

Your payment is past due!

As of your statement date, 02/16/2026, you are 260 days late on your mortgage payments.

To bring the loan current, the amount of $16,749.83 must be paid.

If you do not pay this amount, you may incur additional costs and face foreclosure.

If you are experiencing financial difficulty and need help, you can receive free housing counseling services through the U.S. Department of Housing and Urban Development (HUD). HUD-approved housing counselors are there to help homeowners, like you, who are having trouble making their mortgage payments. To find a list of counselors and counseling organizations in your area, visit HUD.gov or call (800) 569-4287.

## Your Recent Account History

| Payment Due Date | Payment Status | Date Payment Was Made | Amount Due |
|---|---|---|---|
| October 1, 2025 | Not Paid | | $1,568.00 |
| November 1, 2025 | Not Paid | | $1,568.00 |
| December 1, 2025 | Not Paid | | $1,568.00 |
| January 1, 2026 | Not Paid | | $1,568.00 |
| February 1, 2026 | Not Paid | | $1,568.00 |
| March 1, 2026 | Currently Due | | $1,568.00 |
| | | Total Amount Due | $16,749.83 |

If you have further questions, please do not hesitate to contact us at (800) 508-0944, Monday – Friday, 8:30 a.m. – 9:00 p.m. ET, and Saturday, 9:00 a.m. – 4:00 p.m. ET.

Sincerely,
Your Rocket Mortgage® Team

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney. If you want to send us a Qualified Written Request, a Notice of Error, or an Information Request, you must mail it to Rocket Mortgage, LLC, P.O. Box 442359, Detroit, MI 48244-2359, or fax it to (877) 382-3136.

Phone: (800) 508-0944
Email: ServicingHelp@RocketMortgage.com

Hours: Monday - Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET

EXHIBIT A

Jehonck
11833 Prindle PL
Raleigh NC 27613

**CERTIFIED MAIL**

9589 0710 5270 2613 0203 42
9589 0710 5270 2613 0203 42

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
Domestic Mail Only

Rocket Mortgage LLC
1050 Woodward Ave
Detroit MI 48226

Rocket Mortgage LLC
1050 Woodward Avenue
Detroit MI 48226

OFFICIAL USE

Postmark
Here

**SENDER:**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocket Mortgage
1050 Woodward Avenue
Detroit, MI 48226

9590 9402 9779 5266 4053 34

2. Article Number (Transfer from service label)
9589 0710 5270 2613 0203 42

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                 ☑ Agent
                                   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

1) QWR + Debt Validation 15-USC Section 1692
2) Request for account + Collateral Status UCC Section 210

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**Domestic Return Receipt**

9/10



U.S. Postal Service:
CERTIFIED MAIL RECEIPT
Domestic Mail Only

## Billing Statement

### Loan Information

Loan Number: 3462812222

Property Address: 11937 Fairlie Pl
Raleigh, NC 27613

Statement Date: 02/16/2026

Amount Due: $16,749.83

Due Date: 03/01/2026

If payment is received after 11:30 p.m. ET 03/16/2026, a $39.11 late fee will be charged.

autopay, you set it up once and forget it! Choose a day to have your
in to your account at RocketMortgage.com to get started!
f you have questions about your escrowed insurance policy, please call

### Next Payment Breakdown

| | |
|---|---|
| Principal: | $472.73 |
| Interest: | $504.99 |
| Escrow | |
| Taxes: | $361.30 |
| Insurance: | $93.67 |
| Mortgage Insurance (PMI/MIP): | $0.00 |
| Shortage: | $135.31 |
| **Monthly Payment:** | **$1,568.00** |
| Advances On Your Behalf: | $2,217.50 |
| Fees | |
| Late Fees: | $117.33 |
| Other Fees: | $0.00 |
| Partial Payment (Unapplied):‡ | $1,265.00 |
| Past Due Amount: | $14,112.00 |
| **Subtotal** | **$15,181.83** |

| Amount Due: | $16,749.83 |
|---|---|

### Quick And Easy Payment Options

Online at RocketMortgage.com

On the go with Rocket Mortgage® mobile app

Pay by phone system with 24/7 access by calling (800) 646-2133

Send check payable to Rocket Mortgage, LLC.
P.O. Box 6577, Carol Stream, IL 60197-6577

Hours: Monday - Friday: 8:30 a.m. - 9:00 p.m. ET
Saturday: 9:00 a.m. - 4:00 p.m. ET

Page 1
CP193

PORTION With YOUR PAYMENT

## ROCKET Mortgage

☐ Check box for address changes on reverse side.

Set up Autopay online at RocketMortgage.com

Rocket Mortgage, LLC
P.O. Box 6577
Carol Stream, IL 60197-6577

003462812222700001607110000151000