UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

| | |
|---|---|
| JASON-GERALD JEHOREK,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKET MORTGAGE, LLC,<br><br>Defendant | Case No.: 5:25-cv-00558-D<br><br><br>[PROPOSED] ORDER |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Leave to File Third Amended Complaint, and good cause appearing, it is hereby ORDERED that:

1. Plaintiff's Motion for Leave to File Third Amended Complaint is GRANTED.

2. The Third Amended Complaint attached to Plaintiff's Motion is deemed filed as of the date of this Order.

3. Defendant shall file an answer or other responsive pleading to the Third Amended Complaint within the time allowed by the Federal Rules of Civil Procedure.

4. Defendant is ordered to produce, within thirty (30) days of this Order, the documents and records set forth in the Third Amended Complaint ¶ X.C.1–7 (GAAP general ledger, source-of-funds documentation, custodial ledgers and chain-of-custody, original note or custodian certification, assignments and transfer documents, servicing/agency records, and a sworn officer certification). If Defendant cannot produce any requested item, Defendant shall file a sworn statement identifying the reasons for non-production and the custodian or location of the original item.

5. Pending compliance with Paragraph 4 or further Order of the Court, Defendant is enjoined from taking any additional foreclosure or enforcement steps with respect to Loan No. 3462812222.

6. The Court retains jurisdiction to enforce this Order and to resolve any disputes concerning production, authentication, or non-production and to enter further relief as appropriate.

SO ORDERED this ___ day of _____, 2026.

_____

United States District Judge