UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Case No.: 5:25-cv-00558-D

JASON-GERALD JEHOREK,

**Plaintiff,**

v.

ROCKET MORTGAGE, LLC,

MERSCORP HOLDINGS, INC.,

and FEDERAL NATIONAL MORTGAGE ASSOCIATION,

**Defendants.**

TRANSMITTAL OF SUMMONS AND THIRD AMENDED COMPLAINT

Date: April 7, 2026

Via Certified Mail, Return Receipt Requested

**To:**

Service of Legal Process requiring a signature for delivery:

**MERSCORP Holdings, Inc.**

c/o Mortgage Electronic Registration Systems, Inc.

11819 Miami Street, Suite 100

Omaha, NE 68164

USPS Certified Mail Tracking No.: 9589 0710 5270 2613 0202 43 (Sent on 04/09/26)

CERTIFICATE OF SERVICE - Page 1 of 3

**Federal National Mortgage Association (Fannie Mae)**

Attn: Legal Department

5600 Granite Parkway VII

Plano, TX 75024

USPS Certified Mail Tracking No.: 7020 3160 0001 8126 4296 (Sent on 04/09/26)


Re: Enclosed Summons and Third Amended Complaint


Please take notice that enclosed are true and correct copies of the following documents filed in the above-captioned federal civil action:


1. Summons issued by the United States District Court in Case No. **5:25-cv-00558-D**

2. Third Amended Complaint


These documents are being transmitted by certified mail, return receipt requested, to MERSCORP Holdings, Inc. and Federal National Mortgage Association (Fannie Mae) at the above address in connection with service and notice in this action.


This transmittal letter is provided solely to identify the enclosed documents and is not intended to alter, expand, or waive any rights, defenses, objections, deadlines, or service requirements.


All correspondence regarding this matter may be directed to:

**Jason-Gerald Jehorek**

11937 Fairlie Place

Raleigh, NC 27613

Courtesy copies of this transmittal and the enclosed documents have also been sent to the following:

**Rocket Mortgage, LLC**

1050 Woodward Avenue

Detroit, MI 48226

USPS Certified Mail Tracking No.: 7020 3160 0001 8126 4289 (Sent on 04/07/26)


**Siobhan E. P. Grant, Esq.**

**Hinshaw & Culbertson LLP**

2811 Ponce de Leon Blvd., Suite 1000

Coral Gables, FL 33134

USPS Certified Mail Tracking No.: 7020 3160 0001 8126 4272 (Sent on 04/07/26)


Both, Rocket Mortgage, LLC and counsel of record was previously provided a copy of the summons and Third Amended Complaint by separate mailing dated April 7, 2026.


Respectfully submitted,

By: _____

Jason-Gerald Jehorek

Plaintiff, Pro Se