UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:25-CV-00558-D

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

      Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

      Defendant.        /

### SECOND MOTION FOR EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

Defendants, ROCKET MORTGAGE, LLC, ("ROCKET MORTGAGE") and MERSCORP HOLDINGS, INC., ("MERS") (collectively the "Defendants"), by and through the undersigned counsel, and pursuant to Rule 6(b), Fed.R.Civ.P. hereby file this Motion for Extension of Time to Respond to Plaintiffs' Complaint, and in support thereof states:

1.    Plaintiff, NOBLE SPRING TR ENTERPRISE d/b/a Jehorek, Jason-Gerald ("Plaintiff") commenced this action by filing a Complaint against the Defendants in the Wake County Superior Court of North Carolina, Case Number 25CV026697-910 on August 1, 2025.

2.    This action was timely removed on September 5, 2025.

3.    The Plaintiff filed an Amended Complaint on September 8, 2025 in the Superior Court. Defendants immediately filed the Amended Complaint in this action. (D.N. 6).

4.    On September 17, 2025, the Plaintiff voluntarily dismissed this action. (D.N. 7).

5.    On January 16, 2026, the Plaintiff filed a Motion to Reopen this matter. (D.N. 8).

6.    On January 27, 2026, the Plaintiff sought leave to file a Second Amended Complaint (the "SAC"). (D.N. 11).

1091200\326209011.v1

7. On March 26, 2026, the Court entered an Order reopening this matter but denying the Plaintiff's request to file the SAC. (D.N. 12).

8. Accordingly, it appears the Amended Complaint filed on September 8th is the operative complaint.

9. Defendants previously sought an extension of time to respond to the Amended Complaint which was granted.[1]

10. On April 7th, the Plaintiff filed leave to file a Third Amended Complaint (the "TAC") (D.N. 17). Defendants had not responded to the Amended Complaint when Plaintiff filed the TAC.

11. Pursuant to North Carolina Eastern District Local Civil Rule 6.1(a), the undersigned hereby certifies that on April 15, 2026, counsel for Defendants attempted to confer with Plaintiff regarding an extension of time but Defendants have not yet received a response from the Plaintiff.

12. Defendants are seeking an extension of time to respond to whichever complaint is ultimately the operative complaint, whether that be the Amended Complaint or the TAC. Defendants would seek fourteen (14) days to respond once the Court rules.

13. A proposed Order is attached as Exhibit A.

### CONCLUSION

For the reasons set forth herein, Defendants respectfully requests that an order be entered granting an extension of time for a date fourteen (14) days after the Court rules on Plaintiff's Motion for Leave to file a Third Amended Complaint.

This 16th day of April, 2026.

---

[1] Defendants erroneously submitted an Order with the wrong date but were in the process of fixing this when the Plaintiff filed the TAC.

2

1091200\326209011.v1

/s/ Siobhan E. P. Grant
SIOBHAN E. P. GRANT
Hinshaw & Culbertson LLP
2811 Ponce de Leon Blvd.
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone: 305-358-7747
Facsimile: 305-577-1063
sgrant@hinshawlaw.com
State Bar No.: 57139
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I sent a copy of the Motion for Extension of Time

to the following parties in the way described below each party's name:


Party Name: Jason Jehorek
How Served: Via Mail
Address: 11937 Fairlie Place
       Raleigh, North Carolina 27613

/s/ Siobhan E. P. Grant
**Siobhan E. P. Grant** (NC Bar No. 57139)
2811 Ponce de Leon Blvd
Suite 1000, Tenth Floor
Coral Gables, FL 33134
Telephone Number: 305-358-7747
sgrant@hinshawlaw.com

3

1091200\326209011.v1