# EXHIBIT A

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

   Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

   Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANTS SECOND MOTION FOR EXTENSION OF TIME

Upon consideration of Defendants, ROCKET MORTGAGE, LLC ("Rocket Mortgage") and MERSCorp Holdings, Inc.s' ("MERS") Second Motion for Extension of Time to Respond to Complaint, and for good cause shown, the Court finds that the Motion is GRANTED.

Accordingly, this Court extends the deadline for Defendants, Rocket Mortgage and MERS to file its Response to Plaintiff's to the operative complaint for fourteen (14) days after the Court rules on Plaintiff's Motion for Leave to File Third Amended Complaint (D.N. 17).

**IT IS ORDERED**

This the ___ day of April, 2026.

_____
United States District Court Judge