UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:25-CV-00558-D

NOBLE SPRING TR ENTERPRISE
d/b/a Jehorek, Jason-Gerald,

Plaintiffs,

vs.

ROCKET MORTGAGE, LLC and
MERSCORP HOLDINGS, INC.,

Defendant.

**[ORDER GRANTING DEFENDANTS SECOND MOTION FOR EXTENSION OF TIME**

Upon consideration of Defendants, ROCKET MORTGAGE, LLC ("Rocket Mortgage")

and MERSCorp Holdings, Inc.s' ("MERS") Second Motion for Extension of Time to Respond to

Complaint, and for good cause shown, the Court finds that the Motion is GRANTED.

Accordingly, this Court extends the deadline for Defendants, Rocket Mortgage and

MERS to file its Response to Plaintiff's to the operative complaint for fourteen (14) days after

the Court rules on Plaintiff's Motion for Leave to File Third Amended Complaint (D.N. 17).

**IT IS ORDERED**

This the **22** day of April, 2026.

James C. Dever III
United States District Court Judge