IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-558-D

| | | |
|---|---|---|
| JASON-GERALD JOEHOREK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROCKET MORTGAGE, LLC; MERSCORP | ) | |
| HOLDINGS, INC.; and FEDERAL NATIONAL | ) | |
| MORTGAGE ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

The court GRANTS in part plaintiff's motion to amend his complaint [D.E. 17]. Plaintiff

has until June 12, 2026, to file a third amended complaint that complies with Federal Rule of Civil

Procedure 8(a).

SO ORDERED. This 21 day of May, 2026.

JAMES C. DEVER III
United States District Judge