FILED

JUN 3 0 2026

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**Jason Gerald Jehorek, Plaintiff**

v.

**Rocket Mortgage, LLC, Defendant**

Case No. **5:25-cv-00558**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Jason Gerald Jehorek, appearing pro se, and respectfully moves this Court for an Order dismissing this action.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff has determined that it is in the interests of judicial economy and the efficient resolution of the parties' dispute to voluntarily dismiss this federal action.

2. Plaintiff is actively pursuing resolution of the underlying dispute through separate proceedings and settlement discussions with Defendant Rocket Mortgage, LLC.

3. Continuing this action while those efforts are ongoing would not promote the efficient use of the Court's resources.

4. This request is made voluntarily, in good faith, and without any intent to delay or prejudice any party.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order dismissing this action and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Jason-Gerald, Pro Se Plaintiff

Date: 6 - 30 - 2026